Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiffs
CLAUDIA SANCHEZ, ERIN WALKER
and WILLIAM SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-07-5923 MJJ<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY CASE**<br><br>Hon. Martin J. Jenkins<br><br>Complaint filed: November 21, 2007 |

WHEREAS, plaintiffs Claudia Sanchez, Erin Walker, and William Smith served defendants Wells Fargo & Company and Wells Fargo Bank, N.A. (collectively "Wells Fargo") with the Complaint in this action on December 11, 2007, and December 12, 2007, respectively.

WHEREAS, on November 2, 2007, the San Diego Superior Court approved a settlement agreement and entered final judgment in *Smith v. Wells Fargo Bank*, No. GIC 802664. The settlement agreement in *Smith* is between Wells Fargo and a certified plaintiff class that potentially includes and affects the three plaintiffs in this case.

WHEREAS, on November 19, 2007, plaintiff Sanchez moved the *Smith* court to vacate the entry of judgment in the *Smith* action and reject the settlement agreement on due process grounds. Sanchez has noticed that motion for hearing by the *Smith* court on February 1, 2008. It is Wells Fargo's position that if plaintiff Sanchez is unsuccessful in vacating the *Smith* settlement, the judgment in *Smith* approving the settlement agreement (and its accompanying release of claims) bars plaintiffs Sanchez, Walker, and Smith from pursuing their claims here. Plaintiffs dispute that position.

WHEREAS, the outcome of Sanchez's motion to vacate the *Smith* judgment will, in large part, dictate the early procedural course of this case. The parties accordingly agree that it would be in the interests of fairness and judicial economy to stay this action until the *Smith* motion is decided. *See Leyva v. Cetified Grocers of Cal., Ltd.*, 593 F.2d 857, 863 (9th Cir. 1979) ("A trial court may, with propriety, find it is efficient for its own docket and the fairest course for the parties to enter a stay of an action before it, pending resolution of independent proceedings which bear upon the case.").

IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, this action is stayed pending entry of a final order on plaintiff Claudia Sanchez's pending Motion to Vacate Class Action Judgment in *Smith v. Wells Fargo Bank*, No. GIC 802664 (San Diego Superior Ct.) (the "*Smith* Order").

IT IS FURTHER STIPULATED by and between the Parties that, subject to the Court's approval, the answer or other response of defendants Wells Fargo & Co. and Wells

Fargo Bank, N.A. to plaintiffs' Complaint in this action shall be due 30 days from entry of the *Smith* Order.

DATED: December 21, 2007              COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: December 21, 2007              McCUNE & WRIGHT, LLP

By: _____ for
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: December ___, 2007

_____
Hon. Martin J. Jenkins