# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA


E-filing

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated, <br><br> V. <br><br> WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125, | **SUMMONS IN A CIVIL CASE** <br><br> CASE NUMBER: <br><br> **MJJ** <br><br> CV 07  5923 |

TO: (Name and address of defendant)

WELLS FARGO BANK, N.A.
Attn: Legal Department
464 California Street
San Francisco, CA  94104

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
McCune & Wright, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Helen L. Almacen

(BY) DEPUTY CLERK

NOV 2 1 2007
DATE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): McCune & Wright, LLP Attorneys at Law<br>Richard D. McCune, Jr., 132124<br>2068 Orange Tree Lane, Suite 216<br>Redlands, CA 92374 | TELEPHONE NO. (909) 557-1250 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

UNITED STATES DISTRICT COURT
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94101

PLAINTIFF:

Claudia Sanchez, Erin Walker and William Smith, as individuals, and on behalf of all

DEFENDANT:

Well Fargo & Company, Wells Fargo Bank, N.A. and Does 1 through 125

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER: CV 07-5923 |
|---|---|---|---|---|

## UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

Summons;Complaint: Class Action; Civil Case Cover Sheet;U.S. District Court Northern California ECF Registration Information Handout;Notice of Availability of Magistrate Judge to Exercise Jurisdiction Order Setting Initial Case Management Conference and ADR Deadlines;Judge Martin J. Jenkins Standing Orders;Welcome to the U.S. District Court, San Francisco;

ON: Well Fargo Bank, N.A.

AT 2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
Becky DeGeorge - Authorized Agent

ON: 12/11/2007
AT: 11:30 am

**Manner of service** in compliance with Federal Rules of Civil Procedure.

Fee for Service: 35.00
  Registered California process server
  An Independant Contractor
  County: **Sacramento**
  Registration No.: 2005-55
  **Legal Photocopy Service
  2775 Cottage Way, Suite 41
  Sacramento, CA 95825
  (916) 488-5625**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 12, 2007.**

Signature: _____
Richard Snell

**PROOF OF SERVICE**

Order#: LPP27957/GProof39