| | |
|---|---|
| 1 | Richard D. McCune, SB # 132124 |
| | rdm@mwtriallawyers.com |
| 2 | Jae (Eddie) K. Kim, SB # 236805 |
| | jkk@mwtriallawlawyers.com |
| 3 | McCUNE & WRIGHT, LLP |
| | 2068 Orange Tree Lane, Suite 216 |
| 4 | Redlands, CA 92374 |
| | Telephone:    (909) 557-1250 |
| 5 | Facsimile:    (909) 557-1275 |
| 6 | |
| | Attorneys for Plaintiffs |
| 7 | CLAUDIA SANCHEZ, ERIN WALKER |
| | and WILLIAM SMITH |
| 8 | |
| 9 | Sonya D. Winner, SB # 200348 |
| | David M. Jolley, SB # 191164 |
| 10 | COVINGTON & BURLING LLP |
| | One Front Street |
| 11 | San Francisco, CA 94111 |
| | Telephone:    (415) 591-6000 |
| 12 | Facsimile:    (415) 591-6091 |
| | swinner@cov.com |
| 13 | |
| | Attorneys for Defendants |
| 14 | WELLS FARGO BANK, N.A. and |
| | WELLS FARGO & CO. |
| 15 | |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-07-5923 MJJ<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO SET CASE ON ACTIVE STATUS**<br><br>Hon. Martin J. Jenkins<br><br>Complaint filed: November 21, 2007 |

-1-
STIPULATION AND [PROPOSED] ORDER TO SET CASE ON ACTIVE STATUS

WHEREAS, on December 28, 2007, pursuant to the Parties stipulation, the Court ordered a stay of the subject action until such time as the Court in *Smith v. Wells Fargo Bank NA*, No. GIC 802664 (San Diego Superior Ct.), ruled on Plaintiff Sanchez's motion to vacate the *Smith* class action judgment. On February 1, 2008, the *Smith* Court issued its ruling, which is attached as Exhibit 1 to the Declaration of Richard D. McCune (filed concurrently).

Accordingly, IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, this action is set on active status.

IT IS FURTHER STIPULATED by and between the Parties that, subject to the Court's approval, the answer or other response of defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. to plaintiffs' Complaint in this action shall be due March 3, 2008, and a case management conference shall be set anytime after April 15, 2008 as the Court's schedule permits.

DATED: February 13, 2008

COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: February 13, 2008

McCUNE & WRIGHT, LLP

By: _____
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: February __, 2008         _____
                                  Hon. Martin J. Jenkins