RICHARD D. McCUNE, Esq., State Bar No. 132124
rdm@mwtriallawyers.com
JAE (EDDIE) K. KIM, Esq., State Bar No.: 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs
CLAUDIA SANCHEZ, ERIN WALKER
and WILLIAM SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>　　　　Defendants. | Civil Case No.: C-07-5923 MJJ<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF STIPULATION TO SET CASE ON ACTIVE STATUS**<br><br>Hon. Martin J. Jenkins<br><br>Complaint filed: November 21, 2007 |

I, RICHARD D. McCUNE, declare:

　　1.　　I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCune & Wright, LLP, counsel of record for Plaintiffs. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto.

　　2.　　Attached as Exhibit 1 is a true and correct copy of the Minute Order for Claudia Sanchez's Motion to Vacate Class Action Judgment, which was received by my office on February 8, 2008.

//

DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF STIPULATION TO SET CASE ON ACTIVE STATUS

-2-

1  I so declare the above is true and correct under penalty of perjury under the laws of the United States.
2  Executed this 12th day of February, 2008, at Redlands, California.

*(signature)*
Richard D. McCune