Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Attorneys for Plaintiffs
CLAUDIA SANCHEZ, ERIN WALKER
and WILLIAM SMITH


Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125, <br><br> Defendants. | Civil Case No.: C-07-5923 MJJ <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER TO SET CASE ON ACTIVE STATUS <br><br> Hon. Martin J. Jenkins <br><br> Complaint filed: November 21, 2007 |

-1-
STIPULATION AND [PROPOSED] ORDER TO SET CASE ON ACTIVE STATUS

WHEREAS, on December 28, 2007, pursuant to the Parties stipulation, the Court ordered a stay of the subject action until such time as the Court in *Smith v. Wells Fargo Bank NA*, No. GIC 802664 (San Diego Superior Ct.), ruled on Plaintiff Sanchez's motion to vacate the *Smith* class action judgment. On February 1, 2008, the *Smith* Court issued its ruling, which is attached as Exhibit 1 to the Declaration of Richard D. McCune (filed concurrently).

Accordingly, IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, this action is set on active status.

IT IS FURTHER STIPULATED by and between the Parties that, subject to the Court's approval, the answer or other response of defendants Wells Fargo & Co. and Wells Fargo Bank, N.A. to plaintiffs' Complaint in this action shall be due March 3, 2008, and a case management conference shall be set anytime after April 15, 2008 as the Court's schedule permits.

DATED: February 13, 2008

COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: February 13, 2008

McCUNE & WRIGHT, LLP

By: _____
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: February 15 2008      _____
Hon. Martin J. Jenkins