IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA SANCHEZ, et al.,                          No. C 07-05923 WHA

        Plaintiff,

  v.                                          **CLERK'S NOTICE SCHEDULING**
                                                  **CASE MANAGEMENT CONFERENCE**
WELLS FARGO & COMPANY, et al.,                    **ON REASSIGNMENT**

        Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service)

      YOU ARE NOTIFIED THAT the Court has scheduled a Case Management Conference

for **February 27, 2008 at 9:00 a.m.**, before the Honorable William Alsup.  Please report to

Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San

Francisco, CA  94102.  Not less than *one* day prior, counsel/parties shall submit a joint case

management conference statement not to exceed ten pages

Dated: February 20, 2008                          FOR THE COURT,

                                                  Richard W. Wieking, Clerk

                                                  By: _____
                                                     Dawn K. Toland
                                                     Courtroom Deputy to the
                                                     Honorable William Alsup

**United States District Court**
For the Northern District of California