**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: February 27, 2008

Case No. C 07-05923 WHA

Title: CLAUDIA SANCHEZ v. WELLS FARGO & CO

Plaintiff Attorneys: Richard McCune, Jr.

Defense Attorneys: David Jolley; Sonya Winner

Deputy Clerk: Dawn Toland         Court Reporter: Kathy Powell

**PROCEEDINGS**

1)  CMC - HELD

2)  _____

Disclosure Deadline: 3/21/08

Motion for Class Certification Deadline: 7/10/08

Discovery Cutoff: 10/17/08

Motion for Summary Judgment Deadline: 11/20/08

Continued to **1/26/09 at 2:00 pm** for Pretrial Conference/Daubert Motions

Continued to **2/9/09 at 7:30 am** for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Spero for Mediation/Settlement Conference