Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125, <br><br> Defendants. | Civil Case No.:  CV-07-5923 WHA <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> (Civil L.R. 3-16) <br><br> Hon. William H. Alsup |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  February 29, 2008                    COVINGTON & BURLING LLP


                                              By:  _____/s/_____
                                                   Margaret G. May
                                                   Attorneys for Defendants
                                                   WELLS FARGO BANK, N.A., and
                                                   WELLS FARGO & CO.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS                    Civil Case No.:  CV-07-5923 WHA