Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>Judge Assigned: Hon. William H. Alsup<br>Original Complaint filed: November 21, 2007<br><br>**[PROPOSED] ORDER FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date: May 1, 2008<br>Time: 8:00 a.m.<br>Courtroom 9, 19th Floor |

Having come on for hearing before this Court, and after this Court considered the briefs and arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Motion for Leave to File a First Amended Complaint is hereby GRANTED.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Proposed First Amended Complaint, which is attached to the Declaration of Richard D. McCune in support of this motion, is

//

//

1  deemed filed and served.  Defendants shall have ___ days from the date of this order to file and serve
2  their responsive pleading to the First Amended Complaint.

5  DATED: _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-2-
[PROPOSED] ORDER FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
Case No.:  C 07-05923 WHA (JCSx)