Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:   (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:   (909) 557-1250
Facsimile:   (909) 557-1275

Attorneys for Plaintiffs
CLAUDIA SANCHEZ, ERIN WALKER
and WILLIAM SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>　　Defendant | Civil Case No.: C-07-5923 MJJ<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND DATE OF SETTLEMENT CONFERENCE**<br><br>Hon. William H. Alsup<br>(referred to Magistrate Judge Joseph C. Spero for Settlement Conference)<br><br>Complaint filed:  November 21, 2007 |

　　WHEREAS, on March 3, 2007, the Court referred the above matter to Magistrate Judge Joseph C. Spero for a Settlement Conference, which is currently set for April 23, 2008.

　　WHEREAS, plaintiffs Claudia Sanchez, Erin Walker, and William Smith have filed a Motion for Leave to File a First Amended Complaint, which would (among other things) add

1  three new causes of action and two additional class representatives. Plaintiffs' motion is set for
2  hearing on May 1, 2008.
3      WHEREAS, in addition, the parties agree that significant discovery is needed before the
4  parties can properly evaluate the case for settlement purposes.
5      WHEREAS, in addition, the parties agree that a settlement conference would not be
6  productive until after the Court issues a ruling on plaintiffs' anticipated motion for Class
7  Certification, which would be heard in mid-August 2008 under the current schedule.
8      Accordingly, IT IS HEREBY STIPULATED by and between the Parties that, subject to
9  the Court's approval, the date of the Settlement Conference shall be continued from April 23,
10 2008, to a date convenient for the Court on or about September 17, 2008.

12 DATED: April 4, 2008                    COVINGTON & BURLING LLP

14                                         By: _____
15                                             David M. Jolley
                                               Attorneys for Defendants

17 DATED: April 4, 2008                    McCUNE & WRIGHT, LLP

19                                         By: _____
20                                             Richard D. McCune
                                               Attorneys for Plaintiffs

**IT IS HEREBY ORDERED** that the Settlement Conference in this matter is continued from
April 23, 2008, to September ___, 2008, at 9:30 a.m.

DATED: April ___, 2008             _____
                                   Magistrate Judge Joseph C. Spero