Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:   (415) 591-6000
Facsimile:    (415) 591-6091
mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.:  CV-07-5923 WHA<br><br>**DECLARATION OF MARGARET G. MAY IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>Date:   May 1, 2008<br>Time:   8:00 a.m.<br>Courtroom 9, 19th Floor |

1  I, Margaret G. May, declare as follows:

2  1. I am an attorney in the law firm of Covington & Burling LLP, counsel of record for defendants Wells Fargo Bank, N.A. and Wells Fargo & Co. ("Wells Fargo") in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge. If called as a witness, I could and would testify competently thereto.

2. On March 7, 2008, Wells Fargo served on each plaintiff the following discovery requests: Special Interrogatories from Wells Fargo Bank, N.A. (Set One), Special Interrogatories from Wells Fargo & Co. (Set One), Requests for Production of Documents from Wells Fargo Bank, N.A. (Set One), Requests for Production of Documents from Wells Fargo & Co. (Set One), and Requests for Admission from Wells Fargo Bank, N.A. (Set One).

3. On March 20, 2008, Plaintiffs served on Wells Fargo the following discovery requests: Plaintiffs' Requests for Production of Documents Propounded to Defendant Wells Fargo Bank, N.A. [Set One], Plaintiffs' Requests for Production of Documents Propounded to Defendant Wells Fargo & Company [Set One], Plaintiffs' Special Interrogatories Propounded to Defendant Wells Fargo Bank, N.A. [Set One], Plaintiffs' Special Interrogatories Propounded to Defendant Wells Fargo & Company [Set One], Plaintiffs' Notice of Taking 30(b)(6) Witness Depositions of Defendants.

4. On March 21, 2008, all parties to this action served their Initial Disclosures pursuant to Rule 26(a)(1)(A). A true and correct copy of Plaintiffs' Initial Disclosure (exhibits omitted) is attached hereto as **Exhibit 1**.

5. On March 21, 2008, Richard D. McCune, counsel for plaintiffs, offered to have Veronica Gutierrez and Tim Fox, the two new plaintiffs named in the proposed First Amended Complaint, respond to Wells Fargo's first set of discovery requests on the same timetable as the original plaintiffs.

6. On March 27, 2008, I participated in a telephone call with Mr. McCune regarding discovery and other issues. During the call, Mr. McCune represented that it would take 45 to 60 days for him to gather identifying and contact information for all 63 witnesses

DECLARATION OF MARGARET G. MAY IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
Civil Case No.: CV-07-5923 WHA

1

1  identified in Plaintiffs' Initial Disclosure.  During that same call, Mr. McCune requested a two-
2  week extension to respond to Wells Fargo's first set of discovery requests.  Wells Fargo agreed
3  to this extension, and plaintiffs agreed to a corresponding extension of Wells Fargo's deadline to
4  respond to plaintiffs' discovery requests.

5      7.  Representatives of Wells Fargo Bank, N.A. have represented to me
6  during the course of this case that account number, address, or other identifying information is
7  needed in order to ascertain and verify whether a particular individual is a customer of Wells
8  Fargo Bank, N.A.  It is very often the case, for example, that Wells Fargo Bank, N.A. will have
9  multiple customers with the same name, or the name on an account may be slightly different
10 than that used in the complaint.

11     I declare under penalty of perjury of the laws of the State of California that the
12 foregoing is true and correct.

13     Executed on April 10, 2008, in San Francisco, CA.

                                                   /s/
                                   Margaret G. May

DECLARATION OF MARGARET G. MAY IN SUPPORT OF   2
DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
Civil Case No.:  CV-07-5923 WHA