Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Attorneys for Plaintiffs
CLAUDIA SANCHEZ, ERIN WALKER
and WILLIAM SMITH

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendant | Civil Case No.: C-07-5923 ~~MJJ~~  WHA<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND DATE OF SETTLEMENT CONFERENCE**<br><br>Hon. William H. Alsup<br>(referred to Magistrate Judge Joseph C. Spero for Settlement Conference)<br><br>Complaint filed: November 21, 2007 |

WHEREAS, on March 3, 2007, the Court referred the above matter to Magistrate Judge Joseph C. Spero for a Settlement Conference, which is currently set for April 23, 2008.

WHEREAS, plaintiffs Claudia Sanchez, Erin Walker, and William Smith have filed a Motion for Leave to File a First Amended Complaint, which would (among other things) add

1 three new causes of action and two additional class representatives. Plaintiffs' motion is set for
2 hearing on May 1, 2008.
3   WHEREAS, in addition, the parties agree that significant discovery is needed before the
4 parties can properly evaluate the case for settlement purposes.
5   WHEREAS, in addition, the parties agree that a settlement conference would not be
6 productive until after the Court issues a ruling on plaintiffs' anticipated motion for Class
7 Certification, which would be heard in mid-August 2008 under the current schedule.
8   Accordingly, IT IS HEREBY STIPULATED by and between the Parties that, subject to
9 the Court's approval, the date of the Settlement Conference shall be continued from April 23,
10 2008, to a date convenient for the Court on or about September 17, 2008.

12 DATED: April 4, 2008        COVINGTON & BURLING LLP

14                             By: _____
15                                 David M. Jolley
                                    Attorneys for Defendants

17 DATED: April 4, 2008        McCUNE & WRIGHT, LLP

19                             By: _____
20                                 Richard D. McCune
                                   Attorneys for Plaintiffs

**IT IS HEREBY ORDERED** that the Settlement Conference in this matter is continued from
April 23, 2008, to September 17, 2008, at 9:30 a.m.

DATED: April 14 2008

Magistrate Judge Joseph C. Spero

IT IS SO ORDERED

STIPULATION AND [PROPOSED] ORDER TO AMEND
DATE OF SETTLEMENT CONFERENCE
Civil Case No.: C-07-5923 MJJ

2