Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>Judge Assigned: Hon. William H. Alsup<br>Original Complaint filed: November 21, 2007<br><br>**DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT; EXHIBITS**<br><br>Date: May 1, 2008<br>Time: 8:00 a.m.<br>Courtroom 9, 19th Floor |

I, RICHARD D. McCUNE, declare:

1. I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCune & Wright, LLP, counsel of record for Plaintiffs. The following facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto.

2. A true and correct copy of refined and adjusted Proposed First Amended Complaint is attached to this declaration as Exhibit "1."

---
-1-
DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
C 07-05923 WHA (JCSx)

3. A true and correct copy of the San Diego Superior Court's minute order regarding the Sanchez motion to Vacate Class Action Settlement in the *Smith v. Wells Fargo Bank, N.A.*, case number GIC802664, is attached to this declaration as Exhibit "2."

4. The Proposed First Amended Complaint substitutes two new class representatives and removes one class representative. This occurred before Plaintiffs were to respond to any discovery propounded by Defendants with regard to individual class representatives.

5. Upon filing this motion, I informed Defendants' counsel David Jolley and Sonya Winner via e-mail sent on March 21, 2008 that Plaintiffs would accept and respond to discovery on the First Amended Complaint as if it were already filed. Mr. Jolley responded via email on March 25, 2008 that Defendants accepted that offer and served discovery on the substitute class representatives that will be responded to at the same time as the class representatives in the original complaint.

6. The sixty-three names are names of customers I am aware of who feel they have been wrongly charged overdraft fees. As I informed Defense counsel David Jolley and Margaret May during a telephone conference on March 27, 2008, Plaintiffs are undergoing investigation and will provide a supplemental disclosure to provide complete information on these individuals within the next 30-45 days.

I so declare the above is true and correct under penalty of perjury under the laws of the United States. Executed this 17th day of April, 2008, at Irvine, California.

_____
Richard D. McCune

-2-
DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT
C 07-05923 WHA (JCSx)