Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Attorneys for Plaintiffs
VERONICA GUTIERREZ, TIM FOX, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,


Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:    (415) 591-6000
Facsimile:    (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-07-5923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMOVE PLAINTIFF TIM FOX AS CLASS REPRESENTATIVE**<br><br>Hon. William H. Alsup<br><br>Complaint filed: November 21, 2007 |

//

1  WHEREAS, on April 22, 2008, pursuant to the Court's Order Granting Plaintiffs' Motion for Leave to File a First Amended Complaint, plaintiffs Tim Fox and Veronica Gutierrez were added as named plaintiffs and putative class representatives in the above entitled action, joining Erin Walker and William Smith, who were already named plaintiffs.

WHEREAS, plaintiffs' counsel has represented that Tim Fox is unable to perform as a named plaintiff and putative class representative at this time.

Accordingly, IT IS HEREBY STIPULATED by and between the Parties that, subject to the Court's approval, Tim Fox be dismissed as a named plaintiff and putative class representative in this action without prejudice, while retaining any rights he might currently have as a putative class member.

DATED: June 23, 2008        COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: June 23, 2008        McCUNE & WRIGHT, LLP

By: _____
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: June 30, 2008

IT IS SO ORDERED
Judge William Alsup

Hon. William H. Alsup