Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:     (909) 557-1250
Facsimile:      (909) 557-1275

Attorneys for Plaintiffs
VERONICA GUTIERREZ, TIM FOX, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:     (415) 591-6000
Facsimile:      (415) 591-6091
swinner@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-07-5923 WHA (JCSx)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY**<br><br>Hon. William H. Alsup<br><br>Complaint filed: November 21, 2007 |

//

-1-
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY
C 07-05923 WHA (JCSx)

WHEREAS, on November 21, 2007, the above-entitled action was initiated by the original Plaintiffs against Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.

IT IS HEREBY STIPULATED by and between the Parties to the action that, subject to the Court's approval, Defendant Wells Fargo & Company be dismissed without prejudice.

DATED: July 1, 2008

COVINGTON & BURLING LLP

By: _____
David M. Jolley
Attorneys for Defendants

DATED: July 1, 2008

McCUNE & WRIGHT, LLP

By: _____
Richard D. McCune
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: _____, 2008

_____
Hon. William H. Alsup