Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs VERONICA GUTIERREZ, ERIN
WALKER and WILLIAM SMITH, on behalf of themselves
and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>Judge Assigned: Hon. William H. Alsup<br><br>**PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL; SUPPORTING DECLARATION OF RICHARD D. McCUNE; [PROPOSED] ORDER**<br><br>**DATE: August 21, 2008**<br>**TIME: 8:00 a.m.**<br>**DEPT: Courtroom 9, 19th Floor**<br><br>Original Complaint filed: November 21, 2007 |

Pursuant to Civil L.R. 79-5, named Plaintiffs Veronica Gutierrez, Erin Walker, and William Smith, on behalf of themselves and all others similarly situated, request the Court order that portions of Plaintiffs' Motion for Class Certification ('Class Cert. Motion"), and certain exhibits attached to the Declaration of Richard D. McCune in Support of Motion for Class Certification ("McCune Declaration") be filed under seal, based on this Administrative Request, the supporting Declaration of Richard D. McCune In Support of Plaintiffs' Administrative Request to File Portions of Plaintiffs'

-1-

PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL
Case No.: C 07-05923 WHA (JCSx)

Motion for Class Certification Under Seal ("McCune Admin. Decl."), and a [Proposed] Order, attached herewith.

Under Civil Local Rule 79-5, a document may only be filed under seal upon a showing of good cause.

Certain portions of the Class Cert. Motion refer to or contain information that was designated as confidential by Defendant Wells Fargo Bank, N.A., pursuant to the Stipulated Protective Order in this case. *See McCune Admin. Decl.* ¶ 2. Plaintiffs are lodging herewith a redacted version of the Class Cert. Motion. *See McCune Admin. Decl.* ¶ 2.

Certain Exhibits of the McCune Declaration refer to or contain information that was designated as confidential by Defendant Wells Fargo Bank, N.A., pursuant to the Stipulated Protective Order in this case. *See McCune Admin. Decl.* ¶ 3. Plaintiffs are lodging herewith a redacted versions of those exhibits which only partially contain confidential information. For exhibits that consist of entirely confidential documents, good cause exists to seal those exhibits of the McCune Declaration. *See McCune Admin. Decl.* ¶ 3.

Accordingly, Plaintiffs respectfully request the Court order that certain portions of the Class Cert. Motion and certain exhibits of the McCune Declaration be filed under seal, as specified in the attached [Proposed] Order. Plaintiffs take no position at this time as to whether the information is entitled to remain sealed.

DATED: July 10, 2008

McCUNE & WRIGHT, LLP

BY: _____
Richard D. McCune
Attorney for Plaintiffs