1  Richard D. McCune, Esq. State Bar No. 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, Esq., State Bar No. 236805
   jkk@mwtriallawyers.com
3  MCCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, California 92374
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiffs VERONICA GUTIERREZ, ERIN
   WALKER and WILLIAM SMITH, on behalf of themselves
7  and all others similarly situated,

8

9
                    UNITED STATES DISTRICT COURT
10
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
11

12

13  VERONICA GUTIERREZ, ERIN WALKER and )   Case No.: C 07-05923 WHA (JCSx)
    WILLIAM SMITH, as individuals, and on behalf )
14  of all others similarly situated,            )   Judge Assigned:  Hon. William H. Alsup
                                                 )
15               Plaintiffs,                     )   **REQUEST FOR JUDICIAL NOTICE IN**
                                                 )   **SUPPORT OF MOTION FOR CLASS**
16         v.                                    )   **CERTIFICATION; EXHIBITS**
                                                 )
17  WELLS FARGO & COMPANY, WELLS                 )   **DATE: August 21, 2008**
    FARGO BANK, N.A., and DOES 1 through 125,    )   **TIME: 8:00 a.m.**
18                                               )   **DEPT: Courtroom 9, 19th Floor**
                 Defendants.                     )
19                                               )
                                                 )
20                                               )   Original Complaint filed: November 21, 2007
                                                 )
21  _____  )

22         Named Plaintiffs and Putative Class Representatives Veronica Gutierrez, Erin Walker, and

23  William Smith, on behalf of all others similarly situated, request that the Court take judicial notice

24  pursuant to Rule 201 of the Federal Rules of Evidence of the following:

25         1.      Telephonic ruling in the San Diego County Superior Court for the case *Smith v. Wells*

26                 *Fargo*, case number GIC802664, dated February 6, 2004, a true and correct copy of

27                 which is attached hereto as Exhibit 1;

28         2.      Minute Order of the San Diego County Superior Court for the *Smith* case, dated February

                   20, 2004, a true and correct copy of which is attached hereto as Exhibit 2; and

                                              -1-

1        3.    Ruling on Motion to Vacate Class Action Judgment by Claudia Sanchez, dated February

2        1, 2008, a true and correct copy of which is attached hereto as Exhibit 3.

3        These documents are relevant to Plaintiffs Motion for Class Certification regarding the issue of

4    the proposed classes meeting the Federal Rules of Civil Procedure, Rule 23.  Moreover, these documents

5    may be noticed as a public record.  *Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001).

6

7    DATED: July 10, 2008                        McCUNE & WRIGHT, LLP

8

9                               BY: _____

10                                 Richard D. McCune
                              Attorney for Plaintiffs

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR CLASS CERTIFICATION
Case No.: C 07-05923 WHA (JCSx)