# Exhibit 2

Request for Judicial Notice in Support of Plaintiffs'
Motion for Class Certification

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.: C 07-05923 WHA

---

# EXHIBIT "2"

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CALENDAR NO.

| NUMBER | COMPLAINT DATE | HEARING DATE | HEARING TIME | DEPT | COURT USE ONLY |
|---|---|---|---|---|---|
| GIC802664 | 12-27-02 | 02/20/04 | 01:15PM | 71 | FILED<br>Clerk of the Superior Court<br>FEB 20 2004<br>by: K SANDOVAL, Deputy |

| JUDGE/COMMISSIONER | CLERK |
|---|---|
| HON. RONALD S. PRAGER | KATHLEEN SANDOV |

| REPORTER | CSR #3184 |
|---|---|
| PETER STEWART<br>P.O. BOX 120128, SAN DIEGO, CA 92112-0128 | |

| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT |
|---|---|
| SEAN M SMITH | WELLS FARGO BANK N A |

| ATTORNEY FOR PLAINTIFF/PETITIONER | ATTORNEY FOR DEFENDANT/RESPONDENT |
|---|---|
| HOWARD D. FINKELSTEIN    ☐P ☐NP | DANIEL G. LAMB JR. (1)    ☐P ☐NP |

1. DEFENDANT TELE:2-6-04 CERTIFY CLASS\ORAL ARGUMENT

THIS MATTER HAVING COME BEFORE THE COURT THIS DATE, THE COURT ORDERS:

☐ PRIOR TO CALENDAR CALL  ☐ OFF-CALENDAR  ☐ GRANTED  ☐ BONDS _____
                                              ☐ DENIED   ☐ WITH/WITHOUT PREJUDICE
☐ PRIOR TO CALENDAR CALL  ☐ CONT. TO _____ IN DEPT _____ AT _____
☐ TRO  ☐ CONTINUED  ☐ VACATED
☐ ALL PREVIOUS ORDERS REMAIN IN FULL FORCE AND EFFECT.
☐ TELEPHONIC  ☐ CONTINUED FOR ORAL ARGUMENT ON _____
☒ ORAL ARGUMENT  ☒ TELEPHONIC DATED 2/6/04       ☒ CONFIRMED  ☐ MODIFIED
☐ DISPOSES OF ENTIRE ACTION    ☐ DOES NOT DISPOSE OF ENTIRE ACTION
☐ PREVAILING PARTY TO PREPARE AND FILE FORMAL ORDER PURSUANT TO CRC 391.
☐ OTHER

*The Court confirms its telephonic ruling.*

Dated: 02/20/04

*Ronald S. Prager*

JUDGE/COMMISSIONER OF THE SUPERIOR COURT
RONALD S. PRAGER

SUPCT CIV-718A(Rev. 2-98)    MOT-MINUTES/ORDER OF THE COURT