Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:　　　August 21, 2008<br>Time:　　　8:00 a.m.<br>Courtroom:　9<br><br>Honorable William H. Alsup |

I, David M. Jolley, declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel of record for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Company, in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. A true and correct copy of relevant excerpts of the transcript and exhibits of the Deposition of Veronica Gutierrez, dated June 12, 2008, is attached hereto as **Exhibit 1**.

3. A true and correct copy of relevant excerpts of the transcript and exhibits of the Deposition of Erin Walker, dated June 13, 2008, is attached hereto as **Exhibit 2**.

4. A true and correct copy of relevant excerpts of the transcript and exhibits of the Deposition of William Smith, dated June 18, 2008, is attached hereto as **Exhibit 3**.

5. A true and correct copy of Plaintiff Veronica Gutierrez's Responses to Wells Fargo Bank's Special Interrogatories (Set One), served on April 23, 2008, is attached hereto as **Exhibit 4**.

6. A true and correct copy of Plaintiff Erin Walker's Responses to Wells Fargo Bank's Special Interrogatories (Set One), served on April 23, 2008, is attached hereto as **Exhibit 5**.

7. A true and correct copy of Plaintiff William Smith's Responses to Wells Fargo Bank's Special Interrogatories (Set One), served on April 23, 2008, is attached hereto as **Exhibit 6**.

8. A true and correct copy of Plaintiff Veronica Gutierrez Response to Wells Fargo Bank's Special Interrogatory (Set Two), served on July 7, 2008, is attached hereto as **Exhibit 7**.

9. A true and correct copy of Requests for Admission from Wells Fargo Bank, N.A. to Plaintiff Veronica Gutierrez (Set Two), served on June 5, 2008, is attached hereto as **Exhibit 8**.

DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF
DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR
SUMMARY JUDGMENT
Civil Case No.: CV-07-5923 WHA(JCSx)

2

10. A true and correct copy of Plaintiff Erin Walker's Response to Wells Fargo Bank's Special Interrogatory (Set Two), served on July 7, 2008, is attached hereto as **Exhibit 9**.

11. A true and correct copy of Requests for Admission from Wells Fargo Bank, N.A. to Plaintiff Erin Walker (Set Two), served on June 5, 2008, is attached hereto as **Exhibit 10**.

12. A true and correct copy of Plaintiff William Smith's Response to Wells Fargo Bank's Special Interrogatory (Set Two), served on July 7, 2008, is attached hereto as **Exhibit 11**.

13. A true and correct copy of Requests for Admission from Wells Fargo Bank, N.A. to Plaintiff William Smith (Set Two), served on June 5, 2008, is attached hereto as **Exhibit 12**.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 10, 2008, in San Francisco, CA.

_[signature]_
David M. Jolley

DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF DEFENDANT WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT
Civil Case No.: CV-07-5923 WHA(JCSx)

3