UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ,
TIM FOX, ERIN WALKER,
and WILLIAM SMITH, as
individual, and on behalf
of all others similarly
situated,

        Plaintiffs,        Case No.  CV-07-5923
                                     WHA (JCSx)

        vs.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A; and      **CERTIFIED**
DOES 1 through 125,
                            **COPY**
        Defendants.

---

DEPOSITION OF VERONICA GUTIERREZ

REDLANDS, CALIFORNIA

THURSDAY, JUNE 12, 2008

Reported By:
PATRICIA Y. SCHULER
RPR, CSR No. 11949

Job No. 89823

1      Q.    Have you referred back to this document at

2  any time since then?

3      A.    Once in the last year for filing purposes.

4            (Exhibit 107 was marked for identification.)

5  BY MS. WINNER:

6      Q.    I would like to ask the reporter to mark as

7  Exhibit 107 a document entitled "Consumer Account

8  Agreement and Safe Deposit Box Lease Terms,"

9  Bates No. WFB-G 40 through 109.

10           Ms. Gutierrez, this is a document --

11  actually, another copy of it was produced by your

12  counsel, I believe, for you -- which he can confirm

13  that, but the copy was messed up.  So I believe we

14  copied another copy of it.  The original may have

15  looked something more like this (indicating).

16     A.    Right.

17     Q.    Does it look familiar?

18     A.    Yes.

19     Q.    What do you recognize it as being?  This is

20  Exhibit 107.

21     A.    If I had a safety deposit box at the bank,

22  which I do not.  And my account agreement, and that's

23  it.

24     Q.    Do you recognize this as the account

25  agreement for your checking account?

1       A.    It was given to me upon opening my account.

2       Q.    Did you read it?

3       A.    No.

4       Q.    Have you ever read it?

5       A.    Portions.

6       Q.    Which portions have you read?

7       A.    On Page 4, "General."

8       Q.    Just for the record, Ms. Gutierrez, are you

9  looking --

10       A.    I am looking through the "Table of

11  Contents."

12       Q.    The "Table of Contents," okay.

13       A.    Yes.  "Laws governing your account" on

14  Page 7.

15       Q.    Okay.

16       A.    "Deposits and withdrawals" on Page 11.

17  "Transferring an interest in your account," Page 18.

18  Page 28, "Acceptable form of checks.  Reordering

19  checks," Page 30.  "Lost or stolen checks," Page 31.

20  That's all.

21       Q.    When did you read the section "General" on

22  Page 4?

23       A.    Upon opening the account.

24       Q.    Did you read it again after that?

25       A.    No.

32

1    where I did not have any money to pay for bills or to

2    pay for gas or if I went to a store to purchase

3    groceries.  I didn't want to have a card saying

4    "insufficient funds," because I had been told that

5    happens.

6        Q.    Who told you that happens?

7        A.    Friends.

8        Q.    Any other reasons that you tried to avoid

9    overdrafts?

10       A.    Just to make sure I am managing the account

11   as best as I possibly can.

12       Q.    Did you think that that was something you

13   had a responsibility to do?

14       A.    For the most part, yes.  As long as I was

15   being correctly told what was in my account at the

16   exact times when I was checking.

17       Q.    Now, you said you checked your account

18   balance by telephone or online.

19             Did you keep any records of when you checked

20   it?

21       A.    No.

22       Q.    Did you keep track of your transactions

23   yourself?

24       A.    Yes.

25       Q.    Do you have a check register, something like

1    that, where you write down all your transactions?

2        A.    Not anymore.

3        Q.    Did you ever?

4        A.    Yes, I did.

5        Q.    When did you stop having one of those?

6        A.    When I became more dependable on looking at

7    online statements, and I want to say that's around

8    2004.

9        Q.    When you kept the checkbook, did you keep

10   track of your debit card transactions?

11       A.    Yes.

12       Q.    So you would write those down?

13       A.    Yes.

14       Q.    When you checked online to check your

15   account, did you check to see if your debit card

16   transactions were on there?

17       A.    I would pull my receipts.  Because I kept

18   all of my receipts from every single time that I used

19   by debit card.  I would check, like mentally, if this

20   receipt was on that statement, okay.  Set it aside.

21   If this receipt was on that statement, okay.  Set it

22   aside.  If this receipt is not on that statement, why

23   not.  Set it over here.  Then I would have to check

24   again, later on, to see if it was on there later.

25       Q.    So sometimes you would discover that it was

1   not there right away?

2        A.    Right.

3        Q.    When was the first time you ever discovered

4   that happening?

5        A.    I don't remember.

6        Q.    Was it something that happened fairly often?

7        A.    I can't say.  I don't know.

8        Q.    Did it happen more than once or twice?

9        A.    Yes.

10       Q.    The first time you ever saw that happen, was

11   that before or after the first time you incurred any

12   overdraft fees?

13       A.    I don't remember.

14       Q.    Now, when you wrote checks -- I take it you

15   did write checks on your account, correct?

16       A.    Yes.

17       Q.    Was it your belief that the bank knew

18   immediately about checks that you wrote?

19       A.    No.

20             Can we take a bathroom break?

21             MS. WINNER:  Oh, absolutely, absolutely.

22             MR. MCCUNE:  I need it.

23             MS. WINNER:  No problem.  Take a five-minute

24   break.

25             (Recess taken.)

41

1                    (Exhibit 109 was marked for identification.)

2       BY MS. WINNER:

3           Q.    I would like to ask the reporter to mark as

4       Exhibit 109 a document entitled "Consumer Account

5       Agreement and Safe Deposit Box Lease Terms Addendum

6       Effective April 1, 2003," Production No. WFB-G 156 to

7       157.

8                    Ms. Gutierrez, have you ever seen this

9       before, that you recall?

10          A.    Yes.

11          Q.    When do you recall having seen it?

12          A.    When I received it in the mail.

13          Q.    Did you read it?

14          A.    No.

15          Q.    Do you remember occasionally getting other

16      documents like this that were changes to your account

17      agreement?

18          A.    Yes.

19          Q.    Did you ever read any of them?

20          A.    Briefly.  Nothing that I can recall, though.

21          Q.    Do you remember that there were sometimes

22      notices about your account agreement in your monthly

23      statements?

24          A.    I don't remember.

25          Q.    I want to go back for a second to the

1    question about the checkbook that you used to keep.

2              You said you stopped using it when you

3    started checking your online account more often; is

4    that correct?

5         A.    Yes.

6              MR. MCCUNE:   The check register?

7    BY MS. WINNER:

8         Q.    Yes.  Why did you do that?

9         A.    Because in order to verify items that the

10   bank was recording such as purchases or payments, I

11   would have to wait for the monthly statements, which

12   usually came two weeks after the closing date, whereas

13   if I went online, it was more recent and I was able to

14   better match what I was computing by hand than having

15   to wait a longer period.

16        Q.    Any other reason?

17        A.    I stopped because the bank would also have

18   other charges, a $1 POS fee or interest rate, you

19   know, that added in, and I could not account for that

20   because I did not know when they were being taken out

21   of or being put on to the account.

22        Q.    Any other reason?

23        A.    No.

24        Q.    Now, just so I have an accurate picture of

25   what you did after you stopped keeping the check

1   register, I take it you would keep your receipts?

2       A.   Yes.

3       Q.   And then you would check the receipts

4   against what you saw online; is that correct?

5       A.   Yes.

6       Q.   Did you do anything yourself, separately, to

7   add or subtract or keep track or anything, or did you

8   do that matching?

9       A.   I did that matching and accounted for what

10  deposits I was making into the account, such as

11  getting paid at work.

12      Q.   Did you ever see any mistakes where the bank

13  had put in the wrong amount for something?

14      A.   No.

15      Q.   Did you ever see any mistakes where the bank

16  failed to give you a credit for a deposit you made?

17      A.   Yes.  Only to find out that they were posted

18  two or three days after.

19      Q.   When did that happen?

20      A.   Just periodically when I would maybe do a

21  refund on something and it would not post to the

22  account as quickly as I thought it should have.  It

23  would post maybe two or three days after I had

24  actually done the refund.

25      Q.   Did you ever talk to anyone at the bank

VERONICA GUTIERREZ                          06/12/08

1      Q.    In this case that is $6.

2      A.    Yes.

3      Q.    Do you know what the difference is between

4   ending balance and available balance?

5      A.    I don't understand the difference.  I have

6   gone upon myself to depend on the available balance.

7      Q.    Is there a reason for that?

8      A.    Because I just try to assume that I have

9   less money in the account than what I really do.

10     Q.    Well, is the available balance sometimes

11  higher than the ending balance?

12     A.    I have not noticed.  So I don't know.

13     Q.    Well, I don't want to put words in your

14  mouth.

15           Is the reason that you use the available

16  balance because it is usually lower and you just go

17  with the lower number?

18     A.    Yes.

19     Q.    You see on this page it says, "Available

20  balance."  Next to it there is a link that says,

21  "What's this?"

22     A.    Yes.

23     Q.    Have you ever clicked on that?

24     A.    Yes, I have.

25     Q.    If you turn to the next page at the top, you

1    see there's a definition of "available balance"?

2         A.    Yes.

3         Q.    Is that what you got to when you clicked on

4    it?

5         A.    Yes.  I read that.

6         Q.    You read that?  When did you first read

7    that?

8         A.    I don't remember when I first read it.

9         Q.    How many times have you read it?

10        A.    I don't know.

11        Q.    If you see here, starting on the second

12   line, it says, quote, "Please note that some

13   transaction activity will not be immediately recorded

14   to your account and will then not be reflected in the

15   available balance."

16              Do you see that?

17        A.    Yes.

18        Q.    Was that in there when you read it?

19        A.    I don't recall.

20        Q.    Do you recall knowing that before today?

21        A.    No -- well, before today I think I have seen

22   that, but I can't remember when I have seen it.

23        Q.    Now, again, I think I may have already asked

24   you this.  I apologize if I have.  But did you

25   understand that the available balance would not

1   include checks that you had written that the bank

2   hasn't gotten yet?

3        A.    Pending checks are not on the account

4   usually.   They take about a week, to my understanding,

5   before I will see it online.

6        Q.    Well, when you write a check to somebody,

7   what is your understanding?

8        A.    The bank doesn't know I have written it

9   until that person goes to cash it.

10        Q.    When you are checking your balances and

11   trying to figure out what is going on in your account,

12   do you do anything to subtract out checks that you

13   have written?

14        A.    Yes.

15        Q.    Do you do that on paper, or do you just do

16   that mentally?

17        A.    Mentally, a mental note.

18        Q.    Going back then, are there any other pages

19   that are in Exhibit 111 -- are there any other -- let

20   me strike that.

21              Exhibit 111 prints out sample pages for

22   different tabs.

23              Do you see that?  That are in the Web site.

24        A.    Yes.

25        Q.    Are there any of the tabs that are in this

53

1    clarify what the attorneys and myself were bringing to

2    the attention of Wells Fargo.

3         Q.    On the next to last page there is a page

4    with a title "Verification."

5         A.    Yes.

6         Q.    And there is a signature there.

7         A.    Yes, that is correct.

8         Q.    Is that your signature?

9         A.    Yes, it is.

10        Q.    Did you sign this on April 22?

11        A.    Yes, I did.

12        Q.    Before you read this, did you read the pages

13   that preceded Exhibit 117?

14        A.    Yes.

15        Q.    I'm sorry, your answer was?

16        A.    "Yes."

17        Q.    If you would look at Interrogatory No. 1,

18   which is the second page of the exhibit.

19        A.    Lines 19 and 20?

20        Q.    Well, you start on 14, which is the

21   question; and then 19 and 20 is your answer.

22              Do you see that?

23        A.    Yes.

24        Q.    I'll strike that.

25              Before I ask that, at the time you signed

72

1    this verification, were these interrogatory answers

2    accurate and complete, as far as you were aware?

3         A.    Yes.

4         Q.    Are they still accurate and complete, to the

5    best of your knowledge?

6         A.    To the best of my knowledge, yes.

7         Q.    Going back to Interrogatory No. 1, there is

8    a reference there to transactions occurring between

9    October 5 through 9.

10             Do you see that?

11        A.    Line 20?

12        Q.    Yes.

13        A.    Yes.

14        Q.    Do you understand that to be an accurate

15   answer to Interrogatory No. 1?

16             MR. MCCUNE:   I will interpose as an

17   objection or a clarification, this includes work done

18   by her attorney and potentially calls for expert

19   opinion, because it asks for an improper assessment.

20             But with that, you may answer.

21             THE WITNESS:   I believe this information was

22   analyzed by attorneys, and they had someone analyze

23   the information.   So I am going to assume that they

24   analyzed it correct.

25   ///

1    that's -- I am still in Exhibit 119, I'm sorry.  Back

2    to that one again.  On the page that has 217 at the

3    bottom.

4        A.    Okay.

5        Q.    The second transaction identified as an

6    "Online transfer"?

7        A.    Yes.

8        Q.    Who was that transfer to?

9        A.    Pete Gutierrez is either my father or my

10   brother.

11       Q.    Did you on occasion make transfers to one or

12   the other of them?

13       A.    Yes.  I don't remember this particular

14   transaction, though.

15       Q.    Well, I guess, part of what is puzzling me

16   about this -- well, maybe I am just confused.

17            On October 10, was your brother back at that

18   point?

19       A.    Yeah.

20       Q.    So was he using the computer?

21       A.    Yes.

22       Q.    Did you have a way of making online

23   transfers without access to the computer?

24       A.    If I used the computer, it was just briefly.

25   It was not enough time to, like analyze anything

88

1   accurate, as you sit here today?

2        A.   To the best of my knowledge, yes.

3        Q.   Now, you say here you believe there were

4   sufficient funds in the account at the time of each of

5   the transactions?

6        A.   Yes.

7        Q.   It is based on two things, correct?

8        A.   As analyzed by my attorneys, yes.

9        Q.   Well, what I want to get at here is what did

10  you believe, you personally believe?

11       A.   That I had money in the account.

12       Q.   Is that true, that you, in fact, believed

13  that you had sufficient funds in your account at the

14  time you made each of the transactions between

15  October 5 and 9, 2006, is that the case?

16       A.   Yes.

17       Q.   This answer, then, goes on to talk about two

18  reasons that you believe that.

19       A.   Yes.

20       Q.   Now, what it says here, is that an accurate

21  description of the reason why you believe that?

22       A.   Yes.

23       Q.   Were there any other reasons why you believe

24  that?

25       A.   No.

90

VERONICA GUTIERREZ                          06/12/08

1    Q.    Now, the first reason you identify here is

2    that you regularly check your balance online -- I

3    guess this "or by calling Wells Fargo," is that a

4    typo?

5              MR. MCCUNE:    I think so.

6    BY MS. WINNER:

7    Q.    I think you told me a few minutes ago that

8    you don't recall as you sit here today, whether or not

9    you called Wells Fargo or checked your balance during

10   that particular period; is that correct?

11   A.    During those particular dates I can't

12   recall.

13   Q.    Then the second, it says, "The second is

14   that it was my belief that a transaction would be

15   denied if I did not have sufficient funds in the

16   account to cover the transaction."

17             Have I read that correctly?

18   A.    Yes.

19   Q.    Was that, in fact, your belief?

20   A.    Yes.

21   Q.    What was the basis for that belief?

22   A.    Because if you did not have money in the

23   bank, why would there be any money to spend.  You

24   can't spend negative money.

25   Q.    Did anybody from Wells Fargo ever tell you

VERONICA GUTIERREZ                           06/12/08

1    that a transaction would always be denied if there

2    were insufficient funds in the account?

3         A.   No.

4         Q.   I would like you to now look at

5    Interrogatory No. 3, and take as much time as you want

6    to look at it.  Let me first explain what I am going

7    to ask you so that you will have it in mind when you

8    are reading it.

9              Your answer in No. 3 talks about some

10   specific things that you looked at that you relied on

11   and then it talks about some things your counsel is

12   aware of.  The first question I want to ask you is

13   just to clarify whether you were personally aware of

14   the things that are listed starting on Line 15 as

15   things your counsel is aware of.  I will ask that.

16   But first take a look at the question and answer and

17   then I will ask you the question.

18        A.   Okay.

19        Q.   Have you had a chance to read through that?

20             MR. MCCUNE:  It goes on --

21             THE WITNESS:  Yes.  On the next page too,

22   these items (indicating), yeah.

23   BY MS. WINNER:

24        Q.   The first question I want to ask you is,

25   starting on Line 15, there is a discussion -- and then

92

1   going on to the next page -- a discussion of some

2   statements that the answer says your counsel was aware

3   of.

4            My question to you is, were you personally

5   aware before this litigation of any of those items?

6        A.    The "Online access to check account balances

7   and transaction history."

8        Q.    Where are you?

9        A.    Line 20.

10       Q.    20?

11       A.    "You can view account balances and history,

12   transfer fees and receive monthly statements online."

13   Line 27, "Wells Fargo online banking with bill pay."

14       Q.    Had you reviewed that brochure that is

15   referred to here?

16       A.    I don't remember.

17       Q.    Let me clarify.  I am asking you whether

18   there are any ideas that you see -- I am asking you

19   whether these particular statements by Wells Fargo

20   that are referred to here, are things that you had

21   personally seen before?

22       A.    I don't know if this is particularly where I

23   have seen the "Payment online" or "Bill pay," but I

24   know that I have seen it somewhere.

25       Q.    Well, I will put it out and then we'll go

93

through it.  So let's first eliminate any that you
think you did not see.  That will shorten things up
later.

A.    That's it.

Q.    That's all?

A.    Yes.

Q.    So it would be A, B, and C?

A.    Then No. 16, "Checking account statement
envelope postmarked August 24, 2007," I am not sure if
that is for my account statement.  I would have to see
it.  But the quote, "Someday I will know where all my
money goes," I recognize that.  I don't know if it is
from that date.  "Today take control" -- on Line 18 --
"Today take control of your financial life with our
free online tools."  I know I have seen that
somewhere, I can't recall exactly where.  That's it.

Q.    All right.  Just so I am clear, I should
show you the item that would be A, the item that would
be B, the item that would be C, not the item that
would be D, not the item that would be E, and not the
item that would be G, but I should show you that; is
that correct?

A.    Yes.

Q.    If you would look at Interrogatory No. 5?

A.    Okay.

94

1    same day?

2         A.    I understand that now, yes.

3         Q.    You don't recall when you first understood

4    that?

5         A.    No, I don't remember.

6         Q.    You also understand that the amount of money

7    that is in your account can be affected by, for

8    example, checks that you write?

9         A.    Yes.

10        Q.    That the bank doesn't know about until it

11   gets them, right?

12        A.    Correct.

13        Q.    It says, then, that the second items says,

14   "Wells Fargo providing online account balance

15   information that there were sufficient funds to cover

16   the transactions from May 29 to June 1, 200-- well,

17   excuse me, it would be October 5 through the 9th,

18   2006 -- "when, in fact, Wells Fargo charged me

19   overdraft fees for those transactions."

20             When did Wells Fargo provide online account

21   balance information that there was sufficient funds to

22   cover those transactions?

23        A.    Your online account balance is available

24   24 hours a day.  I can check anytime.  So they should

25   be able to let you know at all hours of the day.

97

VERONICA GUTIERREZ                         06/12/08

1    Q.    But my question is, when did Wells Fargo

2    provide to you online account balance information that

3    there was sufficient funds to cover those

4    transactions?

5    A.    When I would ask access the account to look

6    at it.

7    Q.    But you don't recall actually having done

8    that during that period?

9    A.    I don't recall when.

10    Q.    Do you recall specifically that you did do

11    it during that specific period?

12    A.    I know that since I have used online

13    Internet access to look at my account, I have checked

14    at least once a week, maybe twice a week, but it has

15    usually been once a week.

16    Q.    But you don't know, as you sit here today,

17    that you necessarily did it between October 5 and

18    October 9, 2006?

19    A.    I don't know when.  I don't know when.

20    Q.    Do you know with absolute certainty that you

21    did it during that particular period?

22    A.    I am not sure.

23    Q.    So the answer is "no," you don't know with

24    absolute certainty?

25    A.    Right.

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [  ] was [  ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: ___JUN 2 0 2008___

PATRICIA Y. SCHULER
CSR No. 11949



**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[                    ] [ Product Search ]

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts ✉ | Products & Offers |

| Account Summary | Account Activity | My Spending Report | Statements & Documents |

Last Sign On: May 02, 2008

**Try It!** Switch to paperless statements - get your statements online. Sign up now

## Account Summary

? Help

### Communications Summary

**Messages & Alerts: 10** new messages since you last visited your Inbox.

ocs2lev@wellsfargo.com  Edit

**Platinum Visa® Card**
Intro APR as low as 0%
No Annual Fee
Apply Now ▶

### I Want To ...

Pay a bill with Bill Pay
Transfer funds between accounts
View online statements
Change my address
Nickname accounts
Learn about new features
View more services

**New!** Security questions: a new level of online protection

**New!** Online Banking has a new look

### Cash Accounts

| Account | Available Balance | Related Activities |
|---|---|---|
| CHECKING XXX-XXX3609 | $5.99 | Pay Your Bills Now |
| BUSINESS CHECKING XXX-XXX3625 | $7.99 | |
| CHECKING XXX-XXX3633 | $3.52 | Trade Commission Free Online |
| TF MMC XXX-XXX3365 ‡ | $5.51 | Set Up Overdraft Protection |
| SAVINGS XXX-XXX2989 | $4.00 | Create Savings Plan |
| Total | $27.01 | |

### Credit Accounts

| Account | Outstanding Balance | Available Credit | Related Activities |
|---|---|---|---|
| VISA XXXX-XXXX-XXXX-0786 | $56.20 | $43.00 | View Spending Report |
| Total | $56.20 | $43.00 | |

### Additional Accounts and Services

Give Wells Fargo Online Statements a Try          Sign up now

See all the products and services we offer.

**Student Loans**
Need funds for next semester?
Apply Now ▶

‡ denotes Investment products which are - Not FDIC Insured - Not guaranteed by the Bank - May lose value

WFB-G 01644



**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[ Product Search ]

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts ✉ | Products & Offers |

Account Summary | **Account Activity** | My Spending Report | Statements & Documents

## Account Activity

**Try it!** Set Up Free Email Alerts

❓ Help

**Related Services**

Set up Direct Deposit
Check & Deposit Slip Reorders
Request Check Copies
View and Redeem Rewards
Tax Documents
View Spending Report
Bank Through Your Software

Account

[ CHECKING XXX-XXX3609 ▼ ] [ Go ]

### CHECKING XXX-XXX3609

| | |
|---|---|
| Ending balance as of last business day (05/01/08)   Direct Deposit Advance® | $6.00 |
| Available balance  What's this? | $5.99 |

View Online Statements

**Home Equity Account**
New Lower Rates
Don't Wait. 🏠
**Apply Now** ▶

### Transactions - All Activity

Show  [ All Activity ▼ ] [ Go ]

Download Account Activity

Advanced Search

**Make Saving Easy**
Set up automatic transfers
from your checking accoun
**Start Now** ▶

Click on column heading to sort

| Date ▽ | Description | Deposits/ Additions | Withdrawals/ Subtractions |
|---|---|---|---|
| 05/02/08 | ONLINE TRANSFER REF #IBE2638G37 | | $0.01 (pending) |
| 02/13/08 | ONLINE TRANSFER REF #IBETC83Y2C FROM BUSINESS CHECKING XXXXXX3625 ON 02/13/08 | $1.00 | |
| 02/12/08 | ONLINE TRANSFER REF #IBEX89JM5M TO BUSINESS CHECKING XXXXXX3625 ON 02/12/08 | | $1.00 |
| 02/11/08 | ONLINE TRANSFER REF #IBEQG6GFLX FROM BUSINESS CHECKING XXXXXX3625 ON 02/11/08 | $1.00 | |
| **Totals** | | **$2.00** | **$1.01** |

View more account history through Online Statements.

Account Summary | Account Activity | My Spending Report | Statements & Documents

WFB-G 01645

- **Available balance:** The most current picture of funds you have available for withdrawal. It reflects the latest balance based on transactions recorded to your account today including deposited funds, paid checks, withdrawals and point-of-sale purchases. (Please note that some transaction activity may not be immediately recorded to your account and will then not be reflected in the available balance. The first $100 of ATM deposits will be included the same day in your available balance; the remaining funds will be added as items are processed and any holds are removed. Availability of branch deposits may vary; complete details on funds availability are reflected in our Funds Availability Policy).

- **Interest earned this period:** Interest that has been accrued but has not yet been paid to your account during your current statement cycle. *(For interest bearing accounts only.)*

- **Interest year-to-date:** The total interest that has been paid to your account from January 1st through the end of your last statement cycle. *(For interest bearing accounts only.)*

**Online Statement Delivery:**

Online Statement Delivery allows you to replace your paper statement with an electronic version (PDF), which you may view, save, or print at your convenience. After you have enrolled for this service, we'll send you an email to let you know when your current statement is ready.

From the **Balance Detail** section, you may enroll for Online Statement Delivery or, if you have enrolled, you can view current statements.

**To enroll for Online Statement Delivery:**

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link and complete the required enrollment process.

3. Once you have completed the enrollment process, you will be able to immediately view your statements online.

**To view current statements:**

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link. We'll always show your three most recent statements.

The **My Spending Report** feature can be used to monitor and track expenses at a glance because the data collection and input is done automatically. The report will contain details of your spending patterns made with your *Wells Fargo Credit Card, Check Card, Checking Account, and Online Bill Pay service* - so you can see exactly where your money goes each month.

To use the My Spending Report feature:

WFB-G 01646



### Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee          [Product Search]

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Account Summary | Account Activity | My Spending Report | Statements & Documents

## My Spending Report   *Try it!*  Helpful Tips                                 ? Help

**Spending Summary as of 5:02:08 - All Payment Methods**

Show [Spending Summary ▾] [Go]   *View categories with $0.00*                  View More Spending

Click on column heading to sort

| Category ▲ | MAY to Date | APR | MAR | 12 Month Avg |
|---|---|---|---|---|
| Airlines / Transportation | $0.00 | $44.25 | $150.00 | $123.86 |
| Auto / Gas | $0.00 | $230.19 | $426.62 | $257.83 |
| Building Supply / Wholesale | $0.00 | $106.97 | $99.09 | $138.78 |
| Charity / Community Org. | $0.00 | $736.75 | $312.00 | $606.75 |
| Contractor / Business Services | $0.00 | $0.00 | $0.00 | $60.05 |
| Education | $0.00 | $0.00 | $60.50 | $264.00 |
| Entertainment | $0.00 | $160.25 | $77.75 | $91.52 |
| Groceries | $0.00 | $926.27 | $537.19 | $720.15 |
| Healthcare / Pharmacy | $0.00 | $15.41 | $185.21 | $443.29 |
| Household | $0.00 | $1,096.81 | $56.21 | $231.79 |
| Insurance / Financial Services | $0.00 | $0.00 | $0.00 | $16.92 |
| Lodging | $0.00 | $9.57 | $0.00 | $825.50 |
| Office Supply / Stationery | $0.00 | $0.00 | $0.00 | $7.53 |
| Personal Services | $0.00 | $28.00 | $59.00 | $326.19 |
| Postage / Delivery | $0.00 | $0.00 | $0.00 | $18.04 |
| Restaurants | $0.00 | $462.67 | $298.92 | $340.42 |
| Retail / Department Stores | $0.00 | $526.95 | $809.59 | $668.88 |
| Utilities / Telecom | $0.00 | $286.83 | $384.03 | $346.60 |

**Non-Categorized Transactions** (We are unable to assign these transactions to a category above.)
Categorize Now

| | | | | |
|---|---|---|---|---|
| ATM Withdrawals | $0.00 | $40.00 | $580.00 | $318.06 |
| Cash Advances from Credit Cards | $0.00 | $0.00 | $0.00 | $44.77 |
| Checks Written [1] | $0.00 | $3,773.00 | $7,827.86 | $5,031.02 |
| Electronic Payments from Checking [1] | $0.00 | $5,953.00 | $27,037.80 | $4,172.36 |
| Non-Categorized Check Card Transactions | $0.00 | $0.00 | $0.00 | $5.75 |
| Non-Categorized Credit Card Transactions | $0.00 | $12.60 | $0.50 | $17.30 |
| Non-Categorized Online Bill Pay Payments [1]  What's this? | $0.00 | $3,056.53 | $2,918.51 | $2,939.27 |

**Subtotals by Payment Method**

| | | | | |
|---|---|---|---|---|
| Credit Card Spending | $0.00 | $3,959.23 | $2,771.61 | $3,646.22 |
| Check Card Spending | $0.00 | $296.21 | $837.90 | $619.67 |
| Other Checking Activity | $0.00 | $9,726.00 | $34,865.66 | $10,290.63 |
| Bill Pay Spending | $0.00 | $3,484.50 | $3,325.61 | $3,459.93 |

| **Total Spending** | **$0.00** | **$17,465.94** | **$41,800.78** | **$18,016.45** |

**Wells Fargo Transfers**

| | | | | |
|---|---|---|---|---|
| Transfers to other Wells Fargo Accounts | $0.00 | $150.00 | $50.00 | $119.49 |
| Payments to Loan and Credit Accounts | $0.00 | $2,948.80 | $7,333.18 | $3,856.67 |

[1] This category may include payments to your Wells Fargo Credit Card

**View More Spending**

Download spending history as Excel or PDF*

**For More Information**

Learn more about using this report or read our Frequently Asked Questions.

Access additional management & planning tools from Wells Fargo.

You can use this report to monitor and track expenses at a glance because the data collection and input is done automatically. The report will contain details of your spending patterns made with your Wells Fargo Credit Card, Check Card, Checking Account, and Online Bill Pay Service — so you can see exactly where your money goes each month. Take a Tour or learn how to use this report.

**Next Steps**

View Savings Plan

Consolidate your accounts at Wells Fargo and get a more accurate picture of your spending.

Get notified of important account transactions with Free Alerts.

**High-Performance Loans**
Low rates and fast decisions.
Learn More ▶

**Need Extra Cash?**
Refinance our auto loan. Less than perfect credit OK.
Learn more ▶

WFB-G 01647

WELLS FARGO

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[                    ] [Product Search]

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Account Summary | Account Activity | My Spending Report | Statements & Documents

## Statements & Documents

? Help

Account
[Checking XXX-XXX1852 ▼] [Go]

### Checking XXX-XXX1852

Checking statements are available online for up to 7 years.

**Recent Statements** | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001

**Statements** (in PDF * format)

📄 Statement 04/08/08 (25K)

📄 Statement 03/10/08 (24K)

📄 Statement 02/08/08 (26K)

📄 Statement 01/09/08 (24K)

📄 Statement 12/10/07 (28K)

📄 Statement 11/08/07 (24K)

📄 Statement 10/09/07 (27K)

📄 Statement 09/11/07 (24K)

📄 Statement 08/08/07 (26K)

📄 Statement 07/10/07 (24K)

📄 Statement 06/08/07 (25K)

Legal Notices regarding your account(s) will be available to view online through the "Available Online Until" date displayed above. Please review the information by that date, or download or print it for future reference.

* You need Adobe ® Reader ® to read PDF files. Download Adobe Reader for free. **Important Reminder:** Accessing PDFs from a Mac or a PC may require additional customer action. Learn More

Wells Fargo will notify you when your account statement is available online. If we do not have a valid email address for you, we cannot provide this notice and will have to switch future online statements to paper statements via U.S. mail. As an online customer, you are responsible for notifying us if you change your email address. Please refer to the Online Access Agreement for details. If you receive both paper and online statements on an account, we will not notify you by email when your online statement is ready.

**Related Services**
Change Delivery Preferences
Request Statement Copies
Open a Savings Account
Access Wells Fargo vSafe℠

**Important Documents**
Available Tax Documents
March 2008 Full Service
Available Online Until:6/30/08

WFB-G 01648



Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[ Product Search ]

**Wells Fargo Online®**

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

| Overview | Contact Us | Tools & Calculators |

## Account Services

? Help

**Account Information**
Account Summary
Account Activity
Download Account Activity
Account Profile
Add Accounts
Remove Accounts
Nickname Your Accounts

**My Profile**
Create Username
Change Password
Update Contact Information
Add/Change Email Address
Change Privacy Preferences

**Security & Privacy**
Set Up Security Alerts
How We Protect You
Online Security Guarantee
Prevent Fraud and Identity Theft
Privacy Policy
Send Us Suspicious Emails
Online Access Agreement
E-Sign Consent

**Customer Service**
Frequently Asked Questions
Ask a Question
Transaction Glossary

**Manage Users**
Manage Users

**Messages & Alerts**
View Messages & Alerts
Set Up/Modify Alerts

**Transfers**
Transfer Money
Transfer to a Wells Fargo Customer
Set Up Recurring Transfer
Set Up Recurring Payment

**Bill Pay**
Learn How to Make a Payment
Learn How to Add a Company Payee
Learn How to Add an Individual Payee
Bill Pay Overview

**Request Copies**
Check or Draft
Statement
Deposit Slip
Deposit Slip with Checks
Loan Payment Activity

**Take a Tour**
Wells Fargo Online
My Spending Report
Online Brokerage

**Account Services**
View Online Statements
Change Delivery Preferences
View Spending Report
View Savings Plan
View Tax Documents
Check & Deposit Slip Reorders
Request Overdraft Protection
Stop Payment on a Check
Activate Credit Card
Credit Card Service Center
Set Up Direct Deposit
Request Direct Deposit Advance®
Order Cashier Checks
Order Foreign Currency
Order Travelers Cheques
Order Gift Cheques
Order Gift Cards
Access Wells Fargo vSafe℠

**Open New Accounts**
Open New Personal or
Business Accounts

**Wells Fargo Newsletter**
Subscribe to our Email Newsletter



**High-Performance Loans**
Low rates and
fast decisions.
Learn More ▶



**Need Extra Cash?**
Refinance our auto loan.
Less than perfect credit. OK.
Learn more ▶

Overview | Contact Us | Tools & Calculators
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off

⌂ Equal Housing Lender
© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01649

**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

View Messages & Alerts | Set Up/Modify Alerts

## Messages & Alerts Inbox     Try it! Set up Free Email Alerts     ？ Help

< Previous  |  Messages 1 - 7 of 7  |  Next >

Select All | Deselect All                                                      Mark as Read    Delete

| | From | ! | Subject | | Received ▽ | Expires |
|---|---|---|---|---|---|---|
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | REDACTED | 4/23/2008 | 7/22/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 4/12/2008 | 7/11/2008 |
| ☐ | Credit Card | | Payment to your Wells Fargo VISA Acct. | is due on 04/15/2008 | 4/8/2008 | 5/3/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 3/24/2008 | 6/22/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 3/11/2008 | 6/9/2008 |
| ☐ | Customer Service | ! | Change to Delivery Preferences | | 2/24/2008 | 5/24/2008 |
| ☐ | Wells Fargo Online | | Important Changes to Online Consent and Access Agreement | | 2/14/2006 | 12/31/2020 |

Select All | Deselect All                                                      Mark as Read    Delete

< Previous  |  Messages 1 - 7 of 7  |  Next >

⌂ Equal Housing Lender

© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01650



**WELLS FARGO**

## Wells Fargo Online®

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | **Messages & Alerts** | Products & Offers |

| View Messages & Alerts | **Set Up/Modify Alerts** |

## Set Up/Modify Alerts

? Help

### Security and General Alerts

| Description | Alerts View Sample | Actions |
|---|---|---|
| Alerts for username changes, password changes, and suspended access. | Username Change<br>Password Change<br>Access Suspended | Modify |
| Tax and IRA contribution reminders. | None Selected | Set Up |

### Personal Checking

| Account | Alerts View Sample | Actions |
|---|---|---|
| Checking | Balance Threshold<br>Overdraft Protection Advance | Modify |

### Personal Savings

| Account | Alerts View Sample | Actions |
|---|---|---|
| Savings | Overdraft Protection Advance | Modify |

### Personal Credit Card

| Account | Alerts View Sample | Actions |
|---|---|---|
| VISA | Payment Due | Modify |

### Cancel Alerts

Cancel Alerts for    [ Select One ▾ ]    [ Save ]

You cannot cancel the Security Alerts we send for username changes, password changes, and suspended access.

View Messages & Alerts | Set Up/Modify Alerts

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off

⌂ Equal Housing Lender

© 1995 - 2008 Wells Fargo. All rights reserved.

**WELLS FARGO**

**Wells Fargo Online®**

Sign Off   Home   Locations   Contact Us   🔒 Online Security Guarantee

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

| View Messages & Alerts | Set Up/Modify Alerts |

## Set Up/Modify Alerts

? Help

**Checking**

You will receive one email for each section below, however for wireless devices you will receive one alert for each transaction.

Click **Save** at the bottom of the page when you have set up the alert(s) you want.

### Update Alerts

**Tell me:**
- ☐ when a deposit has posted to my account.
- ☐ when a direct deposit has posted to my account.
- ☐ all the checks that posted to my account yesterday.
- ☐ when a withdrawal has posted to my account.
- ☐ my account balance each [Week ▾]

**Delivery Method**
- ☑ Primary Email: @wellsfargo.com
- ☐ Secondary Email: @yahoo.com                **REDACTED**

### Balance Alerts

Balance alerts trigger from the available balance at the close of the business day.

- ☑ Tell me when my account balance is below [$1,500.00] dollars.
- ☐ Tell me when my account balance is above [   ] dollars.

**Delivery Method**
- ☑ Primary Email: @wellsfargo.com
- ☐ Secondary Email: @yahoo.com                **REDACTED**

### Check Tracking Alerts

Sends an alert when specified checks have been posted to your account.
Separate multiple check numbers with a comma.

**Check Number(s)**    Tell me when the following checks have posted to my account [   ]

**Delivery Method**
- ☑ Primary Email: @wellsfargo.com
- ☐ Secondary Email: @yahoo.com                **REDACTED**

### Re-order Reminder Alert

- ☐ Remind me to order checks after check number [   ]

**Delivery Method**
- ☑ Primary Email: @wellsfargo.com
- ☐ Secondary Email: @yahoo.com                **REDACTED**

### Overdraft Protection Advance Alert

- ☑ Tell me when an Overdraft Protection Advance is made to my account.

**Delivery Method**
- ☑ Primary Email: @wellsfargo.com
- ☐ Secondary Email: @yahoo.com                **REDACTED**

[ Cancel ]   [ Add/Change Email ]   [ Save ]



**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

View Messages & Alerts | Set Up/Modify Alerts

## Message Detail

‹ Previous | Next ›

❓ Help

| | |
|---|---|
| Subject | Wells Fargo Online Statement Notification |
| Received | April 12, 2008 |
| From | Statements |
| | Contact Us |

Dear Customer:

The statement for your Deposit Account Checking is now available to view online. To access your statement, please select the Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.

Sincerely,
Wells Fargo Online Customer Service

Protect yourself from fraud and identity theft. To learn more, go to our Fraud Prevention Center.

If you have a question about your account, please select Contact Us.

[ Delete ]  [ Back ]

View Messages & Alerts | Set Up/Modify Alerts
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
🏠 Equal Housing Lender
© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01653



Wells Fargo Online Statement Notification - Message (Plain Text)

File   Edit   View   Insert   Format   Tools   Actions   Help

This message was sent with High importance.

From:    Wells Fargo Online [ofsrep.alert_osn@wellsfargo.com]                                    Sent:   Tue 3/11/2008 12:19 PM
To:
Cc:                                                    REDACTED
Subject:  Wells Fargo Online Statement Notification

Dear Customer:

The statement for your Deposit Account Checking is now available to view online.  To access your statement, please sign on and select the
Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.

Sincerely,
Wells Fargo Online Customer Service

Protect yourself from fraud and identity theft.  To learn more, go to wellsfargo.com select PRIVACY, Security & Legal, and Fraud
Information Center.

If you have a question about your account, please sign on to your secure online banking session at wellsfargo.com.

WFB-G 01654