UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ,
TIM FOX, ERIN WALKER and
WILLIAM SMITH, as
individual, and on behalf
of all others similarly
situated,

        Plaintiffs,

        vs.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A; and
DOES 1 through 125,

        Defendants.

Case No.  CV-07-5923
      WHA (JCSx)

CERTIFIED
COPY

DEPOSITION OF ERIN WALKER

REDLANDS, CALIFORNIA

FRIDAY, JUNE 13, 2008

Reported By:
PATRICIA Y. SCHULER
RPR, CSR No. 11949

Job No. 89824

1   BY MS. WINNER:

2       Q.   I would like to ask the reporter to mark as

3   Exhibit 131 a document entitled "Consumer Account

4   Agreement Effective October 2, 2006," Bates

5   No. WFB-G 844 to 911.

6            Would you take as much time as you need,

7   Ms. Walker.  Just take a look at this document and

8   tell me if you recall whether you have ever seen it

9   before.

10           MR. MCCUNE:  Just to assist her, this would

11  have been an agreement --

12           MS. WINNER:  The original?

13           MR. MCCUNE:  Yes.

14           MS. WINNER:  It probably would have looked

15  something like this (indicating).

16           THE WITNESS:  Okay.  The question is, have I

17  ever seen it before?

18  BY MS. WINNER:

19      Q.   Do you recall whether you have ever seen it

20  before?

21      A.   Yes.

22      Q.   When have you seen it before?

23      A.   A few days ago.

24      Q.   Under what circumstances did you see it a

25  few days ago?

23

ERIN WALKER

06/13/08

1      A.    With my counsel.

2      Q.    Do you recall whether you have seen it

3  before that?

4      A.    No.

5      Q.    By the way, when you were pulling together

6  documents to produce in this case, did you ever ask

7  your mother if she had any documents about your

8  account?

9      A.    She would not, because it was mine.

10     Q.    My question was, did you ask her whether she

11  had any documents about your account that you did not

12  talk about?

13     A.    I did not.

14          (Exhibit 132 was marked for identification.)

15  BY MS. WINNER:

16     Q.    I would like to ask the reporter to mark as

17  Exhibit 132 a document entitled "Consumer Account Fee

18  and Information Schedule Effective April 3, 2006."

19          Ms. Walker, do you recall whether you have

20  ever seen this document before?

21     A.    Yes.

22     Q.    And when do you recall last having seen it?

23     A.    A few days ago.

24     Q.    That is when you were meeting with your

25  counsel?

```
 1    have an understanding about what an "overdraft" was?
 2         A.    No.
 3         Q.    Did you understand that there was any limit
 4    on how much you could spend out of that account?
 5         A.    I assumed that it would be whatever was in
 6    my account.
 7         Q.    What was the basis for that assumption?
 8         A.    If I don't have money, I can't spend money.
 9         Q.    Do you recall any discussion of that subject
10    that day?
11         A.    No.
12         Q.    Did you understand that if you had an
13    overdraft on your account, the bank would charge a few
14    for that?
15         A.    No.
16         Q.    When did you first come to understand that?
17         A.    When I incurred an overdraft fee.
18         Q.    Did you understand that you had a
19    responsibility to keep track of the money that you
20    spent out of the account?
21         A.    Yes, I did.
22         Q.    Did you write checks?
23         A.    Not too often, but occasionally.
24         Q.    When you did write checks, did you keep any
25    record of that?
```

1        A.    Like in a check record?

2        Q.    Yes.

3        A.    No.  But I was aware that I had written a

4    check.

5        Q.    So you just kept track of it mentally?

6        A.    Um-hmm.

7        Q.    That was a "yes"?

8        A.    Yes.

9        Q.    Did you do anything to keep track of debit

10   card transactions that you made?

11       A.    I would periodically check online.

12       Q.    What would you check for online?

13       A.    I would check my available balance.

14       Q.    Did you check to see whether the purchases

15   that you had made with your debit card showed up

16   online?

17       A.    Yes.

18       Q.    How often did you do that?

19       A.    Fairly often.

20       Q.    What do you mean by "fairly often"?

21       A.    Almost before every purchase.

22       Q.    So before a purchase you would look online

23   to see if all the other purchases you had made were

24   there?

25       A.    I would check my available balance, and I

27

1  would also check my purchase record.

2       Q.    When you say your "purchase record," what do

3  you mean?

4       A.    Whatever that tab is where the stuff breaks

5  down, it will always state, "You spent this much at

6  this location."

7       Q.    Did you ever see if there were purchases you

8  had made that were not on what you refer to as your

9  "purchase record"?

10      A.    I believe if the amount was in parentheses,

11 that was still pending.

12      Q.    What did "pending" mean?

13      A.    Pending means hadn't gone through yet.

14      Q.    Did you ever notice sometimes that there

15 were some that weren't there at all?

16      A.    Not specifically.

17      Q.    Did you generally have any recollection of

18 that ever happening?

19      A.    Yes.

20      Q.    Did you do anything about that?

21      A.    No.

22      Q.    Did you believe that the bank knew about

23 checks you wrote before they were presented to the

24 bank for payment?

25      A.    Can you rephrase that.

1      Q.    If you wrote a check, did you have an

2  understanding about whether or not the bank knew about

3  it as soon as you wrote it, or whether the bank would

4  not know about it until later?

5      A.    Checks usually were -- you give it to the

6  institution and then they have to cash it before the

7  money is drawn from my account.

8      Q.    The bank would not know about it until it

9  was cashed, correct?

10     A.    I don't know what you mean by that.

11     Q.    Well, did you assume that as soon as you

12  wrote a check, the bank knew about that check and was

13  taking it into account in your available balance?

14     A.    No.

15     Q.    You said you checked your account, you

16  checked your available balance.

17          How did you do that?

18     A.    Online.

19     Q.    Did you use any other method for that?

20     A.    I don't think so.

21     Q.    Do you have a computer at school with you?

22     A.    Um-hmm, yes.

23     Q.    And do you have one at home?

24     A.    Yes.

25     Q.    When did you enroll in online banking with

1          Q.    Again, there, it says -- little -- about

2     halfway down the page under "Checking" it says,

3     "Available balance" and it provides an amount.  Above

4     that it says, "Ending balance" and provides an amount.

5               Do you see that?

6          A.    Right.  Yes, I do.

7          Q.    Are those things that you would look at?

8          A.    Yes.

9          Q.    Now, next to "Available balance" there is a

10    link that says, "What's this."

11         A.    Um-hmm.

12         Q.    Have you ever clicked on that link?

13         A.    No.  I knew what available balance meant.

14         Q.    How did you know what available balance

15    meant?

16         A.    Meaning money available.

17         Q.    Well, how was it calculated?

18         A.    Based off of my purchases.

19         Q.    You said you knew, how did you come to know

20    that?

21         A.    Seems simple enough.

22         Q.    If you would turn to the next page, the very

23    top, there is a definition of "available balance."  If

24    you would just read that to yourself.

25         A.    Okay.

34

1        A.    I don't know if they were in there at the

2    time.

3        Q.    Are there any -- from your perspective, are

4    there any inaccuracies in either of these two

5    paragraphs?

6        A.    I did not do any of the calculations.  My

7    counsel did.

8        Q.    So, for example, in the last sentence of

9    paragraph 19 where it says that you had at least

10    $53.05 in your account, at a particular time, you

11    don't personally know whether that is correct or not?

12        A.    I am sure when I made the purchase, I knew I

13    had money in the account.  As to when it hit my

14    account, that I don't know.

15        Q.    My question is, do you know where that --

16    the specific number of $53.05 comes from?

17        A.    That I don't know.

18        Q.    Do you have a specific recollection, as you

19    sit here today, of that particular purchase you made

20    from Jackson Market in Culver City?

21        A.    I know I made it -- no, I actually don't

22    know what day it was or -- obviously if I went through

23    everything, I would see what day it was.

24        Q.    But my question is, as you are sitting here,

25    do you remember --

1    A.    No.

2    Q.    -- going to the store that day and making

3    that purchase?  Is it something you remember, or is it

4    something you just know happened because you have seen

5    paperwork since then that said you did it?

6    A.    Well, I go there often.  So I can't remember

7    specifically.

8    Q.    So would it be fair to say that this

9    particular purchase you don't specifically recall

10   today?

11   A.    Specifically, that I don't know.

12   Q.    Do you specifically recall whether or not on

13   May 29, 2007 before you went to Jackson Market, you

14   checked your account balance?

15   A.    That I don't know.

16   Q.    Do you have any specific recollection of

17   checking your account balance on May 29, 2007?

18   A.    That I don't know.

19   Q.    Do you have any written record of whether or

20   not you checked your account balance on May 29, 2007?

21   A.    I would not know.

22   Q.    Do you have any specific recollection of

23   whether or not you checked your account balance on

24   May 30, 2007?

25   A.    I don't know.

1    Q.    Do you have any specific recollection of

2    whether you checked your account balance on June 1,

3    2007?

4    A.    I am sure I did.

5    Q.    My question is, do you have any specific

6    recollection of having done that on June 1, 2007?

7    A.    Specifically, no.

8    Q.    Do you have any written record of having

9    checked your account balance on either May 30 or

10   June 1, 2007?

11   A.    Specifically, no.

12         (Exhibit 141 was marked for identification.)

13   BY MS. WINNER:

14   Q.    I would like to ask the reporter to mark as

15   Exhibit 141 a document entitled "Account Statement

16   May 24, through June 25, 2007," production

17   No. GUT 000500 to 504.

18         Ms. Walker, this is one of the documents

19   that was produced to us by your counsel in this

20   litigation.

21         Is this something that you provided to him

22   to produce?

23   A.    Yes.

24   Q.    This is -- I will also tell you this is the

25   only one of your account statements that was provided

ERIN WALKER                                    06/13/08

1              First of all, Ms. Walker, if you would just

2    take a look at Exhibit 148 and tell me if you

3    recognize it.

4         A.    I do.

5         Q.    What do you recognize it as being?

6         A.    My answers to -- to questions from

7    Wells Fargo.

8         Q.    I think you repeated the word "to."  So your

9    answers to questions from Wells Fargo.  Is that what

10   you meant to say, not just the number "2"?

11        A.    Right, yeah.

12        Q.    The next to last page in this exhibit --

13   this is a page that's titled "Verification."  Can you

14   see if you can find that.

15        A.    Yes.

16        Q.    Is that your signature on that page?

17        A.    Yes, it is.

18        Q.    Did you sign it on or about April 21?

19        A.    Yes, I did.

20        Q.    How did you come to sign it?  Was it mailed

21   to you to sign, and you returned it?

22        A.    These were scanned and emailed to me, and I

23   signed it and scanned it and emailed it back.

24        Q.    Did you read this document before you signed

25   the verification?

112

```
 1          A.    Yes, I did.

 2          Q.    Had you reviewed drafts of it before that?

 3          A.    Not to my knowledge.

 4          Q.    At the time that you signed the

 5    verification, did you believe these interrogatory

 6    answers were accurate and complete?

 7          A.    There are two sets, right, of

 8    interrogatories?

 9          Q.    Well, I am just asking you about the ones

10    that are in front of you.  These particular answers at

11    the time you signed the verification for these

12    answers, did you believe that they were accurate and

13    complete?

14          A.    Yes.

15          Q.    As you sit here today, do you still believe

16    that these answers are accurate and complete?

17          A.    Context.

18          Q.    Feel free.  Take as much time as you need.

19          A.    These are correct.

20          Q.    So are they still accurate and complete, as

21    far as you are aware?

22          A.    Yes.

23          Q.    Without giving me any details, just answer

24    "yes" or "no."  Did you have assistance from your

25    attorneys in preparing the answers to these
```

113

ERIN WALKER

1      Q.   Did you ever read anything from Wells Fargo

2   that told you that?

3      A.   No.

4      Q.   Was there anything that you saw or heard

5   from anywhere else that led you to believe that?

6      A.   No.

7      Q.   Let's look at interrogatory No. 3.

8      A.   Okay.

9      Q.   First of all, if you would read the question

10  to yourself.

11     A.   Okay.

12     Q.   Then if you would read the first paragraph

13  of the response.

14     A.   Okay.

15     Q.    Is that paragraph, the first paragraph of

16  the response to interrogatory No. 3, accurate?

17     A.   From the question, I don't understand what

18  the challenge statement is pertaining to.

19     Q.    That's fair enough.  Let me see.  I think I

20  have a copy of the original interrogatory that has the

21  definition.

22          (Exhibit 149 was marked for identification.)

23  BY MS. WINNER:

24     Q.   I would ask the reporter to mark as

25  Exhibit 149 a document entitled "Special

117

1    Interrogatories from Wells Fargo Bank, N.A. to

2    Plaintiff Veronica Gutierrez, Set One."

3              Ms. Walker, this is actually the version

4    that was given to one of the other plaintiffs, but the

5    one you got, I will represent to you, would have been

6    the same except the name would have been different.

7         A.   Okay.

8         Q.   There is a set of definitions that begins on

9    the second page and includes, I think, the one you

10   were expressing confusion about.  So if you read any

11   of the definitions you think you have to, and then we

12   can go back to the answer I was asking you about.

13        A.   And your question was?

14        Q.   Is the first paragraph of your response to

15   interrogatory No. 3 accurate?

16        A.   Yes.

17        Q.   The response to interrogatory 3 then goes on

18   to say, "However, my counsel was aware of other

19   statements, and this response includes statements

20   known by my counsel."

21              Do you see that?

22        A.   Yes.

23        Q.   And then it goes on to list some other

24   statements.

25        A.   Okay.

118

1      Q.    I just want to confirm that I am correctly

2   understanding your response as saying that these are

3   other statements your counsel is aware of, but you

4   personally were not aware of those statements; is that

5   correct?

6      A.    Correct.

7      Q.    If you would then turn to the response to

8   interrogatory No. 5 and read that interrogatory and

9   the answer to yourself.

10      A.    Okay.

11      Q.    I want to ask you a couple questions about

12   this response.  Again, I am just trying to get at what

13   you know and what you understand.  I am not trying to

14   get into your counsel's head at this point.

15      A.    Okay.

16      Q.    There is a reference here to charging

17   overdraft fees for certain transactions, "When I had

18   sufficient funds to cover those transactions at the

19   time they were approved and posted on my online

20   account."

21          Do you see that?

22      A.    Yes.

23      Q.    What is your understanding of the term

24   "posted" as it is used there?

25      A.    When it finally hits my account.  So when it

1      I, the undersigned, a Certified Shorthand

2   Reporter of the State of California, do hereby certify:

3      That the foregoing proceedings were taken

4   before me at the time and place herein set forth; that

5   any witnesses in the foregoing proceedings, prior to

6   testifying, were duly sworn; that a record of the

7   proceedings was made by me using machine shorthand

8   which was thereafter transcribed under my direction;

9   that the foregoing transcript is a true record of the

10  testimony given.

11      Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [✓] was [  ] was not requested.

15      I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated:    JUN 2 0 2008

22

23

24  PATRICIA Y. SCHULER
    CSR No. 11949

25



**WELLS FARGO**

Wells Fargo Online®

Product Search

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts ✉ | Products & Offers

Account Summary | Account Activity | My Spending Report | Statements & Documents

Last Sign On: May 02, 2008

Try It! Switch to paperless statements - get your statements online. Sign up now

## Account Summary

[?] Help

### Communications Summary

**Messages & Alerts: 10** new messages since you last visited your Inbox.

ocs2lev@wellsfargo.com Edit

**Platinum Visa® Card**
Intro APR as low as 0%
No Annual Fee
Apply Now ▶

### I Want To ...

Pay a bill with Bill Pay
Transfer funds between accounts
View online statements
Change my address
Nickname accounts
Learn about new features
View more services

**New!** Security questions: a new level of online protection

**New!** Online Banking has a new look

### Cash Accounts

| Account | Available Balance | Related Activities |
|---|---|---|
| CHECKING XXX-XXX3609 | $5.99 | Pay Your Bills Now |
| BUSINESS CHECKING XXX-XXX3625 | $7.99 | |
| CHECKING XXX-XXX3633 | $3.52 | Trade Commission Free Online |
| TF MMC XXX-XXX3365 ‡ | $5.51 | Set Up Overdraft Protection |
| SAVINGS XXX-XXX2989 | $4.00 | Create Savings Plan |
| Total | $27.01 | |

### Credit Accounts

| Account | Outstanding Balance | Available Credit | Related Activities |
|---|---|---|---|
| VISA XXXX-XXXX-XXXX-0786 | $56.20 | $43.00 | View Spending Report |
| Total | $56.20 | $43.00 | |

### Additional Accounts and Services

Give Wells Fargo Online Statements a Try          Sign up now

See all the products and services we offer.

**Student Loans**
Need funds for next semester?
Apply Now ▶

‡ denotes Investment products which are - Not FDIC Insured - Not guaranteed by the Bank - May lose value

WFB-G 01644



WFB-G 01645

- **Available balance:** The most current picture of funds you have available for withdrawal. It reflects the latest balance based on transactions recorded to your account today including deposited funds, paid checks, withdrawals and point-of-sale purchases. (Please note that some transaction activity may not be immediately recorded to your account and will then not be reflected in the available balance. The first $100 of ATM deposits will be included the same day in your available balance; the remaining funds will be added as items are processed and any holds are removed. Availability of branch deposits may vary; complete details on funds availability are reflected in our Funds Availability Policy).

- **Interest earned this period:** Interest that has been accrued but has not yet been paid to your account during your current statement cycle. *(For interest bearing accounts only.)*

- **Interest year-to-date:** The total interest that has been paid to your account from January 1st through the end of your last statement cycle. *(For interest bearing accounts only.)*

Online Statement Delivery:

Online Statement Delivery allows you to replace your paper statement with an electronic version (PDF), which you may view, save, or print at your convenience. After you have enrolled for this service, we'll send you an email to let you know when your current statement is ready.

From the **Balance Detail** section, you may enroll for Online Statement Delivery or, if you have enrolled, you can view current statements.

**To enroll for Online Statement Delivery:**

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link and complete the required enrollment process.

3. Once you have completed the enrollment process, you will be able to immediately view your statements online.

**To view current statements:**

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link. We'll always show your three most recent statements.

The My Spending Report feature can be used to monitor and track expenses at a glance because the data collection and input is done automatically. The report will contain details of your spending patterns made with your *Wells Fargo Credit Card, Check Card, Checking Account, and Online Bill Pay service* - so you can see exactly where your money goes each month.

To use the My Spending Report feature:

WFB-G 01646



WFB-G 01647

**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[ ] Product Search

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Account Summary | Account Activity | My Spending Report | Statements & Documents

## Statements & Documents

? Help

**Related Services**
Change Delivery Preferences
Request Statement Copies
Open a Savings Account
Access Wells Fargo vSafe℠

Account
[ Checking XXX-XXX1852 ▼ ] Go

### Checking XXX-XXX1852

Checking statements are available online for up to 7 years.

**Important Documents**
Available Tax Documents
March 2008 Full Service
Available Online Until:6/30/08

**Recent Statements** | 2008 | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001

**Statements** (in PDF * format)

📄 Statement 04/08/08 (25K)

📄 Statement 03/10/08 (24K)

📄 Statement 02/08/08 (26K)

📄 Statement 01/09/08 (24K)

📄 Statement 12/10/07 (28K)

📄 Statement 11/08/07 (24K)

📄 Statement 10/09/07 (27K)

📄 Statement 09/11/07 (24K)

📄 Statement 08/08/07 (26K)

📄 Statement 07/10/07 (24K)

📄 Statement 06/08/07 (25K)

Legal Notices regarding your account(s) will be available to view online through the "Available Online Until" date displayed above. Please review the information by that date, or download or print it for future reference.

* You need Adobe ® Reader ® to read PDF files. Download Adobe Reader  for free. **Important Reminder:** Accessing PDFs from a Mac or a PC may require additional customer action. Learn More

Wells Fargo will notify you when your account statement is available online. If we do not have a valid email address for you, we cannot provide this notice and will have to switch future online statements to paper statements via U.S. mail. As an online customer, you are responsible for notifying us if you change your email address. Please refer to the Online Access Agreement for details. If you receive both paper and online statements on an account, we will not notify you by email when your online statement is ready.

Account Summary | Account Activity | My Spending Report | Statements & Documents
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

WFB-G 01648



Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

Product Search

**WELLS FARGO**

## Wells Fargo Online®

Accounts | Bill Pay | Transfers | Brokerage | **Account Services** | Messages & Alerts | Products & Offers

Overview | Contact Us | Tools & Calculators

## Account Services

? Help

**Account Information**
Account Summary
Account Activity
Download Account Activity
Account Profile
Add Accounts
Remove Accounts
Nickname Your Accounts

**My Profile**
Create Username
Change Password
Update Contact Information
Add/Change Email Address
Change Privacy Preferences

**Security & Privacy**
Set Up Security Alerts
How We Protect You
Online Security Guarantee
Prevent Fraud and Identity Theft
Privacy Policy
Send Us Suspicious Emails
Online Access Agreement
E-Sign Consent

**Customer Service**
Frequently Asked Questions
Ask a Question
Transaction Glossary

**Manage Users**
Manage Users

**Messages & Alerts**
View Messages & Alerts
Set Up/Modify Alerts

**Transfers**
Transfer Money
Transfer to a Wells Fargo Customer
Set Up Recurring Transfer
Set Up Recurring Payment

**Bill Pay**
Learn How to Make a Payment
Learn How to Add a Company Payee
Learn How to Add an Individual Payee
Bill Pay Overview

**Request Copies**
Check or Draft
Statement
Deposit Slip
Deposit Slip with Checks
Loan Payment Activity

**Take a Tour**
Wells Fargo Online
My Spending Report
Online Brokerage

**Account Services**
View Online Statements
Change Delivery Preferences
View Spending Report
View Savings Plan
View Tax Documents
Check & Deposit Slip Reorders
Request Overdraft Protection
Stop Payment on a Check
Activate Credit Card
Credit Card Service Center
Set Up Direct Deposit
Request Direct Deposit Advance®
Order Cashier Checks
Order Foreign Currency
Order Travelers Cheques
Order Gift Cheques
Order Gift Cards
Access Wells Fargo vSafe℠

**Open New Accounts**
Open New Personal or
Business Accounts

**Wells Fargo Newsletter**
Subscribe to our Email Newsletter



**High-Performance Loans**
Low rates and
fast decisions.
Learn More ▶



**Need Extra Cash?**
Refinance our auto loan.
Less than perfect credit. OK.
Learn more ▶

Overview | Contact Us | Tools & Calculators
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off

🏠 Equal Housing Lender

© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01649

**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

| View Messages & Alerts | Set Up/Modify Alerts |

## Messages & Alerts Inbox    Try it!  Set up Free Email Alerts    ❓ Help

< Previous  |  Messages 1 - 7 of 7  |  Next >

Select All | Deselect All                                    [ Mark as Read ] [ Delete ]

| | From | ! | Subject | | Received ▽ | Expires |
|---|---|---|---|---|---|---|
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | REDACTED | 4/23/2008 | 7/22/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 4/12/2008 | 7/11/2008 |
| ☐ | Credit Card | | Payment to your Wells Fargo VISA Acct. | is due on 04/15/2008 | 4/8/2008 | 5/3/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 3/24/2008 | 6/22/2008 |
| ☐ | Statements | ! | Wells Fargo Online Statement Notification | | 3/11/2008 | 6/9/2008 |
| ☐ | Customer Service | ! | Change to Delivery Preferences | | 2/24/2008 | 5/24/2008 |
| ☐ | Wells Fargo Online | | Important Changes to Online Consent and Access Agreement | | 2/14/2006 | 12/31/2020 |

Select All | Deselect All                                    [ Mark as Read ] [ Delete ]

< Previous  |  Messages 1 - 7 of 7  |  Next >

View Messages & Alerts | Set Up/Modify Alerts
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
⌂ Equal Housing Lender
© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01650



**WELLS FARGO** Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

Accounts | Bill Pay | Transfers | Brokerage | Account Services | **Messages & Alerts** | Products & Offers

View Messages & Alerts | **Set Up/Modify Alerts**

## Set Up/Modify Alerts

? Help

### Security and General Alerts

| Description | Alerts View Sample | Actions |
|---|---|---|
| Alerts for username changes, password changes, and suspended access. | Username Change<br>Password Change<br>Access Suspended | Modify |
| Tax and IRA contribution reminders. | None Selected | Set Up |

### Personal Checking

| Account | Alerts View Sample | Actions |
|---|---|---|
| Checking | Balance Threshold<br>Overdraft Protection Advance | Modify |

### Personal Savings

| Account | Alerts View Sample | Actions |
|---|---|---|
| Savings | Overdraft Protection Advance | Modify |

### Personal Credit Card

| Account | Alerts View Sample | Actions |
|---|---|---|
| VISA | Payment Due | Modify |

### Cancel Alerts

Cancel Alerts for   [ Select One ▼ ]   [ Save ]

You cannot cancel the Security Alerts we send for username changes, password changes, and suspended access.

WFB-G 01651

**WELLS FARGO**

Wells Fargo Online®

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

| View Messages & Alerts | Set Up/Modify Alerts |

## Set Up/Modify Alerts

? Help

**Checking**

You will receive one email for each section below, however for wireless devices you will receive one alert for each transaction.

Click **Save** at the bottom of the page when you have set up the alert(s) you want.

### Update Alerts

**Tell me:**
- ☐ when a deposit has posted to my account.
- ☐ when a direct deposit has posted to my account.
- ☐ all the checks that posted to my account yesterday.
- ☐ when a withdrawal has posted to my account.
- ☐ my account balance each [Week ▾]

**Delivery Method**
- ☑ Primary Email: _____@wellsfargo.com
- ☐ Secondary Email: _____@yahoo.com

REDACTED

### Balance Alerts

Balance alerts trigger from the available balance at the close of the business day.

- ☑ Tell me when my account balance is below $1,500.00 dollars.
- ☐ Tell me when my account balance is above _____ dollars.

**Delivery Method**
- ☑ Primary Email: _____@wellsfargo.com
- ☐ Secondary Email: _____@yahoo.com

REDACTED

### Check Tracking Alerts

Sends an alert when specified checks have been posted to your account.
Separate multiple check numbers with a comma.

**Check Number(s)**    Tell me when the following checks have posted to my account _____

**Delivery Method**
- ☑ Primary Email _____@wellsfargo.com
- ☐ Secondary Email: _____@yahoo.com

REDACTED

### Re-order Reminder Alert

- ☐ Remind me to order checks after check number _____

**Delivery Method**
- ☑ Primary Email: _____@wellsfargo.com
- ☐ Secondary Email: _____@yahoo.com

REDACTED

### Overdraft Protection Advance Alert

- ☑ Tell me when an Overdraft Protection Advance is made to my account.

**Delivery Method**
- ☑ Primary Email: _____@wellsfargo.com
- ☐ Secondary Email: _____@yahoo.com

REDACTED

[ Cancel ]   [ Add/Change Email ]   [ Save ]

**WELLS FARGO**

Wells Fargo Online®

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | **Messages & Alerts** | Products & Offers |

**View Messages & Alerts** | Set Up/Modify Alerts

## Message Detail

< Previous | Next >                                    ? Help

| | |
|---|---|
| Subject | Wells Fargo Online Statement Notification |
| Received | April 12, 2008 |
| From | Statements |
| | Contact Us |

Dear Customer:

The statement for your Deposit Account Checking is now available to view online. To access your statement, please select the Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.

Sincerely,
Wells Fargo Online Customer Service

Protect yourself from fraud and identity theft. To learn more, go to our Fraud Prevention Center.

If you have a question about your account, please select Contact Us.

[ Delete ]  [ Back ]

View Messages & Alerts | Set Up/Modify Alerts
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
🏠 Equal Housing Lender

© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01653

✉ **Wells Fargo Online Statement Notification - Message (Plain Text)**

File   Edit   View   Insert   Format   Tools   Actions   Help

Reply    Reply to All    Forward

SnagIt    Window

This message was sent with High importance.

| From: | Wells Fargo Online [ofsrep.alert_osn@wellsfargo.com] | Sent: | Tue 3/11/2008 12:19 PM |
|---|---|---|---|
| To: | | | |
| Cc: | **REDACTED** | | |
| Subject: | Wells Fargo Online Statement Notification | | |

```
Dear Customer:


The statement for your Deposit Account Checking is now available to view online.  To access your statement, please sign on and select the
Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.


Sincerely,
Wells Fargo Online Customer Service


Protect yourself from fraud and identity theft.  To learn more, go to wellsfargo.com select PRIVACY, Security & Legal, and Fraud
Information Center.

If you have a question about your account, please sign on to your secure online banking session at wellsfargo.com.
```

     

WFB-G 01654