UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


VERONICA GUTIERREZ,
TIM FOX, ERIN WALKER and
WILLIAM SMITH, as
individual, and on behalf
of all others similarly
situated,

        Plaintiffs,      Case No.  CV-07-5923
                                  WHA (JCSx)

        vs.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A; and
DOES 1 through 125,

        Defendants.        **ORIGINAL**

---


DEPOSITION OF WILLIAM SMITH, JR.

REDLANDS, CALIFORNIA

WEDNESDAY, JUNE 18, 2008



Reported By:
PATRICIA Y. SCHULER
RPR, CSR No. 11949

Job No. 90301

1    than the records the bank are retaining, this one

2    actually is from a date from 2002.  But they were

3    giving out similar ones for years.

4            Do you remember receiving something called a

5    "consumer account agreement" at the time that you

6    opened this checking account?

7        A.    No, I don't recall.

8        Q.    Do you remember whether you were given

9    documents at all when you opened this checking

10   account?

11       A.    I would say, yes, I was.

12       Q.    Do you know one way or the other whether

13   this document would have been one of the ones that was

14   given to you?

15       A.    No.

16       Q.    So it may have been; it may not have been?

17       A.    Correct.

18       Q.    You don't remember that -- you said that you

19   probably didn't read this at the time; is that

20   correct?

21       A.    Correct.

22       Q.    Do you remember if you ever read the

23   consumer account agreement that was given to you or

24   may have been given to you when you opened your

25   checking account?

1          A.    No, I didn't read it.

2          Q.    Do you remember if you ever read parts of

3    it?

4          A.    Probably not.

5                MR. JOLLEY:  Thank you, Rich.

6                MR. MCCUNE:  Sure.

7                (Recess taken.)

8    BY MR. JOLLEY:

9          Q.    I am giving you a document that has been

10   previously marked as Exhibit 108.  This one also would

11   have come as a brochure.

12               And, again, this one is after the date that

13   you opened your checking account.  When I say "your

14   checking account," I am speaking of the account that

15   ends in 2184.

16               Do you remember if a document like this was

17   given to you when you opened your checking account?

18         A.    No, I don't.

19         Q.    Do you remember -- you testified before that

20   you did receive documents, however; is that correct?

21         A.    That is correct.

22         Q.    Is it possible that this is one of the

23   documents with the proper date that was given to you

24   at that time?

25         A.    Yes.

27

1       A.    I click on the account, yeah.

2       Q.    Got it, right.  I believe you click on the

3  account.  It probably gives you the account activity

4  page, which is the next page.

5       A.    That is correct.

6       Q.    Next to the available balance underneath --

7  sorry, second page.  You have the ending balance and

8  the available balance.

9       A.    Okay.

10      Q.    There's a link that says, "What's this."

11            Do you see that?

12      A.    Hmm, no -- yes, I see that, actually.

13      Q.    Have you ever clicked on that?

14      A.    I don't think so.

15      Q.    Why is that?  Is it because you -- well, why

16  is that?

17      A.    Because I already know what that means.

18      Q.    If you turn to the next page, that would be

19  the link that you would get to if you clicked on

20  available balance.

21      A.    Okay.

22      Q.    I am going to just have you take a chance to

23  read the first paragraph there.

24      A.    This right here (indicating)?

25      Q.    After "available balance."

1    Mr. McCune before, before you called him on this

2    subject?

3         A.    Yes, I have.

4         Q.    Approximately how many times?  Was it a

5    common conversation?

6         A.    Once.

7         Q.    When would that have been?

8         A.    A long time ago.

9         Q.    Five years ago?

10        A.    Maybe two years.

11        Q.    So about a year before you contacted him

12   about the overdrafts you had in 2007; is that correct?

13        A.    I would say so, yeah, roughly.

14        Q.    Is that how you knew to give Mr. McCune a

15   call?

16        A.    Yes.

17        Q.    Did your wife suggest that you give

18   Mr. McCune a call?

19        A.    No.

20        Q.    When you discussed overdrafts or bank

21   litigation with Mr. McCune in the past, what was that

22   conversation about?  Why did you have that

23   conversation?

24        A.    I had that conversation on a similar

25   incident that happened.  I had bought some stuff from

1    Victoria's Secret for my wife and used one of my check

2    cards in December for Christmas.  Sometime in February

3    this thing pops up.  All of a sudden I am getting

4    overdraft fees again where -- I am getting an

5    overdraft fee.

6              So I called Wells Fargo and -- because I

7    thought we had some kind of fraud going on, some kind

8    of, you know, identity theft going on, I mean, two

9    months.  What is going on here, you know, crazy stuff.

10       Q.    Crazy stuff.

11       A.    Crazy stuff.

12       Q.    So at that point when you got your overdraft

13   fee -- well, you called Wells Fargo?

14       A.    Yes.

15       Q.    What did Wells Fargo tell you?  Did you have

16   a conversation with someone at Wells Fargo?

17       A.    Yes, I did.  They told me that sometimes

18   after I do the electronic transaction, that sometimes

19   it will fall off because they are waiting for the

20   receipt to show up.  They also told me that I am a

21   great customer, a wonderful customer.

22       Q.    Long-time customer?

23       A.    "This never happens to you very much so we

24   are going to reverse the charges for you."

25       Q.    Did you understand what they told you about,

1    sometimes it takes apparently two months for the debit

2    card statement to come into the bank?  Did that make

3    sense to you?

4         A.    It didn't make much sense to me.  I

5    understood what she was saying.  It still doesn't make

6    any sense to me.

7              I think I remember telling her that she

8    needs to change that and do something about that

9    because it just ain't right.

10        Q.    After you spoke with them in February after

11   you got your overdrafts, they told you that sometimes

12   debit card transactions will fall off of your account

13   activity, only to come back when the debit card

14   transaction is submitted to the bank?

15        A.    Yes.

16        Q.    Did you change any of your habits or

17   processes for recording or accounting for debit card

18   transactions at that point to take into account?

19        A.    Start checking my account more.

20        Q.    Well, do you do anything to take into

21   account the fact that sometimes debit card

22   transactions will fall off of your account activity

23   page.

24        A.    I tried to look for some tell that would let

25   me know that this particular transaction is going to

1  fall off.  I was looking for maybe, not all the

2  numbers or sometime, you know, something that would

3  let me know.  I also tried to keep more money in to

4  cover it just in case it didn't fall off.

5      Q.    Anything else that you did following the

6  conversation you had with the Wells Fargo

7  representative?

8      A.    I just tried to look and see if the things

9  came me and I looked the next day.  Because if they

10  fell off, it would probably be the following day when

11  they would fall off.  So I looked for that and just

12  tried to stay on top of it as much as I could.

13      Q.    Did you ever ask the Wells Fargo

14  representative for -- either why the transactions were

15  falling off, or how you could know when they were

16  going to be falling off?  Did you ask that question?

17      A.    She could not explain it.  She didn't.

18      Q.    She didn't explain it to you.  But did you

19  ask that question, do you remember?  I understand you

20  were having difficulty later in determining when they

21  would be falling off.

22      A.    Right.

23      Q.    But did you ever then call Wells Fargo and

24  ask for some explanation of how you could tell when

25  they were going to be falling off?

54

1      A.    I think that was part of the conversation

2  when we were talking, you know, and there is really no

3  rhyme or reason I was given for it.  Sometimes it

4  will; sometimes it won't.

5      Q.    Did they ever tell you that debit card

6  pending transactions will be held and not show up on

7  your activity report for three days?

8           Do you remember that conversation, or did

9  that happen?

10     A.    I don't recall that.  If they did tell me

11  that, then that is not right.  Because some of this

12  stuff falls off the next day.  They don't hold it for

13  three days.  No, I never heard about the three-day

14  deal.

15     Q.    Did you ever, after your conversation in

16  February, go online to check and see whether debit

17  card transactions would move from pending to posted,

18  where the "pending" words would disappear and be part

19  of the posting of the account?

20     A.    I'm sorry.  Say that again, please.

21     Q.    After your conversation in February, did you

22  ever go online to check and see whether debit card

23  transactions would move from pending to posted?

24     A.    Yes.

25     Q.    Was that something you did regularly at that

WILLIAM SMITH JR.                          06/18/08

1    point?

2         A.    I tried to do that, yes.

3         Q.    This is as much for counsel as anybody.    I

4    understand from discussions with your counsel, that

5    the savings account involving the Victoria's Secret

6    was your business account and that the business

7    accounts are not at issue in this case.

8              Is my understanding correct?

9              MR. MCCUNE:    You are.    This is the only

10   account we are putting at issue.

11   BY MR. JOLLEY:

12        Q.    Thank you.    Are there any other Wells Fargo

13   account devices that you use to manage your account,

14   such as do you ever call the phone bank or try and get

15   your available balance by telephone?

16        A.    I have done that, yes.

17        Q.    Is that something you use commonly, or is

18   that uncommon?

19        A.    I don't use it anymore.

20        Q.    When was the last time that you used it?

21        A.    It has been years.

22        Q.    You find it more convenient to go online?

23        A.    That is correct.

24        Q.    So online sort of took the place of calling

25   the bank?

56

1      A.    Well, I know why they did.

2      Q.    What is your understanding on that?

3      A.    My understanding is is that when I made the

4   purchase, I had plenty of money in there.  Because I

5   went back home and checked it.

6           During the next 10 days or so somehow or

7   another that thing fell off, went back into my

8   available funds -- which I didn't know, I didn't catch

9   it -- ran one of my accounts down, this one down to

10  about 50 bucks, went to Stater Brothers, bought $25

11  worth of food.  So I would have had $25 left in there.

12          That night in the witching hours, this $60

13  deal comes in first.  So that got me overdraft and

14  then the purchase that I made at Stater Brothers,

15  which I had money in there then, and I had $25 left

16  over.  They hit me for an overdraft fee there again.

17  So I got hit twice.  That is my understanding of what

18  happened.

19     Q.    You are not disputing the fact that if you

20  add up all your transactions, that you ended up

21  spending more than you had in the account.  You are

22  saying that you -- I'm sorry.  Let's go back.

23          If you add up all the transactions that you

24  made leading up to that point, you did spend more

25  money than you had in the account; is that correct?

WILLIAM SMITH JR.                                06/18/08

1      A.    That is correct.

2      Q.    Back in February of that year, 2007, you had

3    a discussion with Wells Fargo about the overdraft

4    issue, and they reversed the fee for you at that point

5    involving the Victoria's Secret purchase; is that

6    correct?

7      A.    Correct.

8      Q.    Someone there told you that it was possible

9    for debit card purchases to, as you said, fall off

10   your available balance; is that correct?

11     A.    That is correct.

12     Q.    At this point in time were you checking to

13   make sure whether debit card purchases were being

14   lifted from your available balance?

15     A.    I was doing the best I could to keep track

16   of that stuff.

17     Q.    Again, what were you doing to keep track of

18   that stuff?  Were you keeping --

19     A.    Checking my balance and just remembering

20   what I got going on and seeing if the stuff falls off

21   the next day, or if it doesn't fall off the next day.

22     Q.    Have you ever kept any handwritten records

23   of debit card purchases?

24     A.    Not normally, no.

25     Q.    Do you ever -- other than if it is for a

88

1            (Exhibit 169 was marked for identification.)

2   BY MR. JOLLEY:

3       Q.    In any event, I will show you a document,

4   which I will mark as Exhibit 169.  It is Plaintiff

5   William Smith's Responses to Special Interrogatories.

6            If you take a look at the second to last

7   page, its title is "Verification."  It doesn't have

8   the numbers down the side.

9            Have you seen this page before?

10      A.    Yes.

11      Q.    Is that your signature on the bottom of

12  page?

13      A.    Yes.

14      Q.    Did you review the responses to these

15  interrogatories before you signed it?

16      A.    Yes.

17      Q.    Were the responses and interrogatory

18  accurate and complete at the time you signed them?

19      A.    Yes.

20      Q.    Other than the fact that counsel had agreed

21  that the December of 2006 Victoria's Secret is no

22  longer an issue and there is not an issue in this

23  case, other than that, are the answers to these

24  interrogatories still, to your understanding, accurate

25  and complete?

                                                    97

1      A.    Yes.

2      Q.    If you turn to interrogatory No. 2, when was

3  the last time that you reviewed these interrogatories,

4  do you recall?  Was it before or after you signed the

5  verification?

6      A.    It was before.

7      Q.    Take a moment to review interrogatory No. 2

8  and the response to interrogatory No. 2 questions.

9            The last sentence of your answer is that it

10 was your belief that a transaction would be denied.

11 You did not have sufficient funds in the account to

12 cover the transaction.

13           Is that a true and accurate statement today?

14     A.    Yes.

15     Q.    Why did you believe that debit card

16 transactions would be denied if you had insufficient

17 funds in your account?

18     A.    I would say from observation and

19 common sense.

20     Q.    Observation of what?

21     A.    I have been standing in a store and saw

22 people run their card through and get denied.  It has

23 never happened to me, but I have seen it happen to

24 people in the grocery store.

25     Q.    All right.

WILLIAM SMITH JR.                                    06/18/08

1        A.    Sure, yeah.

2        Q.    Do you understand today that a debit card

3    purchase can be approved, even though it takes your

4    account balance into negative?

5        A.    I don't know about that, no.  Is that

6    somewhere in these documents that tells me that?

7              MR. MCCUNE:  Don't argue, Bill.

8              THE WITNESS:  All right.

9    BY MR. JOLLEY:

10       Q.    Let's look at interrogatory No. 3.  I am

11   just going to have you read the question and your

12   first paragraph response.  You don't need to read all

13   the rest of it.

14       A.    You want me to read it --

15       Q.    Read it to yourself.  If you need to read

16   the rest of it to answer my question, you are free to

17   do so.

18             Is your response in the first paragraph to

19   interrogatory No. 3 still true and accurate, as you

20   sit here today?

21       A.    Yes.

22       Q.    So can I understand that -- there is a list

23   of A through G of examples of statements from

24   Wells Fargo.

25             Can I understand from your first paragraph

100

WILLIAM SMITH JR.                                06/18/08

1   that you do not have personal knowledge of receiving

2   those statements?

3        A.    That is correct.

4        Q.    You have no memory of any of the statements

5   listed, A through G; is that correct?  I am assuming

6   that based on your answer in the first paragraph.

7        A.    Yes.

8        Q.    All right.  You are a class representation.

9   What do you understand your obligations to be as a

10  class representative, if any?

11       A.    To tell the whole truth and nothing but the

12  truth.

13       Q.    Your obligations here at deposition is to

14  tell the whole truth and nothing but the truth.  You

15  understand that.

16            Going forward with the case other than

17  appearing at deposition and telling the truth, are

18  there any other obligations that you understand that

19  you have as being a lead plaintiff in this class?

20       A.    I suppose I need to show up in court

21  sometime.

22       Q.    Anything else?

23       A.    That's about it.

24       Q.    What do you hope is the result of this

25  lawsuit for you personally?

SARNOFF COURT REPORTERS AND LEGAL TECHNOLOGIES
877.955.3855

1       I, the undersigned, a Certified Shorthand

2  Reporter of the State of California, do hereby certify:

3       That the foregoing proceedings were taken

4  before me at the time and place herein set forth; that

5  any witnesses in the foregoing proceedings, prior to

6  testifying, were duly sworn; that a record of the

7  proceedings was made by me using machine shorthand

8  which was thereafter transcribed under my direction;

9  that the foregoing transcript is a true record of the

10  testimony given.

11       Further, that if the foregoing pertains to

12  the original transcript of a deposition in a Federal

13  Case, before completion of the proceedings, review of

14  the transcript [   ] was [X] was not requested.

15       I further certify I am neither financially

16  interested in the action nor a relative or employee

17  of any attorney or party to this action.

18       IN WITNESS WHEREOF, I have this date

19  subscribed my name.

20

21  Dated: _____ JUN 2 5 2008 _____

22

23  _____

    PATRICIA Y. SCHULER

24  CSR No. 11949

25



**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[                    ] [ Product Search ]

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts ✉ | Products & Offers |

| Account Summary | Account Activity | My Spending Report | Statements & Documents |

Last Sign On: May 02, 2008

Try It!  Switch to paperless statements - get your statements online. Sign up now

## Account Summary

? Help

**Communications Summary**

**Messages & Alerts: 10** new messages since you last visited your Inbox.

ocs2lev@wellsfargo.com Edit

Platinum Visa® Card
Intro APR as low as 0%
No Annual Fee
Apply Now ▶

**I Want To ...**

Pay a bill with Bill Pay
Transfer funds between accounts
View online statements
Change my address
Nickname accounts
Learn about new features
View more services

**New!** Security questions: a new level of online protection

**New!** Online Banking has a new look

### Cash Accounts

| Account | Available Balance | Related Activities |
|---|---|---|
| CHECKING XXX-XXX3609 | $5.99 | Pay Your Bills Now |
| BUSINESS CHECKING XXX-XXX3625 | $7.99 | |
| CHECKING XXX-XXX3633 | $3.52 | Trade Commission Free Online |
| TF MMC XXX-XXX3365 ‡ | $5.51 | Set Up Overdraft Protection |
| SAVINGS XXX-XXX2989 | $4.00 | Create Savings Plan |
| Total | $27.01 | |

### Credit Accounts

| Account | Outstanding Balance | Available Credit | Related Activities |
|---|---|---|---|
| VISA XXXX-XXXX-XXXX-0786 | $56.20 | $43.00 | View Spending Report |
| Total | $56.20 | $43.00 | |

### Additional Accounts and Services

Give Wells Fargo Online Statements a Try          Sign up now

See all the products and services we offer.



**Student Loans**
Need funds for next semester?
Apply Now ▶

‡ denotes Investment products which are - Not FDIC Insured - Not guaranteed by the Bank - May lose value

WFB-G 01644



WFB-G 01645

- **Available balance:** The most current picture of funds you have available for withdrawal. It reflects the latest balance based on transactions recorded to your account today including deposited funds, paid checks, withdrawals and point-of-sale purchases. (Please note that some transaction activity may not be immediately recorded to your account and will then not be reflected in the available balance. The first $100 of ATM deposits will be included the same day in your available balance; the remaining funds will be added as items are processed and any holds are removed. Availability of branch deposits may vary; complete details on funds availability are reflected in our Funds Availability Policy).

- **Interest earned this period:** Interest that has been accrued but has not yet been paid to your account during your current statement cycle. *(For interest bearing accounts only.)*

- **Interest year-to-date:** The total interest that has been paid to your account from January 1st through the end of your last statement cycle. *(For interest bearing accounts only.)*

Online Statement Delivery:

Online Statement Delivery allows you to replace your paper statement with an electronic version (PDF), which you may view, save, or print at your convenience. After you have enrolled for this service, we'll send you an email to let you know when your current statement is ready.

From the **Balance Detail** section, you may enroll for Online Statement Delivery or, if you have enrolled, you can view current statements.

### To enroll for Online Statement Delivery:

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link and complete the required enrollment process.

3. Once you have completed the enrollment process, you will be able to immediately view your statements online.

### To view current statements:

1. Go to the **Balance Detail** section.

2. Select the **View Online Statements** link. We'll always show your three most recent statements.

The My Spending Report feature can be used to monitor and track expenses at a glance because the data collection and input is done automatically. The report will contain details of your spending patterns made with your *Wells Fargo Credit Card, Check Card, Checking Account, and Online Bill Pay service* - so you can see exactly where your money goes each month.

WFB-G 01646



**Wells Fargo Online®**

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

Product Search

Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Account Summary | Account Activity | My Spending Report | Statements & Documents

## My Spending Report   Try it!  Helpful Tips                                        ? Help

**Spending Summary as of 5:02:08 - All Payment Methods**

Show  Spending Summary  Go    View categories with $0.00                     View More Spending

Click on column heading to sort

| Category ▲ | MAY to Date | APR | MAR | 12 Month Avg |
|---|---|---|---|---|
| Airlines / Transportation | $0.00 | $44.25 | $150.00 | $123.86 |
| Auto / Gas | $0.00 | $230.19 | $426.62 | $257.83 |
| Building Supply / Wholesale | $0.00 | $106.97 | $99.09 | $138.78 |
| Charity / Community Org. | $0.00 | $736.75 | $312.00 | $606.75 |
| Contractor / Business Services | $0.00 | $0.00 | $0.00 | $60.05 |
| Education | $0.00 | $0.00 | $60.50 | $264.00 |
| Entertainment | $0.00 | $160.25 | $77.75 | $91.52 |
| Groceries | $0.00 | $926.27 | $537.19 | $720.15 |
| Healthcare / Pharmacy | $0.00 | $15.41 | $165.21 | $443.29 |
| Household | $0.00 | $1,096.81 | $56.21 | $231.79 |
| Insurance / Financial Services | $0.00 | $0.00 | $0.00 | $16.92 |
| Lodging | $0.00 | $9.57 | $0.00 | $825.50 |
| Office Supply / Stationery | $0.00 | $0.00 | $0.00 | $7.53 |
| Personal Services | $0.00 | $28.00 | $59.00 | $326.19 |
| Postage / Delivery | $0.00 | $0.00 | $0.00 | $18.04 |
| Restaurants | $0.00 | $462.67 | $298.92 | $340.42 |
| Retail / Department Stores | $0.00 | $526.95 | $809.59 | $668.89 |
| Utilities / Telecom | $0.00 | $286.83 | $384.03 | $346.60 |

**Non-Categorized Transactions** (We are unable to assign these transactions to a category above.)
Categorize Now

| | MAY to Date | APR | MAR | 12 Month Avg |
|---|---|---|---|---|
| ATM Withdrawals | $0.00 | $40.00 | $580.00 | $318.06 |
| Cash Advances from Credit Cards | $0.00 | $0.00 | $0.00 | $44.77 |
| Checks Written [1] | $0.00 | $3,773.00 | $7,827.86 | $5,031.02 |
| Electronic Payments from Checking [1] | $0.00 | $5,953.00 | $27,037.80 | $4,172.36 |
| Non-Categorized Check Card Transactions | $0.00 | $0.00 | $0.00 | $5.75 |
| Non-Categorized Credit Card Transactions | $0.00 | $12.60 | $0.50 | $17.30 |
| Non-Categorized Online Bill Pay Payments [1] What's this? | $0.00 | $3,056.53 | $2,918.51 | $2,939.27 |

**Subtotals by Payment Method**

| | MAY to Date | APR | MAR | 12 Month Avg |
|---|---|---|---|---|
| Credit Card Spending | $0.00 | $3,959.23 | $2,771.61 | $3,646.22 |
| Check Card Spending | $0.00 | $296.21 | $837.90 | $619.67 |
| Other Checking Activity | $0.00 | $9,726.00 | $34,865.66 | $10,290.63 |
| Bill Pay Spending | $0.00 | $3,484.50 | $3,325.61 | $3,459.93 |
| **Total Spending** | **$0.00** | **$17,465.94** | **$41,800.78** | **$18,016.45** |

**Wells Fargo Transfers**

| | MAY to Date | APR | MAR | 12 Month Avg |
|---|---|---|---|---|
| Transfers to other Wells Fargo Accounts | $0.00 | $150.00 | $50.00 | $119.49 |
| Payments to Loan and Credit Accounts | $0.00 | $2,948.60 | $7,333.18 | $3,856.67 |

[1] This category may include payments to your Wells Fargo Credit Card

**View More Spending**

Download spending history as Excel or PDF*

**For More Information**

Learn more about using this report or read our Frequently Asked Questions.

Access additional management & planning tools from Wells Fargo.

You can use this report to monitor and track expenses at a glance because the data collection and input is done automatically. The report will contain details of your spending patterns made with your Wells Fargo Credit Card, Check Card, Checking Account, and Online Bill Pay Service — so you can see exactly where your money goes each month. Take a Tour or learn how to use this report.

**Next Steps**

View Savings Plan

Consolidate your accounts at Wells Fargo and get a more accurate picture of your spending.

Get notified of important account transactions with Free Alerts.

**High-Performance Loans**
Low rates and fast decisions.
Learn More ▶

**Need Extra Cash?**
Refinance our auto loan. Less than perfect credit OK.
Learn more ▶

WFB-G 01647

WELLS FARGO

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee     [            ] [Product Search]

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

Account Summary | Account Activity | My Spending Report | **Statements & Documents**

## Statements & Documents

? Help

**Account**
[ Checking XXX-XXX1852 ▼ ] [Go]

### Checking XXX-XXX1852

Checking statements are available online for up to 7 years.

**Recent Statements** | **2008** | 2007 | 2006 | 2005 | 2004 | 2003 | 2002 | 2001

**Statements** (in PDF * format)

📄 Statement 04/08/08 (25K)

📄 Statement 03/10/08 (24K)

📄 Statement 02/08/08 (26K)

📄 Statement 01/09/08 (24K)

📄 Statement 12/10/07 (28K)

📄 Statement 11/08/07 (24K)

📄 Statement 10/09/07 (27K)

📄 Statement 09/11/07 (24K)

📄 Statement 08/08/07 (26K)

📄 Statement 07/10/07 (24K)

📄 Statement 06/08/07 (25K)

Legal Notices regarding your account(s) will be available to view online through the "Available Online Until" date displayed above. Please review the information by that date, or download or print it for future reference.

* You need Adobe ® Reader ® to read PDF files.  Download Adobe Reader  for free.  **Important Reminder:** Accessing PDFs from a Mac or a PC may require additional customer action.  Learn More

Wells Fargo will notify you when your account statement is available online. If we do not have a valid email address for you, we cannot provide this notice and will have to switch future online statements to paper statements via U.S. mail. As an online customer, you are responsible for notifying us if you change your email address. Please refer to the Online Access Agreement for details. If you receive both paper and online statements on an account, we will not notify you by email when your online statement is ready.

**Related Services**
Change Delivery Preferences
Request Statement Copies
Open a Savings Account
Access Wells Fargo vSafe℠

**Important Documents**
Available Tax Documents
March 2008 Full Service
Available Online Until:6/30/08

Account Summary | Account Activity | My Spending Report | Statements & Documents
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

WFB-G 01648



**WELLS FARGO**

Wells Fargo Online®

Sign Off | Home | Locations | Contact Us | 🔒 Online Security Guarantee

[ Product Search ]

Accounts | Bill Pay | Transfers | Brokerage | **Account Services** | Messages & Alerts | Products & Offers

**Overview** | Contact Us | Tools & Calculators

## Account Services

? Help

**Account Information**
- Account Summary
- Account Activity
- Download Account Activity
- Account Profile
- Add Accounts
- Remove Accounts
- Nickname Your Accounts

**My Profile**
- Create Username
- Change Password
- Update Contact Information
- Add/Change Email Address
- Change Privacy Preferences

**Security & Privacy**
- Set Up Security Alerts
- How We Protect You
- Online Security Guarantee
- Prevent Fraud and Identity Theft
- Privacy Policy
- Send Us Suspicious Emails
- Online Access Agreement
- E-Sign Consent

**Customer Service**
- Frequently Asked Questions
- Ask a Question
- Transaction Glossary

**Manage Users**
- Manage Users

**Messages & Alerts**
- View Messages & Alerts
- Set Up/Modify Alerts

**Transfers**
- Transfer Money
- Transfer to a Wells Fargo Customer
- Set Up Recurring Transfer
- Set Up Recurring Payment

**Bill Pay**
- Learn How to Make a Payment
- Learn How to Add a Company Payee
- Learn How to Add an Individual Payee
- Bill Pay Overview

**Request Copies**
- Check or Draft
- Statement
- Deposit Slip
- Deposit Slip with Checks
- Loan Payment Activity

**Take a Tour**
- Wells Fargo Online
- My Spending Report
- Online Brokerage

**Account Services**
- View Online Statements
- Change Delivery Preferences
- View Spending Report
- View Savings Plan
- View Tax Documents
- Check & Deposit Slip Reorders
- Request Overdraft Protection
- Stop Payment on a Check
- Activate Credit Card
- Credit Card Service Center
- Set Up Direct Deposit
- Request Direct Deposit Advance®
- Order Cashier Checks
- Order Foreign Currency
- Order Travelers Cheques
- Order Gift Cheques
- Order Gift Cards
- Access Wells Fargo vSafe℠

**Open New Accounts**
- Open New Personal or Business Accounts

**Wells Fargo Newsletter**
- Subscribe to our Email Newsletter



**High-Performance Loans**
Low rates and fast decisions.
Learn More ▶



**Need Extra Cash?**
Refinance our auto loan. Less than perfect credit OK.
Learn more ▶

Overview | Contact Us | Tools & Calculators
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
🏠 Equal Housing Lender
© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01649





**WELLS FARGO**

**Wells Fargo Online®**

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers |

View Messages & Alerts | Set Up/Modify Alerts

## Set Up/Modify Alerts                                                                       ❓ Help

### Security and General Alerts

| Description | Alerts View Sample | Actions |
| --- | --- | --- |
| Alerts for username changes, password changes, and suspended access. | Username Change<br>Password Change<br>Access Suspended | Modify |
| Tax and IRA contribution reminders. | None Selected | Set Up |

### Personal Checking

| Account | Alerts View Sample | Actions |
| --- | --- | --- |
| Checking | Balance Threshold<br>Overdraft Protection Advance | Modify |

### Personal Savings

| Account | Alerts View Sample | Actions |
| --- | --- | --- |
| Savings | Overdraft Protection Advance | Modify |

### Personal Credit Card

| Account | Alerts View Sample | Actions |
| --- | --- | --- |
| VISA | Payment Due | Modify |

### Cancel Alerts

Cancel Alerts for    [ Select One ▾ ]    [ Save ]

You cannot cancel the Security Alerts we send for username changes, password changes, and suspended access.

⌂ Equal Housing Lender
© 1995 - 2000 Wells Fargo. All rights reserved.

WFB-G 01651

WELLS FARGO

Wells Fargo Online®

Sign Off   Home   Locations   Contact Us   🔒 Online Security Guarantee

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | **Messages & Alerts** | Products & Offers |

View Messages & Alerts | Set Up/Modify Alerts

## Set Up/Modify Alerts

? Help

**Checking**
You will receive one email for each section below, however for wireless devices you will receive one alert for each transaction.

Click **Save** at the bottom of the page when you have set up the alert(s) you want.

### Update Alerts

**Tell me:**
☐ when a deposit has posted to my account.
☐ when a direct deposit has posted to my account.
☐ all the checks that posted to my account yesterday.
☐ when a withdrawal has posted to my account.
☐ my account balance each [Week ▾].

**Delivery Method**
☑ Primary Email:       @wellsfargo.com        **REDACTED**
☐ Secondary Email:       @yahoo.com

### Balance Alerts

Balance alerts trigger from the available balance at the close of the business day.

☑ Tell me when my account balance is below [$1,500.00] dollars.
☐ Tell me when my account balance is above [        ] dollars.

**Delivery Method**
☑ Primary Email:       @wellsfargo.com        **REDACTED**
☐ Secondary Email:       @yahoo.com

### Check Tracking Alerts

Sends an alert when specified checks have been posted to your account.
Separate multiple check numbers with a comma.

**Check Number(s)**    Tell me when the following checks have posted to my account [        ]

**Delivery Method**
☑ Primary Email:       @wellsfargo.com        **REDACTED**
☐ Secondary Email:       @yahoo.com

### Re-order Reminder Alert

☐ Remind me to order checks after check number [        ]

**Delivery Method**
☑ Primary Email:       @wellsfargo.com        **REDACTED**
☐ Secondary Email:       @yahoo.com

### Overdraft Protection Advance Alert

☑ Tell me when an Overdraft Protection Advance is made to my account.

**Delivery Method**
☑ Primary Email:       @wellsfargo.com        **REDACTED**
☐ Secondary Email:       @yahoo.com

[ Cancel ]  [ Add/Change Email ]  [ Save ]

WFB-G 01652

**WELLS FARGO**

Wells Fargo Online®

| Accounts | Bill Pay | Transfers | Brokerage | Account Services | **Messages & Alerts** | Products & Offers |

**View Messages & Alerts** | Set Up/Modify Alerts

## Message Detail

[?] Help

< Previous | Next >

| Subject | Wells Fargo Online Statement Notification |
| Received | April 12, 2008 |
| From | Statements |
| | **Contact Us** |

Dear Customer:

The statement for your Deposit Account Checking is now available to view online. To access your statement, please select the Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.

Sincerely,
Wells Fargo Online Customer Service

Protect yourself from fraud and identity theft. To learn more, go to our Fraud Prevention Center.

If you have a question about your account, please select Contact Us.

[ Delete ]　[ Back ]

View Messages & Alerts | Set Up/Modify Alerts
Accounts | Bill Pay | Transfers | Brokerage | Account Services | Messages & Alerts | Products & Offers

Home | Locations | Contact Us | Privacy, Security & Legal | Sign Off
🏠 Equal Housing Lender
© 1995 – 2008 Wells Fargo. All rights reserved.

WFB-G 01653



Wells Fargo Online Statement Notification - Message (Plain Text)

File  Edit  View  Insert  Format  Tools  Actions  Help

Reply   Reply to All   Forward

SnagIt   Window

This message was sent with High importance.

From:    Wells Fargo Online [ofsrep.alert_osn@wellsfargo.com]                                          Sent:   Tue 3/11/2008 12:19 PM
To:
Cc:                                                          **REDACTED**
Subject:   Wells Fargo Online Statement Notification

Dear Customer:


The statement for your Deposit Account Checking is now available to view online.  To access your statement, please sign on and select the
Statements & Documents tab or select the "View Online Statements" link on the Account Activity screen.


Sincerely,
Wells Fargo Online Customer Service


Protect yourself from fraud and identity theft.  To learn more, go to wellsfargo.com select PRIVACY, Security & Legal, and Fraud
Information Center.

If you have a question about your account, please sign on to your secure online banking session at wellsfargo.com.