1   Sonya D. Winner, SB # 200348
    David M. Jolley, SB # 191164
2   Margaret G. May, SB # 234910
    COVINGTON & BURLING LLP
3   One Front Street
    San Francisco, CA 94111
4   Telephone:  (415) 591-6000
    Facsimile:   (415) 591-6091
5   swinner@cov.com

6   Attorneys for Defendants
    WELLS FARGO BANK, N.A. and
7   WELLS FARGO & CO.

8               UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   VERONICA GUTIERREZ, TIM FOX,         Civil Case No.:  CV-07-5923 WHA
    ERIN WALKER and WILLIAM SMITH,
12   as individuals, and on behalf of all others
    similarly situated,                    **REQUESTS FOR ADMISSION**
13                Plaintiffs,          **FROM WELLS FARGO BANK,**
                          **N.A. TO PLAINTIFF VERONICA**
14     v.                         **GUTIERREZ (SET TWO) [Nos. 5-8]**

15   WELLS FARGO & COMPANY; WELLS
    FARGO BANK, N.A.; and DOES 1 through
16   125,

17                Defendants.

18

19   REQUESTING PARTY:         Defendant WELLS FARGO BANK, N.A.

20

21   RESPONDING PARTY:        Plaintiff VERONICA GUTIERREZ

22   SET NO.:                 Two (Nos. 5-8)

23             Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Wells

24   Fargo Bank, N.A. hereby requests that plaintiff Veronica Gutierrez respond to the following

25   requests for admission, under oath and in writing.  Such response shall be produced at the

26   offices of Covington & Burling LLP, One Front Street, San Francisco, CA 94111, within 30

27   days, or on such other day as may be directed by the Court.

28

REQUESTS FOR ADMISSION FROM WELLS FARGO
BANK, N.A. TO PLAINTIFF VERONICA GUTIERREZ (SET
TWO) [Nos. 5-8]
Civil Case No.: CV-07-5923 WHA

**DEFINITIONS**

1.    The term "YOU" includes plaintiff Veronica Gutierrez, her agents and representatives, and/or all other persons acting on her behalf.

2.    "DEBIT TRANSACTIONS" means all items listed on your monthly account statement for the period(s) in question in the sections entitled "Withdrawals" (including the subsections for "Checks" and "Other withdrawals") *except for* any Overdraft Fees, Continuous OD Level 2 Charges, NSF Returned Item Fees, or other Wells Fargo Bank fees.

3.    "CREDIT TRANSACTIONS" means all items listed on your monthly account statement for the period(s) in question in the section entitled "Deposits."

4.    "GENUINE TRANSACTION" means a DEBIT or CREDIT TRANSACTION that you initiated and performed in the expectation that the transaction amount would at some point in time be added (for CREDIT TRANSACTIONS) or subtracted (for DEBIT TRANSACTIONS) from your account balance.  (For purpose of this definition and these requests, the specific date and/or time when you expected the transaction to be added or subtracted from your account is immaterial.)

**INSTRUCTIONS**

1.    The answer to any request for admission shall fairly and completely meet the substance of the requested admission.  If your answer to any admission is qualified in any particular way, then you must state the facts of such qualification with particularity.  Lack of knowledge or information is an insufficient basis for failure to answer fully a request for admission, unless you also state that you have made a reasonable inquiry and the information known or readily obtainable by you is insufficient to enable you to admit or deny.

2.    Where an objection is interposed to any request for admission, the objection shall state with specificity all bases and grounds for the objections.  A request for admission may not be objected to solely on the ground that the matter inquired into presents a genuine issue for trial.

3.    If, in responding to any of these requests for admission, you encounter any ambiguity in construing either the request, a definition, or an instruction, state with

1    specificity the matter deemed ambiguous and identify the construction chosen or used in

2    responding to the request.

3              4.      In construing these requests for admission, the singular shall be deemed

4    to include the plural and vice versa, so as to make each request inclusive rather than exclusive.

5    The word "and" shall be deemed to include the disjunctive "or" and vice versa, so as to make

6    each request inclusive rather than exclusive.  The past tense shall be construed to include the

7    present and future tenses and vice versa, so as to make each request inclusive rather than

8    exclusive.  The terms "all" and "any," whether used separately or together, shall be interpreted

9    to encompass all material, events, incidents, persons, or information responsive to the request in

10   which those terms appear.

11             5.      Any matter admitted is conclusively established unless the court on

12   motion permits withdrawal or amendment of the admission.

13             6.      If you fail to respond to these requests for admission within the time

14   allowed, every matter set forth in these requests may be deemed admitted and conclusively

15   established against you for the purposes of this action.

16             7.      These requests for admission are continuing in nature so as to require

17   supplemental response as provided by the Federal Rules of Civil Procedure in the event you

18   obtain or discover additional relevant information between the time of the initial response to

19   these requests for admission and the time of the final disposition of this action.

20                              **REQUESTS FOR ADMISSION**

21   **REQUEST FOR ADMISSION NO. 5:**

22             YOU do not dispute in this case that all DEBIT TRANSACTIONS shown on

23   your monthly account statement for the period ending November 6, 2006 (attached as Exhibit 1)

24   reflect GENUINE TRANSACTIONS.

25   **REQUEST FOR ADMISSION NO. 6:**

26             YOU do not dispute in this case that all CREDIT TRANSACTIONS shown on

27   your monthly account statement for the period ending November 6, 2006 (attached as Exhibit 1)

28   reflect GENUINE TRANSACTIONS.

**REQUEST FOR ADMISSION NO. 7:**

YOU do not dispute in this case the accuracy of the transaction amounts for any DEBIT TRANSACTIONS shown on your monthly account statement for the period ending November 6, 2006 (attached as Exhibit 1).

**REQUEST FOR ADMISSION NO. 8:**

YOU do not dispute in this case the accuracy of the transaction amounts for any CREDIT TRANSACTIONS shown on your monthly account statement for the period ending November 6, 2006 (attached as Exhibit 1).


DATED:  June 5, 2008                                    COVINGTON & BURLING LLP


By:  _____
David M. Jolley
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

REQUESTS FOR ADMISSION FROM WELLS FARGO
BANK, N.A. TO PLAINTIFF VERONICA GUTIERREZ (SET
TWO) [Nos. 5-8]
Civil Case No.: CV-07-5923 WHA

4

# EXHIBIT  1

## Account Statement
October 6 through November 6, 2006
Account Number:
Page 1 of 6

**REDACTED**



VERONICA   E  GUTIERREZ

# REDACTED

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833.  Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND,  OR 97228-6995.

## Account Summary

### Daily access accounts

| Account | Account number | Balance last period | Balance this period |
|---|---|---|---|
| Advantage Checking | 188-5720910 | $324.97 | $35.65 |
| Advantage Market Rate Savings | 188-5724789 | 120.23 | 2.03 |
| Total | | $445.20 | $37.68 |

The following changes are effective January 1, 2007.* Overdraft (Paid Item): 1 occasion, $23 per item; 2+ occasions, $34 per item. Insufficient Funds (Returned Item): 1 occasion, $23 per item; 2+ occasions, $34 per item. Fees based on the number of occasions in the preceding 12-month period. An occasion is a day in which your account has insufficient funds to cover an item. Fees are subject to a daily maximum of 10 Paid and/or Returned Item Fees.

For questions, please contact your Wells Fargo Banker or call 1-800-869-3557We appreciate your business and look forward to continuing to serve your financial needs.

*Effective February 15, 2007, for quarterly savings accounts.

## Advantage Checking
Veronica E Gutierrez
Account Number:

# REDACTED

### Activity summary

| | |
|---|---|
| Balance on 10/05 | $324.97 |
| Deposits and interest | 1,075.23 |
| Withdrawals | − 1,364.55 |
| Balance on 11/06 | $35.65 |

*Continued  on next page*

CONFIDENTIAL
WFB-G 01907

October 6 through November 6, 2006
Account Number:
Page 2 of 6        **REDACTED**

**Interest you've earned**
| | |
|---|---|
| Interest earned this period | $0.01 |
| Average collected balance this period | $146.41 |
| Annual percentage yield earned | 0.08% |
| Interest and bonuses paid this year | $0.19 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

**Activity detail**
**Deposits and interest**

| Date | Description | $ Amount |
|---|---|---|
| 10/10 | Check Crd Pur Rtrn 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 2816400138399957?MCC=5533  121042882DA | 17.23 |
| 10/13 | Autozone West In Payroll 061007 10234468 Gutierrez,Veronica | 412.90 |
| 10/18 | Online Transfer Ref #IBEBST9Gtv  From MRS 1885724Xxx On 10/18/06 | 40.00 |
| 10/27 | Autozone West In Payroll 061021 10234468 Gutierrez,Veronica | 548.09 |
| 10/30 | Online Transfer Ref #IBEQF2V2J6  From MRS 1885724Xxx On 10/30/06 | 40.00 |
| 11/06 | Online Transfer Ref #IBEMHZND75  From MRS 1885724Xxx On 11/03/06 | 15.00 |
| 11/06 | Interest Payment | 0.01 |
| 11/06 | Discount For ACH Direct Deposits | 2.00 |
| **Total deposits and interest** | | **$1,075.23** |

**Withdrawals**
**Checks**

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1097 | 10/30 | 155.00 | 1103* | 10/10 | 65.00 | 1104 | 11/01 | 68.00 |
| Total checks | | | | | | | | $288.00 |

* Gap in Check Sequence

*Continued on next page*

CONFIDENTIAL
WFB-G 01908

October 6 through November 6, 2006
Account Number:
Page 3 of 6       **REDACTED**

**Other withdrawals**

| Date | Description | $ Amount |
|---|---|---|
| 10/06 | Check Crd Purchase 10/05 Walgreen 00053728 Fontana Ca 446024XXXXXX6509 279640008494683 ?MCC=5912  121042882DA | 8.07 |
| 10/10 | Online Transfer To Gutierrez P Ref #IBEQDZSV94 Checking Tickets | 80.00 |
| 10/10 | ATM Withdrawal −10/06 Mach ID WCAD5985 *hollywood Bowlbank Of Amhollywood Ca 6509 | 22.00 |
| 10/10 | Non−Wells Fargo ATM Transaction Fee | 2.00 |
| 10/10 | Check Crd Purchase 10/07 Albertsons #6590 Ontario Ca 446024XXXXXX6509 282640009590866 ?MCC=5411  121042882DA | 74.39 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 281640013839958 ?MCC=5533  121042882DA | 47.99 |
| 10/10 | Check Crd Purchase 10/06 Ihop #759 Rancho Cucamo Ca 446024XXXXXX6509 282640007345389 ?MCC=5812  121042882DA | 26.51 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5609 Chino Ca 446024XXXXXX6509 281640013839956 ?MCC=5533  121042882DA | 17.23 |
| 10/10 | Check Crd Purchase 10/05 Subway 3458 00034587 Fontana Ca 446024XXXXXX6509 282640006618320 ?MCC=5814  121042882DA | 11.27 |
| 10/10 | Check Crd Purchase 10/06 Farmer Boys − Irwindal Irwindale Ca 446024XXXXXX6509 282640009501542 ?MCC=5814  121042882DA | 8.10 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 281640013839959 ?MCC=5533  121042882DA | 3.23 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Check Crd Purchase 10/09 Jack In The BO00053009 Rancho Cucamo Ca 446024XXXXXX6509 284640006377686 ?MCC=5814  121042882DA | 5.68 |
| 10/12 | Overdraft Fee | 22.00 |
| 10/12 | Check Crd Purchase 10/10 EXXONMOBIL59  01291228 Rancho C Ca 446024XXXXXX6509 285640003489753 ?MCC=5542  121042882DA | 20.01 |
| 10/13 | Overdraft Fee | 33.00 |
| 10/13 | ATM Withdrawal −10/13 Mach ID 9956B Fontana North Fontana Ca 6509 | 20.00 |
| 10/16 | Bill Pay Capital One On−Line xxxxxxxxxxxx6639 On 10−16 | 120.00 |
| 10/16 | Bill Pay WF Credit Card On−Line XXXXXXXXXXXX0056  On 10−16 | 40.00 |
| 10/16 | Check Crd Purchase 10/13 Shell Oil 27428114907 Fontana Ca 446024XXXXXX6509 288640010720234 ?MCC=5542  121042882DA | 31.90 |
| 10/27 | POS Purchase −10/26 Mach ID 000000 City Liquor Andcity Liquofontana Ca 6509 ?MCC=5921  121042882DA | 11.50 |
| 10/30 | Bill Pay MBNA America On−Line xxxxxxxxxxx2868 On 10−30 | 161.00 |
| 10/30 | Bill Pay Chase Platinum M On−Line xxxxxxxxxxx7649 On 10−30 | 130.00 |
| 10/30 | Check Crd Purchase 10/26 Shell Oil 27428114907 Fontana Ca 446024XXXXXX6509 302640013338921 ?MCC=5542  121042882DA | 20.01 |
| 10/30 | POS Purchase − 10/28 Mach ID 000000 7−Eleven 7−Eleven Fontana Ca 6509 ?MCC=5541 121042882DA | 13.31 |
| 10/30 | Check Crd Purchase 10/26 Jack In The BO00053009 Rancho Cucamo Ca 446024XXXXXX6509 302640013129213 ?MCC=5814  121042882DA | 6.35 |
| 11/02 | Check Crd Purchase 10/31 Chevron 00210657 Fontana Ca 446024XXXXXX6509 306640007525858 ?MCC=5542  121042882DA | 20.00 |

*Continued on next page*

CONFIDENTIAL
WFB-G 01909

October 6 through November 6, 2006
Account Number:
Page 4 of 6          **REDACTED**

*Other withdrawals -continued*

| Date | Description | $ Amount |
|------|-------------|----------|
| 11/06 | ATM Withdrawal – 11/03 Mach ID 4380B Fontana  Offsite Fontana  Ca 6509 | 20 00 |
| 11/06 | Monthly  Service Fee | 12.00 |
| 11/06 | Monthly  Point–Of–Sale (POS)  Purchase Fee | 1.00 |

| Total other  withdrawals | $1,076.55 |
|---|---|

| Total withdrawals | $1,364.55 |
|---|---|

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 10/05 | 324.97 | 10/13 | 200.62 | 11/01 | 71.64 |
| 10/06 | 316.90 | 10/16 | 8.72 | 11/02 | 51.64 |
| 10/10 | −23.59 | 10/18 | 48.72 | 11/06 | 35.65 |
| 10/11 | −117.27 | 10/27 | 585.31 | | |
| 10/12 | −159.28 | 10/30 | 139.64 | | |

**Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)**

| | |
|---|---|
| Outstanding  advance balance as of the beginning of this statement  period including Finance Charges | $0.00 |
| Outstanding  advance balance as of the end of this statement  period including Finance Charges | $0.00 |
| Finance Charges incurred on advances taken during this statement  period | $0.00 |
| Current advance credit limit | $500.00 |

CHOOSE THE DIRECT DEPOSIT ADVANCE SERVICE TO ACCESS UP TO $500 PRIOR TO RECEIVING YOUR
RECURRING DIRECT DEPOSIT INCOME.  JUST USE THE ATM, ONLINE OR CALL THE PHONE BANK.  SEE
YOUR CONSUMER ACCOUNT FEE AND INFORMATION SCHEDULE FOR COMPLETE DETAILS.

**Advantage Market Rate Savings**
Veronica E Gutierrez
Account  Number:          **REDACTED**

**Activity summary**

| | |
|---|---|
| Balance on 10/05 | $120.23 |
| Deposits and interest | 106.80 |
| Withdrawals | −225.00 |
| Balance on 11/06 | $2.03 |

*Continued  on next page*

CONFIDENTIAL
WFB-G 01910

October 6 through November 6, 2006
Account Number:
Page 5 of 6              **REDACTED**

---

**Interest you've earned**

| | |
|---|---|
| Average collected balance this period | $34.66 |
| Annual percentage yield earned | 0.66% |
| Interest and bonuses paid to date this year | $0.73 |
| **Interest paid during this period** | **$0.02** |
| Interest earned for this statement period | $0.02 |

---

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

**Activity detail**

**Deposits and interest**

| Date | Description | $ Amount |
|---|---|---|
| 10/13 | Autozone West In Payroll 061007 10234468 Gutierrez,Veronica | 45.88 |
| 10/27 | Autozone West In Payroll 061021 10234468 Gutierrez,Veronica | 60.90 |
| 10/31 | Interest Payment | 0.02 |
| **Total deposits and interest** | | **$106.80** |

**Withdrawals**

| Date | Description | $ Amount |
|---|---|---|
| 10/10 | ATM Withdrawal −10/07 Mach ID 9956B Fontana North Fontana Ca 6509 | 120.00 |
| 10/18 | Online Transfer Ref #IBEBST9Gtv To Checking 1885720Xxx On 10/18/06 | 40.00 |
| 10/30 | Online Transfer Ref #IBEQF2V2J6 To Checking 1885720Xxx On 10/30/06 | 40.00 |
| 10/31 | Monthly Service Fee | 10.00 |
| 11/06 | Online Transfer Ref #IBEMHZND75 To Checking 1885720Xxx On 11/03/06 | 15.00 |
| **Total withdrawals** | | **$225.00** |

---

*Thank you for banking with Wells Fargo.*

CONFIDENTIAL
WFB-G 01911



*Are you interested in...*

- Purchasing a home? Call us at 1-800-866-0743
- Getting a student loan? Call us at 1-888-945-5373
- Optimizing home equity? Call us at 1-866-259-0890

## Account Balance Calculation Worksheet

1  Use the following worksheet to calculate your overall account balance.

2  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3  Use the chart below, list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| ITEMS OUTSTANDING | |
|---|---|
| NUMBER | AMOUNT |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | $ |

▶ **ENTER**

**A** | The NEW BALANCE shown on your statement . . . . . . . . . . . $

▶ **ADD**

**B** | Any deposits listed in your register or transfers into your account which are not shown on your statement | $ ____ $ ____ +$ ____

TOTAL | $

▶ **CALCULATE THE SUBTOTAL**
(Add Parts A and B)

▶ **SUBTRACT**

**C** | The total outstanding checks and withdrawals from the chart above | -$ ____  ◀

▶ **CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same as the current balance shown in your check register | $

© 2006 Wells Fargo Bank N.A. All rights reserved

### To Dispute or Report Inaccuracies in Information We Have Furnished to a Consumer Reporting Agency About Your Accounts

You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with all supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

### Information for Lines of Credit (Other Than Direct Deposit Advance℠ Service)

Each principal balance shown on your statement represents the unpaid amount of loan advances under your line of credit for that day and each day thereafter until a change in the principal balance is shown. The Finance Charge will be determined as follows:
- Determine the principal balance for each day during this statement period; then
- Multiply the principal balance for each day during this statement period by the daily periodic rate in effect for such day; and
- Add these results.

Any transaction charges or processing charges shown on your statement as Finance Charges also must be added to arrive at the total Finance Charge for this period.

If your account is subject to Balance Based Pricing, the daily periodic rate and corresponding Annual Percentage Rate (APR) will be determined each day based on the outstanding balance of your account. The daily periodic rate and corresponding APR applicable to each balance range are shown in the Summary of Finance Charges section on your statement.

We must receive payment of at least the amount of the Total Payment Due as shown on your billing statement by the Payment Due Date or within the applicable grace period or a late fee will be assessed. Non-electronic payments must be accompanied by the remittance portion of your billing statement, be made by check, and be drawn on a US bank and payable in US dollars.

Payments made by ACH, or mailed to the remittance address indicated on your billing statement and received prior to the 5:00 pm cutoff time, will be credited as of the date received, including weekends and holidays. Payments received after the cutoff time will be credited as of the next day.

Payments made at a bank branch, online, by ATM, by phone or by any other means we make available to you and received prior to established cutoff times will be credited as of the business day received. Saturdays, Sundays, and federal holidays are not considered business days and payment made on those days or after established cutoff times will be credited as of the next business day. Established cutoff times may vary, depending on payment channel, and will be disclosed to you at the time you make your payment.

### In Case of Errors or Questions About Your Credit Line Transactions

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on the front of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

Special Rule for Credit Card Purchases. If you have a problem with the quality of goods or services that you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods or services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state, or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

### In Case of Errors or Questions About Your Electronic Transfers (Including Direct Deposit Advance Transactions)

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1  Tell us your name and account number (if any).

2  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If the error concerns a Direct Deposit Advance transaction, you do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Direct Deposit Advance balance that are not in question.

While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Member FDIC

CONFIDENTIAL
WFB-G 01912