1   Richard D. McCune, SB # 132124
    rdm@mwtriallawyers.com
2   Jae (Eddie) K. Kim, SB # 236805
    jkk@mwtriallawlawyers.com
3   McCUNE & WRIGHT, LLP
    2068 Orange Tree Lane, Suite 216
4   Redlands, CA  92374
    Telephone:    (909) 557-1250
5   Facsimile:    (909) 557-1275

6   Attorneys for Plaintiffs,
    VERONICA GUTIERREZ, ERIN WALKER
7   and WILLIAM SMITH, on behalf of themselves and
    all others similarly situated,
8

9

10              UNITED STATES DISTRICT COURT

11        FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  VERONICA GUTIERREZ, ERIN WALKER and )   Case No.:  C 07-05923 WHA
    WILLIAM SMITH, as individuals, and on behalf )
14  of all others similarly situated,          )   Judge Assigned:  Hon. William H. Alsup
                                               )   Complaint Filed: November 21, 2007
15              Plaintiffs,                     )
                                               )
16      v.                                      )   ERIN WALKER'S RESPONSE TO SPECIAL
                                               )   INTERROGATORY FROM WELLS FARGO
17  WELLS FARGO & COMPANY; WELLS               )   BANK, N.A.
    FARGO BANK, N.A.; and DOES 1 through 125,  )   [SET TWO – No. 8]
18                                             )
                                               )
19  _____Defendants._____          )

20  PROPOUNDING PARTY:    DEFENDANT, Wells Fargo Bank, N.A.

21  RESPONDING PARTY:     PLAINTIFF, Erin Walker

22  SET NUMBER:           TWO (No. 8)

23

24      Plaintiff, Erin Walker, pursuant to Rule 33 of the Federal Rules of Civil Procedure, hereby

25  responds to Defendant Wells Fargo Bank, N.A.'s Special Interrogatory as follows:

26                   **PRELIMINARY STATEMENT:**

27      This response is made solely for the purpose of, and in relation to, this action.  Each response is

28  given subject to all appropriate objections (including, but not limited to, objections concerning

- 1 -
ERIN WALKER'S RESPONSE TO SPECIAL INTERROGATORY FROM WELLS FARGO BANK, N.A. [SET TWO – No. 8]
Case No.: C 07-5923 WHA

1 competency, relevancy, materiality, propriety, and admissibility) which would require the exclusion of

2 any statement contained herein if it were made by a witness present and testifying in court. All such

3 objections and grounds therefore are reserved and may be interposed at the time of trial.

4      The party on whose behalf the response is given has not yet completed investigation into the

5 facts relating to this action, has not completed discovery in this action, and has not completed

6 preparation for trial. Consequently, the following response is given without prejudice to the responding

7 party's right to produce, at the time of trial, subsequently discovered evidence relating to the proof of

8 facts that are discovered to be material.

9      Except for facts explicitly admitted herein, no admission of any nature whatsoever is to be

10 implied or inferred. The fact that a request herein has been responded to should not be taken as an

11 admission or concession of the existence of any facts set forth or assumed by such request, or that such

12 response constitutes evidence of any fact set forth or assumed.

13 **RESPONSE TO SPECIAL INTERROGATORY**

14 **SET TWO**

15 **SPECIAL INTERROGATORY NO. 8:**

16      If YOU dispute the genuineness or accuracy of amount of any of the DEBIT

17 TRANSACTIONS or CREDIT TRANSACTIONS addressed in your responses to Requests for

18 Admissions Nos. 5-8, identify each such transaction that you dispute, identify the aspects of each such

19 transaction (its genuineness or its amount) that you dispute, and state all facts upon which the dispute is

20 based.

21 **RESPONSE TO SPECIAL INTERROGATORY NO. 8:**

22      Objection. Vague and ambiguous as to the meaning of "genuine transaction" and "debit

23 transaction." Without waiving said objection, Plaintiff responds as follows: I do not dispute the

24 accuracy of the amount of any transactions that is the subject of Request for Admissions Nos. 5-8.

25 DATED: 7/7/08 .            McCUNE & WRIGHT, LLP

26

27 BY: _____

28                Richard D. McCune
               Attorney for Plaintiffs

ERIN WALKER'S RESPONSE TO SPECIAL INTERROGATORY FROM WELLS FARGO BANK, N.A. [SET TWO – No. 8]
Case No.: C 07-5923 WHA

**VERIFICATION**

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I have read the foregoing ERIN WALKER'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS FROM WELLS FARGO BANK, N.A. [SET TWO – No. 14] and know its contents.

CHECK APPLICABLE PARAGRAPH

[X]

I am a party to this action. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters, I believe them to be true.

[ ]

I am an officer/partner/authorized representative of *, a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

[ ]

I am one of the attorneys for *, a party to this action. Such party is absent from the county of aforesaid where such attorneys have their offices, and I made this verification for and on behalf of that party for that reason. I am informed and believe and on that ground allege that the matters stated in the foregoing document are true.

Executed on __July 3rd__, 2008, at __Culver City__, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

X _____
ERIN WALKER

1  Case:  GUTIERREZ, et al. v. WELLS FARGO BANK, et. al.

2                              PROOF OF SERVICE

3  STATE OF CALIFORNIA
4  COUNTY OF SAN BERNARDINO

5         I am employed in the County of San Bernardino, State of California.  I am over the age of 18
   years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216,
6  Redlands, California, 92374.

7         On **July 7, 2008,** I served the foregoing document described as **ERIN WALKER'S
8  RESPONSE TO SPECIAL INTERROGATORY FROM WELLS FARGO BANK, N.A. [SET
   TWO – No. 8]** on the interested parties through their respective attorneys of record in this action, by
9  placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

10
   **Sonya D. Winner, Esquire**                        **Attorneys for Defendants**
11 **David M. Jolley, Esquire**
   **Margaret G. May, Esquire**
12 **COVINGTON & BURLING, LLP**
   **One Front Street**
13 **San Francisco, CA  94111**
   **Telephone:  (415) 591-6000**
14 **Facsimile:  (415) 591-6091**

15
   **METHOD OF SERVICE**:
16

17 [  ]    **(BY MAIL)**    I am readily familiar with the firm's business practice for collection and processing
                            of correspondence for mailing.  Under that practice, I caused such envelopes with
18                          postage thereon fully prepaid to be placed in the United States mail at Redlands,
                            California.
19 [ X ]   **(BY E-MAIL)**  **Pursuant to Agreement of the Parties:** By transmitting it to the following
20                          individuals by electronic mail:
                            Sonya D. Winner:  SWinner@cov.com
21                          David M. Jolley:  djolley@cov.com
                            Margaret G. May:  mmay@cov.com
22 [  ]    **(BY FAX)**     I caused such documents to be transmitted by facsimile to the offices of the
23                          addressee(s).  The facsimile machine reported no error.
   [ X ]   **(BY OVERNIGHT DELIVERY)** I caused such document to be delivered by overnight delivery
24                          to the offices of the addressee(s).

25
          I declare that I am employed in the office of a member of the bar of this court at whose direction
26 the service was made.  Executed on the above-referenced date at Redlands, California.

27

28                                          _____
                                                         Ann Marie Smith

Proof of Service                                              Case No.:  C-07-5923 WHA