1   Sonya D. Winner, SB # 200348
    David M. Jolley, SB # 191164
2   Margaret G. May, SB # 234910
    COVINGTON & BURLING LLP
3   One Front Street
    San Francisco, CA 94111
4   Telephone:    (415) 591-6000
    Facsimile:    (415) 591-6091
5   swinner@cov.com

6   Attorneys for Defendants
    WELLS FARGO BANK, N.A. and
7   WELLS FARGO & CO.

8                UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
    VERONICA GUTIERREZ, TIM FOX,              Civil Case No.:  CV-07-5923 WHA
11  ERIN WALKER and WILLIAM SMITH,
    as individuals, and on behalf of all others
12  similarly situated,                        **REQUESTS FOR ADMISSION
                                               FROM WELLS FARGO BANK,
13                   Plaintiffs,               N.A. TO PLAINTIFF WILLIAM
                                               SMITH (SET TWO) [Nos. 5-8]**
14          v.

15  WELLS FARGO & COMPANY; WELLS
    FARGO BANK, N.A.; and DOES 1 through
16  125,

17                   Defendants.

18

19  REQUESTING PARTY:          Defendant WELLS FARGO BANK, N.A.

20  RESPONDING PARTY:          Plaintiff WILLIAM SMITH

21  SET NO.:                   Two (Nos. 5-8)

22          Pursuant to Rule 36 of the Federal Rules of Civil Procedure, defendant Wells

23  Fargo Bank, N.A. hereby requests that plaintiff William Smith respond to the following requests

24  for admission, under oath and in writing.  Such response shall be produced at the offices of

25  Covington & Burling LLP, One Front Street, San Francisco, CA 94111, within 30 days, or on

26  such other day as may be directed by the Court.

27

28

REQUESTS FOR ADMISSION FROM WELLS FARGO
BANK, N.A. TO PLAINTIFF WILLIAM SMITH (SET TWO)
[Nos. 5-8]
Civil Case No.: CV-07-5923 WHA

**DEFINITIONS**

1.    The term "YOU" includes plaintiff William Smith, his agents and representatives, and/or all other persons acting on his behalf.

2.    "DEBIT TRANSACTIONS" means all items listed on your monthly account statement for the period(s) in question in the sections entitled "Withdrawals" (including the subsections for "Checks" and "Other withdrawals") *except for* any Overdraft Fees, Continuous OD Level 2 Charges, NSF Returned Item Fees, or other Wells Fargo Bank fees.

3.    "CREDIT TRANSACTIONS" means all items listed on your monthly account statement for the period(s) in question in the section entitled "Deposits."

4.    "GENUINE TRANSACTION" means a DEBIT or CREDIT TRANSACTION that you initiated and performed in the expectation that the transaction amount would at some point in time be added (for CREDIT TRANSACTIONS) or subtracted (for DEBIT TRANSACTIONS) from your account balance.  (For purpose of this definition and these requests, the specific date and/or time when you expected the transaction to be added or subtracted from your account is immaterial.)

**INSTRUCTIONS**

1.    The answer to any request for admission shall fairly and completely meet the substance of the requested admission.  If your answer to any admission is qualified in any particular way, then you must state the facts of such qualification with particularity.  Lack of knowledge or information is an insufficient basis for failure to answer fully a request for admission, unless you also state that you have made a reasonable inquiry and the information known or readily obtainable by you is insufficient to enable you to admit or deny.

2.    Where an objection is interposed to any request for admission, the objection shall state with specificity all bases and grounds for the objections.  A request for admission may not be objected to solely on the ground that the matter inquired into presents a genuine issue for trial.

3.    If, in responding to any of these requests for admission, you encounter any ambiguity in construing either the request, a definition, or an instruction, state with

1  specificity the matter deemed ambiguous and identify the construction chosen or used in

2  responding to the request.

3       4.     In construing these requests for admission, the singular shall be deemed

4  to include the plural and vice versa, so as to make each request inclusive rather than exclusive.

5  The word "and" shall be deemed to include the disjunctive "or" and vice versa, so as to make

6  each request inclusive rather than exclusive.  The past tense shall be construed to include the

7  present and future tenses and vice versa, so as to make each request inclusive rather than

8  exclusive.  The terms "all," and "any," whether used separately or together, shall be interpreted

9  to encompass all material, events, incidents, persons, or information responsive to the request in

10 which those terms appear.

11      5.     Any matter admitted is conclusively established unless the court on

12 motion permits withdrawal or amendment of the admission.

13      6.     If you fail to respond to these requests for admission within the time

14 allowed, every matter set forth in these requests may be deemed admitted and conclusively

15 established against you for the purposes of this action.

16      7.     These requests for admission are continuing in nature so as to require

17 supplemental response as provided by the Federal Rules of Civil Procedure in the event you

18 obtain or discover additional relevant information between the time of the initial response to

19 these requests for admission and the time of the final disposition of this action.

20                          **REQUESTS FOR ADMISSION**

21 **REQUEST FOR ADMISSION NO. 5:**

22      YOU do not dispute in this case that all DEBIT TRANSACTIONS shown on

23 your monthly account statement for the period ending July 17, 2007 (attached as Exhibit 1)

24 reflect GENUINE TRANSACTIONS.

25 **REQUEST FOR ADMISSION NO. 6:**

26      YOU do not dispute in this case that all CREDIT TRANSACTIONS shown on

27 your monthly account statement for the period ending July 17, 2007 (attached as Exhibit 1)

28 reflect GENUINE TRANSACTIONS.

**REQUEST FOR ADMISSION NO. 7:**

YOU do not dispute in this case the accuracy of the transaction amounts for any DEBIT TRANSACTIONS shown on your monthly account statement for the period ending July 17, 2007 (attached as Exhibit 1).

**REQUEST FOR ADMISSION NO. 8:**

YOU do not dispute in this case the accuracy of the transaction amounts for any CREDIT TRANSACTIONS shown on your monthly account statement for the period ending July 17, 2007 (attached as Exhibit 1).

DATED:  June 5, 2008                                COVINGTON & BURLING LLP


By: _____
David M. Jolley
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# EXHIBIT 1

## Account Statement
June 16 through July 17, 2007
Account Number:
Page 1 of 5          **REDACTED**

I-1

WILLIAM   CHARLES   SMITH   JR

# REDACTED



Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A, P.O. BOX 6995, PORTLAND, OR 97228-6995.

**Custom Management Checking**
William Charles Smith Jr
Account Number:      **REDACTED**

**Activity summary**

| | |
|---|---:|
| Balance on 06/15 | $2,956.82 |
| Deposits | 18,351.37 |
| Withdrawals | −21,160.94 |
| Balance on 07/17 | $147.25 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

*Continued  on next page*

CONFIDENTIAL
WFB-G 02330

June 16 through July 17, 2007
Account Number:
Page 2 of 5          **REDACTED**

## Activity detail
### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 06/21 | Online Transfer Ref #1BE256Flpz From Business Checking 3242166Xxx On 06/21/07 | 486.00 |
| 06/22 | ATM Deposit -06/22 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,208.76 |
| 06/29 | ATM Deposit -06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 3,485.45 |
| 07/03 | Online Transfer Ref #1BEMJJC2Cw From Checking 0221724Xxx On 07/03/07 | 100.00 |
| 07/05 | Online Transfer Ref #1BEJMGXN4M From Checking 0221724Xxx On 07/04/07 | 100.00 |
| 07/06 | ATM Deposit -07/06 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 5,001.81 |
| 07/11 | Online Transfer Ref #1bcfqfwxfc From Checking 0221724Xxx On 07/11/07 | 100.00 |
| 07/13 | ATM Deposit -07/13 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,619.35 |
| 07/13 | Online Transfer Ref #1bcqflksbq From Checking 0221724Xxx On 07/13/07 | 100.00 |
| 07/16 | Online Transfer Ref #1bctbncyps From Business Checking 6706972Xxx On 07/16/07 | 100.00 |
| 07/17 | Online Transfer Ref #1BEQFLXX9X From Checking 0221724Xxx On 07/17/07 | 50.00 |

**Total deposits**                                                                    **$18,351.37**

## Withdrawals
### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 06/18 | Online Transfer Ref #1BEMJH56Ck To Checking 0221724Xxx On 06/17/07 | 1,200.00 |
| 06/18 | Online Transfer Ref #1BETBL5Qlk To Business Checking Inv Sc 044 | 1,115.00 |
| 06/18 | ATM Withdrawal -06/17 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 200.00 |
| 06/18 | Check Crd Purchase 06/16 U-Store-It-475909-794-0560Ca 446024XXXXXX5000 169740012034598 ?MCC=4225 121042882DA | 103.00 |
| 06/18 | POS Purchase -06/17 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 53.21 |
| 06/18 | POS Purchase -06/16 Mach ID 000000 Longs Drugs 054Longs Drugyucaipa Ca 5000 ?MCC=5912 121042882DA | 41.45 |
| 06/18 | Check Crd Purchase 06/15 Sport Shack Yucaipa Ca 446024XXXXXX5000 168740021280717 ?MCC=5941 121042882DA | 27.01 |
| 06/18 | Check Crd Purchase 06/17 California Sportservic Los Angeles Ca 446024XXXXXX5000 169740012767747 ?MCC=5947 121042882DA | 16.00 |
| 06/19 | POS Purchase -06/19 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 105.34 |
| 06/20 | Online Transfer Ref #1BEMJH9Trp To Checking 0221724Xxx On 06/20/07 | 30.00 |
| 06/22 | Check Crd Purchase 06/21 Vzwrlss-Ivr Vw 800 9220204Ca 446024XXXXXX5000 173740009260165?MCC=4814 121042882DA | 428.72 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 58.06 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 USA Cleaners Inusa Cleaneyucaipa Ca 5000 ?MCC=7216 121042882DA | 50.80 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 Sou Ross Storessou Ross Syucaipa Ca 5000 ?MCC=5331 121042882DA | 19.36 |
| 06/25 | Online Transfer Ref #1BEBTC37Y3 To Savings Taxes | 1,650.00 |

*Continued on next page*

June 16 through July 17, 2007
Account Number:
Page 3 of 5            **REDACTED**

*Other withdrawals -continued*

| Date | Description | $ Amount |
|------|-------------|----------|
| 06/25 | Online Transfer Ref #IBE7X9KF9W  To Business Checking Inv Sc 047 048 | 1,280.00 |
| 06/25 | Online Transfer Ref #IBE256L38Y  To Checking 0221724Xxx On 06/23/07 | 800.00 |
| 06/25 | Online Transfer Ref #IBE256L385 To Business Checking 6706972Xxx On 06/23/07 | 100.00 |
| 06/25 | POS Purchase –06/23 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 208.22 |
| 06/25 | POS Purchase –06/24 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 66.09 |
| 06/25 | POS Purchase –06/25 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 37.40 |
| 06/29 | ATM Withdrawal –06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 40.00 |
| 07/02 | Online Transfer Ref #IBEMJJ2Jsh  To Business Checking Inv Sc 049 050 | 1,465.00 |
| 07/02 | Online Transfer Ref #IBE25738Np  To Checking Mortgage | 1,000.00 |
| 07/02 | Online Transfer Ref #IBEQFKKQX4  To Checking 0221724Xxx On 06/30/07 | 500.00 |
| 07/02 | POS Purchase –07/01 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 81.71 |
| 07/02 | POS Purchase –06/29 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 64.51 |
| 07/02 | POS Purchase –06/30 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 53.84 |
| 07/02 | POS Purchase –07/01 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 10.76 |
| 07/03 | Check Crd Purchase 07/01 Go Wireless Yuc Og 241 Yucaipa Ca 446024XXXXXX5000 184740005907573 ?MCC=4812  121042882DA | 234.39 |
| 07/03 | POS Purchase –07/03 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 67.17 |
| 07/03 | POS Purchase –07/03 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251  121042882DA | 28.00 |
| 07/05 | Online Transfer Ref #IBE7Xbgxxz  To Business Checking 3242166Xxx On 07/05/07 | 50.00 |
| 07/05 | Check Crd Purchase 07/02 Kaiser Pharmacy #163 Colton Ca 446024XXXXXX5000 185740009933398 ?MCC=5912  121042882DA | 31.41 |
| 07/06 | POS Purchase –07/06 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 45.46 |
| 07/09 | Online Transfer Ref #IBEJMH5Yjt  To Business Checking Inv Sc 051 052 | 2,700.00 |
| 07/09 | Online Transfer Ref #IBE52954Th  To Savings Taxes | 1,500.00 |
| 07/09 | Online Transfer Ref #IBEBTD5M6Q  To Checking 0221724Xxx On 07/07/07 | 500.00 |
| 07/09 | ATM Withdrawal –07/07 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/09 | Online Transfer Ref #IBE257NK84  To Business Checking 6706972Xxx On 07/07/07 | 50.00 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 149.16 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251  121042882DA | 14.96 |
| 07/09 | Check Crd Purchase 07/07 Hollywood Video Yucaipa Ca 446024XXXXXX5000 190740011296493 ?MCC=7841  121042882DA | 11.82 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 4.30 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251  121042882DA | 3.11 |

*Continued  on next page*

CONFIDENTIAL
WFB-G 02332

June 16 through July 17, 2007
Account Number:
Page 4 of 5            **REDACTED**

### Other withdrawals -continued

| Date | Description | $ Amount |
|---|---|---|
| 07/10 | POS Purchase −07/10 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 57.86 |
| 07/11 | POS Purchase −07/11 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 80.31 |
| 07/12 | Check Crd Purchase 07/03 Tnt Fireworks #BBB0142 San Bernardin Ca 446024XXXXXX5000 193740007099671 ?MCC=5999  121042882DA | 68.85 |
| 07/12 | POS Purchase −07/12 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 24.76 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/16 | Online Transfer Ref #IBEFQG55R9  To Business Checking Inv Sc 053 054 | 2,100.00 |
| 07/16 | Online Transfer Ref #IBE529M7C2  To Savings 6324121Xxx On 07/14/07 | 1,200.00 |
| 07/16 | Online Transfer Ref #IBEX7PN3R4  To Checking 0221724Xxx On 07/14/07 | 800.00 |
| 07/16 | Online Transfer Ref #IBEJMHNCF6  To Business Checking Storage | 100.00 |
| 07/16 | ATM Withdrawal −07/14 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/16 | Recurring Transfer Ref #OPEJMHPH5G   To Savings 6324121Xxx | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 107.71 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 73.90 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 35.51 |
| 07/16 | POS Purchase −07/16 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 21.53 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 7.32 |
| 07/17 | POS Purchase −07/17 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 49.93 |

Total other withdrawals                                                                   $21,160.94

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 06/15 | 2,956.82 | 06/29 | 3,507.37 | 07/11 | 45.41 |
| 06/18 | 201.15 | 07/02 | 331.55 | 07/12 | − 48.20 |
| 06/19 | 95.81 | 07/03 | 101.99 | 07/13 | 4,603.15 |
| 06/20 | 65.81 | 07/05 | 120.58 | 07/16 | 147.18 |
| 06/21 | 551.81 | 07/06 | 5,076.93 | 07/17 | 147.25 |
| 06/22 | 4,203.63 | 07/09 | 83.58 | | |
| 06/25 | 61.92 | 07/10 | 25.72 | | |

*Thank you for banking with Wells Fargo.*

CONFIDENTIAL
WFB-G 02333

## Account Balance Calculation Worksheet

1   Use the following worksheet to calculate your overall account balance.
2   Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3.  Use the chart below, list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| ITEMS OUTSTANDING | | |
|---|---|---|
| **NUMBER** | **AMOUNT** | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL** | $ | |

▶ **ENTER**

**A**  The NEW BALANCE shown on your statement $ _____

▶ **ADD**

**B**  Any deposits listed in your register or transfers into your account which are not shown on your statement.
$ _____
$ _____
+$ _____

TOTAL .          $ _____

▶ **CALCULATE THE SUBTOTAL**
(Add Parts A and B)          $ _____

▶ **SUBTRACT**

**C**  The total outstanding checks and withdrawals from the chart above ............... –$ _____

▶ **CALCULATE THE ENDING BALANCE**
(Part A + Part B –Part C)
This amount should be the same as the current balance shown in your check register          $ _____

© 2006 Wells Fargo Bank, N.A. All rights reserved.

501920

## In Case of Errors or Questions About Your Electronic Transfers (Including Direct Deposit Advance or Deposit Advance ℠* Transactions)

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1.  Tell us your name and account number (if any).

2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If the error concerns a Direct Deposit Advance or Deposit Advance transaction, you do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your Direct Deposit Advance or Deposit Advance transaction that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question

* The Deposit Advance service is not available in all states

## To Dispute or Report Inaccuracies in Information We Have Furnished to a Consumer Reporting Agency About Your Accounts

You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with all supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.



*Are you interested in...*

- Purchasing a home?        Call us at 1-800-866-0743
- Getting a student loan?   Call us at 1-888-945-5373
- Optimizing home equity?   Call us at 1-866-259-0890

Member FDIC

CONFIDENTIAL
WFB-G 02334