Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, *et al.*, <br><br>  Defendants. | CASE NO. CV-07-5923 WHA (JCSx) <br><br> **DECLARATION OF JOHN AHRENDT IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT** <br><br> Date:  August 21, 2008 <br> Time:  8:00 a.m. <br> Courtroom:  9 <br><br> Honorable William H. Alsup |

1.  I am Senior Vice President and Marketing Database Decision Support Strategies Manager of the Internet Group of Wells Fargo Bank, N.A. ("Wells Fargo"). In that position, I am responsible for overseeing the Bank's policies and procedures with respect to gathering and analyzing data relating to customer use of online banking. I make the statements in this declaration based on my personal knowledge.

2.  Wells Fargo records in a Banking Events ("BEV") database data on significant events in customers' use of online banking, including the dates and times of logins and logouts. This data is maintained in the database for approximately 13 months, after which it is archived onto physical tape. The archiving process is not automated and must be manually performed. Once the data is copied to a tape, it is permanently deleted from the database.

3.  I have reviewed the BEV database entries showing the online banking activity of plaintiff Erin Walker from May 29, 2007, to June 14, 2007. During that period, Ms. Walker's online banking was accessed on June 8, June 13, and June 14. Our records show that it was not accessed on any other date during that period.

4.  Data from October 2006 does not appear on the archived tape from the BEV database. Instead, data from September 2006 appears twice. Although I do not know specifically what happened in this instance, based on my knowledge of the process, I believe that human error caused the September 2006 data to be copied twice and the October 2006 data to be lost. Because it was not saved on the archived tape, there is no way to retrieve the October 2006 data.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in San Francisco, California on July 9, 2008.

_____
John Ahrendt

DECLARATION OF JOHN AHRENDT IN SUPPORT OF
WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY
JUDGMENT
CASE NO. CV-07-5923 WHA

1