Account Statement                                    16380-07MAR08
October 17 through November 18, 2003

Account Number:
Page 1 of 4                **REDACTED**

WILLIAM CHARLES SMITH JR

**REDACTED**

Thank you for banking with Wells Fargo. For assistance, call: 800-869-3557
(1-800-TO-WELLS), TDD number (for the hearing impaired only) 1-800-877-4833. Or
write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

Account Summary
---
Daily access accounts

| Account | Account number | Balance last period | Balance this period |
|---|---|---|---|
| Gold Account |  | $14.00 | $11.00 |
| Regular Savings |  | 446.38 | 434.67 |
| Total | **REDACTED** | $460.38 | $445.67 |

---

IMPORTANT ACCOUNT INFORMATION: The following changes are effective January 12,
2004. Insufficient Funds*: Paid Item/OD, $22/item, 1-2 occasions; $33/item, 3+
occasions. Returned Item/NSF, $20/item, 1-2 occasions; $30/item, 3+ occasions.
An occasion is a day in which your account has insufficient funds to cover an
item during the preceding 12 months.

Also effective January 12, 2004, to complete as many of your Point-of-Sale
(POS) and Wells Fargo ATM transactions as possible, Wells Fargo is enhancing
the processing procedures for these transactions. If you perform an ATM or POS
transaction and do not have sufficient funds in your account to cover the
transaction, Wells Fargo may take any of the following actions:
- Cover the transaction if you have overdraft protection;
- Pay the transaction and create an overdraft to your account; or
- Decline the transaction.
You may be assessed a fee, which will vary depending on the action taken. If
you do not have overdraft protection, we encourage you to contact your local
banker, call 1-800-869-3557, or visit us Online to enroll. We appreciate your
business & look forward to continuing to serve your financial needs.

*Effective March 15, 2004, for quarterly savings accounts.

---
Gold Account
William Charles Smith Jr
Account Number:

---
Activity summary
| | |
|---|---|
| Balance on 10/16 | $14.00 |
| Deposits | 4,955.71 |
| Withdrawals | - 4,958.71 |
| Balance on 11/18 | $11.00 |

000461

CONFIDENTIAL
WFB-G 02112

```
                        16380-07MAR08
October 17 through November 18, 2003

Account Number:
Page 2 of 4
```

# REDACTED

---

Effective January 12, 2004, a $10.00 Overdraft Protection transfer fee will be charged to a checking account for each day on which an advance is made from a line of credit account to pay for an overdraft. This fee will apply to customers with a Wells Fargo Reserve Line of Credit account linked to a checking account to provide Overdraft Protection and to customers who establish a new Overdraft Protection linkage on or after January 12, 2004, to a Wells Fargo Personal or Home Equity Line of Credit. For questions, please contact your Wells Fargo banker or call 1-800-869-3557. We appreciate your business & look forward to continuing to serve your financial needs.

---

**Activity detail**

**Deposits**

| Date | Description | Amount |
|---|---|---|
| 10/17 | ATM Deposit - 10/17 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | $990.31 |
| 10/24 | ATM Deposit - 10/24 Mach ID 0896I Rancho Cucamonga Rancho Cucamo Ca 5000 | 991.35 |
| 10/31 | ATM Deposit - 10/31 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 991.35 |
| 11/07 | ATM Deposit - 11/07 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 991.35 |
| 11/14 | ATM Deposit - 11/14 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 991.35 |
| **Total deposits** | | **$4,955.71** |

**Withdrawals**

**Other withdrawals**

| Date | Description | $ Amount |
|---|---|---|
| 10/17 | ATM Withdrawal - 10/17 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 40.00 |
| 10/20 | POS Purchase - 10/18 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 276.80 |
| 10/21 | Online Transfer Ref #IBEX5J52CD To 0221724719 On 10/21/03 | 660.00 |
| 10/24 | ATM Withdrawal - 10/24 Mach ID 0896I Rancho Cucamonga Rancho Cucamo Ca 5000 | 60.00 |
| 10/24 | POS Purchase - 10/23 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 12.15 |
| 10/27 | POS Purchase - 10/26 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 123.44 |
| 10/27 | POS Purchase - 10/25 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 86.41 |
| 10/28 | Online Transfer Ref #IBET8GV7S6 To 0221724719 On 10/28/03 | 700.00 |
| 10/31 | ATM Withdrawal - 10/31 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 60.00 |
| 10/31 | Check Crd Purchase 10/30 Supercuts Ca#120 Ranch Rncho Cucamon Ca 446024XXXXXX5000 24492799F49X18Aaj ?MCC=7230 121042882DA | 18.00 |
| 10/31 | POS Purchase - 10/30 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 12.01 |
| 11/03 | POS Purchase - 11/02 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 160.34 |
| 11/03 | POS Purchase - 11/01 Mach ID 000000 34460 Yucaipa Bstater 23Yucaipa Ca 5000 | 71.15 |

000470

```
                         16380-07MAR08
        October 17 through November 18, 2003

        Account Number:
        Page 3 of 4
```

# REDACTED

```
Other withdrawals-continued
Date            Description                                          $ Amount
..............................................................................
11/06           Online Transfer Ref #Ibeqcfpvsz To
                0221724719 On 11/06/03                                  590.00
11/06           Online Transfer Ref #IBEBR7Phfx To
                6975021940 On 11/06/03                                   90.00
11/07           ATM Withdrawal - 11/07 Mach ID 0896J
                Rancho Cucamonga Rancho Cucamo Ca 5000                   80.00
11/10           Online Transfer - Nov Week One Ref
                #IBEBR7SZ6C                                             372.00
11/10           POS Purchase - 11/09 Mach ID 000000
                34460 Yucaipa Bstater 23Yucaipa Ca 5000                 247.91
11/10           Check Crd Purchase 11/09 Dave & Buster
                #10 Ontario Ca 446024XXXXXX5000
                24610439T231WX6WT ?MCC=5812 121042882DA                 147.22
11/10           POS Purchase - 11/09 Mach ID 000000
                34420 Yucaipa Brite Aid #Yucaipa Ca
                5000                                                      6.45
11/12           Check Crd Purchase 11/10 Hollywood
                Video Yucaipa Ca 446024XXXXXX5000
                24692169V00ALHQ6M ?MCC=7841 121042882DA                   4.30
11/14           ATM Withdrawal - 11/14 Mach ID 0896J
                Rancho Cucamonga Rancho Cucamo Ca 5000                   60.00
11/17           Online Transfer - Nov Week 2 Ref
                #IBEQCG3Shg                                             825.00
11/17           POS Purchase - 11/16 Mach ID 000000
                34460 Yucaipa Bstater 23Yucaipa Ca 5000                 151.61
11/17           Check Crd Purchase 11/16 Live Oak Cyn
                Christmas Redlands Ca 446024XXXXXX5000
                2449279A049XMBYP2 ?MCC=5999 121042882DA                  82.97
11/17           POS Purchase - 11/16 Mach ID 000000
                34789 Yucaipa Btrue Valueyucaipa Ca
                5000                                                      7.95
11/18           Checks Returned with Statement Fee                        2.50
11/18           Monthly Service Fee                                      10.50
..............................................................................
Total other withdrawals                                              $4,958.71


Daily balance summary
Date                 $ Balance       Date                         $ Balance
..............................................................................
10/16                    14.00       11/03                           706.71
10/17                   964.31       11/06                            26.71
10/20                   687.51       11/07                           938.06
10/21                    27.51       11/10                           164.48
10/24                   946.71       11/12                           160.18
10/27                   736.86       11/14                         1,091.53
10/28                    36.86       11/17                            24.00
10/31                   938.20       11/18                            11.00
```

000471

CONFIDENTIAL
WFB-G 02114

```
                            16380-07MAR08
         October 17 through November 18, 2003

         Account Number:
         Page 4 of 4           REDACTED
```

**REDACTED**

---

Regular Savings
William Charles Smith Jr

Account Number: REDACTED

**Activity summary**

| | |
|---|---:|
| Balance on 10/16 | $446.38 |
| Deposits and interest | 648.29 |
| Withdrawals | - 660.00 |
| Balance on 11/18 | $434.67 |

**Interest you've earned**

| | |
|---|---:|
| Interest earned during this period | $0.06 |
| Average collected balance this period | $435.89 |
| Annual percentage yield earned | 0.15% |
| Interest and bonuses paid to date this year | $0.80 |

Receive 2,500 bonus rewards points when you qualify for a Wells Fargo credit card* with the optional Wells Fargo Rewards** program. With the Wells Fargo Rewards program you can earn points for every purchase you make. Add an additional cardholder and earn points even faster. To apply for a Wells Fargo credit card with Rewards, call 1-877-302-3770 or visit wellsfargospecial.com and enter keyword: Reward me. Existing cardholders who are not already enrolled can sign up for the Wells Fargo Rewards** program and receive 2,500 bonus points by calling the phone number on the back of their card. *Credit card subject to credit qualification. **Wells Fargo Rewards has a $19 annual program fee.

**Activity detail**

**Deposits and interest**

| Date | Description | $ Amount |
|---|---|---:|
| 10/24 | ATM Deposit - 10/24 Mach ID 0896I Rancho Cucamonga Rancho Cucamo Ca 5000 | 500.00 |
| 11/06 | Online Transfer Ref #IBEBR7Phfx From 0806832184 On 11/06/03 | 90.00 |
| 11/14 | ATM Deposit - 11/14 Mach ID 0896J Rancho Cucamonga Rancho Cucamo Ca 5000 | 58.23 |
| 11/18 | Interest Payment | 0.06 |
| | Total deposits and interest | $648.29 |

**Withdrawals**

| Date | Description | $ Amount |
|---|---|---:|
| 10/21 | Online Transfer Ref #IBE4Y4496J To 0221724719 On 10/21/03 | 231.00 |
| 10/28 | Online Transfer Ref #IBE232T11w To 0221724719 On 10/28/03 | 172.00 |
| 10/30 | Online Transfer - Hospitality Dental Ck 211 70 Ref #IBEMGCWX9V | 212.00 |
| 11/17 | Online Transfer - Nov Week 2 Make Up Ref #IBEX5K3Z3Q | 42.00 |
| 11/18 | Monthly Service Fee | 3.00 |
| | Total withdrawals | $660.00 |

---

Thank you for banking with Wells Fargo.

000472

CONFIDENTIAL
WFB-G 02115