## Account Statement

May 24 through June 25, 2007
Account Number:
Page 1 of 5

**REDACTED**



ERIN  V  WALKER        **REDACTED**

---

Thank you for banking with Wells Fargo. For assistance, call: 1–800–TO–WELLS (1–800–869–3557), TDD number (for the hearing impaired only):1–800–877–4833.  Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND,  OR 97228–6995.

---

Do you need more money for college? If you need funds to cover your tuition costs, or other school related expenses, Wells Fargo offers a variety of student loans that can help (student loans are subject to qualification). The Federal Stafford Loan is among the most affordable student loan options available today, and Wells Fargo makes this good deal even better with no up-frontfees and generous repayment benefits when you repay responsibly.

Graduate and professional students can secure even more federal funding with the Federal PLUS Loan. With this loan, graduate students can borrow up to the cost of education and defer payments while in school.

If federal funding isn't enough to cover your undergraduate expenses, we also offer private loans to help bridge the gap. Our private loans are available to students attending full-time,half-time,or less than half-time.You pay no origination, disbursement or repayment fees and you can postpone payments while you're in school. Once you leave school, we can help simplify repayment of your federal loans, and possibly improve your cash flow each month with federal loan consolidation.

To learn more about Wells Fargo student loans or to apply today, visit www.wellsfargo.com/student or call 1–800–658–3567.

---

### Wells Fargo College Checking

Erin V Walker

Account  Number:        **REDACTED**

---

### Activity summary

| | |
|---|---|
| Balance on 05/23 | $32.80 |
| Deposits | 281.22 |
| Withdrawals | −846.82 |
| Balance on 06/25 | −$532.80 |

---

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

---

*Continued  on next page*

CONFIDENTIAL
WFB-G 02052

May 24 through June 25, 2007
Account Number:
Page 2 of 5

# REDACTED

## Activity detail

### Deposits

| Date | Description | $ Amount |
|------|-------------|----------|
| 05/29 | ATM Deposit −05/26 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 8107 | 92.50 |
| 06/01 | ATM Deposit −05/31 Mach ID 0408B Gardena Main Gardena Ca 0202 | 92.50 |
| 06/04 | Overdraft Protection From 6433237655 | 3.72 |
| 06/08 | ATM Deposit −06/07 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 92.50 |

| | | |
|---|---|---|
| **Total deposits** | | **$281.22** |

### Withdrawals

#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|--------|------|----------|--------|------|----------|--------|------|----------|
| 104 | 06/04 | 8.79 | | | | | | |

| | | |
|---|---|---|
| Total checks | | $8.79 |

#### Other withdrawals

| Date | Description | $ Amount |
|------|-------------|----------|
| 05/24 | Check Crd Purchase 05/22 Johnnies NEW York Pizz Los Angeles Ca 446024XXXXXX0202 144740005612045 ?MCC=5814  121042882DA | 11.64 |
| 05/29 | ATM Withdrawal −05/28 Mach ID M926EXC2  Us Bank Beverlyu.S. Bank Beverly Hillsus 0202 | 22.00 |
| 05/29 | Non−Wells Fargo ATM Transaction Fee | 2.00 |
| 05/29 | ATM Withdrawal −05/26 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 05/29 | POS Purchase −05/26 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 8.16 |
| 05/29 | Check Crd Purchase 05/28 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 149740009395503 ?MCC=5814  121042882DA | 4.25 |
| 05/29 | POS Purchase −05/26 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 4.20 |
| 05/30 | Check Crd Purchase 05/28 Sharky'S Woodfired Gri Beverly Hills Ca 446024XXXXXX0202 150740005344745 ?MCC=5814  121042882DA | 9.18 |
| 05/30 | Check Crd Purchase 05/29 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 150740010204630 ?MCC=5814  121042882DA | 5.09 |
| 05/31 | ATM Withdrawal −05/31 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 05/31 | Check Crd Purchase 05/29 Chevron 00094786 Culver City Ca 446024XXXXXX0202 151740008300206 ?MCC=5542  121042882DA | 20.32 |
| 05/31 | Check Crd Purchase 05/30 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 151740010634267 ?MCC=5814  121042882DA | 6.85 |
| 05/31 | POS Purchase −05/31 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 4.05 |
| 06/01 | ATM Withdrawal −06/01 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 06/01 | Check Crd Purchase 05/30 Il Fornaio −Bvrly Hls Beverly Hill Ca 446024XXXXXX0202 152740005500468 ?MCC=5812  121042882DA | 22.16 |

*Continued on next page*

May 24 through June 25, 2007
Account Number:
Page 3 of 5          **REDACTED**

*Other withdrawals -continued*

| Date | Description | $ Amount |
|------|-------------|----------|
| 06/01 | POS Purchase −06/01 Mach ID 000000 Shell Service Sshell Servtorrance Ca 0202 ?MCC=5541 121042882DA | 1.49 |
| 06/04 | POS Purchase −06/02 Mach ID 000000 Arco Paypoint Arco Paypoculver City Ca 0202 ?MCC=5541 121042882DA | 20.61 |
| 06/04 | Check Crd Purchase 06/01 Shell Oil 57442712709 Torrance Ca 446024XXXXXX0202 154740009032785 ?MCC=5542 121042882DA | 20.27 |
| 06/04 | Check Crd Purchase 05/31 Essence Of Nature Los Angeles Ca 446024XXXXXX0202 154740017548467 ?MCC=5912 121042882DA | 10.92 |
| 06/04 | Check Crd Purchase 05/29 Jackson Market Culver City Ca 446024XXXXXX0202 154740017548466 ?MCC=5499 121042882DA | 9.66 |
| 06/04 | Check Crd Purchase 06/01 Sandbags Beverly Hills Ca 446024XXXXXX0202 154740018276061 ?MCC=5814 121042882DA | 7.52 |
| 06/04 | Check Crd Purchase 06/02 Starbucks USA 00005058 Beverly Hills Ca 446024XXXXXX0202 155740009491838 ?MCC=5814 121042882DA | 5.55 |
| 06/04 | Check Crd Purchase 06/02 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 154740013530978 ?MCC=5814 121042882DA | 4.10 |
| 06/04 | Check Crd Purchase 06/01 Jamba Juice 52 Beverly H Ca 446024XXXXXX0202 155740005935774 ?MCC=5814 121042882DA | 4.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Check Crd Purchase 06/03 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 156740004322565 ?MCC=5814 121042882DA | 6.60 |
| 06/06 | Overdraft Fee | 34.00 |
| 06/06 | ATM Withdrawal −06/05 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 06/06 | POS Purchase −06/05 Mach ID 000000 Arco Paypoint Arco Paypoculver City Ca 0202 ?MCC=5541 121042882DA | 20.78 |
| 06/06 | Check Crd Purchase 06/04 Coldstn Cream#753 Q24 Los Angeles Ca 446024XXXXXX0202 157740005149600 ?MCC=5812 121042882DA | 4.69 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Continuous  OD Level 2 Charge | 5.00 |
| 06/08 | Check Crd Purchase 06/07 Starbucks USA 00005058 Beverly Hills Ca 446024XXXXXX0202 159740004537789 ?MCC=5814 121042882DA | 5.60 |
| 06/08 | Continuous  OD Level 2 Charge | 5.00 |
| 06/11 | Overdraft Fee | 34.00 |
| 06/11 | Check Crd Purchase 06/05 Jackson Market Culver City Ca 446024XXXXXX0202 161740020027308 ?MCC=5499 121042882DA | 10.34 |
| 06/11 | Continuous  OD Level 2 Charge | 5.00 |
| 06/12 | Overdraft Fee | 34.00 |

*Continued  on next page*

CONFIDENTIAL
WFB-G 02054

May 24 through June 25, 2007
Account Number:
Page 4 of 5

# REDACTED

*Other withdrawals -continued*

| Date | Description | $ Amount |
|------|-------------|----------|
| 06/12 | Continuous  OD  Level 2 Charge | 5.00 |
| 06/13 | Continuous  OD  Level 2 Charge | 5.00 |
| 06/14 | Continuous  OD  Level 2 Charge | 5.00 |
| **Total other withdrawals** | | **$838.03** |
| **Total withdrawals** | | **$846.82** |

No matter where you go, chances are there is a Wells Fargo Bank or ATM near you. With over 3,000 locations and 6,500 ATMs across 23 states, plus FREE online access and Online Statements, you can be sure your account information and access are within close reach. Visit wellsfargo.com to find information on free online access, online statements and locations of Wells Fargo ATMs/Banking Stores.

**Daily balance summary-**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 05/23 | 32.80 | 06/01 | 36.41 | 06/08 | −434.46 |
| 05/24 | 21.16 | 06/04 | −51.29 | 06/11 | −483.80 |
| 05/29 | 53.05 | 06/05 | −329.89 | 06/12 | −522.80 |
| 05/30 | 38.78 | 06/06 | −409.36 | 06/13 | −527.80 |
| 05/31 | −12.44 | 06/07 | −516.36 | 06/14 | − 532.80 |

*Thank you for banking with Wells Fargo.*

### *Account Balance Calculation Worksheet*

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart below, list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| ITEMS OUTSTANDING | |  |
|---|---|---|
| NUMBER | AMOUNT | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
|  |  | |
| **TOTAL** | **$** | |

▶ **ENTER**
**A** The NEW BALANCE shown on your statement $ _____

▶ **ADD**
**B** Any deposits listed in your        $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.       +$ _____
                  TOTAL .......... ... $ _____

▶ **CALCULATE THE SUBTOTAL** ...... .. $ _____
(Add Parts A and B)

▶ **SUBTRACT**
**C** The total outstanding checks and
withdrawals from the chart above ................. –$ _____ ◀

▶ **CALCULATE THE ENDING BALANCE**
(Part A + Part B –Part C)
This amount should be the same
as the current balance shown in
your check register ...... ............ | $ _____ |

c 2006 Wells Fargo Bank, N.A. All rights reserved.

### *In Case of Errors or Questions About Your Electronic Transfers (Including Direct Deposit Advance or Deposit Advance ℠\* Transactions)*

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If the error concerns a **Direct Deposit Advance** or **Deposit Advance** transaction, you do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your **Direct Deposit Advance** or **Deposit Advance** transaction that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

\* The **Deposit Advance** service is not available in all states.

### *To Dispute or Report Inaccuracies in Information We Have Furnished to a Consumer Reporting Agency About Your Accounts*

You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with all supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.



| | *Are you interested in...* |
|---|---|
| ▪ Purchasing a home? | Call us at 1-800-866-0743 |
| ▪ Getting a student loan? | Call us at 1-888-945-5373 |
| ▪ Optimizing home equity? | Call us at 1-866-259-0890 |

Member FDIC    🏠 LENDER

## Account Statement

June 26 through July 25, 2007
Account Number:
Page 1 of 3

**REDACTED**



ERIN  V  WALKER

# REDACTED

Thank you for banking with Wells Fargo. For assistance, call: 1–800–TO–WELLS (1–800–869–3557), TDD number (for the hearing impaired only):1–800–877–4833.  Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND,  OR 97228–6995.

Do you need more money for college? If you need funds to cover your tuition costs, or other school related expenses, Wells Fargo offers a variety of student loans that can help (student loans are subject to qualification). The Federal Stafford Loan is among the most affordable student loan options available today, and Wells Fargo makes this good deal even better with no up–frontfees and generous repayment benefits when you repay responsibly.

Graduate and professional students can secure even more federal funding with the Federal PLUS Loan. With this loan, graduate students can borrow up to the cost of education and defer payments while in school.

If federal funding isn't enough to cover your undergraduate expenses, we also offer private loans to help bridge the gap. Our private loans are available to students attending full–time,half–time,or less than half–time.You pay no origination, disbursement or repayment fees and you can postpone payments while you're in school. Once you leave school, we can help simplify repayment of your federal loans, and possibly improve your cash flow each month with federal loan consolidation.

To learn more about Wells Fargo student loans or to apply today, visit www.wellsfargo.com/student or call 1–800–658–3567.

### Wells Fargo College Checking

Erin V Walker

Account  Number:

# REDACTED

### Activity summary

| | |
|---|---|
| Balance on 06/25 | −$532.80 |
| Deposits | 633.50 |
| Withdrawals | −89.21 |
| Balance on 07/25 | $11.49 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

*Continued  on next page*

June 26 through July 25, 2007
Account Number:
Page 2 of 3

# REDACTED

## Activity detail

### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 06/28 | ATM Deposit −06/27 Mach ID 4803Q 11030 Jefferson Bl Culver City Ca 0202 | 185.00 |
| 07/09 | Reversal Of Overdraft Fee | 34.00 |
| 07/09 | Reversal Of Overdraft Fee | 34.00 |
| 07/09 | Continuous OD Level 2 Chg Rev | 5.00 |
| 07/09 | Continuous OD Level 2 Chg Rev | 5.00 |
| 07/09 | Continuous OD Level 2 Chg Rev | 5.00 |
| 07/09 | Continuous OD Level 2 Chg Rev | 5.00 |
| 07/09 | Reversal Of Overdraft Fee | 34.00 |
| 07/09 | Reversal Of Overdraft Fee | 34.00 |
| 07/09 | Deposit | 200.00 |
| 07/16 | ATM Deposit −07/14 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 92.50 |
| **Total deposits** | | **$633.50** |

### Withdrawals

#### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 07/16 | Recurring Transfer Ref #OPE25899Xy To Savings 6433237Xxx | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Arco Paypoint Arco Paypoculver City Ca 0202 ?MCC=5541 121042882DA | 50.45 |
| 07/17 | Check Crd Purchase 07/16 Apl*itunes 866−712−7753Ca 446024XXXXXX0202 198740005847692 ?MCC=5735 121042882DA | 0.99 |
| 07/18 | Check Crd Purchase 07/16 Coffee Bean−#27 Beverly Hills Ca 446024XXXXXX0202 199740004803428 ?MCC=5814 121042882DA | 6.90 |
| 07/23 | POS Purchase −07/20 Mach ID 000000 Overland Mini Moverland McUlver City Ca 0202 ?MCC=5499 121042882DA | 5.87 |
| **Total other withdrawals** | | **$89.21** |

Do people still send you money through the mail? Tell your parents, friends, and relatives about Wells Fargo's online customer-to-customertransfer service that can immediately transfer funds into your Wells Fargo College Checking account 24/7. It's a perfect way to send and receive money for tuition, everyday expenses and emergencies. No checks. No fee. No waiting. No problem. To learn more, visit wellsfargo.com

### Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 06/25 | −532.80 | 07/16 | 25.25 | 07/23 | 11.49 |
| 06/28 | −347.80 | 07/17 | 24.26 | | |
| 07/09 | 8.20 | 07/18 | 17.36 | | |

*Thank you for banking with Wells Fargo.*

CONFIDENTIAL
WFB-G 02058

## Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.
2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart below, list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| ITEMS OUTSTANDING | | |
|---|---|---|
| **NUMBER** | **AMOUNT** | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | $ | |

▶ **ENTER**

**A** The NEW BALANCE shown on your statement $ _____

▶ **ADD**

**B** Any deposits listed in your    $ _____
register or transfers into    $ _____
your account which are not    $ _____
shown on your statement.
+$ _____
TOTAL ...... ...  $ _____

▶ **CALCULATE THE SUBTOTAL** ...... ...  $ _____
(Add Parts A and B)

▶ **SUBTRACT**

**C** The total outstanding checks and
withdrawals from the chart above    -$ _____

▶ **CALCULATE THE ENDING BALANCE**
(Part A + Part B − Part C)
. This amount should be the same
as the current balance shown in
your check register ...... ....... ...... .  $ _____

d 2006 Wells Fargo Bank, N.A. All rights reserved

## In Case of Errors or Questions About Your Electronic Transfers (Including Direct Deposit Advance or Deposit Advance SM* Transactions)

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can. If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If the error concerns a **Direct Deposit Advance** or **Deposit Advance** transaction, you do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your **Direct Deposit Advance** or **Deposit Advance** transaction that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

* The Deposit Advance service is not available in all states.

## To Dispute or Report Inaccuracies in Information We Have Furnished to a Consumer Reporting Agency About Your Accounts

You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with all supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.



| Are you interested in... |
|---|
| ▪ Purchasing a home?    Call us at 1-800-866-0743 |
| ▪ Getting a student loan?    Call us at 1-888-945-5373 |
| ▪ Optimizing home equity?    Call us at 1-866-259-0890 |

Member FDIC

CONFIDENTIAL
WFB-G 02059