**Erin Walker Transaction Activity**
**(as posted to the account)**

| POSTING DATE | TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|---|
| 24-May-07 | 22-May-07 | Check Crd Purchase [Johnnie's NY Pizza] | -11.64 | 21.16 | |
| 29-May-07 | 26-May-07 | ATM Deposit | 92.50 | 113.66 | |
| 29-May-07 | 28-May-07 | ATM Withdrawal | -22.00 | 91.66 | |
| 29-May-07 | 29-May-07 | Non-Wells Fargo ATM Transaction Fee | -2.00 | 89.66 | |
| 29-May-07 | 26-May-07 | ATM Withdrawal | -20.00 | 69.66 | |
| 29-May-07 | 26-May-07 | POS Purchase [Vons] | -8.16 | 61.50 | |
| 29-May-07 | 28-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -4.25 | 57.25 | |
| 29-May-07 | 26-May-07 | POS Purchase [Vons] | -4.20 | 53.05 | |
| 30-May-07 | 28-May-07 | Check Crd Purchase [Sharky's Woodfired] | -9.18 | 43.87 | |
| 30-May-07 | 29-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -5.09 | 38.78 | |
| 31-May-07 | 31-May-07 | ATM Withdrawal | -20.00 | 18.78 | |
| 31-May-07 | 29-May-07 | Check Crd Purchase [Chevron] | -20.32 | -1.54 | |
| 31-May-07 | 30-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -6.85 | -8.39 | |
| 31-May-07 | 31-May-07 | POS Purchase [Vons] | -4.05 | -12.44 | |
| 1-Jun-07 | 31-May-07 | ATM Deposit | 92.50 | 80.06 | |
| 1-Jun-07 | 1-Jun-07 | ATM Withdrawal | -20.00 | 60.06 | |
| 1-Jun-07 | 30-May-07 | Check Crd Purchase [Il Fornaio] | -22.16 | 37.90 | |
| 1-Jun-07 | 1-Jun-07 | POS Purchase [Shell Service] | -1.49 | 36.41 | |
| 4-Jun-07 | 2-Jun-07 | POS Purchase [Arco Paypoint] | -20.61 | 15.80 | |
| 4-Jun-07 | 1-Jun-07 | Check Crd Purchase [Shell Oil] | -20.27 | -4.47 | X |
| 4-Jun-07 | 31-May-07 | Check Crd Purchase [Essence of Nature] | -10.92 | -15.39 | X |
| 4-Jun-07 | 29-May-07 | Check Crd Purchase [Jackson Market] | -9.66 | -25.05 | X |
| 4-Jun-07 | 4-Jun-07 | Check No. 104 | -8.79 | -33.84 | X |
| 4-Jun-07 | 1-Jun-07 | Check Crd Purchase [Sandbags] | -7.52 | -41.36 | X |
| 4-Jun-07 | 2-Jun-07 | Check Crd Purchase [Starbucks] | -5.55 | -46.91 | X |
| 4-Jun-07 | 2-Jun-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -4.10 | -51.01 | X |
| 4-Jun-07 | 1-Jun-07 | Check Crd Purchase [Jamba Juice] | -4.00 | -55.01 | X |
| 4-Jun-07 | 4-Jun-07 | Overdraft Protection Transfer from Savings | 3.72 | -51.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -85.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -119.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -153.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -187.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -221.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -255.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -289.29 | |
| 5-Jun-07 | 5-Jun-07 | Overdraft Fee | -34.00 | -323.29 | |
| 5-Jun-07 | 3-Jun-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -6.60 | -329.89 | X |
| 6-Jun-07 | 6-Jun-07 | Overdraft Fee | -34.00 | -363.89 | |
| 6-Jun-07 | 5-Jun-07 | ATM Withdrawal | -20.00 | -383.89 | X |
| 6-Jun-07 | 5-Jun-07 | POS Purchase [Arco Paypoint] | -20.78 | -404.67 | X |
| 6-Jun-07 | 4-Jun-07 | Check Crd Purchase [Coldstone Creamery] | -4.69 | -409.36 | X |
| 7-Jun-07 | 7-Jun-07 | Overdraft Fee | -34.00 | -443.36 | |
| 7-Jun-07 | 7-Jun-07 | Overdraft Fee | -34.00 | -477.36 | |
| 7-Jun-07 | 7-Jun-07 | Overdraft Fee | -34.00 | -511.36 | |
| 7-Jun-07 | 7-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -516.36 | |
| 8-Jun-07 | 7-Jun-07 | ATM Deposit | 92.50 | -423.86 | |
| 8-Jun-07 | 7-Jun-07 | Check Crd Purchase [Starbucks] | -5.60 | -429.46 | X |
| 8-Jun-07 | 8-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -434.46 | |
| 11-Jun-07 | 11-Jun-07 | Overdraft Fee | -34.00 | -468.46 | |

| POSTING DATE | TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|---|
| 11-Jun-07 | 5-Jun-07 | Check Crd Purchase [Jackson Market] | -10.34 | -478.80 | X |
| 11-Jun-07 | 11-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -483.80 | |
| 12-Jun-07 | 12-Jun-07 | Overdraft Fee | -34.00 | -517.80 | |
| 12-Jun-07 | 12-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -522.80 | |
| 13-Jun-07 | 13-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -527.80 | |
| 14-Jun-07 | 14-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -532.80 | |
| 28-Jun-07 | 27-Jun-07 | ATM Deposit | 185.00 | -347.80 | |

\* For certain transactions, including some debit card transactions, the "transaction date" has been inferred from the description of the transaction provided by the merchant (or bank, in the case of ATM transactions) in the settlement file for the transaction. This information appears on a customer's monthly account statement under the heading "Description." The identification of the merchant is also derived from this "Description" field.

**Erin Walker**
**Hypothetical Impact of Transaction Activity**
**If All Transactions Posted on Transaction Date**

| TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|
| 22-May-07 | Check Crd Purchase [Johnnie's NY Pizza] | -11.64 | 21.16 | |
| 26-May-07 | ATM Deposit | 92.50 | 113.66 | |
| 26-May-07 | ATM Withdrawal | -20.00 | 93.66 | |
| 26-May-07 | POS Purchase [Vons] | -8.16 | 85.50 | |
| 26-May-07 | POS Purchase [Vons] | -4.20 | 81.30 | |
| 28-May-07 | ATM Withdrawal | -22.00 | 59.30 | |
| 28-May-07 | Non-Wells Fargo ATM Transaction Fee | -2.00 | 57.30 | |
| 28-May-07 | Check Crd Purchase [Sharky's Woodfired] | -9.18 | 48.12 | |
| 28-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -4.25 | 43.87 | |
| 29-May-07 | Check Crd Purchase [Chevron] | -20.32 | 23.55 | |
| 29-May-07 | Check Crd Purchase [Jackson Market] | -9.66 | 13.89 | |
| 29-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -5.09 | 8.80 | |
| 30-May-07 | Check Crd Purchase [Il Fornaio] | -22.16 | -13.36 | X |
| 30-May-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -6.85 | -20.21 | X |
| 30-May-07 | Overdraft Protection Transfer from Savings | 3.71 | -16.50 | |
| 31-May-07 | Overdraft Fee | -34.00 | -50.50 | |
| 31-May-07 | Overdraft Fee | -34.00 | -84.50 | |
| 31-May-07 | ATM Deposit | 92.50 | 8.00 | |
| 31-May-07 | ATM Withdrawal | -20.00 | -12.00 | X |
| 31-May-07 | Check Crd Purchase [Essence of Nature] | -10.92 | -22.92 | X |
| 31-May-07 | POS Purchase [Vons] | -4.05 | -26.97 | X |
| 1-Jun-07 | Overdraft Fee | -34.00 | -60.97 | |
| 1-Jun-07 | Overdraft Fee | -34.00 | -94.97 | |
| 1-Jun-07 | Overdraft Fee | -34.00 | -128.97 | |
| 1-Jun-07 | ATM Withdrawal | -20.00 | -148.97 | X |
| 1-Jun-07 | Check Crd Purchase [Shell Oil] | -20.27 | -169.24 | X |
| 1-Jun-07 | Check Crd Purchase [Sandbags] | -7.52 | -176.76 | X |
| 1-Jun-07 | Check Crd Purchase [Jamba Juice] | -4.00 | -180.76 | X |
| 1-Jun-07 | POS Purchase [Shell Service] | -1.49 | -182.25 | X |
| 2-Jun-07 | Overdraft Fee | -34.00 | -216.25 | |
| 2-Jun-07 | Overdraft Fee | -34.00 | -250.25 | |
| 2-Jun-07 | Overdraft Fee | -34.00 | -284.25 | |
| 2-Jun-07 | Overdraft Fee | -34.00 | -318.25 | |
| 2-Jun-07 | Overdraft Fee | -34.00 | -352.25 | |
| 2-Jun-07 | POS Purchase [Arco Paypoint] | -20.61 | -372.86 | X |
| 2-Jun-07 | Check Crd Purchase [Starbucks] | -5.55 | -378.41 | X |
| 2-Jun-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -4.10 | -382.51 | X |
| 3-Jun-07 | Overdraft Fee | -34.00 | -416.51 | |
| 3-Jun-07 | Overdraft Fee | -34.00 | -450.51 | |
| 3-Jun-07 | Overdraft Fee | -34.00 | -484.51 | |
| 3-Jun-07 | Check Crd Purchase [Coffee Bean & Tea Leaf] | -6.60 | -491.11 | X |
| 4-Jun-07 | Overdraft Fee | -34.00 | -525.11 | |
| 4-Jun-07 | Check No. 104 | -8.79 | -533.90 | X |
| 4-Jun-07 | Check Crd Purchase [Coldstone Creamery] | -4.69 | -538.59 | X |
| 4-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -543.59 | |
| 5-Jun-07 | Overdraft Fee | -34.00 | -577.59 | |
| 5-Jun-07 | Overdraft Fee | -34.00 | -611.59 | |

| TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|
| 5-Jun-07 | ATM Withdrawal | -20.00 | -631.59 | X |
| 5-Jun-07 | POS Purchase [Arco Paypoint] | -20.78 | -652.37 | X |
| 5-Jun-07 | Check Crd Purchase [Jackson Market] | -10.34 | -662.71 | X |
| 5-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -667.71 | |
| 6-Jun-07 | Overdraft Fee | -34.00 | -701.71 | |
| 6-Jun-07 | Overdraft Fee | -34.00 | -735.71 | |
| 6-Jun-07 | Overdraft Fee | -34.00 | -769.71 | |
| 6-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -774.71 | |
| 7-Jun-07 | ATM Deposit | 92.50 | -682.21 | |
| 7-Jun-07 | Check Crd Purchase [Starbucks] | -5.60 | -687.81 | X |
| 7-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -692.81 | |
| 8-Jun-07 | Overdraft Fee | -34.00 | -726.81 | |
| 8-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -731.81 | |
| 11-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -736.81 | |
| 12-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -741.81 | |
| 13-Jun-07 | Continuous OD Level 2 Charge | -5.00 | -746.81 | |
| 27-Jun-07 | ATM Deposit | 185.00 | -561.81 | |

* For certain transactions, including some debit card transactions, the "transaction date" has been inferred from the description of the transaction provided by the merchant (or bank, in the case of ATM transactions) in the settlement file for the transaction. This information appears on a customer's monthly account statement under the heading "Description." The identification of the merchant is also derived from this "Description" field.