**William Smith Transaction Activity**
**(as posted to the account)**

| POSTING DATE | TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|---|
| 2-Jul-07 | 2-Jul-07 | Online Transfer | -1465.00 | 2042.37 | |
| 2-Jul-07 | 2-Jul-07 | Online Transfer | -1000.00 | 1042.37 | |
| 2-Jul-07 | 2-Jul-07 | Online Transfer | -500.00 | 542.37 | |
| 2-Jul-07 | 1-Jul-07 | POS Purchase [Stater Bros] | -81.71 | 460.66 | |
| 2-Jul-07 | 29-Jun-07 | POS Purchase [Stater Bros] | -64.51 | 396.15 | |
| 2-Jul-07 | 30-Jun-07 | POS Purchase [Radio Shack] | -53.84 | 342.31 | |
| 2-Jul-07 | 1-Jul-07 | POS Purchase [Radio Shack] | -10.76 | 331.55 | |
| 3-Jul-07 | 3-Jul-07 | Online Transfer | 100.00 | 431.55 | |
| 3-Jul-07 | 1-Jul-07 | Check Crd Purchase [Go Wireless] | -234.39 | 197.16 | |
| 3-Jul-07 | 3-Jul-07 | POS Purchase [Stater Bros] | -67.17 | 129.99 | |
| 3-Jul-07 | 3-Jul-07 | POS Purchase [True Value] | -28.00 | 101.99 | |
| 5-Jul-07 | 5-Jul-07 | Online Transfer | 100.00 | 201.99 | |
| 5-Jul-07 | 5-Jul-07 | Online Transfer | -50.00 | 151.99 | |
| 5-Jul-07 | 2-Jul-07 | Check Crd Purchase [Kaiser Pharmacy] | -31.41 | 120.58 | |
| 6-Jul-07 | 6-Jul-07 | ATM Deposit | 5001.81 | 5122.39 | |
| 6-Jul-07 | 6-Jul-07 | POS Purchase [Vons] | -45.46 | 5076.93 | |
| 9-Jul-07 | 9-Jul-07 | Online Transfer | -2700.00 | 2376.93 | |
| 9-Jul-07 | 9-Jul-07 | Online Transfer | -1500.00 | 876.93 | |
| 9-Jul-07 | 9-Jul-07 | Online Transfer | -500.00 | 376.93 | |
| 9-Jul-07 | 7-Jul-07 | ATM Withdrawal | -60.00 | 316.93 | |
| 9-Jul-07 | 9-Jul-07 | Online Transfer | -50.00 | 266.93 | |
| 9-Jul-07 | 8-Jul-07 | POS Purchase [Vons] | -149.16 | 117.77 | |
| 9-Jul-07 | 8-Jul-07 | POS Purchase [True Value] | -14.96 | 102.81 | |
| 9-Jul-07 | 7-Jul-07 | Check Crd Purchase [Hollywood Video] | -11.82 | 90.99 | |
| 9-Jul-07 | 8-Jul-07 | POS Purchase [Radio Shack] | -4.30 | 86.69 | |
| 9-Jul-07 | 8-Jul-07 | POS Purchase [True Value] | -3.11 | 83.58 | |
| 10-Jul-07 | 10-Jul-07 | POS Purchase [Stater Bros] | -57.86 | 25.72 | |
| 11-Jul-07 | 11-Jul-07 | Online Transfer | 100.00 | 125.72 | |
| 11-Jul-07 | 11-Jul-07 | POS Purchase [Vons] | -80.31 | 45.41 | |
| 12-Jul-07 | 3-Jul-07 | Check Crd Purchase [TNT Fireworks] | -68.85 | -23.44 | X |
| 12-Jul-07 | 12-Jul-07 | POS Purchase [Stater Bros] | -24.76 | -48.20 | X |
| 13-Jul-07 | 13-Jul-07 | Overdraft Fee | -34.00 | -82.20 | |
| 13-Jul-07 | 13-Jul-07 | Overdraft Fee | -34.00 | -116.20 | |
| 13-Jul-07 | 13-Jul-07 | ATM Deposit | 4619.35 | 4503.15 | |
| 13-Jul-07 | 13-Jul-07 | Online Transfer | 100.00 | 4603.15 | |

* For certain transactions, including some debit card transactions, the "transaction date" has been inferred from the description of the transaction provided by the merchant (or bank, in the case of ATM transactions) in the settlement file for the transaction. This information appears on a customer's monthly account statement under the heading "Description." The identification of the merchant is also derived from this "Description" field.

**William Smith**
**Hypothetical Impact of Transaction Activity**
**If All Transactions Posted on Transaction Date**

| TRANS-ACTION DATE* | TRANSACTION | TRANS-ACTION AMOUNT | LEDGER BALANCE | OVER-DRAFT ITEM |
|---|---|---|---|---|
| 1-Jul-07 | Check Crd Purchase [Go Wireless] | -234.39 | 3154.63 | |
| 1-Jul-07 | POS Purchase [Stater Bros] | -81.71 | 3072.92 | |
| 1-Jul-07 | POS Purchase [Radio Shack] | -10.76 | 3062.16 | |
| 2-Jul-07 | Online Transfer | -1465.00 | 1597.16 | |
| 2-Jul-07 | Online Transfer | -1000.00 | 597.16 | |
| 2-Jul-07 | Online Transfer | -500.00 | 97.16 | |
| 2-Jul-07 | Check Crd Purchase [Kaiser Pharmacy] | -31.41 | 65.75 | |
| 3-Jul-07 | Online Transfer | 100.00 | 165.75 | |
| 3-Jul-07 | Check Crd Purchase [TNT Fireworks] | -68.85 | 96.90 | |
| 3-Jul-07 | POS Purchase [Stater Bros] | -67.17 | 29.73 | |
| 3-Jul-07 | POS Purchase [True Value] | -28.00 | 1.73 | |
| 5-Jul-07 | Online Transfer | 100.00 | 101.73 | |
| 5-Jul-07 | Online Transfer | -50.00 | 51.73 | |
| 6-Jul-07 | ATM Deposit | 5001.81 | 5053.54 | |
| 6-Jul-07 | POS Purchase [Vons] | -45.46 | 5008.08 | |
| 7-Jul-07 | ATM Withdrawal | -60.00 | 4948.08 | |
| 7-Jul-07 | Check Crd Purchase [Hollywood Video] | -11.82 | 4936.26 | |
| 8-Jul-07 | POS Purchase [Vons] | -149.16 | 4787.10 | |
| 8-Jul-07 | POS Purchase [True Value] | -14.96 | 4772.14 | |
| 8-Jul-07 | POS Purchase [Radio Shack] | -4.30 | 4767.84 | |
| 8-Jul-07 | POS Purchase [True Value] | -3.11 | 4764.73 | |
| 9-Jul-07 | Online Transfer | -2700.00 | 2064.73 | |
| 9-Jul-07 | Online Transfer | -1500.00 | 564.73 | |
| 9-Jul-07 | Online Transfer | -500.00 | 64.73 | |
| 9-Jul-07 | Online Transfer | -50.00 | 14.73 | |
| 10-Jul-07 | POS Purchase [Stater Bros] | -57.86 | -43.13 | X |
| 11-Jul-07 | Overdraft Fee | -34.00 | -77.13 | |
| 11-Jul-07 | Online Transfer | 100.00 | 22.87 | |
| 11-Jul-07 | POS Purchase [Vons] | -80.31 | -57.44 | X |
| 12-Jul-07 | Overdraft Fee | -34.00 | -91.44 | |
| 12-Jul-07 | POS Purchase [Stater Bros] | -24.76 | -116.20 | X |
| 13-Jul-07 | Overdraft Fee | -34.00 | -150.20 | |
| 13-Jul-07 | ATM Deposit | 4619.35 | 4469.15 | |
| 13-Jul-07 | Online Transfer | 100.00 | 4569.15 | |

\* For certain transactions, including some debit card transactions, the "transaction date" has been inferred from the description of the transaction provided by the merchant (or bank, in the case of ATM transactions) in the settlement file for the transaction. This information appears on a customer's monthly account statement under the heading "Description." The identification of the merchant is also derived from this "Description" field.