# Account Statement

June 16 through July 17, 2007

Account Number:

Page 1 of 5

**REDACTED**



l·l

WILLIAM  CHARLES  SMITH  JR

**REDACTED**

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833.  Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

## Custom Management Checking

William Charles Smith Jr

Account Number:

**REDACTED**

### Activity summary

| | |
|---|---|
| Balance on 06/15 | $2,956.82 |
| Deposits | 18,351.37 |
| Withdrawals | −21,160.94 |
| Balance on 07/17 | $147.25 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

*Continued  on next page*

001939

CONFIDENTIAL
WFB-G 02330

June 16 through July 17, 2007
Account Number:
Page 2 of 5          **REDACTED**

## Activity detail

### Deposits

| Date | Description | $ Amount |
|------|-------------|---------:|
| 06/21 | Online Transfer Ref #IBE256Flpz From Business Checking 3242166Xxx On 06/21/07 | 486.00 |
| 06/22 | ATM Deposit -06/22 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,208.76 |
| 06/29 | ATM Deposit -06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 3,485.45 |
| 07/03 | Online Transfer Ref #IBEMJJC2Cw From Checking 0221724Xxx On 07/03/07 | 100.00 |
| 07/05 | Online Transfer Ref #IBEJMGXN4M From Checking 0221724Xxx On 07/04/07 | 100.00 |
| 07/06 | ATM Deposit -07/06 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 5,001.81 |
| 07/11 | Online Transfer Ref #Ibefqfwxfc From Checking 0221724Xxx On 07/11/07 | 100.00 |
| 07/13 | ATM Deposit -07/13 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,619.35 |
| 07/13 | Online Transfer Ref #Ibeqflkshq From Checking 0221724Xxx On 07/13/07 | 100.00 |
| 07/16 | Online Transfer Ref #Ibetbncyps From Business Checking 6706972Xxx On 07/16/07 | 100.00 |
| 07/17 | Online Transfer Ref #IBEQFLXX9X From Checking 0221724Xxx On 07/17/07 | 50.00 |

**Total deposits**   **$18,351.37**

### Withdrawals

*Other withdrawals*

| Date | Description | $ Amount |
|------|-------------|---------:|
| 06/18 | Online Transfer Ref #IBEMJH56Ck To Checking 0221724Xxx On 06/17/07 | 1,200.00 |
| 06/18 | Online Transfer Ref #IBETBL5Qlk To Business Checking Inv Sc 044 | 1,115.00 |
| 06/18 | ATM Withdrawal -06/17 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 200.00 |
| 06/18 | Check Crd Purchase 06/16 U -Store-It-475909-794-0560Ca 446024XXXXXX5000 169740012034598 ?MCC=4225 121042882DA | 103.00 |
| 06/18 | POS Purchase -06/17 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 53.21 |
| 06/18 | POS Purchase -06/16 Mach ID 000000 Longs Drugs 054Longs Drugyucaipa Ca 5000 ?MCC=5912 121042882DA | 41.45 |
| 06/18 | Check Crd Purchase 06/15 Sport Shack Yucaipa Ca 446024XXXXXX5000 168740021280717 ?MCC=5941 121042882DA | 27.01 |
| 06/18 | Check Crd Purchase 06/17 California Sportservic Los Angeles Ca 446024XXXXXX5000 169740012767747 ?MCC=5947 121042882DA | 16.00 |
| 06/19 | POS Purchase -06/19 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 105.34 |
| 06/20 | Online Transfer Ref #IBEMJH9Trp To Checking 0221724Xxx On 06/20/07 | 30.00 |
| 06/22 | Check Crd Purchase 06/21 Vzwrlss-Ivr Vw 800-9220204Ca 446024XXXXXX5000 173740009260165 ?MCC=4814 121042882DA | 428.72 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 58.06 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 USA Cleaners Inusa Cleaneyucaipa Ca 5000 ?MCC=7216 121042882DA | 50.80 |
| 06/22 | POS Purchase -06/22 Mach ID 000000 Sou Ross Storessou Ross Syucaipa Ca 5000 ?MCC=5331 121042882DA | 19.36 |
| 06/25 | Online Transfer Ref #IBEBTC37Y3 To Savings Taxes | 1,650.00 |

*Continued on next page*

00183

CONFIDENTIAL
WFB-G 02331

June 16 through July 17, 2007
Account Number:
Page 3 of 5

# REDACTED

*Other withdrawals -continued*

| Date | Description | $ Amount |
|---|---|---|
| 06/25 | Online Transfer Ref #IBE7X9KF9W  To Business Checking Inv Sc 047 048 | 1,280.00 |
| 06/25 | Online Transfer Ref #IBE256L38Y  To Checking 0221724Xxx On 06/23/07 | 800.00 |
| 06/25 | Online Transfer Ref #IBE256L385 To Business Checking 6706972Xxx On 06/23/07 | 100.00 |
| 06/25 | POS Purchase –06/23 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 208.22 |
| 06/25 | POS Purchase –06/24 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 66.09 |
| 06/25 | POS Purchase –06/25 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 37.40 |
| 06/29 | ATM Withdrawal –06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 40.00 |
| 07/02 | Online Transfer Ref #IBEMJJ2Jsh  To Business Checking Inv Sc 049 050 | 1,465.00 |
| 07/02 | Online Transfer Ref #IBE25738Np To Checking Mortgage | 1,000.00 |
| 07/02 | Online Transfer Ref #IBEQFKKQX4  To Checking 0221724Xxx On 06/30/07 | 500.00 |
| 07/02 | POS Purchase –07/01 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 81.71 |
| 07/02 | POS Purchase –06/29 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 64.51 |
| 07/02 | POS Purchase –06/30 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 53.84 |
| 07/02 | POS Purchase –07/01 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 10.76 |
| 07/03 | Check Crd Purchase 07/01 Go Wireless Yuc Og 241 Yucaipa Ca 446024XXXXXX5000 184740005907573 ?MCC=4812  121042882DA | 234.39 |
| 07/03 | POS Purchase –07/03 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 67.17 |
| 07/03 | POS Purchase –07/03 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251 121042882DA | 28.00 |
| 07/05 | Online Transfer Ref #IBE7Xbgxxz To Business Checking 3242166Xxx On 07/05/07 | 50.00 |
| 07/05 | Check Crd Purchase 07/02 Kaiser Pharmacy #163 Colton Ca 446024XXXXXX5000 18574000993398 ?MCC=5912  121042882DA | 31.41 |
| 07/06 | POS Purchase –07/06 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 45.46 |
| 07/09 | Online Transfer Ref #IBEJMH5Yjt  To Business Checking Inv Sc 051 052 | 2,700.00 |
| 07/09 | Online Transfer Ref #IBE52954Th  To Savings Taxes | 1,500.00 |
| 07/09 | Online Transfer Ref #IBEBTD5M6Q  To Checking 0221724Xxx On 07/07/07 | 500.00 |
| 07/09 | ATM Withdrawal –07/07 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/09 | Online Transfer Ref #IBE257NK84  To Business Checking 6706972Xxx On 07/07/07 | 50.00 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 149.16 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251 121042882DA | 14.96 |
| 07/09 | Check Crd Purchase 07/07 Hollywood Video Yucaipa Ca 446024XXXXXX5000 190740011296493 ?MCC=7841  121042882DA | 11.82 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 4.30 |
| 07/09 | POS Purchase –07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251 121042882DA | 3.11 |

*Continued  on next page*

June 16 through July 17, 2007
Account Number:
Page 4 of 5          **REDACTED**

**Other withdrawals -continued**

| Date | Description | $ Amount |
|------|-------------|----------|
| 07/10 | POS Purchase −07/10 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 57.86 |
| 07/11 | POS Purchase −07/11 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 80.31 |
| 07/12 | Check Crd Purchase 07/03 Tnt Fireworks #BBB0142 San Bernardin Ca 446024XXXXXX5000 193740007099671 ?MCC=5999  121042882DA | 68.85 |
| 07/12 | POS Purchase −07/12 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 24.76 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/16 | Online Transfer Ref #IBEFQG55R9  To Business Checking Inv Sc 053 054 | 2,100.00 |
| 07/16 | Online Transfer Ref #IBE529M7C2  To Savings 6324121Xxx On 07/14/07 | 1,200.00 |
| 07/16 | Online Transfer Ref #IBEX7PN3R4  To Checking 0221724Xxx On 07/14/07 | 800.00 |
| 07/16 | Online Transfer Ref #IBEJMHNCF6  To Business Checking Storage | 100.00 |
| 07/16 | ATM Withdrawal −07/14 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/16 | Recurring Transfer Ref #OPEJMHPH5G   To Savings 6324121Xxx | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 107.71 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 73.90 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 35.51 |
| 07/16 | POS Purchase −07/16 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 21.53 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 7.32 |
| 07/17 | POS Purchase −07/17 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 49.93 |

Total other withdrawals                                                                                    $21,160.94

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 06/15 | 2,956.82 | 06/29 | 3,507.37 | 07/11 | 45.41 |
| 06/18 | 201.15 | 07/02 | 331.55 | 07/12 | − 48.20 |
| 06/19 | 95.81 | 07/03 | 101.99 | 07/13 | 4,603.15 |
| 06/20 | 65.81 | 07/05 | 120.58 | 07/16 | 147.18 |
| 06/21 | 551.81 | 07/06 | 5,076.93 | 07/17 | 147.25 |
| 06/22 | 4,203.63 | 07/09 | 83.58 | | |
| 06/25 | 61.92 | 07/10 | 25.72 | | |

*Thank you for banking with Wells Fargo.*

001938

### *Account Balance Calculation Worksheet*

1  Use the following worksheet to calculate your overall account balance.
2  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.
3. Use the chart below, list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

| ITEMS OUTSTANDING | | |
|---|---|---|
| NUMBER | AMOUNT | |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL | $ | |

▶ **ENTER**

A  The NEW BALANCE shown on your statement $ _____

▶ **ADD**

B  Any deposits listed in your     $ _____
register or transfers into       $ _____
your account which are not        $ _____
shown on your statement.         +$ _____
                          TOTAL .  $ _____

▶ **CALCULATE THE SUBTOTAL**      $ _____
(Add Parts A and B)

▶ **SUBTRACT**

C  The total outstanding checks and
withdrawals from the chart above ................  –$ _____

▶ **CALCULATE THE ENDING BALANCE**
(Part A + Part B – Part C)
This amount should be the same
as the current balance shown in
your check register                  $ _____

d  2008 Wells Fargo Bank, N.A. All rights reserved

001938

### *In Case of Errors or Questions About Your Electronic Transfers (Including Direct Deposit Advance or Deposit Advance SM\* Transactions)*

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared

1.  Tell us your name and account number (if any).

2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

If the error concerns a **Direct Deposit Advance or Deposit Advance** transaction, you do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your **Direct Deposit Advance or Deposit Advance** transaction that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question

\* The **Deposit Advance** service is not available in all states

### *To Dispute or Report Inaccuracies in Information We Have Furnished to a Consumer Reporting Agency About Your Accounts*

You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with all supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.


*Are you interested in...*

■ Purchasing a home?     Call us at 1-800-866-0743
■ Getting a student loan?   Call us at 1-888-945-5373
■ Optimizing home equity?  Call us at 1-866-259-0890

Member FDIC

CONFIDENTIAL
WFB-G 02334