1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone:  (415) 591-6000
   Facsimile:  (415) 591-6091
5  E-mail:  mmay@cov.com

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>                    Plaintiffs,<br><br>            v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>                    Defendants. | Civil Case No.:  CV-07-5923 WHA (JCSx)<br><br>**[UNREDACTED] DECLARATION OF KENNETH A. ZIMMERMAN IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:          August 21, 2008<br>Time:         8:00 a.m.<br>Courtroom:  9<br><br>Honorable William H. Alsup |

## MANUAL FILING NOTIFICATION

Regarding: [UNREDACTED] DECLARATION OF KENNETH A. ZIMMERMAN IN SUPPORT OF WELLS FARGO BANK, N.A.'S MOTION FOR SUMMARY JUDGMENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

1  [_] Unable to Scan Documents

2  [_] Physical Object (description): _____

3  _____

4  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

5  **[X] Item Under Seal**

6  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

7  [_] Other (description): _____

8  _____

9

10 Dated:  July 10, 2008            Respectfully Submitted,
                                    COVINGTON & BURLING, LLP

11

12                                  _____/s/_____
13                                       Sonya D. Winner

14                                  Attorneys for Defendants
                                    WELLS FARGO BANK, N.A. and
15                                  WELLS FARGO & CO.

[UNREDACTED] DECLARATION OF KENNETH A.                2
ZIMMERMAN IN SUPPORT OF WELLS FARGO BANK,
N.A.'S MOTION FOR SUMMARY JUDGMENT
Civil Case No.: CV-07-5923 WHA (JCSx)