1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
5  E-mail: mmay@cov.com

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNREDACTED DECLARATION OF KENNETH A. ZIMMERMAN UNDER SEAL; SUPPLEMENTAL DECLARATION OF KENNETH A. ZIMMERMAN IN SUPPORT THEREOF**<br><br>Date:  August 21, 2008<br>Time:  8:00 a.m.<br>Courtroom:  9<br><br>Honorable William H. Alsup |

**ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNREDACTED**

**DECLARATION OF KENNETH A. ZIMMERMAN UNDER SEAL**

Pursuant to Civil Local Rule 79-5 and this Court's Standing Order for Cases Involving Sealed or Confidential Documents, defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby requests that the Court grant leave for Wells Fargo to file under seal the unredacted version of the Declaration of Kenneth A. Zimmerman in Support of Wells Fargo's Motion for Summary Judgment ("Zimmerman Declaration").

DEFENDANT WELLS FARGO BANK, N.A.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE
UNREDACTED DECLARATION OF KENNETH A.
ZIMMERMAN UNDER SEAL; SUPPLEMENTAL
DECLARATION OF KENNETH A. ZIMMERMAN IN
SUPPORT THEREOF
Civil Case No.: CV-07-5923 WHA

1        A compelling reason exists for filing the unredacted Zimmerman Declaration under seal. The unredacted Zimmerman Declaration contains approximately nine lines of text that have been redacted from the public version of the Zimmerman Declaration filed today with the Court. This text describes non-public, internal Wells Fargo practices concerning holds placed on funds in consumer deposit accounts in certain specific situations that would expose Wells Fargo to a heightened risk of fraud if made public. This request is narrowly tailored, as it seeks to seal only the very limited portion of the Zimmerman Declaration – approximately nine lines of text in a 19-page declaration – related to specific details of these non-public procedures. The remainder of the Zimmerman Declaration has been publicly filed with the Court.

       For these reasons, Wells Fargo asks the Court to grant this administrative request to file under seal.

DATED: July 10, 2008        COVINGTON & BURLING LLP

By:   /s/ Sonya D. Winner
Sonya D. Winner
Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNREDACTED DECLARATION OF KENNETH A. ZIMMERMAN UNDER SEAL; SUPPLEMENTAL DECLARATION OF KENNETH A. ZIMMERMAN IN SUPPORT THEREOF
Civil Case No.: CV-07-5923 WHA

2

**SUPPLEMENTAL DECLARATION OF KENNETH A. ZIMMERMAN**

I, KENNETH A. ZIMMERMAN, do hereby declare and say:

1. I am Executive Vice President of the Consumer Deposit Group of Wells Fargo Bank, N.A. ("Wells Fargo" or "the Bank"). In that position, I am responsible for overseeing the Bank's policies and procedures with respect to the management of deposit accounts. The matters set forth herein are true and correct of my own personal knowledge and/or information and belief and, if called as a witness, I could and would testify competently thereto.

2. The Declaration of Kenneth A. Zimmerman in Support of Wells Fargo, N.A.'s Motion for Summary Judgment contains, on lines 4-12 of page 6, a description of certain non-public, internal Wells Fargo practices concerning holds placed on funds in consumer deposit accounts in certain specific situations. Public disclosure of this information would expose Wells Fargo to a heightened risk of fraud. Specifically, public dissemination of the details provided in this text about the bank's treatment of certain specific types of transactions could lead to abuse by persons seeking to exploit the described bank procedures in performing fraudulent transactions.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 10th day of July 2008 in San Francisco, California.

_____
Kenneth A. Zimmerman

DEFENDANT WELLS FARGO BANK, N.A.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE
UNREDACTED DECLARATION OF KENNETH A.
ZIMMERMAN UNDER SEAL; SUPPLEMENTAL
DECLARATION OF KENNETH A. ZIMMERMAN IN
SUPPORT THEREOF
Civil Case No.: CV-07-5923 WHA

3