1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone:  (415) 591-6000
   Facsimile:  (415) 591-6091
5  E-mail:  mmay@cov.com

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8

                **UNITED STATES DISTRICT COURT**
9
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11  VERONICA GUTIERREZ, *et al.*,               Civil Case No.:  CV-07-5923 WHA (JCSx)

12                Plaintiffs,

13      v.                                       **[PROPOSED] ORDER GRANTING
                                                 DEFENDANT WELLS FARGO BANK,
14  WELLS FARGO & COMPANY, *et al.*,             N.A.'S ADMINISTRATIVE MOTION
                                                 FOR LEAVE TO FILE UNREDACTED
15                Defendants.                     DECLARATION OF KENNETH A.
                                                 ZIMMERMAN UNDER SEAL**

16                                               Date:        August 21, 2008
                                                 Time:        8:00 a.m.
17                                               Courtroom:   9

18                                               Honorable William H. Alsup

19

20          Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative

21  Motion for leave to file unredacted declaration of Kenneth A Zimmerman and supporting

22  papers, and good cause appearing, Defendant's Administrative Motion is granted.

23          IT IS SO ORDERED.

24

25

    DATED:  July __, 2008
26

27                                               _____
                                                 Hon. William H. Alsup
28
    [PROPOSED] ORDER GRANTING DEFENDANT WELLS
    FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR
    LEAVE TO FILE UNREDACTED DECLARATION OF
    KENNETH A. ZIMMERMAN UNDER SEAL
    Civil Case No.:  CV-07-5923 WHA (JCSx)