1  Richard D. McCune, SB # 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, SB # 236805
   jkk@mwtriallawlawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA  92374
   Telephone:     (909) 557-1250
5  Facsimile:     (909) 557-1275

6  Attorneys for Plaintiffs
7  VERONICA GUTIERREZ, TIM FOX, ERIN WALKER
   and WILLIAM SMITH, on behalf of themselves and
8  all others similarly situated,

9  Sonya D. Winner, SB # 200348
10 David M. Jolley, SB # 191164
   COVINGTON & BURLING LLP
11 One Front Street
   San Francisco, CA 94111
12 Telephone:     (415) 591-6000
   Facsimile:     (415) 591-6091
13 swinner@cov.com

14 Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
15 WELLS FARGO & CO.

16

17                UNITED STATES DISTRICT COURT

18            FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| 20 VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.: C-07-5923 WHA (JCSx)<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY**<br><br>Hon. William H. Alsup<br><br>Complaint filed:  November 21, 2007 |

28  //

-1-
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY
C 07-05923 WHA (JCSx)

1  WHEREAS, on November 21, 2007, the above-entitled action was initiated by the original
2  Plaintiffs against Defendants Wells Fargo & Company and Wells Fargo Bank, N.A.
3  IT IS HEREBY STIPULATED by and between the Parties to the action that, subject to the
4  Court's approval, Defendant Wells Fargo & Company be dismissed without prejudice.

DATED: July 1, 2008         COVINGTON & BURLING LLP

                            By: _____
                                David M. Jolley
                                Attorneys for Defendants

DATED: July 1, 2008         McCUNE & WRIGHT, LLP

                            By: _____
                                Richard D. McCune
                                Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: July 11, 2008        _____
                            Hon. William H. Alsup

*IT IS SO ORDERED*
*Judge William Alsup*

---
-2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT WELLS FARGO & COMPANY
C 07-05923 WHA (JCSx)