Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>　　　　　　Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br>**AMENDED [PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNREDACTED DECLARATION OF KENNETH A. ZIMMERMAN UNDER SEAL**<br><br>Date:　　August 21, 2008<br>Time:　　8:00 a.m.<br>Courtroom:　9<br><br>Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Motion for Leave to File Unredacted Declaration of Kenneth A Zimmerman Under Seal ("Administrative Motion"), and with the compelling reason of avoiding a heightened risk of fraud having been shown as required by *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006), Defendant's Administrative Motion is granted.

　　　　IT IS SO ORDERED.

DATED: July __, 2008　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup

AMENDED [PROPOSED] ORDER GRANTING
DEFENDANT WELLS FARGO BANK, N.A.'S
ADMINISTRATIVE MOTION FOR LEAVE TO FILE
UNREDACTED DECLARATION OF KENNETH A.
ZIMMERMAN UNDER SEAL
Civil Case No.: CV-07-5923 WHA (JCSx)