1   Sonya D. Winner, SB # 200348
    David M. Jolley, SB # 191164
2   Margaret G. May, SB # 234910
    COVINGTON & BURLING LLP
3   One Front Street
    San Francisco, CA 94111
4   Telephone:  (415) 591-6000
    Facsimile:  (415) 591-6091
5   E-mail:  mmay@cov.com

6   Attorneys for Defendants
    WELLS FARGO BANK, N.A. and
7   WELLS FARGO & CO.

8                   **UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  VERONICA GUTIERREZ, *et al.*,          Civil Case No.:  CV-07-5923 WHA (JCSx)
                                           **AMENDED [PROPOSED] ORDER**
12                        Plaintiffs,      **GRANTING DEFENDANT WELLS**
                                           **FARGO BANK, N.A.'S**
13          v.                             **ADMINISTRATIVE MOTION FOR**
                                           **LEAVE TO FILE UNREDACTED**
14  WELLS FARGO & COMPANY, *et al.*,       **DECLARATION OF KENNETH A.**
                                           **ZIMMERMAN UNDER SEAL**
15                        Defendants.
                                           Date:          August 21, 2008
16                                         Time:          8:00 a.m.
                                           Courtroom:  9
17
                                           Honorable William H. Alsup
18

19          Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative

20  Motion for Leave to File Unredacted Declaration of Kenneth A Zimmerman Under Seal

21  ("Administrative Motion"), and with the compelling reason of avoiding a heightened risk of

22  fraud having been shown as required by *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir.

23  2006), Defendant's Administrative Motion is granted.

24          IT IS SO ORDERED.

25

26  DATED:  July 14, 2008

27                                         _____
                                           Hon. William H. Alsup
28
    AMENDED [PROPOSED] ORDER GRANTING
    DEFENDANT WELLS FARGO BANK, N.A.'S
    ADMINISTRATIVE MOTION FOR LEAVE TO FILE
    UNREDACTED DECLARATION OF KENNETH A.
    ZIMMERMAN UNDER SEAL
    Civil Case No.:  CV-07-5923 WHA (JCSx)