Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO & COMPANY, et al., <br><br> Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx) <br><br> [PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF (1) PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND (2) EXHIBITS TO THE SUPPORTING DECLARATION OF RICHARD MCCUNE <br><br> Date: August 21, 2008 <br> Time: 8:00 a.m. <br> Courtroom: 9 <br><br> Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of (1) Plaintiffs' Motion for Class Certification and (2) Exhibits to the Supporting Declaration of Richard McCune ("Administrative Request"), and good cause appearing as described in the accompanying declaration of David M. Jolley, Defendant's Administrative Request IS GRANTED.

The following portions of the documents submitted by plaintiffs in connection with their Motion for Class Certification shall be filed under seal:

**Plaintiffs' Motion for Class Certification ("Class Certification Motion")**:

    (a). Page 5, line 6 (beginning at "A pending" and ending with "business day");

    (b). Page 9, lines 21-23 (the numbers of customers and dollar amounts);

    (c). Page 13, lines 3-5 (the numbers of customers and dollar amounts).

**Declaration of Richard D. McCune ("McCune Declaration")**:

**Exhibit 1:**
    (d). Page 5, lines 10-11 (the actual numbers of customers);

    (e). Page 6, lines 11-12 (the actual numbers of customers);

    (f). Page 7, lines 12-13 (the actual transaction numbers);

    (g). Page 8, lines 26-27 (the actual dollar amounts);

    (h). Page 10, lines 27-28 (the actual numbers of customers);

    (i). Page 20, lines 1-2 (the actual dollar amounts);

    (j). Page 23, line 10 (beginning at "However, …") through line 17.

**Exhibit 15:**
    (k). Those portions of this one-page exhibit that contain Plaintiff Veronica Gutierrez's personal account information.

Plaintiffs shall prepare and file revised redacted public versions of the Class Certification Motion and the McCune Declaration to conform with this order. The complete unredacted versions of the Class Certification Motion and the McCune Declaration that plaintiffs previously lodged shall be filed under seal.

The clerk shall remove the previously-filed redacted version of plaintiffs' Class Certification Motion that inadvertently contained the information in Item (a) (as listed above) from the public file.

IT IS SO ORDERED.

DATED: July __, 2008

                                                  Hon. William H. Alsup