ORIGINAL

Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawlawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Attorneys for Plaintiffs,
VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated, | Case No.: C 07-05923 WHA |
| | Judge Assigned: Hon. William H. Alsup |
| | Complaint Filed: November 21, 2007 |
| Plaintiffs, | |
| v. | **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |
| WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125, | |
| Defendants. | |

Pursuant to Civil L.R. 11-3, **MITCHELL M. BREIT**, an active member in good standing of the bar of the State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the United States District Court, Southern District of New York, as indicated above;

- 1 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: C 07-05923 WHA

1      2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local
2  Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with
3  the Local Rules and the Alternative Dispute Resolution programs of this Court; and,
4      3. An attorney who is a member of the bar of this Court in good standing and who
5  maintains an office within the State of California has been designated as co-counsel in the above-entitled
6  action. The name, address and telephone number of that attorney is:

    Richard D. McCune, State Bar # 132124
    rdm@mwtriallawyers.com
    McCUNE & WRIGHT, LLP
    2068 Orange Tree Lane, Suite 216
    Redlands, CA 92374
    Telephone: (909) 557-1250
    Facsimile: (909) 557-1275

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 25, 2008.

WHATLEY DRAKE & KALLAS, LLC

By: _____
MITCHELL M. BREIT

---
- 2 -
APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No.: C 07-05923 WHA

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611321517
Cashier ID: slwaceh
Transaction Date: 07/22/2008
Payer Name: MCCUNE AND WRIGHT LLP

PRO HAC VICE
 For: MITCHELL BREIT
 Case/Party: T-CAN-3-08-AT-550400-001
 Amount:       $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1391
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00

007-5923 WHA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```