1  Richard D. McCune, SB # 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, SB # 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA  92374
   Telephone:    (909) 557-1250
5  Facsimile:    (909) 557-1275

6  Attorneys for Plaintiffs,
   VERONICA GUTIERREZ, ERIN WALKER
7  and WILLIAM SMITH, on behalf of themselves and
   all others similarly situated,
8

RECEIVED
JUL 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>**PRO HAC VICE**<br><br>Judge Assigned: Hon. William H. Alsup<br>Complaint Filed: November 21, 2007 |

MITCHELL M. BREIT, an active member in good standing of the bar of the State of New York, admitted to practice in the United States District Court, Southern District of New York, whose business address and telephone number is:

Mitchell M. Breit, Esq.
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY  10036
Telephone: (212) 447-7095

- 1 -

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
~~Case No.: C 07-05923 WHA~~

1 having applied in the above-entitled action for admission to practice in the Northern District of
2 California on a pro hac vice basis, as Co-Counsel representing Plaintiffs, VERONICA GUTIERREZ,
3 ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated.
4     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions
5 of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of
6 papers upon and communication with lead counsel Richard D. McCune, McCune & Wright, LLP,
7 designated in the application will constitute notice to the party. All future filings in this action are
8 subject to the requirements contained in General Order No. 45, Electronic Case Filing.

10 Dated:

                                           WILLIAM H. ALSUP
                                           United States District Court Judge

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
~~Case No.: C 07-05923 WHA~~