Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Attorneys for Plaintiffs VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>Judge Assigned: Hon. William H. Alsup<br><br>[PROPOSED] **ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL**<br><br>**DATE: August 21, 2008**<br>**TIME: 8:00 a.m.**<br>**DEPT: Courtroom 9, 19th Floor**<br><br>Original Complaint filed: November 21, 2007 |

Named Plaintiffs Veronica Gutierrez, Erin Walker, and William Smith, on behalf of themselves and all others similarly situated, submitted Plaintiffs' Motion for Class Certification and Declaration of Richard D. McCune in Support of Motion for Class Certification. In connection with these documents, Plaintiffs filed an Administrative Request to File Portions of Plaintiffs' Motion for Class Certification Under Seal, pursuant to Civil Local Rule 79-5(d), based on the fact that these documents refer to or contain information or Exhibits (1, 3, 10, 14, 15, 16) which Defendant Wells Fargo Bank, N.A. has designated as confidential, pursuant to the Stipulated Protective Order in this case. Pursuant to Rule 79-

-1-

1  5(d), Plaintiffs lodged with the Court both redacted and un-redacted versions of the Motion for Class
2  Certification, Declaration of Richard D. McCune, and supporting Exhibits 1, 3, 10, 14, 15, and 16.
3      Based on the Declaration of Richard D. McCune in Support of Plaintiffs' Administrative Request
4  to File Portions of Plaintiffs' Motion for Class Certification Under Seal, the Court hereby orders that:
5      (1)    the un-redacted version of the Motion for Class Certification, Declaration of Richard D.
6      McCune, and supporting Exhibit 1 shall be filed under seal; and
7      (2)    a redacted version of the Motion for Class Certification, Declaration of Richard D.
8      McCune, and supporting Exhibit 1 lodged with the Court that excludes a copy of Exhibits
9      3, 10, 14, 15, and 16 shall be filed in the public record.
10     IT IS SO ORDERED.
11 Dated:   July 25, 2008.

                                            The Honorable Judge William H. Alsup
                                            United States Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — /s/ Judge William Alsup]*

-2-
[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION UNDER SEAL
Case No.:  C 07-05923 WHA (JCSx)