1   Sonya D. Winner, SB # 200348
    David M. Jolley, SB # 191164
2   Margaret G. May, SB # 234910
    COVINGTON & BURLING LLP
3   One Front Street
    San Francisco, CA 94111
4   Telephone:  (415) 591-6000
    Facsimile:  (415) 591-6091
5   E-mail:  mmay@cov.com

6   Attorneys for Defendant
    WELLS FARGO BANK, N.A.
7

8                 UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  VERONICA GUTIERREZ, *et al.*,              Civil Case No.:  CV-07-5923 WHA (JCSx)

12                      Plaintiffs,
                                               **DECLARATION OF
13        v.                                   MARGARET G. MAY**

14  WELLS FARGO & COMPANY, *et al.*,           *[Submitted in connection with Opposition
                                               of Wells Fargo Bank, N.A. to Plaintiffs'
15                      Defendants.            Motion for Class Certification]*

16                                             Date:        August 21, 2008
                                               Time:        8:00 a.m.
17                                             Courtroom:   9

18                                             Honorable William H. Alsup

19

20

21

22

23

24

25

26

27

28

I, Margaret G. May, declare as follows:

     1.     I am an attorney in the law firm of Covington & Burling LLP, counsel of record for Defendant Wells Fargo Bank, N.A., in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

     2.     A true and correct copy of relevant excerpts of the transcript of the Deposition of William Smith, dated June 18, 2008, is attached hereto as **Exhibit 1**.

     3.     In mid-March 2008, Richard McCune, counsel for plaintiffs, advised counsel for Wells Fargo that Claudia Sanchez would be removed as a plaintiff in this case. When we inquired as to why, he responded that Ms. Sanchez was his housekeeper and was being removed as a plaintiff because of that relationship.

     4.     Plaintiffs' [Adjusted] First Amended Class Action Complaint, filed April 24, 2008, added plaintiffs Veronica Gutierrez and Tim Fox, and removed plaintiff Claudia Sanchez. By stipulation and court order on June 30, 2008, Tim Fox was dismissed as a named plaintiff.

     5.     A true and correct copy of relevant excerpts of the transcript of the Deposition of Veronica Gutierrez, dated June 12, 2008, is attached hereto as **Exhibit 2**.

     6.     A true and correct copy of relevant excerpts of the transcript of the Deposition of Erin Walker, dated June 13, 2008, is attached hereto as **Exhibit 3**.

     7.     A true and correct copy of Plaintiff's Requests for Production of Documents Propounded to Defendant Wells Fargo Bank, N.A. [Set One], served on March 20, 2008, is attached hereto as **Exhibit 4**.

     8.     True and correct copies of examples of customer complaints produced by Wells Fargo Bank, N.A., in response to plaintiffs' document requests, and Wells Fargo Bank, N.A.'s responses to those complaints, dated 2005 to 2008, are attached hereto as **Exhibit 5**.

1          I declare under penalty of perjury under the laws of the United States and the

2   State of California that the foregoing is true and correct.

3          Executed on July 31, 2008, in San Francisco, CA.

4

5                                    Margaret G. May

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28