UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ,
TIM FOX, ERIN WALKER,
and WILLIAM SMITH, as
individual, and on behalf
of all others similarly
situated,

        Plaintiffs,      Case No.  CV-07-5923
                                           WHA (JCSx)

    vs.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A; and     **CERTIFIED**
DOES 1 through 125,
                                               **COPY**
        Defendants.

---

DEPOSITION OF VERONICA GUTIERREZ

REDLANDS, CALIFORNIA

THURSDAY, JUNE 12, 2008

Reported By:
PATRICIA Y. SCHULER
RPR, CSR No. 11949

Job No. 89823

```
 1      A.   Prior to this litigation, I did not even
 2 know I was going to be involved with something like
 3 that.  So there were some documents that I was unaware
 4 of that would have pertained to this.  So whatever
 5 happened to them, I can't account for.
 6      Q.   Um-hmm.
 7      A.   I do know what I can account for is what I
 8 still physically have, and that is what I have used.
 9      Q.   My question was a little different.  My
10 question is, have you made any special effort to make
11 sure that you hold -- since you did become involved in
12 the litigation, have you made any special effort to
13 hold onto documents that might relate to your account?
14      A.   I just continue to maintain my normal
15 habits.
16      Q.   Did you print out back in October, November
17 2006, do you know whether you printed out any of your
18 account summary activity pages at that time?
19      A.   I don't remember.
20      Q.   How did you first become involved in this
21 lawsuit?
22      A.   I heard on the radio an advertisement
23 stating something regarding Wells Fargo and overdraft
24 fees.  I called to find out more information, to get
25 an understanding of what the advertisement was for,
```

110

and that was how I learned.

Q. What radio station did you hear it on?

A. One of the local radio stations out here. I don't know. I listen to a few different radio stations around here. But I could have been listening to something within the San Bernardino County.

Q. Do you remember anything else that the radio ad said?

A. No.

Q. Who were you supposed to call?

A. I was supposed to call the phone number for this office.

Q. When you called, who did you speak to?

A. I am never going to remember who I spoke to.

Q. Well, what did that person tell you?

A. That they would call me back.

Q. Um-hmm.

A. Because they had to notify someone that I had called, and they would call me back to ask me questions.

Q. Did somebody then call you back?

A. Yes.

Q. Who called you back?

A. I don't remember.

Q. What did that person say to you?

111

A.   Just general questions regarding what information that I heard on the radio and what information -- I asked questions "what was -- "what was the radio ad for," you know, "Well, does this apply; does that apply," just asking general questions to see if it was something that pertained to me.

Q.   What did you tell them?

A.   I don't remember.

Q.   Do you remember anything that was said, anything?  Or did you talk about the overdrafts in October 2006?  Did you talk about --

A.   I didn't know specific dates.  I just knew I had overdraft fees that I had never resolved, and that was my main concern.  I wanted to see if that is what the advertisement was for.

Q.   When was it that you heard this radio advertisement?

A.   Sometime in the last six months.

Q.   When was this telephone conversation, if you remember?

A.   I don't remember.

Q.   After that telephone conversation -- have you told me everything you remember about that telephone conversation?

A.   Yes.

112

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney or party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: JUN 2 0 2008

PATRICIA Y. SCHULER
CSR No. 11949