1  Richard D. McCune, Esq. State Bar No. 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, Esq., State Bar No. 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, California 92374
   Telephone: (909) 557-1250
5  Facsimile: (909) 557-1275

6  Attorneys for Plaintiffs
   CLAUDIA SANCHEZ, ERIN WALKER
7  and WILLIAM SMITH,

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  CLAUDIA SANCHEZ, ERIN WALKER and      ) Case No.:  C 07-05923 WHA (JCSx)
    WILLIAM SMITH, as individuals, and on behalf )
13  of all others similarly situated,    ) Judge Assigned:  Hon. William H. Alsup
                                          ) Complaint Filed: November 21, 2007
14              Plaintiffs,               )
                                          ) PLAINTIFF'S REQUESTS FOR PRODUCTION
15         v.                             ) OF DOCUMENTS PROPOUNDED TO
                                          ) DEFENDANT WELLS FARGO BANK, N.A.
16  WELLS FARGO & COMPANY, et al.         ) [SET ONE]
                                          )
17  _____ Defendants. )

18  PROPOUNDING PARTY:    PLAINTIFF, ERIN WALKER

19  RESPONDING PARTY:     DEFENDANT, WELLS FARGO BANK, N.A.

20  SET NUMBER:           ONE [Nos. 1 - 29]

21       Plaintiff requests that Defendant, WELLS FARGO BANK, N.A., produce within thirty days,

22  pursuant to Fed. R. Civ. P. 34, the following Requests for Production of Documents and Things, which

23  constitute or contain matters within the scope of Fed. R. Civ. P. 26(b).  (This request for production may

24  be satisfied by attaching copies of the requested DOCUMENTS and mailing them to the address set

25  forth above.)

26       **A written response to each and every request herein must be served within 30 days of the**

27  **date of service, to the Law Offices of McCUNE & WRIGHT, LLP, 2068 Orange Tree Lane, Suite**

28  **216, Redlands, CA 92374.**

-1-

## DEFINITIONS

(1)    For purposes of these Requests for Production of Documents:

a.    **"ADVERTISEMENT"** shall refer to the copy, visual and audio for any radio, television, billboard, newspaper or web based advertisement.

b.    **"COMPLAINT"** shall refer to either a documented verbal complaint or a written complaint of any type including letters, e-mail, and lawsuits.

c.    **"CONSUMER RESEARCH"** shall refer to market research that was conducted, commissioned or obtained by Wells Fargo. This is to include surveys, focus groups, customer questionnaires and any other scientific approach to understanding customer knowledge, behavior and motivations.

d.    **"CUSTOMERS"** shall refer to all Wells Fargo customers with a checking account maintained by a Wells Fargo branch located in California.

e.    **"DISCLOSURE"** shall refer to any written document that is provided to each CUSTOMER as a matter of policy by Wells Fargo.

f.    **"DOCUMENT"** shall refer to any written document or electronically stored information and includes writings, drawings, graphs, charts, photographs, sound recordings, images and other data or data compilations stored in any medium from which information can be obtained. This specifically includes, but is not limited to, e-mail and documents on computer databases, indexes and diskettes or hard drives which may not be currently printed on paper. A request for the production of a document should be deemed to specifically include (1) any material which was used in the preparation of any such document; (2) any and all attachments to such DOCUMENTS; (3) any and all subsequent additions, deletions, substitutions, amendments or modifications to the original of such DOCUMENT.

g.    **"MULTIPLE TRANSACTION CUSTOMERS"** shall refer to CUSTOMERS who were assessed overdraft fees for multiple transactions in a single day.

h.    **"PRODUCE"** shall refer to providing in the original form, all DOCUMENTS that Wells Fargo possesses or controls.

-2-

1

## REQUEST FOR PRODUCTION OF DOCUMENTS

2

### SET ONE

3

**REQUEST NO. 1:**

4

From January 1, 2003 to the present, please PRODUCE all COMPLAINTS from CUSTOMERS

5

regarding being assessed an overdraft fee.

6

**REQUEST NO. 2:**

7

From January 1, 2003 to the present, please PRODUCE all COMPLAINTS from CUSTOMERS

8

regarding being provided inaccurate "available balance" information.

9

**REQUEST NO. 3:**

10

From January 1, 2003 to the present, please PRODUCE all written communication to or from

11

any United States regulatory body regarding Wells Fargo's practice of assessing overdraft fees.

12

**REQUEST NO. 4:**

13

From January 1, 2003 to the present, please PRODUCE all written communication to or from

14

any United States legislative body regarding Wells Fargo's practice of assessing overdraft fees.

15

**REQUEST NO. 5:**

16

From January 1, 2003 to the present, please PRODUCE all marketing materials that refer or

17

reference online banking.

18

**REQUEST NO. 6:**

19

From January 1, 2003 to the present, please PRODUCE all marketing materials that refer or

20

reference "pending" transactions.

21

**REQUEST NO. 7:**

22

From January 1, 2003 to the present, please PRODUCE all marketing materials that refer or

23

reference "available balance".

24

**REQUEST NO. 8:**

25

From January 1, 2003 to the present, please PRODUCE all marketing materials that refer or

26

relate to how to avoid overdraft fees.

27

///

28

///

-3-

1  **REQUEST NO. 9:**

2      From January 1, 2003 to the present, please PRODUCE all DISCLOSURE DOCUMENTS that

3  refer or relate to the term "available balance".

4  **REQUEST NO. 10:**

5      From January 1, 2003 to the present, please PRODUCE all DISCLOSURE DOCUMENTS that

6  refer or relate to "pending" charges.

7  **REQUEST NO. 11:**

8      From January 1, 2003 to the present, please PRODUCE all DISCLOSURE DOCUMENTS that

9  refer or relate to online banking.

10  **REQUEST NO. 12:**

11      Please PRODUCE all DOCUMENTS that refer or relate to the internal Wells Fargo procedures

12  for processing a Debit Card transaction from the time when Wells Fargo is first notified of the

13  prospective transaction to when the transaction is listed in an online or paper statement.

14  **REQUEST NO. 13:**

15      Please PRODUCE all DOCUMENTS that refer or relate to the internal Wells Fargo procedures

16  for processing a Check Card transaction from the time when Wells Fargo is first notified of the

17  prospective transaction to when the transaction is listed in an online or paper statement.

18  **REQUEST NO. 14:**

19      Please PRODUCE all DOCUMENTS that refer or relate to the internal Wells Fargo procedures

20  for processing an ATM withdrawal transaction from the time when Wells Fargo is first notified of the

21  prospective transaction to when the transaction is listed in an online or paper statement.

22  **REQUEST NO. 15:**

23      Please PRODUCE all DOCUMENTS created from January 1, 2003 to the present that are

24  available to Wells Fargo CUSTOMERS that provide information about the use or accuracy of "available

25  balance" information.

26  //

27  //

28  //

-4-

**REQUEST NO. 16:**

Please PRODUCE all DOCUMENTS created from January 1, 2003 to the present that are available to Wells Fargo CUSTOMERS that provide information about when "pending" charges are included in the "available balance" published by Wells Fargo.

**REQUEST NO. 17:**

Please PRODUCE all DOCUMENTS created from January 1, 2003 to the present that are available for Wells Fargo CUSTOMERS that provide information identifying certain types of transactions which are not posted for sometime after the transaction.

**REQUEST NO. 18:**

Please PRODUCE all DOCUMENTS created from January 1, 2003 to the present that are available for Wells Fargo CUSTOMERS that provide information identifying that "pending" charges may not be included in the "available balance" in certain circumstances.

**REQUEST NO. 19:**

Please PRODUCE all DOCUMENTS created from January 1, 2003 to the present that are available for Wells Fargo CUSTOMERS that provide information that the full charges for certain transactions, such as gas stations, car rental and hotel transactions, are not included in the "available balance" for several days.

**REQUEST NO. 20:**

From 1995 to the present, please PRODUCE all CONSUMER RESEARCH referring or relating to CUSTOMER overdrafts.

**REQUEST NO. 21:**

From 1995 to the present, please PRODUCE all CONSUMER RESEARCH referring or relating to Wells Fargo's CUSTOMERS use of "available balance" information.

**REQUEST NO. 22:**

From 1995 to the present, please PRODUCE all CONSUMER RESEARCH referring or relating to Wells Fargo's CUSTOMERS use of online banking.

//

//

**REQUEST NO. 23:**

From 1995 to the present, please PRODUCE all CONSUMER RESEARCH referring or relating to Wells Fargo's CUSTOMERS awareness of how pending charges affect "available balance" information.

**REQUEST NO. 24:**

From January 1, 2003 to the present, please PRODUCE all ADVERTISEMENTS for the Wells Fargo checking account.

**REQUEST NO. 25:**

From January 1, 2003 to the present, please PRODUCE all ADVERTISEMENTS that promoted ATM use of the Wells Fargo checking account.

**REQUEST NO. 26:**

From January 1, 2003 to the present, please PRODUCE all ADVERTISEMENTS that promoted online banking for the Wells Fargo checking account.

**REQUEST NO. 27:**

From January 1, 2003 to the present, please PRODUCE all ADVERTISEMENTS that promoted use of "available balance" information for Wells Fargo CUSTOMERS.

**REQUEST NO. 28:**

Please PRODUCE all ADVERTISEMENTS from the 2007 advertising campaign showing a Wells Fargo CUSTOMER with fingers crossed at an ATM machine.

**REQUEST NO. 29:**

Please produce all documents that identify the data fields contained and recorded in the Wells Fargo database related to individual transactions of CUSTOMERS.

Dated: March 2-C, 2008                    McCUNE & WRIGHT, LLP

                                          By: _____
                                              Richard D. McCune
                                              Attorneys for Plaintiffs

-6-

Request for Production of Documents to Defendant Wells Fargo Bank, N.A.
[Set One]
No.:  C 07-05923 WHA (JCSx)

Case:  SANCHEZ, et al. v. WELLS FARGO BANK, et. al.

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216, Redlands, California, 92374.

On March 20, 2008, I served the foregoing document described as **PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANT WELLS FARGO BANK, N.A. [SET ONE]** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

**Sonya D. Winner, Esquire**                                    **Attorneys for Defendants**
**David M. Jolley, Esquire**
**Margaret G. May, Esquire**
**COVINGTON & BURLING, LLP**
**One Front Street**
**San Francisco, CA  94111**
**Telephone:  (415) 591-6000**
**Facsimile:  (415) 591-6091**

**METHOD OF SERVICE:**

[ X ]   **(BY MAIL)**   I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing.  Under that practice, I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Redlands, California.

[ ]   **(BY E-MAIL)**  By transmitting it to the following individuals by electronic mail:
Sonya D. Winner:  SWinner@cov.com
David M. Jolley:  djolley@cov.com

[ ]   **(BY FAX)**   I caused such documents to be transmitted by facsimile to the offices of the addressee(s).  The facsimile machine used complied with California Rules of Court, rule 2003, and no error was reported by the machine.

[ ]   **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by overnight delivery to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on the above-referenced date at Redlands, California.

_____
Ann Marie Smith

Proof of Service                                                    Case No.:  C-07-5923 WHA