June 16 through July 17, 2007
Account Number:
Page 4 of 5

# REDACTED

*Other withdrawals -continued*

| Date | Description | $ Amount |
|---|---|---:|
| 07/10 | POS Purchase −07/10 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 57.86 |
| 07/11 | POS Purchase −07/11 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 80.31 |
| 07/12 | Check Crd Purchase 07/03 Tnt Fireworks #BBB0142 San Bernardin Ca 446024XXXXXX5000 l937400007099671?MCC=5999  121042882DA | 68.85 |
| 07/12 | POS Purchase −07/12 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 24.76 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/16 | Online Transfer Ref #IBEFQG55R9   To Business Checking Inv Sc 053 054 | 2,100.00 |
| 07/16 | Online Transfer Ref #IBE529M7C2   To Savings 6324121Xxx On 07/14/07 | 1,200.00 |
| 07/16 | Online Transfer Ref #IBEX7PN3R4   To Checking 0221724Xxx On 07/14/07 | 800.00 |
| 07/16 | Online Transfer Ref #IBEJMHNCF6   To Business Checking Storage | 100.00 |
| 07/16 | ATM Withdrawal −07/14 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/16 | Recurring Transfer Ref #OPEJMHPH5G   To Savings 6324121Xxx | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 107.71 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 73.90 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 35.51 |
| 07/16 | POS Purchase −07/16 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 21.53 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 7.32 |
| 07/17 | POS Purchase −07/17 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 49.93 |

Total other withdrawals                                                                 $21,160.94

(arrow annotation at line 07/12, marked "SAMPLE TDS")

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---:|---|---:|---|---:|
| 06/15 | 2,956.82 | 06/29 | 3,507.37 | 07/11 | 45.41 |
| 06/18 | 201.15 | 07/02 | 331.55 | 07/12 | -48.20 |
| 06/19 | 95.81 | 07/03 | 101.99 | 07/13 | 4,603.15 |
| 06/20 | 65.81 | 07/05 | 120.58 | 07/16 | 147.18 |
| 06/21 | 551.81 | 07/06 | 5,076.93 | 07/17 | 147.25 |
| 06/22 | 4,203.63 | 07/09 | 83.58 | | |
| 06/25 | 61.92 | 07/10 | 25.72 | | |

*Thank you for banking with Wells Fargo.*

001938

CONFIDENTIAL
WFB-G 02333