# EXHIBIT F

## Lodged Under Seal