1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
5  E-mail: mmay@cov.com

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7

8
                    **UNITED STATES DISTRICT COURT**
9
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 | VERONICA GUTIERREZ, *et al.*, | Civil Case No.: CV-07-5923 WHA (JCSx) |
|---|---|
12 | Plaintiffs, | **[UNREDACTED] DECLARATION OF MARK LENTZ** |
13 | v. | |
14 | WELLS FARGO & COMPANY, *et al.*, | *[Submitted in connection with Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification]* |
15 | Defendants. | |
16 | | Date:       August 21, 2008<br>Time:       8:00 a.m.<br>Courtroom:  9 |
17 | | |
18 | | Honorable William H. Alsup |

19
                       **MANUAL FILING NOTIFICATION**
20
21  Regarding: [UNREDACTED] DECLARATION OF MARK LENTZ

22  This filing is in paper or physical form only, and is being maintained in the case
    file in the Clerk's office.
23
    If you are a participant in this case, this filing will be served in hard-copy shortly.
24

25  For information on retrieving this filing directly from the court, please see the court's main web
    site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
26
    This filing was not efiled for the following reason(s):
27
    [_] Voluminous Document (PDF file size larger than the efiling system allows)
28
    [_] Unable to Scan Documents

[UNREDACTED] DECLARATION OF MARK LENTZ
Civil Case No.: CV-07-5923 WHA (JCSx)

1  [_] Physical Object (description): _____

2  _____

3  [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

4  **[X] Item Under Seal**

5  [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

6  [_] Other (description): _____

7  _____

Dated:  July 31, 2008                       Respectfully Submitted,
                                            COVINGTON & BURLING, LLP


                                            _____/s/_____
                                            Sonya D. Winner

                                            Attorneys for Defendant
                                            WELLS FARGO BANK, N.A.

2

[UNREDACTED] DECLARATION OF MARK LENTZ
Civil Case No.:  CV-07-5923 WHA (JCSx)