Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY  10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:   C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>DATE: August 21, 2008<br>TIME: 8:00 a.m.<br>DEPT: Courtroom 9, 19th Floor<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed:  November 21, 2007 |

I, RICHARD D. McCUNE, hereby declare the following:

1.    I am an attorney licensed to practice law before all of the courts of the State of California and I am a partner of McCune & Wright, LLP, counsel of record for Plaintiffs. The following

-1-

Declaration of Richard D. McCune In Support of Plaintiffs' Administrative Request to File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment
Case No.:  C 07-05923 WHA (JCSx)

    facts are within my personal knowledge or based on records and files at my law firm, and, if called upon as a witness, I could and would testify competently thereto. I make this Declaration in support of Plaintiffs' Administrative Request to File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Under Seal.

2. Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Declaration of Richard D. McCune in Support of Opposition to Defendant's Motion for Summary Judgment refer to or contain information that has been designated as confidential by Defendant Wells Fargo Bank, N.A., pursuant to the Stipulated Protective Order in this case. Plaintiffs have redacted those portions from the public version of the documents and will lodge herewith a redacted version of these documents with the Court.

3. Furthermore, **Exhibits 1 and 2** of the Declaration of Richard D. McCune in Support of Opposition to Defendant's Motion for Summary Judgment refer to or contain information that has been designated by Defendant as confidential pursuant to the Stipulated Protective Order in this case. While **Exhibit 1** is a document which only partially contains confidential information, **Exhibit 2** is a document which has been entirely designated confidential by Defendant. Plaintiffs are lodging herewith redacted versions of **Exhibit 1** which only partially contain confidential information. **Exhibit 2** which document is entirely confidential, good cause exists to seal that Exhibit of the McCune Declaration.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 30th day of July, 2008, in Redlands, California.

_____
Richard D. McCune