Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:   (909) 557-1250
Facsimile:   (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL**<br><br>DATE: August 21, 2008<br>TIME: 8:00 a.m.<br>DEPT: Courtroom 9, 19th Floor<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed: November 21, 2007 |

Named Plaintiffs, Veronica Gutierrez, Erin Walker, and William Smith, on behalf of themselves and all others similarly situated, submitted Plaintiffs' Opposition to Defendant's Motion for Summary Judgment and Declaration of Richard D. McCune in Support of Opposition to Defendant's Motion for Summary Judgment. In connection with these documents, Plaintiffs filed an Administrative Request to

-1-

File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Under Seal, pursuant to Civil Local Rule 79-5(d), based on the fact that these documents refer to or contain information or Exhibits which Defendant Wells Fargo Bank, N.A. has designated as confidential, pursuant to the Stipulated Protective Order in this case. Pursuant to Rule 79-5(d), Plaintiffs lodged with the Court both redacted and un-redacted versions of the Opposition to Defendant's Motion for Summary Judgment, Declaration of Richard D. McCune, and supporting Exhibits.

Based on the Declaration of Richard D. McCune in Support of Plaintiffs' Administrative Request to File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Under Seal, the Court hereby orders that:

(1) the un-redacted version of the Opposition to Defendant's Motion for Summary Judgment, Declaration of Richard D. McCune, and supporting Exhibits 1 and 2 shall be filed under seal; and

(2) a redacted version of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, Declaration of Richard D. McCune, and supporting Exhibits lodged with the Court that excludes a copy of Exhibit 2 shall be filed in the public record.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Judge William H. Alsup
United States Judge

[Proposed] Order Granting Plaintiffs' Administrative Request to File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Under Seal
Case No.: C 07-05923 WHA (JCSx)