Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>            Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DECLARATION OF MARK LENTZ**<br><br>Date:         August 21, 2008<br>Time:        8:00 a.m.<br>Courtroom:  9<br><br>Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Motion for Leave to File Under Seal Portions of Declaration of Mark Lentz in Support of Opposition to Motion for Class Certification ("Administrative Motion"), and good cause appearing as described in the accompanying declaration of Margaret G. May, Defendant's Administrative Motion IS GRANTED.

The following portions of the documents and exhibits submitted by Wells Fargo Bank, N.A. in connection with its Opposition to plaintiffs' Motion for Class Certification shall be filed under seal:

**Declaration of Mark Lentz**:

    (a). Page 12, lines 12-16 (the numbers of transactions, accounts, analyst days and analyst years);

    (b). Page 15, lines 14-21 (the customer's witness number and name);

    (c). Page 17, lines 9-18 (the customer's witness number and name);

    (d). Page 17, line 24-page 18, line 3 (the customer's witness number and name);

    (e). Page 17, line 28 (from "including …" to end of sentence);

    (f). Page 18, lines 1-2 (from "$ …" to end of sentence);

    (g). Page 18, line 7 (from "like …" to end of parentheses);

    (h). Page 18, lines 8-9 (from "for which …" to end of parentheses);

    (i). Page 18, lines 9-18 (from "To offer …" through end of paragraph);

    (j). Page 19, line 4 (the customer's witness number and name);

    (k). Page 20, lines 2-9 (the customer's witness number and name);

**Exhibit F:**    (l). Customers' personal account statements.

IT IS SO ORDERED.

DATED: August ___, 2008    _____
    Hon. William H. Alsup