Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, et al., | Civil Case No.: CV-07-5923 WHA (JCSx) |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | Date: August 21, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9 |
| WELLS FARGO & COMPANY, et al., | |
| Defendants. | Honorable William H. Alsup |

CERTIFICATE OF SERVICE
Civil Case No.: CV-07-5923 WHA (JCSx)

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am a resident of the United States. My business address is One Front Street, 35th Floor, San Francisco, California 94111. I am employed in the City and County of San Francisco where this service takes place. I am over the age of 18 years, and not a party to the within cause. On the date set forth below, I served the document(s) described as:

**[UNREDACTED] DECLARATION OF MARK LENTZ**

on the following person(s) in this action by placing a true copy thereof enclosed in an envelope addressed as follows:

Richard D. McCune, Esq.
Jae K. Kim, Esq.
McCUNE & WRIGHT
2068 Orange Tree Lane, Suite 216
Redlands, CA 93274
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

[X]   **(BY OVERNIGHT DELIVERY)** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   **(FEDERAL)** I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 31, 2008 at San Francisco, California.

*Donna Brennan*
Donna Brennan

CERTIFICATE OF SERVICE
Civil Case No.: CV-07-5923 WHA (JCSx)