Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:   (909) 557-1250
Facsimile:   (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:   C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**DECLARATION OF ERIN WALKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Judge Assigned:   Hon. William H. Alsup<br>Complaint Filed: November 21, 2007 |

I, Erin Walker, do declare as follows:

1. I was right out of high school and 17 years old when I opened my checking account in July of 2006 with my mother a co-signor on the account. I was going away to college and needed my own checking account. The campus at Arizona State University where I was going to be going to school had Wells Fargo ATM machines on campus where I could conduct my banking, so I decided to open a Wells Fargo account.

-1-

2. After receiving several account statements and finding the information in the account statements confusing, I begin using the "available balance" information provided to me by Wells Fargo online and ATM machines for my balance information. I would regularly check the balances online or at the ATM, and would mentally deduct from the available balance the amount of the transactions I was making on an ongoing basis.

3. I was unaware that even though purchases were made within the available balance, I could be assessed overdraft charges for those transactions if I overdrafted my account sometime in the future. If I had known this prior to the June, 2007 overdraft charges, I would have avoided the overdraft fees because I would have ceased using the Wells Fargo account and changed banks, as I did after having been assessed the subject overdraft fees.

I so declare the above is true and correct under penalty of perjury under the laws of the United States. Executed this ___30th___ day of July, 2008, at ___Torrance___, California.

*Erin V Walker*
Erin Walker