# REDACTED VERSION
## Exhibit 1

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.: C 07-05923 WHA

# EXHIBIT "1"
## REDACTED VERSION

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Civil Case No.:  CV-07-5923 WHA<br><br>**WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF ERIN WALKER'S SPECIAL INTERROGATORIES (SET ONE) [Nos. 1-23]** |

REQUESTING PARTY:     Plaintiff ERIN WALKER

RESPONDING PARTY:    Defendant WELLS FARGO BANK, N.A.

SET NO.:                           One (Nos. 1-23)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, defendant Wells Fargo Bank, N.A. ("Wells Fargo Bank" or "the Bank") hereby responds and objects to plaintiff Erin Walker's Special Interrogatories (Set One) as follows.

These responses are designated **"CONFIDENTIAL"** under the terms of the Stipulated Protective Order entered in this case.

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

**EXHIBIT 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# REDACTED

**SPECIAL INTERROGATORY NO. 2:**

Please state the total number of CUSTOMERS incurring overdraft charges for transactions for each year from 2003-2007.

**RESPONSE TO SPECIAL INTERROGATORY NO. 2:**

# REDACTED

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

5

**EXHIBIT 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**REDACTED**

**REDACTED**

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

6

**EXHIBIT 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**REDACTED**

**SPECIAL INTERROGATORY NO. 5:**

For those CUSTOMERS identified in response to Special Interrogatory No. 2, please state the total amount of overdraft fees assessed for each year from 2003-2007.

**RESPONSE TO SPECIAL INTERROGATORY NO. 5:**

**REDACTED**

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

8

**EXHIBIT 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**SPECIAL INTERROGATORY NO. 7:**

Of those CUSTOMERS identified in response to Special Interrogatory No. 2, please provide the number of MULTIPLE TRANSACTION CUSTOMERS for each year from 2003-2007.

**RESPONSE TO SPECIAL INTERROGATORY NO. 7:**

**REDACTED**

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

10

**EXHIBIT 1**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# REDACTED

| | |
|---|---|
| DATED: May 8, 2008 | COVINGTON & BURLING LLP |
| | By: *Margaret G. May* |
| | Margaret G. May |
| | Attorneys for Defendants |
| | WELLS FARGO BANK, N.A. and |
| | WELLS FARGO & CO. |

WELLS FARGO BANK, N.A.'S RESPONSE TO PLAINTIFF
ERIN WALKER'S SPECIAL INTERROGATORIES (SET
ONE) [Nos. 1-23]
Civil Case No.: CV-07-5923 WHA

48

**EXHIBIT 1**

## VERIFICATION

I, Kenneth A. Zimmerman, declare and state:

I am the Executive Vice President of the Consumer Deposit Group of Wells Fargo Bank, N.A., and I am authorized to make this verification on its behalf. I have read Wells Fargo Bank, N.A.'s Response to Plaintiff Erin Walker's Special Interrogatories (Set One) and certify that the facts contained therein are either true as of my own knowledge or true on the basis of my information and belief.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 5th, 2008, in Orlando, Florida.

_____
Kenneth A. Zimmerman

**EXHIBIT 1**