# NOTICE OF MANUAL FILING
# SUBMITTED UNDER SEAL
### Exhibit 2

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.: C 07-05923 WHA

---

# EXHIBIT "2"
### Submitted Under Seal