**WELLS FARGO**

# Account Statement
September 8 through October 5, 2006
Account Number: REDACTED
Page 1 of 6
43,364    (CO114)

VERONICA E GUTIERREZ
REDACTED

**Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.**

## Account Summary

### Daily access accounts

| Account | Account number | Balance last period | Balance this period |
|---|---|---|---|
| Advantage Checking | REDACTED | $168.73 | $324.97 |
| Advantage Market Rate Savings | | 416.15 | 120.23 |
| Total | | $584.88 | $445.20 |

The following is added to the sub-section titled "Closing Your Account" in the Consumer Account Agreement:

If your Account is an interest bearing account, it will cease to earn interest from the date you request it be closed. If your Account balance does not reach zero within three (3) months from the date of your request, the Bank may close your Account and send you the balance as described above or return your Account to active status.

## Advantage Checking
Veronica E Gutierrez
**Account Number:** REDACTED

### Activity summary
| | |
|---|---|
| Balance on 09/07 | $168.73 |
| Deposits and interest | 1,607.51 |
| Withdrawals | - 1,451.27 |
| Balance on 10/05 | $324.97 |

Continued on next page

**EXHIBIT 5**

GUT000201

September 8 through October 5, 2006
Account Number: REDACTED
Page 2 of 6
43,365

## Interest you've earned

| | |
|---|---|
| **Interest earned this period** | **$0.01** |
| Average collected balance this period | $308.45 |
| Annual percentage yield earned | 0.04% |
| Interest and bonuses paid this year | $0.18 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

## Activity detail

### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 09/15 | Autozone West In Payroll 060909 10234468 Gutierrez,Veronica | 567.44 |
| 09/21 | Online Transfer Ref #IBEJLVTWN5 From MRS 1885724Xxx On 09/20/06 | 400.00 |
| 09/29 | Autozone West In Payroll 060923 10234468 Gutierrez,Veronica | 638.06 |
| 10/05 | Interest Payment | 0.01 |
| 10/05 | Discount For ACH Direct Deposits | 2.00 |
| **Total deposits and interest** | | **$1,607.51** |

## Withdrawals
### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 09/11 | Check Crd Purchase 09/07 Shell Oil 27428114907 Fontana Ca 446024XXXXXX6509 253640015037845 ?MCC= 5542 121042882DA | 33.05 |
| 09/11 | Check Crd Purchase 09/07 Pei Wei Asian Diner-00 Rancho Cucamo Ca 446024XXXXXX6509 253640013153495 ?MCC= 5812 121042882DA | 20.04 |
| 09/13 | Check Crd Purchase 09/11 Chevron 00210657 Fontana Ca 446024XXXXXX6509 256640007114640 ?MCC= 5542 121042882DA | 42.71 |
| 09/14 | Check Crd Purchase 09/12 Wienerschnitzel #29Q22 Fontana Ca 446024XXXXXX6509 257640003745148 ?MCC= 5814 121042882DA | 10.52 |
| 09/18 | ATM Withdrawal - 09/17 Mach ID 9956B Fontana North Fontana Ca 6509 | 60.00 |
| 09/18 | Check Crd Purchase 09/16 Claim Jumper #13 Rancho Cucamo Ca 446024XXXXXX6509 261640007669257 ?MCC= 5812 121042882DA | 52.45 |
| 09/18 | Check Crd Purchase 09/16 Best Buy 00001057 Rancho Cucamo Ca 446024XXXXXX6509 261640004346908 ?MCC= 5732 121042882DA | 40.91 |
| 09/18 | Check Crd Purchase 09/16 Rack Em Up Billiards I Rancho Cucamo Ca 446024XXXXXX6509 260640010526358 ?MCC= 5813 121042882DA | 37.25 |
| 09/18 | Check Crd Purchase 09/15 In-N-Out Burger 000000 Fontana Ca 446024XXXXXX6509 260640007247008 ?MCC= 5814 121042882DA | 6.02 |

*Continued on next page*

**EXHIBIT 5**

GUT000202



September 8 through October 5, 2006
Account Number:   REDACTED
Page 3 of 6
43,366

## Other withdrawals -continued

| Date | Description | $ Amount |
|---|---|---|
| 09/18 | Check Crd Purchase 09/14 Jack In The BO00035543 Fontana Ca 446024XXXXXX6509 260640014384901 ?MCC = 5814 121042882DA | 4.18 |
| 09/19 | Check Crd Purchase 09/17 Shell Oil 20427480486 Fontana Ca 446024XXXXXX6509 262640007377939 ?MCC = 5542 121042882DA | 36.42 |
| 09/19 | Check Crd Purchase 09/17 7-Eleven 13976 Q39 Fontana Ca 446024XXXXXX6509 262640007582583 ?MCC = 5541 121042882DA | 3.37 |
| 09/21 | Online Transfer To Gutierrez B Ref #IBE24MC6Ch Checking Insurance Payment | 502.00 |
| 09/22 | Check Crd Purchase 09/20 Chevron 00209515 Fontana Ca 446024XXXXXX6509 265640007200222 ?MCC = 5542 121042882DA | 30.73 |
| 09/22 | Check Crd Purchase 09/20 Wal Mart Fontana Ca 446024XXXXXX6509 265640005501425 ?MCC = 5310 121042882DA | 16.95 |
| 09/26 | Bill Pay Citifinancialaut On-Line xxxxxx9401 On 09-26 | 200.00 |
| 09/26 | Check Crd Purchase 09/24 Kaiser Pharmacy #197 Fontana Ca 446024XXXXXX6509 269640007744981 ?MCC = 5912 121042882DA | 5.00 |
| 09/27 | Check Crd Purchase 09/25 Shell Oil 20467445233 San Bernardin Ca 446024XXXXXX6509 270640005702783 ?MCC = 5542 121042882DA | 30.00 |
| 10/02 | Bill Pay MBNA America On-Line xxxxxxxxxxxx2868 On 10-02 | 160.00 |
| 10/02 | Bill Pay Chase Platinum M On-Line xxxxxxxxxxxx7649 On 10-02 | 55.00 |
| 10/02 | Check Crd Purchase 09/29 Stater Bros #78 Alta Loma Ca 446024XXXXXX6509 275640008021008 ?MCC = 5411 121042882DA | 30.84 |
| 10/02 | Check Crd Purchase 10/01 Party America Upland Ca 446024XXXXXX6509 275640014549420 ?MCC = 5331 121042882DA | 17.79 |
| 10/03 | POS Purchase - 10/02 Mach ID 000000 Del Taco #33 Del Taco #Fontana Ca 6509 ?MCC = 5814 121042882DA | 6.16 |
| 10/03 | Check Crd Purchase 10/01 Target 00014233 Montclair Ca 446024XXXXXX6509 276640003260485 ?MCC = 5310 121042882DA | 5.40 |
| 10/05 | Check Crd Purchase 10/03 Shell Oil 27428471703 Fontana Ca 446024XXXXXX6509 278640006374665 ?MCC = 5542 121042882DA | 27.05 |
| 10/05 | POS Purchase - 10/04 Mach ID 000000 Circle K #5802 Circle K #Fontana Ca 6509 ?MCC = 5541 121042882DA | 4.43 |
| 10/05 | Monthly Service Fee | 12.00 |
| 10/05 | Monthly Point-Of-Sale (POS) Purchase Fee | 1.00 |
| **Total other withdrawals** | | **$1,451.27** |

Wells Fargo makes it easy for you to work toward your savings goals with automatic transfers. Simply decide how much you want to put into savings and at what intervals, and then we'll automatically transfer that amount from your checking to your savings account. Your savings will grow without you even having to think about it. For more information, log onto wellsfargo.com or visit your local store.

## Daily balance summary

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 09/07 | 168.73 | 09/15 | 629.85 | 09/22 | 239.57 |
| 09/11 | 115.64 | 09/18 | 429.04 | 09/26 | 34.57 |
| 09/13 | 72.93 | 09/19 | 389.25 | 09/27 | 4.57 |
| 09/14 | 62.41 | 09/21 | 287.25 | 09/29 | 642.63 |

Continued on next page

**EXHIBIT 5**

GUT000203

September 8 through October 5, 2006
Account Number: REDACTED
Page 4 of 6
43,367

### Daily balance summary-continued

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 10/02 | 379.00 | 10/03 | 367.44 | 10/05 | 324.97 |

### Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)

| | |
|---|---|
| Outstanding advance balance as of the beginning of this statement period including **Finance Charges** | $0.00 |
| Outstanding advance balance as of the end of this statement period including **Finance Charges** | $0.00 |
| **Finance Charges** incurred on advances taken during this statement period | $0.00 |
| **Current advance credit limit** | **$500.00** |

USE THE DIRECT DEPOSIT ADVANCE SERVICE TO ACCESS UP TO $500 PRIOR TO RECEIVING YOUR RECURRING DIRECT DEPOSIT INCOME. JUST USE THE ATM, ONLINE OR CALL THE PHONE BANK. SEE YOUR CONSUMER ACCOUNT FEE AND INFORMATION SCHEDULE FOR COMPLETE DETAILS.

### Advantage Market Rate Savings
Veronica E Gutierrez
**Account Number:** REDACTED

### Activity summary

| | |
|---|---|
| Balance on 09/07 | $416.15 |
| Deposits and interest | 134.08 |
| Withdrawals | - 430.00 |
| Balance on 10/05 | $120.23 |

### Interest you've earned

| | |
|---|---|
| Average collected balance this period | $257.97 |
| Annual percentage yield earned | 0.51% |
| Interest and bonuses paid to date this year | $0.71 |
| **Interest paid during this period** | **$0.13** |
| Interest earned for this statement period | $0.10 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

*Continued on next page*

**EXHIBIT 5**

GUT000204



September 8 through October 5, 2006
Account Number: REDACTED
Page 5 of 6

43,368

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 09/15 | Autozone West In Payroll 060909 10234468 Gutierrez,Veronica | 63.05 |
| 09/29 | Autozone West In Payroll 060923 10234468 Gutierrez,Veronica | 70.90 |
| 09/29 | Interest Payment | 0.13 |
| **Total deposits and interest** | | **$134.08** |

### Withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 09/21 | Online Transfer Ref #IBEJLVTWN5 To Checking 1885720Xxx On 09/20/06 | 400.00 |
| 09/26 | ATM Withdrawal - 09/26 Mach ID 4380C Fontana Offsite Fontana Ca 6509 | 20.00 |
| 09/29 | Monthly Service Fee | 10.00 |
| **Total withdrawals** | | **$430.00** |

Wells Fargo makes it easy for you to work toward your savings goals with automatic transfers. Simply decide how much you want to put into savings and at what intervals, and then we ll automatically transfer that amount from your checking to your savings account. Your savings will grow without you even having to think about it. For more information, log onto wellsfargo.com or visit your local store.

*Thank you for banking with Wells Fargo.*

**EXHIBIT 5**

GUT000205