# Account Statement

October 6 through November 6, 2006
Account Number: REDACTED
Page 1 of 6
97,381    (C0114)



VERONICA E GUTIERREZ
REDACTED

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

## Account Summary

### Daily access accounts

| Account | Account number | Balance last period | Balance this period |
|---|---|---|---|
| Advantage Checking | REDACTED | $324.97 | $35.65 |
| Advantage Market Rate Savings | | 120.23 | 2.03 |
| Total | | $445.20 | $37.68 |

The following changes are effective January 1, 2007.* Overdraft (Paid Item): 1 occasion, $23 per Item; 2+ occasions, $34 per Item. Insufficient Funds (Returned Item): 1 occasion, $23 per Item; 2+ occasions, $34 per Item. Fees based on the number of occasions in the preceding 12-month period. An occasion is a day in which your account has insufficient funds to cover an Item. Fees are subject to a daily maximum of 10 Paid and/or Returned Item Fees.

For questions, please contact your Wells Fargo Banker or call 1-800-869-3557. We appreciate your business and look forward to continuing to serve your financial needs.

*Effective February 15, 2007, for quarterly savings accounts.

## Advantage Checking
Veronica E Gutierrez
Account Number: REDACTED

### Activity summary

| | |
|---|---|
| Balance on 10/05 | $324.97 |
| Deposits and interest | 1,075.23 |
| Withdrawals | - 1,364.55 |
| Balance on 11/06 | $35.65 |

Exhibit No. 119
6/12/08
V. Gutierrez
P. Y. Schuler, CSR

Continued on next page

GUT000215

**EXHIBIT 6**



October 6 through November 6, 2006
Account Number:   REDACTED
Page 2 of 6
  97,382

## Interest you've earned
| | |
|---|---|
| Interest earned this period | $0.01 |
| Average collected balance this period | $146.41 |
| Annual percentage yield earned | 0.08% |
| Interest and bonuses paid this year | $0.19 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

## Activity detail
### Deposits and interest

| Date | Description | $ Amount |
|---|---|---|
| 10/10 | Check Crd Pur Rtrn 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 281640013839957 ?MCC = 5533 121042882DA | 17.23 |
| 10/13 | Autozone West In Payroll 061007 10234468 Gutierrez,Veronica | 412.90 |
| 10/18 | Online Transfer Ref #IBEBST9Gtv From MRS 1885724Xxx On 10/18/06 | 40.00 |
| 10/27 | Autozone West In Payroll 061021 10234468 Gutierrez,Veronica | 548.09 |
| 10/30 | Online Transfer Ref #IBEQF2V2J6 From MRS 1885724Xxx On 10/30/06 | 40.00 |
| 11/06 | Online Transfer Ref #IBEMHZND75 From MRS 1885724Xxx On 11/03/06 | 15.00 |
| 11/06 | Interest Payment | 0.01 |
| 11/06 | Discount For ACH Direct Deposits | 2.00 |
| **Total deposits and interest** | | **$1,075.23** |

## Withdrawals
### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 1097 | 10/30 | 155.00 | 1103* | 10/10 | 65.00 | 1104 | 11/01 | 68.00 |
| **Total checks** | | | | | | | | **$288.00** |

* Gap in Check Sequence

Continued on next page



October 6 through November 6, 2006
Account Number:   REDACTED
Page 3 of 6
   97,383

*Other withdrawals*

| Date | Description | $ Amount |
|---|---|---|
| 10/06 | Check Crd Purchase 10/05 Walgreen 00053728 Fontana Ca 446024XXXXXX6509 279640008494683 ?MCC= 5912 121042882DA | 8.07 |
| 10/10 | Online Transfer To Gutierrez P Ref #IBEQDZSV94 Checking Tickets | 80.00 |
| 10/10 | ATM Withdrawal - 10/06 Mach ID WCAD5985 *hollywood Bowlbank Of Amhollywood Ca 6509 | 22.00 |
| 10/10 | Non-Wells Fargo ATM Transaction Fee | 2.00 |
| 10/10 | Check Crd Purchase 10/07 Albertsons #6590 Ontario Ca 446024XXXXXX6509 282640009590866 ?MCC= 5411 121042882DA | 74.39 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 281640013839958 ?MCC= 5533 121042882DA | 47.99 |
| 10/10 | Check Crd Purchase 10/06 Ihop #759 Rancho Cucamo Ca 446024XXXXXX6509 282640007345389 ?MCC= 5812 121042882DA | 26.51 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5609 Chino Ca 446024XXXXXX6509 281640013839956 ?MCC= 5533 121042882DA | 17.23 |
| 10/10 | Check Crd Purchase 10/05 Subway 3458 00034587 Fontana Ca 446024XXXXXX6509 282640006618320 ?MCC= 5814 121042882DA | 11.27 |
| 10/10 | Check Crd Purchase 10/06 Farmer Boys - Irwindal Irwindale Ca 446024XXXXXX6509 282640009501542 ?MCC= 5814 121042882DA | 8.10 |
| 10/10 | Check Crd Purchase 10/05 Autozone #5613 Fontana Ca 446024XXXXXX6509 281640013839959 ?MCC= 5533 121042882DA | 3.23 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Overdraft Fee | 22.00 |
| 10/11 | Check Crd Purchase 10/09 Jack In The BO00053009 Rancho Cucamo Ca 446024XXXXXX6509 284640006377686 ?MCC= 5814 121042882DA | 5.68 |
| 10/12 | Overdraft Fee | 22.00 |
| 10/12 | Check Crd Purchase 10/10 EXXONMOBIL59 01291228 Rancho C Ca 446024XXXXXX6509 285640003489753 ?MCC= 5542 121042882DA | 20.01 |
| 10/13 | Overdraft Fee | 33.00 |
| 10/13 | ATM Withdrawal - 10/13 Mach ID 9956B Fontana North Fontana Ca 6509 | 20.00 |
| 10/16 | Bill Pay Capital One On-Line xxxxxxxxxxxx6639 On 10-16 | 120.00 |
| 10/16 | Bill Pay WF Credit Card On-Line XXXXXXXXXXXX0056 On 10-16 | 40.00 |
| 10/16 | Check Crd Purchase 10/13 Shell Oil 27428114907 Fontana Ca 446024XXXXXX6509 288640010720234 ?MCC= 5542 121042882DA | 31.90 |
| 10/27 | POS Purchase - 10/26 Mach ID 000000 City Liquor Andcity Liquofontana Ca 6509 ?MCC= 5921 121042882DA | 11.50 |
| 10/30 | Bill Pay MBNA America On-Line xxxxxxxxxxxx2868 On 10-30 | 161.00 |
| 10/30 | Bill Pay Chase Platinum M On-Line xxxxxxxxxxxx7649 On 10-30 | 130.00 |
| 10/30 | Check Crd Purchase 10/26 Shell Oil 27428114907 Fontana Ca 446024XXXXXX6509 302640013338921 ?MCC= 5542 121042882DA | 20.01 |
| 10/30 | POS Purchase - 10/28 Mach ID 000000 7-Eleven 7-Eleven Fontana Ca 6509 ?MCC= 5541 121042882DA | 13.31 |
| 10/30 | Check Crd Purchase 10/26 Jack In The BO00053009 Rancho Cucamo Ca 446024XXXXXX6509 302640013129213 ?MCC= 5814 121042882DA | 6.35 |
| 11/02 | Check Crd Purchase 10/31 Chevron 00210657 Fontana Ca 446024XXXXXX6509 306640007525858 ?MCC= 5542 121042882DA | 20.00 |

*Continued on next page*

GUT000217

**EXHIBIT 6**



October 6 through November 6, 2006
Account Number:   REDACTED
Page 4 of 6
97,384

**Other withdrawals -continued**

| Date | Description | $ Amount |
|---|---|---|
| 11/06 | ATM Withdrawal - 11/03 Mach ID 4380B Fontana Offsite Fontana Ca 6509 | 20.00 |
| 11/06 | Monthly Service Fee | 12.00 |
| 11/06 | Monthly Point-Of-Sale (POS) Purchase Fee | 1.00 |

Total other withdrawals $1,076.55

Total withdrawals $1,364.55

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 10/05 | 324.97 | 10/13 | 200.62 | 11/01 | 71.64 |
| 10/06 | 316.90 | 10/16 | 8.72 | 11/02 | 51.64 |
| 10/10 | - 23.59 | 10/18 | 48.72 | 11/06 | 35.65 |
| 10/11 | - 117.27 | 10/27 | 585.31 | | |
| 10/12 | - 159.28 | 10/30 | 139.64 | | |

**Direct Deposit Advance (Lender - Wells Fargo Bank, N.A.)**

| | |
|---|---|
| Outstanding advance balance as of the beginning of this statement period including Finance Charges | $0.00 |
| Outstanding advance balance as of the end of this statement period including Finance Charges | $0.00 |
| Finance Charges incurred on advances taken during this statement period | $0.00 |
| Current advance credit limit | $500.00 |

CHOOSE THE DIRECT DEPOSIT ADVANCE SERVICE TO ACCESS UP TO $500 PRIOR TO RECEIVING YOUR RECURRING DIRECT DEPOSIT INCOME. JUST USE THE ATM, ONLINE OR CALL THE PHONE BANK. SEE YOUR CONSUMER ACCOUNT FEE AND INFORMATION SCHEDULE FOR COMPLETE DETAILS.

**Advantage Market Rate Savings**
Veronica E Gutierrez
Account Number:   REDACTED

**Activity summary**

| | |
|---|---|
| Balance on 10/05 | $120.23 |
| Deposits and interest | 106.80 |
| Withdrawals | - 225.00 |
| Balance on 11/06 | $2.03 |

Continued on next page

GUT000218

**EXHIBIT 6**



October 6 through November 6, 2006
Account Number: REDACTED
Page 5 of 6
97,385

### Interest you've earned

| | |
|---|---|
| Average collected balance this period | $34.66 |
| Annual percentage yield earned | 0.66% |
| Interest and bonuses paid to date this year | $0.73 |
| **Interest paid during this period** | **$0.02** |
| Interest earned for this statement period | $0.02 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques talk to your local banker or sign on to Wells Fargo Online Banking at wellsfargo.com and select Account Services/Order Travelers Cheques.

### Activity detail

**Deposits and interest**

| Date | Description | $ Amount |
|---|---|---|
| 10/13 | Autozone West In Payroll 061007 10234468 Gutierrez,Veronica | 45.88 |
| 10/27 | Autozone West In Payroll 061021 10234468 Gutierrez,Veronica | 60.90 |
| 10/31 | Interest Payment | 0.02 |
| | **Total deposits and interest** | **$106.80** |

**Withdrawals**

| Date | Description | $ Amount |
|---|---|---|
| 10/10 | ATM Withdrawal - 10/07 Mach ID 9956B Fontana North Fontana Ca 6509 | 120.00 |
| 10/18 | Online Transfer Ref #IBEBST9Gtv To Checking 1885720Xxx On 10/18/06 | 40.00 |
| 10/30 | Online Transfer Ref #IBEQF2V2J6 To Checking 1885720Xxx On 10/30/06 | 40.00 |
| 10/31 | Monthly Service Fee | 10.00 |
| 11/06 | Online Transfer Ref #IBEMHZND75 To Checking 1885720Xxx On 11/03/06 | 15.00 |
| | **Total withdrawals** | **$225.00** |

*Thank you for banking with Wells Fargo.*

GUT000219

**EXHIBIT 6**