## Account Statement
June 16 through July 17, 2007
Account Number: REDACTED
Page 1 of 5

1-1



WILLIAM    CHARLES    SMITH    JR
REDACTED

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833. Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

### Custom Management Checking
William Charles Smith Jr
Account Number: REDACTED

**Activity summary**

| | |
|---|---|
| Balance on 06/15 | $2,956.82 |
| Deposits | 18,351.37 |
| Withdrawals | −21,160.94 |
| Balance on 07/17 | $147.25 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

Continued on next page

001535

Exhibit 167
William Smith
6/18/08
P. Schuler, CSR

CONFIDENTIAL
WFB-G 02330

**EXHIBIT 07**

June 16 through July 17, 2007
Account Number: REDACTED
Page 2 of 5

### Activity detail
#### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 06/21 | Online Transfer Ref #IBE256Flpz From Business Checking 3242166Xxx On 06/21/07 | 486.00 |
| 06/22 | ATM Deposit −06/22 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,208.76 |
| 06/29 | ATM Deposit −06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 3,485.45 |
| 07/03 | Online Transfer Ref #IBEMJJC2Cw From Checking 0221724Xxx On 07/03/07 | 100.00 |
| 07/05 | Online Transfer Ref #IBEJMGXN4M From Checking 0221724Xxx On 07/04/07 | 100.00 |
| 07/06 | ATM Deposit −07/06 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 5,001.81 |
| 07/11 | Online Transfer Ref #Ibefqfwxfc From Checking 0221724Xxx On 07/11/07 | 100.00 |
| 07/13 | ATM Deposit −07/13 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 4,619.35 |
| 07/13 | Online Transfer Ref #Ibeqflkshq From Checking 0221724Xxx On 07/13/07 | 100.00 |
| 07/16 | Online Transfer Ref #Ibetbncyps From Business Checking 6706972Xxx On 07/16/07 | 100.00 |
| 07/17 | Online Transfer Ref #IBEQFLXX9X From Checking 0221724Xxx On 07/17/07 | 50.00 |

**Total deposits** $18,351.37

### Withdrawals
*Other withdrawals*

| Date | Description | $ Amount |
|---|---|---|
| 06/18 | Online Transfer Ref #IBEMJH56Ck To Checking 0221724Xxx On 06/17/07 | 1,200.00 |
| 06/18 | Online Transfer Ref #IBETBL5Qlk To Business Checking Inv Sc 044 | 1,115.00 |
| 06/18 | ATM Withdrawal −06/17 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 200.00 |
| 06/18 | Check Crd Purchase 06/16 U-Store-It-475909-794-0560Ca 446024XXXXXX5000 169740012034598 ?MCC=4225 121042882DA | 103.00 |
| 06/18 | POS Purchase −06/17 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 53.21 |
| 06/18 | POS Purchase −06/16 Mach ID 000000 Longs Drugs 054Longs Drugyucaipa Ca 5000 ?MCC=5912 121042882DA | 41.45 |
| 06/18 | Check Crd Purchase 06/15 Sport Shack Yucaipa Ca 446024XXXXXX5000 168740021280717 ?MCC=5941 121042882DA | 27.01 |
| 06/18 | Check Crd Purchase 06/17 California Sportservic Los Angeles Ca 446024XXXXXX5000 169740012767747 ?MCC=5947 121042882DA | 16.00 |
| 06/19 | POS Purchase −06/19 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 105.34 |
| 06/20 | Online Transfer Ref #IBEMJH9Trp To Checking 0221724Xxx On 06/20/07 | 30.00 |
| 06/22 | Check Crd Purchase 06/21 Vzwrlss-Ivr Vw 800 9220204Ca 446024XXXXXX5000 173740009260165 ?MCC=4814 121042882DA | 428.72 |
| 06/22 | POS Purchase −06/22 Mach ID 000000 Arco Paypoint Arco Paypoyucaipa Ca 5000 ?MCC=5541 121042882DA | 58.06 |
| 06/22 | POS Purchase −06/22 Mach ID 000000 USA Cleaners Inusa Cleaneyucaipa Ca 5000 ?MCC=7216 121042882DA | 50.80 |
| 06/22 | POS Purchase −06/22 Mach ID 000000 Sou Ross Storessou Ross Syucaipa Ca 5000 ?MCC=5331 121042882DA | 19.36 |
| 06/25 | Online Transfer Ref #IBEBTC37Y3 To Savings Taxes | 1,650.00 |

*Continued on next page*

CONFIDENTIAL
WFB-G 02331

**EXHIBIT 07**

June 16 through July 17, 2007
Account Number: REDACTED
Page 3 of 5

*Other withdrawals -continued*

| Date | Description | $ Amount |
|---|---|---|
| 06/25 | Online Transfer Ref #IBE7X9KF9W  To Business Checking Inv Sc 047 048 | 1,280.00 |
| 06/25 | Online Transfer Ref #IBE256L38Y  To Checking 0221724Xxx On 06/23/07 | 800.00 |
| 06/25 | Online Transfer Ref #IBE256L385  To Business Checking 6706972Xxx On 06/23/07 | 100.00 |
| 06/25 | POS Purchase -06/23 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 208.22 |
| 06/25 | POS Purchase -06/24 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 66.09 |
| 06/25 | POS Purchase -06/25 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 37.40 |
| 06/29 | ATM Withdrawal -06/29 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 40.00 |
| 07/02 | Online Transfer Ref #IBEMJJ2Jsh  To Business Checking Inv Sc 049 050 | 1,465.00 |
| 07/02 | Online Transfer Ref #IBE25738Np  To Checking Mortgage | 1,000.00 |
| 07/02 | Online Transfer Ref #IBEQFKKQX4  To Checking 0221724Xxx On 06/30/07 | 500.00 |
| 07/02 | POS Purchase -07/01 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 81.71 |
| 07/02 | POS Purchase -06/29 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 64.51 |
| 07/02 | POS Purchase -06/30 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 53.84 |
| 07/02 | POS Purchase -07/01 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 10.76 |
| 07/03 | Check Crd Purchase 07/01 Go Wireless Yuc Og 241 Yucaipa Ca 446024XXXXXX5000 184740005907573 ?MCC=4812   121042882DA | 234.39 |
| 07/03 | POS Purchase -07/03 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 67.17 |
| 07/03 | POS Purchase -07/03 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251   121042882DA | 28.00 |
| 07/05 | Online Transfer Ref #IBE7Xbgxxz  To Business Checking 3242166Xxx On 07/05/07 | 50.00 |
| 07/05 | Check Crd Purchase 07/02 Kaiser Pharmacy #163 Colton Ca 446024XXXXXX5000 185740009933398 ?MCC=5912   121042882DA | 31.41 |
| 07/06 | POS Purchase -07/06 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 45.46 |
| 07/09 | Online Transfer Ref #IBEJMH5Yjt  To Business Checking Inv Sc 051 052 | 2,700.00 |
| 07/09 | Online Transfer Ref #IBE52954Th  To Savings Taxes | 1,500.00 |
| 07/09 | Online Transfer Ref #IBEBTD5M6Q  To Checking 0221724Xxx On 07/07/07 | 500.00 |
| 07/09 | ATM Withdrawal -07/07 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/09 | Online Transfer Ref #IBE257NK84  To Business Checking 6706972Xxx On 07/07/07 | 50.00 |
| 07/09 | POS Purchase -07/08 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 149.16 |
| 07/09 | POS Purchase -07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251   121042882DA | 14.96 |
| 07/09 | Check Crd Purchase 07/07 Hollywood Video Yucaipa Ca 446024XXXXXX5000 190740011296493 ?MCC=7841   121042882DA | 11.82 |
| 07/09 | POS Purchase -07/08 Mach ID 000000 Radio Shack Radio Shacyucaipa Ca 5000 ?MCC=5732 121042882DA | 4.30 |
| 07/09 | POS Purchase -07/08 Mach ID 000000 SY8 True Value SY8 True Vyucaipa Ca 5000 ?MCC=5251   121042882DA | 3.11 |

*Continued on next page*

CONFIDENTIAL
WFB-G 02332

**EXHIBIT 07**

June 16 through July 17, 2007
Account Number:   REDACTED
Page 4 of 5

*Other withdrawals -continued*

| Date | Description | $ Amount |
|---|---|---|
| 07/10 | POS Purchase −07/10 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 57.86 |
| 07/11 | POS Purchase −07/11 Mach ID 000000 Vons Store Vons Syucaipa Ca 5000 ?MCC=5411 121042882DA | 80.31 |
| 07/12 | Check Crd Purchase 07/03 Tnt Fireworks #BBB0142 San Bernardin Ca 446024XXXXXX5000 193740007099671 ?MCC=5999   121042882DA | 68.85 |
| 07/12 | POS Purchase −07/12 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 24.76 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/13 | Overdraft Fee | 34.00 |
| 07/16 | Online Transfer Ref #IBEFQG55R9   To Business Checking Inv Sc 053 054 | 2,100.00 |
| 07/16 | Online Transfer Ref #IBE529M7C2   To Savings 6324121Xxx On 07/14/07 | 1,200.00 |
| 07/16 | Online Transfer Ref #IBEX7PN3R4   To Checking 0221724Xxx On 07/14/07 | 800.00 |
| 07/16 | Online Transfer Ref #IBEJMHNCF6   To Business Checking Storage | 100.00 |
| 07/16 | ATM Withdrawal −07/14 Mach ID 8467Q 33644 Yucaipa Blvd Yucaipa Ca 5000 | 60.00 |
| 07/16 | Recurring Transfer Ref #OPEJMHPH5G   To Savings 6324121Xxx | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 107.71 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 73.90 |
| 07/16 | POS Purchase −07/14 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 35.51 |
| 07/16 | POS Purchase −07/16 Mach ID 000000 Stater Bros. #2Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 25.00 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 21.53 |
| 07/16 | POS Purchase −07/15 Mach ID 000000 Kragen #1420 Kragen #Yucaipa Ca 5000 ?MCC=5533 121042882DA | 7.32 |
| 07/17 | POS Purchase −07/17 Mach ID 000000 Stater Bros. #1Stater Broyucaipa Ca 5000 ?MCC=5411 121042882DA | 49.93 |

Total other withdrawals   $21,160.94

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|---|---|---|---|---|---|
| 06/15 | 2,956.82 | 06/29 | 3,507.37 | 07/11 | 45.41 |
| 06/18 | 201.15 | 07/02 | 331.55 | 07/12 | −48.20 |
| 06/19 | 95.81 | 07/03 | 101.99 | 07/13 | 4,603.15 |
| 06/20 | 65.81 | 07/05 | 120.58 | 07/16 | 147.18 |
| 06/21 | 551.81 | 07/06 | 5,076.93 | 07/17 | 147.25 |
| 06/22 | 4,203.63 | 07/09 | 83.58 | | |
| 06/25 | 61.92 | 07/10 | 25.72 | | |

*Thank you for banking with Wells Fargo.*

001938

CONFIDENTIAL
WFB-G 02333

**EXHIBIT 07**