## Account Statement
May 24 through June 25, 2007
Account Number:   REDACTED
Page 1 of 5



ERIN  V  WALKER
REDACTED

Thank you for banking with Wells Fargo. For assistance, call: 1-800-TO-WELLS (1-800-869-3557), TDD number (for the hearing impaired only):1-800-877-4833.  Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

---

Do you need more money for college? If you need funds to cover your tuition costs, or other school related expenses, Wells Fargo offers a variety of student loans that can help (student loans are subject to qualification). The Federal Stafford Loan is among the most affordable student loan options available today, and Wells Fargo makes this good deal even better with no up-front fees and generous repayment benefits when you repay responsibly.

Graduate and professional students can secure even more federal funding with the Federal PLUS Loan. With this loan, graduate students can borrow up to the cost of education and defer payments while in school.

If federal funding isn't enough to cover your undergraduate expenses, we also offer private loans to help bridge the gap. Our private loans are available to students attending full-time, half-time, or less than half-time. You pay no origination, disbursement or repayment fees and you can postpone payments while you're in school. Once you leave school, we can help simplify repayment of your federal loans, and possibly improve your cash flow each month with federal loan consolidation.

To learn more about Wells Fargo student loans or to apply today, visit www.wellsfargo.com/student or call 1-800-658-3567.

---

### Wells Fargo College Checking
Erin V Walker
REDACTED

Account Number:   REDACTED

**Activity summary**
| | |
|---|---|
| Balance on 05/23 | $32.80 |
| Deposits | 281.22 |
| Withdrawals | −846.82 |
| Balance on 06/25 | −$532.80 |

Before you leave on your next vacation, don't forget to get American Express Travelers Cheques. For more information and to purchase your Travelers Cheques, talk to your local banker. Or sign on to Wells Fargo Online Banking at wellsfargo.com and select "Account Services" then "Order Travelers Cheques".

Continued on next page

```
Exhibit No. 141
6/13/08
E. Walker
P. Y. Schuler, CSR
```

GUT000500

**EXHIBIT 8**

May 24 through June 25, 2007
Account Number:   REDACTED
Page 2 of 5

## Activity detail

### Deposits

| Date | Description | $ Amount |
|---|---|---|
| 05/29 | ATM Deposit −05/26 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 8107 | 92.50 |
| 06/01 | ATM Deposit −05/31 Mach ID 0408B Gardena Main Gardena Ca 0202 | 92.50 |
| 06/04 | Overdraft Protection From 6433237655 | 3.72 |
| 06/08 | ATM Deposit −06/07 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 92.50 |
| **Total deposits** | | **$281.22** |

### Withdrawals

#### Checks

| Number | Date | $ Amount | Number | Date | $ Amount | Number | Date | $ Amount |
|---|---|---|---|---|---|---|---|---|
| 104 | 06/04 | 8.79 | | | | | | |
| **Total checks** | | | | | | | | **$8.79** |

#### Other withdrawals

| Date | Description | $ Amount |
|---|---|---|
| 05/24 | Check Crd Purchase 05/22 Johnnies NEW York Pizz Los Angeles Ca 446024XXXXXX0202 144740005612045 ?MCC=5814   121042882DA | 11.64 |
| 05/29 | ATM Withdrawal −05/28 Mach ID M926EXC2 Us Bank Beverlyu.S. Bank Beverly Hillsus 0202 | 22.00 |
| 05/29 | Non−Wells Fargo ATM Transaction Fee | 2.00 |
| 05/29 | ATM Withdrawal −05/26 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 05/29 | POS Purchase −05/26 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 8.16 |
| 05/29 | Check Crd Purchase 05/28 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 149740009395503 ?MCC=5814   121042882DA | 4.25 |
| 05/29 | POS Purchase −05/26 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 4.20 |
| 05/30 | Check Crd Purchase 05/28 Sharky'S Woodfired Gri Beverly Hills Ca 446024XXXXXX0202 150740005344745 ?MCC=5814   121042882DA | 9.18 |
| 05/30 | Check Crd Purchase 05/29 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 150740010204630 ?MCC=5814   121042882DA | 5.09 |
| 05/31 | ATM Withdrawal −05/31 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 05/31 | Check Crd Purchase 05/29 Chevron 00094786 Culver City Ca 446024XXXXXX0202 151740008300206 ?MCC=5542   121042882DA | 20.32 |
| 05/31 | Check Crd Purchase 05/30 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 151740010634267 ?MCC=5814   121042882DA | 6.85 |
| 05/31 | POS Purchase −05/31 Mach ID 000000 Vons Store Vons Sculver City Ca 0202 ?MCC=5411 121042882DA | 4.05 |
| 06/01 | ATM Withdrawal −06/01 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 06/01 | Check Crd Purchase 05/30 Il Fornaio −Bvrly Hls Beverly Hill Ca 446024XXXXXX0202 152740005500468 ?MCC=5812   121042882DA | 22.16 |

*Continued on next page*

GUT000501

**EXHIBIT 8**

May 24 through June 25, 2007
Account Number:   REDACTED
Page 3 of 5

**Other withdrawals** -continued

| Date | Description | $ Amount |
|---|---|---|
| 06/01 | POS Purchase −06/01 Mach ID 000000 Shell Service Sshell Servtorrance Ca 0202 ?MCC=5541 121042882DA | 1.49 |
| 06/04 | POS Purchase −06/02 Mach ID 000000 Arco Paypoint Arco Paypoculver City Ca 0202 ?MCC=5541   121042882DA | 20.61 |
| 06/04 | Check Crd Purchase 06/01 Shell Oil 57442712709 Torrance Ca 446024XXXXXX0202 154740009032785 ?MCC=5542   121042882DA | 20.27 |
| 06/04 | Check Crd Purchase 05/31 Essence Of Nature Los Angeles Ca 446024XXXXXX0202 154740017548467 ?MCC=5912   121042882DA | 10.92 |
| 06/04 | Check Crd Purchase 05/29 Jackson Market Culver City Ca 446024XXXXXX0202 154740017548466 ?MCC=5499   121042882DA | 9.66 |
| 06/04 | Check Crd Purchase 06/01 Sandbags Beverly Hills Ca 446024XXXXXX0202 154740018276061 ?MCC=5814   121042882DA | 7.52 |
| 06/04 | Check Crd Purchase 06/02 Starbucks USA 00005058 Beverly Hills Ca 446024XXXXXX0202 155740009491838 ?MCC=5814   121042882DA | 5.55 |
| 06/04 | Check Crd Purchase 06/02 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 154740013530978 ?MCC=5814   121042882DA | 4.10 |
| 06/04 | Check Crd Purchase 06/01 Jamba Juice 52 Beverly H Ca 446024XXXXXX0202 155740005935774 ?MCC=5814   121042882DA | 4.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Overdraft Fee | 34.00 |
| 06/05 | Check Crd Purchase 06/03 Coffee Bean&tea Lea Glendale Ca 446024XXXXXX0202 156740004322565 ?MCC=5814   121042882DA | 6.60 |
| 06/06 | Overdraft Fee | 34.00 |
| 06/06 | ATM Withdrawal −06/05 Mach ID 4803P 11030 Jefferson Bl Culver City Ca 0202 | 20.00 |
| 06/06 | POS Purchase −06/05 Mach ID 000000 Arco Paypoint Arco Paypoculver City Ca 0202 ?MCC=5541   121042882DA | 20.78 |
| 06/06 | Check Crd Purchase 06/04 Coldstn Cream#753 Q24 Los Angeles Ca 446024XXXXXX0202 157740005149600 ?MCC=5812   121042882DA | 4.69 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Overdraft Fee | 34.00 |
| 06/07 | Continuous OD Level 2 Charge | 5.00 |
| 06/08 | Check Crd Purchase 06/07 Starbucks USA 00005058 Beverly Hills Ca 446024XXXXXX0202 159740004537789 ?MCC=5814   121042882DA | 5.60 |
| 06/08 | Continuous OD Level 2 Charge | 5.00 |
| 06/11 | Overdraft Fee | 34.00 |
| 06/11 | Check Crd Purchase 06/05 Jackson Market Culver City Ca 446024XXXXXX0202 161740020027308 ?MCC=5499   121042882DA | 10.34 |
| 06/11 | Continuous OD Level 2 Charge | 5.00 |
| 06/12 | Overdraft Fee | 34.00 |

Continued on next page

May 24 through June 25, 2007
Account Number:    REDACTED
Page 4 of 5

*Other withdrawals -continued*

| Date | Description | $ Amount |
|------|-------------|----------|
| 06/12 | Continuous OD Level 2 Charge | 5.00 |
| 06/13 | Continuous OD Level 2 Charge | 5.00 |
| 06/14 | Continuous OD Level 2 Charge | 5.00 |
| **Total other withdrawals** | | **$838.03** |
| **Total withdrawals** | | **$846.82** |

No matter where you go, chances are there is a Wells Fargo Bank or ATM near you. With over 3,000 locations and 6,500 ATMs across 23 states, plus FREE online access and Online Statements, you can be sure your account information and access are within close reach. Visit wellsfargo.com to find information on free online access, online statements and locations of Wells Fargo ATMs/Banking Stores.

**Daily balance summary**

| Date | $ Balance | Date | $ Balance | Date | $ Balance |
|------|-----------|------|-----------|------|-----------|
| 05/23 | 32.80 | 06/01 | 36.41 | 06/08 | -434.46 |
| 05/24 | 21.16 | 06/04 | -51.29 | 06/11 | -483.80 |
| 05/29 | 53.05 | 06/05 | -329.89 | 06/12 | -522.80 |
| 05/30 | 38.78 | 06/06 | -409.36 | 06/13 | -527.80 |
| 05/31 | -12.44 | 06/07 | -516.36 | 06/14 | -532.80 |

*Thank you for banking with Wells Fargo.*

GUT000503

**EXHIBIT 8**