Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:   (909) 557-1250
Facsimile:   (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:   C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>MANUAL FILING NOTIFICATION<br><br>EXHIBIT 1 [Portions] AND EXHIBIT 2 TO *REDACTED VERSION*: DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT<br><br>DATE: August 21, 2008<br>TIME:   8:00 a.m.<br>Courtroom:   9<br><br>Judge Assigned:   Hon. William H. Alsup |

**MANUAL FILING NOTIFICATION**

**EXHIBIT 1 (PORTIONS) AND EXHIBIT 2 TO THE *REDACTED VERSION*: DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

-1-

Manual Filing Notification
Case No.:   C 07-05923 WHA (JCSx)

-2-

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office.  If you are a participant in this case, this filing will be served in hard-copy shortly.  For
3  information on retrieving this filing directly from the court, please see the court's main web site at
4  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
5      These documents were not e-filed for the following reasons:
6      [X]   **Items Under Seal.**

8  DATED: July 30, 2008.                                    McCUNE & WRIGHT, LLP

10                                                          BY: _____
11                                                          Richard D. McCune
                                                            Attorney for Plaintiffs