Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**AFFIDAVIT OF SERVICE [PERSONAL DELIVERY]**<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed: November 21, 2007 |

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216, Redlands, California, 92374.

-1-

On **July 31, 2008,** I served the foregoing documents described below on the interested parties through their respective attorneys of record in this action, by placing ☒ true copies of the following documents in sealed envelopes:

1. 8 ½ x 11 SEALED ENVELOPE MARKED "DOCUMENTS SUBMITTED UNDER SEAL" CONTAINING: *FILED UNDER SEAL:* PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT WELLS FARGO BANK, N.A. FOR SUMMARY JUDGMENT; *FILED UNDER SEAL:* DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND EXHIBITS;

2. *"REDACTED VERSION":* PLAINTIFFS' OPPOSITION TO DEFENDANT WELLS FARGO BANK, N.A. MOTION FOR SUMMARY JUDGMENT;

3. *"REDACTED VERSION":* DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; EXHIBITS;

4. MANUAL FILING NOTIFICATION

5. DECLARATION OF WILLIAM SMITH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;

6. DECLARATION OF VERONICA GUTIERREZ IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;

7. DECLARATION OF ERIN WALKER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT;

8. PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UNDER SEAL AND PORTIONS OF DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF OPPOSITION AND EXHIBITS;

9. DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PORTIONS OF DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF OPPOSITION AND EXHIBITS

10. [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE RELIEF.

Affidavit of Service [Personal Delivery]
Case No.:  C 07-05923 WHA (JCSx)

Said envelope was addressed for delivery to:

| | |
|---|---|
| **Sonya D. Winner, Esquire** | **Attorneys for Defendant, Wells Fargo Bank, N.A.** |
| **David M. Jolley, Esquire** | |
| **Margaret G. May, Esquire** | |
| **COVINGTON & BURLING, LLP** | |
| **One Front Street** | |
| **San Francisco, CA  94111** | |
| **Telephone:  (415) 591-6000** | |
| **Facsimile:  (415) 591-6091** | |

**METHOD OF SERVICE**:

[ X ]  **(BY PERSONAL DELIVERY)**    I caused such document to be personally delivered to the offices of the addressee above.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on the above-referenced date at Redlands, California.

_____
Jae K. Kim

---

Affidavit of Service [Personal Delivery]
Case No.:  C 07-05923 WHA (JCSx)