1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone:  (415) 591-6000
   Facsimile:  (415) 591-6091
5  E-mail:  mmay@cov.com

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.
7

8
                     **UNITED STATES DISTRICT COURT**
9
                   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 VERONICA GUTIERREZ, *et al.*,           Civil Case No.:  CV-07-5923 WHA (JCSx)

12                Plaintiffs,              [PROPOSED] ORDER GRANTING
                                           DEFENDANT WELLS FARGO BANK,
13     v.                                  N.A.'S ADMINISTRATIVE MOTION
                                           FOR LEAVE TO FILE UNDER SEAL
14 WELLS FARGO & COMPANY, *et al.*,        PORTIONS OF DECLARATION OF
                                           MARK LENTZ
15                Defendants.
                                           Date:      August 21, 2008
16                                         Time:      8:00 a.m.
                                           Courtroom: 9
17
                                           Honorable William H. Alsup
18

19
         Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative
20
   Motion for Leave to File Under Seal Portions of Declaration of Mark Lentz in Support of
21
   Opposition to Motion for Class Certification ("Administrative Motion"), and good cause
22
   appearing as described in the accompanying declaration of Margaret G. May, Defendant's
23
   Administrative Motion IS GRANTED.
24
         The following portions of the documents and exhibits submitted by Wells Fargo
25
   Bank, N.A. in connection with its Opposition to plaintiffs' Motion for Class Certification shall
26
   be filed under seal:
27

28

1  **Declaration of Mark Lentz**:

2      (a). Page 12, lines 12-16 (the numbers of transactions, accounts, analyst days
3  and analyst years);

4      (b). Page 15, lines 14-21 (the customer's witness number and name);

5      (c). Page 17, lines 9-18 (the customer's witness number and name);

6      (d). Page 17, line 24-page 18, line 3 (the customer's witness number and name);

7      (e). Page 17, line 28 (from "including …" to end of sentence);

8      (f). Page 18, lines 1-2 (from "$ …" to end of sentence);

9      (g). Page 18, line 7 (from "like …" to end of parentheses);

10     (h). Page 18, lines 8-9 (from "for which …" to end of parentheses);

11     (i). Page 18, lines 9-18 (from "To offer …" through end of paragraph);

12     (j). Page 19, line 4 (the customer's witness number and name);

13     (k). Page 20, lines 2-9 (the customer's witness number and name);

14  **Exhibit F:**    (l). Customers' personal account statements.

15     IT IS SO ORDERED.

17  DATED: August __4__, 2008       _____
                                    Hon. William H. Alsup