Richard D. McCune, Esq. State Bar No. 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, Esq., State Bar No. 236805
jkk@mwtriallawyers.com
MCCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**ERRATA TO PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT WELLS FARGO BANK, N.A, FOR SUMMARY JUDGMENT**<br><br>**DATE: August 21, 2008**<br>**TIME: 8:00 a.m.**<br>**DEPT: Courtroom 9, 19th Floor**<br><br>Judge Assigned: Hon. William H. Alsup<br>Original Complaint filed: November 21, 2007 |

In reviewing Plaintiffs' Opposition to Motion of Defendant Wells Fargo Bank, N.A. for Summary Judgment ("the Opposition"), filed July 31, 2008, Counsel for Plaintiffs Veronica Gutierrez, Erin Walker and William Smith noted an editing error. Accordingly, Plaintiffs submit this Errata.

1. This Errata corrects the following error:

   1. In reference to the United States District Court, Northern District of California case *Jefferson v. Chase Home Finance*, 2008 WL 1883484 (N.D. Cal., April 29, 2008), Plaintiffs mistakenly stated within the Argument section of the Opposition that the presiding court was the "Ninth Circuit." Instead, the presiding court in *Jefferson* should read the "Northern District of California." This mistake was made in the following instances of the Opposition: page 17, line 19; page 18, line 9; page 19, line 23; page 20, line 7; and Page 20, footnote 6, first sentence.

Plaintiffs regret any confusion this error may have caused.

DATED: August 4, 2008.

McCUNE & WRIGHT, LLP

BY: _____ for
Richard D. McCune
Attorney for Plaintiffs

ERRATA TO PLAINTIFFS' OPPOSITION TO MOTION OF DEFENDANT WELLS FARGO BANK, N.A, FOR SUMMARY JUDGMENT
Case No.: C 07-05923 WHA (JCSx)