1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone: (415) 591-6000
   Facsimile: (415) 591-6091
5  E-mail: mmay@cov.com

6  Attorneys for Defendants
   WELLS FARGO BANK, N.A. and
7  WELLS FARGO & CO.

8
   **UNITED STATES DISTRICT COURT**
9
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11 VERONICA GUTIERREZ, *et al.*,                    Civil Case No.: CV-07-5923 WHA (JCSx)

12                    Plaintiffs,                  **[PROPOSED] ORDER GRANTING
                                                   DEFENDANT WELLS FARGO BANK,
13         v.                                      N.A.'S ADMINISTRATIVE REQUEST
                                                   TO FILE UNDER SEAL PORTIONS
14 WELLS FARGO & COMPANY, *et al.*,                OF (1) PLAINTIFFS' OPPOSITION TO
                                                   MOTION FOR SUMMARY
15                    Defendants.                  JUDGMENT AND (2) EXHIBITS TO
                                                   THE SUPPORTING DECLARATION
16                                                 OF RICHARD MCCUNE**

17                                                 Date:       August 21, 2008
                                                   Time:       8:00 a.m.
18                                                 Courtroom:  9

19                                                 Honorable William H. Alsup

20

21         Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative

22 Request to File Under Seal Portions of (1) Plaintiffs' Opposition to Motion for Summary

23 Judgment and (2) Exhibits to the Supporting Declaration of Richard McCune ("Administrative

24 Request"), and a compelling reason appearing as described in the accompanying declaration of

25 Margaret G. May, Defendant's Administrative Request IS GRANTED.

26         The following portions of the documents submitted by plaintiffs in connection

27 with their Opposition to Motion for Summary Judgment shall be filed under seal:

28

1  **Opposition to Motion for Summary Judgment ("Summary Judgment Opposition"):**

2      (a).  Page 3, line 8 (the dollar amount);

3      (b).  Page 3, lines 13-15 (the percentages of customers);

4  **Declaration of Richard McCune ("McCune Declaration"):**

5  **Exhibit 1:**  (c).  Page 5, lines 10-11 (the actual numbers of customers);

6      (d).  Page 6, lines 11-12 (the actual numbers of customers);

7      (e).  Page 8, lines 26-27 (the actual numbers of customers);

8      (f).  Page 10, lines 27-28 (the actual numbers of customers);

9      Plaintiffs shall prepare and file revised redacted public versions of the Summary

10 Judgment Opposition and the McCune Declaration to conform with this order.  The complete

11 unredacted versions of the Summary Judgment Opposition and the McCune Declaration that

12 plaintiffs previously lodged shall be filed under seal.

13     IT IS SO ORDERED.

14

15 DATED:  August ___, 2008          _____

16         Hon. William H. Alsup