1  Richard D. McCune, Esq. State Bar No. 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, Esq., State Bar No. 236805         **PUBLIC VERSION**
   jkk@mwtriallawyers.com
3  MCCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, California  92374
   Telephone:  (909) 557-1250
5  Facsimile:  (909) 557-1275

6  Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
   mbreit@wdklaw.com
7  WHATLEY DRAKE & KALLAS, LLC
   1540 Broadway, 37th Floor
8  New York, NY  10036
   Telephone:  (212) 447-7070
9  Facsimile:  (212) 447-7077

10 Attorneys for Plaintiffs,
   VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH,
11 on behalf of themselves and all others similarly situated

12
                       UNITED STATES DISTRICT COURT
13
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15

16 VERONICA GUTIERREZ, ERIN WALKER  ) Case No.:   C 07-05923 WHA (JCSx)
   and WILLIAM SMITH, as individuals, and on )
17 behalf of all others similarly situated,   )           CLASS ACTION
                                              )
18              Plaintiffs,                   ) ***PUBLIC VERSION:***
                                              ) **DECLARATION OF RICHARD D. McCUNE IN**
19      v.                                    ) **SUPPORT OF PLAINTIFFS' REPLY TO**
                                              ) **OPPOSITION OF WELLS FARGO BANK, N.A.**
20 WELLS FARGO & COMPANY; WELLS               ) **TO PLAINTIFFS' MOTION FOR CLASS**
   FARGO BANK, N.A.; and DOES 1 through       ) **CERTIFICATION; EXHIBITS**
21 125,                                       )
                                              ) **DATE: August 21, 2008**
22              Defendants.                   ) **TIME: 8:00 a.m.**
                                              ) **DEPT:  Courtroom 9, 19th Floor**
23                                            )
                                              ) Judge Assigned:  Hon. William H. Alsup
24                                            ) Complaint Filed: November 21, 2007
                                              )
25

26 I, RICHARD D. McCUNE, declare:

27     1.      I am an attorney licensed to practice law before all of the courts of the State of California and

28             I am a partner of McCune & Wright, LLP, counsel of record for Plaintiffs.  The following

-1-

*PUBLIC VERSION*: Declaration of Richard D. McCune in Support of Plaintiffs' Reply to Defendant's Opposition to
Plaintiffs' Motion for Class Certification
Case No.:  C 07-05923 WHA (JCSx)

1  facts are within my personal knowledge or based on records and files at my law firm, and, if
2  called upon as a witness, I could and would testify competently thereto.

3. 2. Plaintiffs cite a number of documents produced by Wells Fargo and deposition transcripts of Wells Fargo's employees which Wells Fargo has designated as being "Confidential," "Highly Confidential," or "Confidential – Attorneys' Eyes Only," or the like. These documents are manually submitted under seal for filing, or if only portions of the documents have some form of confidential designation, then redacted versions of those documents are filed in the public version of the exhibits and the unredacted versions are manually filed under seal. Likewise, the information set forth from these documents in Plaintiffs' Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification is being redacted from the public version of the pleading.

3. Attached hereto **Exhibit 19** is a true and correct recorded copy of a Wells Fargo Television Advertisement. **[MANUAL FILING – Non/Graphic/Text Computer File (audio, video) on DVD]**

4. Attached hereto as **Exhibit 20** are true and correct copies of selected Print Advertisements produced by Wells Fargo in discovery.

5. Attached hereto as **Exhibit 21** are true and correct copies of selected Radio Commercials for produced by Wells Fargo in discovery.

6. Attached hereto as **Exhibit 22** are true and correct copies of selected Wells Fargo Statement Advertisements produced by Wells Fargo in discovery.

7. Attached hereto as **Exhibit 23** are true and correct copies of selected ATM Advertisements produced by Wells Fargo in discovery.

8. Attached hereto as **Exhibit 24**, are excerpts of the Deposition of Mark Lentz, taken on April 25, 2008, at pp. 7:15-19, 13:17-14:6, 52:25-53:6, 55:10-14 and 71:18-72:5. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

9. Attached hereto as **Exhibit 25** is a true and correct copy of the April 25, 2008 Deposition Notice.

10. Attached hereto as **Exhibit 26** are true and correct copies of Plaintiffs' Notice of Taking Depositions for depositions taken on June 24, June 25, July 2, and July 9, 2008.

11. Attached hereto as **Exhibit 27** are excerpts of the Deposition of Paul Williamson, taken on July 9, 2008, at pp. 18:19-19:1, 19:16-20:19 and 27:25-28:3. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

12. Attached hereto as **Exhibit 28** is a true and correct copy of BMGP Data Fields. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

13. Attached hereto as **Exhibit 29** are excerpts of the Deposition of Karen Moore, taken on June 2, 2008, at pp. 16:25-19:6. **[CONFIDENTIAL DOCUMENT SUBMITTED SEPARATELY UNDER SEAL]**

14. Attached hereto as **Exhibit 30** is a true and correct copy of the October 11, 2006 Insufficient Funds Notice sent to Veronica Gutierrez.

15. Attached hereto as **Exhibit 31** are excerpts of the Deposition of Erin Walker, taken on June 13, 2008, at pp. 59:25-60:13.

16. Attached hereto as **Exhibit 32** are excerpts of the Deposition of William Smith, taken on June 18, 2008, at pp. 49:22-51:19.

17. I have been contacted by over 50 aggrieved Wells Fargo customers, most of who are willing to serve as class representatives should the Court decide additional class representatives are necessary.

I so declare the above is true and correct under penalty of perjury under the laws of the United States.

Executed on August 7, 2008, at Redlands, California.

_____
Richard D. McCune

*PUBLIC VERSION:* Declaration of Richard D. McCune in Support of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification
Case No.: C 07-05923 WHA (JCSx)