# NOTICE OF MANUAL FILING
## Non Graphic/Text Computer File
### (audio, video, etc.) on CD or other media

## Exhibit 19

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.:  C 07-05923 WHA



GUTIERREZ v. WELLS FARGO

Case No:  C 07-05923

Contents:
• EXHIBIT "19"
to Richard McCune
Declaration

McCUNE
WRIGHT

2068 Orange Tree Lane, Ste. 216
Redlands, CA  92374
909.557-1250 - Telephone   909.557-1275 – Fax
www.mwtriallawyers.com

# EXHIBIT "19"
## Manually Filed