

EXHIBIT 20    WFB-G 04064





**EXHIBIT 20**                                                    WFB-G 04027



EXHIBIT 20





**EXHIBIT 20**