## Radio



| | |
|---|---|
| CLIENT: | WELLS FARGO |
| CODE #: | WFBR-4089 |
| JOB #: | WFL-CM-D4-155/AS PRODUCED |
| TITLE: | "SNEAKERS" |
| LENGTH: | :60 |
| DATE: | 4/22/04 |

340 Main Street
Venice, California 90291
Telephone: (310) 907-1500

Page 2 of 2

PERI:   It seems like you can get free checking anywhere. Even a shoe store. So what makes that so special? That's why Wells Fargo gives you more than free checking. Because not only does Wells Fargo have free checking with direct deposit, ==you also get free access to online banking so you can check balances,== view statements and transfer funds from anywhere. So don't settle. Expect more from your checking. Get free online access from the leader in Internet banking today.

SFX:    STAGECOACH

PERI:   Wells Fargo. The Next Stage.
        Wells Fargo Bank, N.A. Member FDIC.

•As Produced Script Information:

| | |
|---|---|
| Art Director: | |
| Copywriter: | Barry Fiske and Gerard Seifert |
| Agency Producer: | Connie Myck |
| Creative Director: | |
| Producer: | |
| Director: | |
| Recording Studio: | Margarita Mix Hollywood 4/23/04 |
| Engineer: | Wouter van Herwerden |
| Editor: | |
| Edit Facility: | |
| OnLine Facility/Editor: | |
| Mix Facility: | |
| Music (Original or Stock): | "Destinations" by Trivers Meyers |
| V/O Talent: | Peri Gilpin, Clerk– Brian Konowal, Guy– Robert Cait |
| On Camera Talent: | |
| Notes: | |
| First Air Date: | |

•Include dates for all information listed above

Proofreader/Date   Copywriter/Date   Creative Dir/Date   Account Exec/Date   Producer/Date   OK to Produce

© 2004 DDB Worldwide Communications Group, Inc.

**EXHIBIT 21**

WFB-G 02547

# Radio



| | |
|---|---|
| **CLIENT:** | WELLS FARGO |
| **CODE #:** | WFBR-3007 |
| **JOB #:** | WFL-CM-D2-280/AS PRODUCED |
| **TITLE:** | "THINGS I LIKE TO TALK ABOUT" |
| **LENGTH:** | :60 |
| **DATE:** | 1/09/03 |

11601 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 996-5700

Page 1 of 2

MUSIC:      UP

PERI:       I sat down and made a list of all the things I like to talk about. Things like family and movies were on it. Checking accounts weren't. See, I'm like you, talking about checking is not something I do for fun, but it is something you really should do and the best person to do it with is a Wells Fargo banker. They love talking about Wells Fargo's new checking accounts because they let you do things other checking accounts can't. ==They make planning and managing your expenses easier than ever.== For instance, you can organize all your money with Wells Fargo Online, even money at other banks. ==In one glance, you can see all your online accounts from your checking account to your credit card balances.== It's pretty amazing. A Wells Fargo banker would be happy to tell you all about it. And they'll make sure you know how to get the most out of your new account. Wells Fargo wants to help you get to your next stage, and that's something worth talking about.

SFX:        STAGECOACH

            Wells Fargo. The Next Stage.
            Wells Fargo Banks. Members FDIC.

### •As Produced Script Information:

| | |
|---:|:---|
| **Art Director:** | |
| **Copywriter:** | Ed Cole, Rick Bursky |
| **Agency Producer:** | Connie Myck |
| **Recording Studio:** | Margarita Mix- Hollywood 1/8/03 with Woder |
| **Music (Original or Stock):** | Trivers Meyers Music - "Destinations" |
| **V/O Talent:** | Peri Gilpin |
| **On Camera Talent:** | |
| **Notes:** | WFBR-3007 "Things I Like to Talk About" |
| **First Air Date:** | |

Proofreader/Date   Copywriter/Date   Creative Dir/Date   Account Exec/Date   Producer/Date   OK to Produce

© 2003 DDB Worldwide Communications Group, Inc.

**EXHIBIT 21**

WFB-G 02501

# Radio



| | |
|---|---|
| CLIENT: | **WELLS FARGO** |
| CODE #: | **WFBR-3009** |
| JOB #: | **WFL-CM-D2-280/AS PRODUCED** |
| TITLE: | **"TALK IS GREAT"** |
| LENGTH: | **:60** |
| DATE: | **1/09/03** |

11601 Wilshire Boulevard
Los Angeles, California 90025
Telephone: (310) 996-5700

**Page 1 of 2**

MUSIC:   UP

PERI:   A few years back, this guy and I started talking. Yack, yack, yack, you know how it goes. We ended up getting married. If we didn't talk, it never would have happened. Great things can happen when you talk. Talking to a Wells Fargo banker, for instance, can also be the start of something great. You might not marry him, but at least you'll get a great checking account, one that will let you plan and manage your money in ways you've never been able to do before. ==You can stay on top of all your finances with Wells Fargo Online,== even money at other places. You won't find a checking account like this anywhere else. It's amazing, and it's amazingly simple. ==Managing your day-to-day expenses will be easier than ever.== A Wells Fargo banker would be happy to tell you all about it. And they will make sure you understand exactly how your new account works. You'll be up and running, and well on the way to your next stage in no time.

SFX:   STAGECOACH

Wells Fargo. The Next Stage.
Wells Fargo Banks. Members FDIC.

•As Produced Script Information:

| | |
|---|---|
| Art Director: | |
| Copywriter: | Ed Cole, Rick Bursky |
| Agency Producer: | Connie Myck |
| Recording Studio: | Margarita Mix- Hollywood 1/8/03 with Woder |
| Music (Original or Stock): | Trivers Meyers Music - "Destinations" |
| V/O Talent: | Peri Gilpin |
| On Camera Talent: | |
| Notes: | WFBR-3009 "Talk Is Great" |
| First Air Date: | |

•Include dates for all information listed above

Proofreader/Date   Copywriter/Date   Creative Dir/Date   Account Exec/Date   Producer/Date   OK to Produce

© 2003 DDB Worldwide Communications Group, Inc.

**EXHIBIT 21**

WFB-G 02496