Statement Messages 2004-2008

| Marketing Calendar Id | Request Title | Requestor Name | Business Group | Start Date | End Date | Priority | Purpose | Targeting Method | Msg Content Format | Statement Type | Preferred Product | Preferred Window | Delivery Method | Form Number | Approve Message Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7973 | Tran 0406 ATM Mini St - 7973 - A | Steffany Bernier | CDG | 4/1/2006 | 12/31/2006 | 40 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Transactional | All | 100 | Need to check your account balance? Wondering if a check has cleared or been deposited? You can access this information at any Wells Fargo ATM when you request a Mini Statement for a nominal fee. This information is available FREE through Wells Fargo Online Banking and Wells Fargo Phone Bank using the automated phone service – select options 1 and 1 to hear your current balance, 1, 1 and 1 to find out which checks have cleared, and 1, 1 and 2 for deposited checks. |
| 7974 | Tran 0406 Online Srv - 7974 - A | Steffany Bernier | CDG | 4/1/2006 | 8/31/2006 | 50 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Transactional | All | 100 | Have you checked out all the latest account services available online? We're always adding and improving online features to meet your needs, like making it easier to change your address and more convenient ways to send money with a customer-to-customer transfer. And, you can now sign-up for email account alerts based on your preferences. Visit wellsfargo.com often to stay on top of what's new |
| 8115 | Online Statements - 8115 - A | Steffany Bernier | CDG | 4/1/2006 | 4/30/2006 | 50 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Servicing | Paper | 100 | Keep things convenient with Wells Fargo Online Statements. Whether you're at home or at school, moving or on vacation, Online Statements provide you with the same information as on your paper statements, plus it's accessible anywhere, 24/7. More secure than mail, Online Statements never get lost or misdirected to a previous address and can be securely stored on disk. And, they reduce clutter and paper usage, which helps protect the environment. With all these advantages, who needs paper? Sign-up for your Online Statements and view them at wellsfargo.com. |
| 7905 | 0604 OLS - 7905 - A | Shawn Lynch | Wholesale | 5/1/2006 | 5/31/2006 | 30 | Solicitation/Marketing | MDSS | Text | Consumer | N/A | Broadcast | Paper | 100, 120 | Someday, I'll have all my finances organized. Today, take the first step with the following FREE services from Wells Fargo Online Banking. -Track expenses with My Spending Report -Access images of paid checks -Receive monthly statements online -View online tax documents For more information, talk to your local banker or visit wellsfargo.com |
| 8098 | Online Statements - 8098 - A | Colleen Neville |  | 5/1/2006 | 5/31/2006 | 20 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Servicing | All | 100 | Keep things convenient with Wells Fargo Online Statements. Whether you're at home or at school, moving or on vacation, Online Statements provide you with the same information as on your paper statements, and are accessible anywhere, 24/7. More secure than mail, Online Statements never get lost or misdirected to a previous address and can be securely stored on disk. Plus, they reduce clutter and paper usage, which helps protect the environment. With all these advantages, who needs paper? Sign up for Online Statements and view them at wellsfargo.com |

**EXHIBIT 22**

WFB-G 01554

| Marketing Calendar Id | Request Title | Requestor Name | Business Group | Start Date | End Date | Priority | Purpose | Targeting Method | Msg Content Format | Statement Type | Preferred Product | Preferred Window | Delivery Method | Form Number | Approve Message Text |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3293 | Move with Wells - CDG - 3293 - A | Lorry Nelsen | CDG | 5/1/2004 | 5/31/2004 | 40 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Product | All | 100, 120 | No matter where you go, chances are there is a Wells Fargo branch or ATM near you. With over 3,000 branches or 6,200 ATMs across 23 states, as well as FREE online access and Online Statements, you can rest assured that your account information and access are within close reach. Visit wellsfargo com where you will find links from our home page to information on free online access, Online Statements and the locations of Wells Fargo ATMs/Banking Stores Or feel free to call us with questions, at 1-800-869-3557 |
| 3322 | Online Statement Msg - 3322 - A | Suzanne Pack | CDG | 5/1/2004 | 5/31/2004 | 10 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Transactional | Paper | 100, 120 | Make this your last paper statement Get free Online Statements and you'll find it easier to keep track of your personal checking and savings accounts It's simple, convenient and paper-free - plus, you won't have to waste time searching for misplaced paper statements Enroll today at wellsfargospecial com, enter keyword Statement |
| 3420 | Online Banking on CDG - 3420 - A | Carolyn Lee | | 5/1/2004 | 5/31/2004 | 40 | Solicitation/Marketing | DDL | Text | Consumer | N/A | Broadcast | All | 100, 120 | Access your accounts online - for FREE ☐<br><br>Wells Fargo Online Banking puts you in control of your finances. With free, secure online access you can check your balances, transfer funds, view monthly statements, and manage all of your online accounts in one place. To get started, visit wellsfargospecial.com and enter keyword My Online. |
| 3296 | Move with Wells CDG - 3296 - C | Suzanne Pack | CDG | 6/1/2004 | 6/30/2004 | 5 | Solicitation/Marketing | DDL | Text | Consumer | Consumer Checking | Transactional | All | 100 | With summer approaching, lots of changes are around the corner If moving is one of them, no matter where you go chances are there is a Wells Fargo branch or ATM near you With over 3,000 branches and 6,200 ATMs across 23 states, as well as FREE online access and Online Statements, you can rest assured that your account information and access are within close reach. Visit our wellsfargo com home page where you will find links to information on free online access, Online Statements and the locations of Wells Fargo ATMs/Banking Stores Or, feel free to call us with questions at 1-800-869-3557. |

EXHIBIT 22

WFB-G 01543

Page 2 of 19