**Debit / Credit Card Message Requests for the Period 01/01/2003 to 06/01/2006**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Message | Effective Date | Withdraw Date | Priority | Targeting Method | Content | PSEG Code | Holdout % | Holdout Msg ID |
| 2284 | 11/3/2003 | 11/28/2003 | 5 | DDL | Text | | | |

| | |
|---|---|
| Title | ATM -College Checking |
| Purpose | Marketing |
| Requestor | Becca Martinez |
| Category | Checking Product |
| Form | 100 |
| Company | All |
| Region | |
| Sub Product | JS |
| Other Cond | |

Message

Your Wells Fargo ATM & Check Card is a powerful tool. With free access to over 6,300 Wells Fargo ATMs across the country, your ATM & Check Card can be used instead of checks at any of the 27 million merchants that accept Visa. Purchases are automatically deducted from your checking account whether you are asked to select debit or credit by the merchant. Learn more about how to make the most of your Wells Fargo ATM & Check Card by visiting wellsfargospecial com and entering keyword: ATM Check Card  If you would like a Wells Fargo ATM & Check Card, request it today by calling 1-800-869-3557

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Message | Effective Date | Withdraw Date | Priority | Targeting Method | Content | PSEG Code | Holdout % | Holdout Msg ID |
| 0 | 11/3/2003 | 11/28/2003 | 1 | DDL | Text | | | |

| | |
|---|---|
| Title | DDA 8 CDG-ODRI (tiere |
| Purpose | Legal |
| Requestor | Laura Steinley |
| Category | Broadcast |
| Form | 100, 120 |
| Company | 114 |
| Region | |
| Sub Product | All |
| Other Cond | |

Message

IMPORTANT ACCOUNT INFORMATION: The following changes are effective January 12, 2004. Insufficient Funds*: Paid Item/OD, $22/item, 1-2 occasions; $33/item, 3+ occasions. Returned Item/NSF, $20/item, 1-2 occasions, $30/item, 3+ occasions. An occasion is a day in which your account has insufficient funds to cover an item during the preceding 12 months.Also effective January 12, 2004, to complete as many of your Point-of-Sale (POS) and Wells Fargo ATM transactions as possible, Wells Fargo is enhancing the processing procedures for these transactions. If you perform an ATM or POS transaction and do not have sufficient funds in your account to cover the transaction, Wells Fargo may take any of the following actions:- Cover the transaction if you have overdraft protection;- Pay the transaction and create an overdraft to your account; or- Decline the transaction.You may be assessed a fee, which will vary depending on the action taken. If you do not have overdraft protection, we encourage you to contact your local banker, call 1-800-869-3557, or visit us Online to enroll. We appreciate your business & look forward to continuing to serve your financial needs.*Effective March 15, 2004, for quarterly savings accounts

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Message | Effective Date | Withdraw Date | Priority | Targeting Method | Content | PSEG Code | Holdout % | Holdout Msg ID |
| 0 | 11/3/2003 | 11/28/2003 | 1 | DDL | Text | | | |

| | |
|---|---|
| Title | SBCM DDA 5 ODRI/BSE-I |
| Purpose | Legal |
| Requestor | Peter Kessenich |
| Category | Broadcast |
| Form | 200, 210, 220 |
| Company | 114 |
| Region | |
| Sub Product | All |
| Other Cond | |

Message

IMPORTANT ACCOUNT INFORMATION  The following changes are effective January 12, 2004. Insufficient Funds*: Paid Item/OD, $22/item, 1-2 occasions; $33/item, 3+ occasions. Returned Item/NSF, $20/item, 1-2 occasions, $30/item, 3+ occasions. An occasion is a day in which your account has insufficient funds to cover an item during the preceding 12 months Also effective January 12, 2004, to complete as many of your Point-of-Sale (POS) and Wells Fargo ATM transactions as possible, Wells Fargo is enhancing the processing procedures for these transactions. If you perform an ATM or POS transaction and do not have sufficient funds in your account to cover the transaction, Wells Fargo may take any of the following actions:- Cover the transaction if you have overdraft protection,- Pay the transaction and create an overdraft to your account; or- Decline the transaction.You may be assessed a fee, which will vary depending on the action taken. If you do not have overdraft protection, we encourage you to contact your local banker or visit us Online to enroll. We appreciate your business & look forward to continuing to serve your financial needs *Effective March 15, 2004 for quarterly savings accounts

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Message | Effective Date | Withdraw Date | Priority | Targeting Method | Content | PSEG Code | Holdout % | Holdout Msg ID |
| 0 | 11/3/2003 | 11/28/2003 | 1 | DDL | Text | | | |

| | |
|---|---|
| Title | SBCM DDA 13 ODRI/BSE- |
| Purpose | Legal |
| Requestor | Peter Kessenich |
| Category | Checking Product |
| Form | 500 |

Message

IMPORTANT ACCOUNT INFORMATION. The following changes are effective January 12, 2004 Insufficient Funds: Paid Item/OD, $22/item, 1-2 occasions; $33/item, 3+ occasions  Returned Item/NSF, $20/item, 1-2 occasions, $30/item, 3+ occasions  An occasion is a day in which your account has insufficient funds to cover an item during the preceding 12 months Also effective January 12, 2004, to complete as many of your Point-of-Sale (POS) and Wells Fargo ATM transactions as possible, Wells Fargo is enhancing the processing procedures for these transactions  If you perform an ATM or POS transaction and do not have

**EXHIBIT 23**

WFB-G 01536