Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275

Attorneys for Plaintiffs,
VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS**<br><br>**Date: July 9, 2008**<br>**Time: 10:30 a.m. / 1:00 p.m.**<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed:  November 21, 2007November 21, 2007 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, Rules 26 and 30, Defendant, WELLS FARGO BANK, N.A., shall produce the following deponents to appear for deposition on **July 9, 2008**, commencing at the hour of 10:30 a.m., upon oral examination at the law offices of Covington & Burling, located at One Front Street, San Francisco, California, on the date and time as specified below, before a notary public/certified shorthand reporter authorized to administer oaths.  Said depositions may be recorded by videotape in addition to recording the testimony

-1-

**EXHIBIT 26**

stenographically, and further, plaintiffs may record the testimony by stenographic method, through the instant visual display of the testimony.

1)    **DEPONENT:**    30(b)(6) WITNESS/PERSON MOST KNOWLEDGEABLE REGARDING:

      A)    The recording and retaining of computer data from the Settlement Computer System related to the date and time individual transactions were authorized by Wells Fargo for California customers from 2003 to the present;

**DATE:** July 9, 2008
**TIME:** 10:30 a.m.

2)    **DEPONENT:**    30(b)(6) WITNESS REGARDING:

      B)    The recording and retaining of computer data from the BMGP database related to the date and time individual transactions were authorized by Wells Fargo for California customers from 2003 to the present;

**DATE:** July 9, 2008
**TIME:** 10:30 a.m.

3)    **DEPONENT:**    30(b)(6) WITNESS REGARDING:

      A)    The recording and retaining of computer data from the RDS Computer System related to the date and time individual transactions were authorized by Wells Fargo for California customers from 2003 to the present;

**DATE:** July 9, 2008
**TIME:** 1:00 p.m.

Said depositions will continue day to day, or on such other dates as the parties mutually agree to, until completed.

DATED: July 7, 2008.

                                                                    McCUNE & WRIGHT, LLP

                                                                  BY: _____
                                                                           Richard D. McCune
                                                                           Attorney for Plaintiffs

Plaintiffs' Notice of Taking Deposition
Case No.: C 07-05923 WHA (JCSx)

**EXHIBIT 26**

Case: GUTIERREZ, et al. v. WELLS FARGO BANK, et. al.

PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216, Redlands, California, 92374.

On **July 7, 2008,** I served the foregoing document described as **PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

**Sonya D. Winner, Esquire**                                     **Attorneys for Defendants**
**David M. Jolley, Esquire**
**Margaret G. May, Esquire**
**COVINGTON & BURLING, LLP**
**One Front Street**
**San Francisco, CA 94111**
**Telephone: (415) 591-6000**
**Facsimile: (415) 591-6091**

**METHOD OF SERVICE**:

[ ]     (BY MAIL)     I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing. Under that practice, I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Redlands, California.

[X]     (BY E-MAIL)  **Pursuant to Agreement of the Parties:** By transmitting it to the following individuals by electronic mail:
Sonya D. Winner:   SWinner@cov.com
David M. Jolley:   djolley@cov.com
Margaret G. May:   mmay@cov.com

[X]     (BY FAX)     I caused such documents to be transmitted by facsimile to the offices of the addressee(s). The facsimile machine reported no error.

[ ]     (BY OVERNIGHT DELIVERY) I caused such document to be delivered by overnight delivery to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on the above-referenced date at Redlands, California.

*/s/ Ann Marie Smith*
Ann Marie Smith

Proof of Service                              **EXHIBIT 26**                           Case No.: C-07-5923 WHA

```
Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275


Attorneys for Plaintiffs,
VERONICA GUTIERREZ, TIM FOX, ERIN WALKER
and WILLIAM SMITH
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA<br><br>Assigned Judge: Hon. William H. Alsup<br><br>**PLAINTIFFS' NOTICE OF TAKING DEPOSITION**<br><br>DATE:  July 2, 2008<br>TIME:  10:30 a.m. |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, Rules 26 and 30, Defendant, WELLS FARGO BANK, N.A., shall produce the following deponents to appear for deposition on July 2, 2008, commencing at the hour of 10:30 a.m., upon oral examination at the law offices of Covington & Burling, located at One Front Street, San Francisco, California, on the date and time as specified below, before a notary public/certified shorthand reporter authorized to administer oaths.  Said deposition may be recorded by videotape in addition to recording the testimony

-1-

Plaintiffs' Notice of Taking Deposition        **EXHIBIT 26**

stenographically, and further, plaintiffs may record the testimony by stenographic method, through the instant visual display of the testimony.

1) **DEPONENT:** 30(b)(6) WITNESS/PERSON MOST KNOWLEDGEABLE REGARDING:

    A) The recording and retaining of computer data from any and all hardware and software sources in the custody or control of Wells Fargo, N.A. or Wells Fargo & Company that provides information as to the time and/or date individual customers accessed the Wells Fargo website from 2003 to the present;

    B) The recording and retaining of computer data from any and all hardware and software sources in the custody or control of Wells Fargo, N.A. or Wells Fargo & Company that provides information as to the screens any individual customer accesses in a online session on the Wells Fargo website from 2003 to the present.

**DATE:** July 2, 2008
**TIME:** 10:30 a.m.

Said deposition will continue day to day, or on such other dates as the parties mutually agree to, until completed.

DATED: June 16, 2008.

                                                           McCUNE & WRIGHT, LLP

                                                           BY: _____
                                                              Richard D. McCune
                                                              Attorney for Plaintiffs

1  Case:  GUTIERREZ, et al. v. WELLS FARGO BANK, et. al.

2  PROOF OF SERVICE

3  STATE OF CALIFORNIA
4  COUNTY OF SAN BERNARDINO

5      I am employed in the County of San Bernardino, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216,
6  Redlands, California, 92374.

7      On June 16, 2008, I served the foregoing document described as **PLAINTIFFS' NOTICE OF
8  TAKING DEPOSITION** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as
9  follows:

10
    **Sonya D. Winner, Esquire**                                    **Attorneys for Defendants**
11  **David M. Jolley, Esquire**
    **Margaret G. May, Esquire**
12  **COVINGTON & BURLING, LLP**
    **One Front Street**
13  **San Francisco, CA  94111**
14  **Telephone: (415) 591-6000**
    **Facsimile: (415) 591-6091**
15

16  **METHOD OF SERVICE**:

17  [ X ]   **(BY MAIL)**    I am readily familiar with the firm's business practice for collection and processing
                                          of correspondence for mailing.  Under that practice, I caused such envelopes with
18                                              postage thereon fully prepaid to be placed in the United States mail at Redlands,
19                                              California.
    [ X ]   **(BY E-MAIL)**  By transmitting it to the following individuals by electronic mail:
20                                              Sonya D. Winner:  SWinner@cov.com
                                            David M. Jolley:  djolley@cov.com
21  [ ]    **(BY FAX)**     I caused such documents to be transmitted by facsimile to the offices of
22                                              the addressee(s).  The facsimile machine used complied with California
                                            Rules of Court, rule 2003, and no error was reported by the machine.
23  [ ]    **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by overnight delivery
                                            to the offices of the addressee(s).
24

25      I declare that I am employed in the office of a member of the bar of this court at whose direction
    the service was made.  Executed on the above-referenced date at Redlands, California.
26

27                                                                           _____
28                                                                            Ann Marie Smith

Proof of Service                                **EXHIBIT 26**                            Case No.: C-07-5923 WHA

```
Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:    (909) 557-1250
Facsimile:    (909) 557-1275


Attorneys for Plaintiffs,
VERONICA GUTIERREZ, TIM FOX, ERIN WALKER
and WILLIAM SMITH
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, TIM FOX, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA<br><br>Assigned Judge: Hon. William H. Alsup<br><br>**PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS**<br><br>DATE:  June 24, 2008 and June 25, 2008 |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure, Rules 26 and 30, Defendant, WELLS FARGO BANK, N.A., shall produce the following deponents to appear for deposition on June 24, 2008 and June 25, 2008, upon oral examination at the law offices of Covington & Burling, located at One Front Street, San Francisco, California, on the date and time as specified below, before a notary public/certified shorthand reporter authorized to administer oaths.  Said depositions may

-1-
Plaintiffs' Notice of Taking Depositions

**EXHIBIT 26**

1  be recorded by videotape in addition to recording the testimony stenographically, and further, plaintiffs
2  may record the testimony by stenographic method, through the instant visual display of the testimony.

3  1)     DEPONENT:    **KARL WILLARD, INDIVIDUALLY, AND 30(b)(6) WITNESS/PERSON MOST KNOWLEDGEABLE REGARDING:**
4
5         A)    The recording and retaining of computer data from any and all hardware and
6  software sources in the custody or control of Wells Fargo, N.A. or Wells
7  Fargo & Company related to the date and time individual transactions were
8  authorized by Wells Fargo for California customers from 2003 to the present;
9         B)    The recording and retaining of computer data from any and all hardware and
10  software sources in the custody or control of Wells Fargo, N.A. or Wells
11  Fargo & Company related to the computerized review of available balance
12  information before transactions were authorized by Wells Fargo for
13  California customers from 2003 to the present.

14  **DATE:** June 24, 2008
       **TIME:** 10:30 a.m.
15

16  2)     DEPONENT:    **DEBBIE CHACON, INDIVIDUALLY, AND 30(b)(6) WITNESS/PERSON MOST KNOWLEDGEABLE REGARDING:**
17
18         A)    The recording and retaining of computer data from any and all hardware and
19  software sources in the custody or control of Wells Fargo, N.A. or Wells
20  Fargo & Company related to the date and time individual transactions were
21  authorized by Wells Fargo for California customers from 2003 to the present;
22         B)    The recording and retaining of computer data from any and all hardware and
23  software sources in the custody or control of Wells Fargo, N.A. or Wells
24  Fargo & Company related to the computerized review of available balance
25  information before transactions were authorized by Wells Fargo for
26  California customers from 2003 to the present.

27  **DATE:** June 25, 2008
       **TIME:** 9:00 a.m.
28

-3-

3) **DEPONENT:** 30(b)(6) WITNESS/PERSON MOST KNOWLEDGEABLE REGARDING:

A) Each disclosure provided to Plaintiffs William Smith, Erin Walker, Tim Fox and Veronica Gutierrez that Wells Fargo contends informed each of them that they could or would be charged overdraft fees for debit transactions and/or ATM withdrawals when they had sufficient funds in their checking accounts to cover these transactions at the time they were made;

B) Each disclosure provided to Plaintiff William Smith, Erin Walker, Tim Fox and Veronica Gutierrez that Wells Fargo contends informed them that they could or would be charged overdraft fees for debit transactions and/or ATM withdrawals, when the amount of the transaction or withdrawal was less than the stated "available balance" published by Wells Fargo at the time the transaction was made;

C) Differences between disclosures sent to putative class members that purported to inform class members that they could or would be charged overdraft fees for debit transactions and/or ATM withdrawals when they had sufficient funds in their checking accounts to cover these transactions at the time they were made;

D) Differences between disclosures sent to putative class members that purported to inform class members that they could or would be charged overdraft fees for debit transactions and/or ATM withdrawals, when the amount of the transaction or withdrawal was less than the stated "available balance" published by Wells Fargo at the time the transaction was made.

**DATE:** June 25, 2008
**TIME:** 1:00 p.m.

///
///
///

Plaintiffs' Notice of Taking Depositions

**EXHIBIT 26**

-4-

1  Said depositions will continue day to day, or on such other dates as the parties mutually agree to,
2  until completed.
3  DATED: June 16, 2008.                                    McCUNE & WRIGHT, LLP
4
5                                                           BY: *[signature]*
6                                                           Richard D. McCune
                                                            Attorney for Plaintiffs

Plaintiffs' Notice of Taking Depositions      **EXHIBIT 26**

1  Case:  GUTIERREZ, et al. v. WELLS FARGO BANK, et. al.

2  PROOF OF SERVICE

3  STATE OF CALIFORNIA
4  COUNTY OF SAN BERNARDINO

5  I am employed in the County of San Bernardino, State of California. I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216, Redlands, California, 92374.

7  On June 16, 2008, I served the foregoing document described as **PLAINTIFFS' NOTICE OF TAKING DEPOSITIONS** on the interested parties through their respective attorneys of record in this action, by placing a ☒ true copy or ☐ original thereof enclosed in sealed envelopes addressed as follows:

**Sonya D. Winner, Esquire**               **Attorneys for Defendants**
**David M. Jolley, Esquire**
**Margaret G. May, Esquire**
**COVINGTON & BURLING, LLP**
**One Front Street**
**San Francisco, CA 94111**
**Telephone: (415) 591-6000**
**Facsimile: (415) 591-6091**

**METHOD OF SERVICE**:

[ X ]  **(BY MAIL)**  I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing. Under that practice, I caused such envelopes with postage thereon fully prepaid to be placed in the United States mail at Redlands, California.

[ X ]  **(BY E-MAIL)**  By transmitting it to the following individuals by electronic mail:
        Sonya D. Winner:  SWinner@cov.com
        David M. Jolley:  djolley@cov.com

[  ]   **(BY FAX)**  I caused such documents to be transmitted by facsimile to the offices of the addressee(s). The facsimile machine used complied with California Rules of Court, rule 2003, and no error was reported by the machine.

[  ]   **(BY OVERNIGHT DELIVERY)**  I caused such document to be delivered by overnight delivery to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on the above-referenced date at Redlands, California.

                                         _____
                                         Ann Marie Smith

Proof of Service                **EXHIBIT 26**              Case No.: C-07-5923 WHA