# NOTICE OF MANUAL FILING
# SUBMITTED UNDER SEAL

## Exhibit 27

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.:  C 07-05923 WHA

# EXHIBIT "27"
Submitted Under Seal