# NOTICE OF MANUAL FILING SUBMITTED UNDER SEAL

## Exhibit 28

Veronica Gutierrez, et al. v. Wells Fargo, et al.
Case No.: C 07-05923 WHA

---

# EXHIBIT "28"
## Submitted Under Seal