**WELLS FARGO**

# Insufficient Funds Notice

Date: October 11, 2006
Page 1 of 1
REDACTED
    3,594

H

VERONICA E GUTIERREZ
REDACTED

RE: ACCOUNT    REDACTED

Dear Wells Fargo Customer:

The items listed below were presented for payment on 10/10/06. We either paid or returned them as shown.

| Item | Item Amount | Action |
|---|---|---|
| 0000000000 | $17.23 | Paid |
| 0000000000 | $11.27 | Paid |
| 0000000000 | $8.10 | Paid |
| 0000000000 | $3.23 | Paid |
| Fee | $88.00 | |

Please deposit $111.59 to cover the paid items (if any) and fees immediately. Please also deposit the amount needed to cover any other outstanding withdrawals. If you have already taken care of this, please disregard this letter. However if you have not, we encourage you to do so immediately. Please see the Fee and Information Schedule that applies to your account to determine whether your account is subject to a continuous overdraft fee. In the event this overdraft is not resolved the Bank will close and charge-off your account no earlier than 30 days from the date your account first became overdrawn. The Bank reserves the right to close and/or charge-off your account at an earlier date as permitted by law.

If you have any questions about your account, call: 800-869-3557 (1-800-TO-WELLS). Or write: WELLS FARGO BANK, N.A., P.O. BOX 6995, PORTLAND, OR 97228-6995.

You can avoid the inconvenience and expense of being overdrawn or having checks returned by signing up for overdraft protection. Please visit your local Wells Fargo store or contact us at the number or address listed above for more details.
Thank you for your prompt attention to this matter.
The laws of some states require us to inform you that this is an attempt to collect a debt and any information obtained will be used for that purpose.

**EXHIBIT 30**

GUT000221