Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


VERONICA GUTIERREZ,
TIM FOX, ERIN WALKER and
WILLIAM SMITH, as
individual, and on behalf
of all others similarly
situated,

        Plaintiffs,      Case No.  CV-07-5923
                                 WHA (JCSx)
        vs.

WELLS FARGO & COMPANY;
WELLS FARGO BANK, N.A; and
DOES 1 through 125,

        Defendants.

_____



DEPOSITION OF ERIN WALKER

REDLANDS, CALIFORNIA

FRIDAY, JUNE 13, 2008




Reported By:
PATRICIA Y. SCHULER
RPR, CSR No. 11949

Job No. 89824

EXHIBIT 31

64b2422b-84f7-4836-bcbb-00b4245f0e05

Page 59

1        Q.    He emailed you?

2        A.    Yes.

3        Q.    What did he say in the email?

4        A.    He asked me if I was interested and sent me,

5   like, a client -- whatever, agreement thing.

6        Q.    Did you read that agreement?

7        A.    Yes, I did.

8        Q.    What did you do then?

9        A.    I signed it and faxed it back, or emailed

10  it.

11       Q.    What did you understand that you were

12  agreeing to do at that point?

13       A.    I was going to be representing a class.  At

14  the time I don't know if there were other people

15  representing as well.  That might have been about it

16  or a little more.  I don't remember.

17       Q.    Did you originally agree to be a member of a

18  class in a different lawsuit other than the one we are

19  here about today?

20       A.    No.

21       Q.    Were you aware that you had ever been

22  suggested as a potential class representative in a

23  different lawsuit?

24       A.    No.

25       Q.    What do you understand your role to be as a

**EXHIBIT 31**

64b2422b-84f7-4836-bcbb-00b4245f0e05

ERIN WALKER                          06/13/08

Page 60

1    class representative in a lawsuit?

2         A.    To represent a class and make sure that the

3    class as a whole is protected.

4         Q.    How are you going to go about doing that?

5         A.    With my counsel.

6         Q.    Is there anything you expect that you will

7    do?

8         A.    I am not sure what there is that I can do

9    except answer these questions and hope for a positive

10   outcome.

11        Q.    Anything else you expect to do?

12        A.    Make sure that this does not happen to other

13   people anymore.

14        Q.    But is there anything else that you

15   personally expect to do?

16        A.    That I don't know.

17        Q.    What is the "that" that you say you are

18   going to make sure it does not happen to people

19   anymore?

20        A.    Excessive overdraft fees.

21        Q.    What do you mean by "excessive overdraft

22   fees"?

23        A.    That which I am saying that excessive in the

24   manner that they don't seem fair.

25        Q.    In what way do they not seem fair?

**EXHIBIT 31**

64b2422b-84f7-4836-bcbb-00b4245f0e05

1       I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, do hereby certify:

3       That the foregoing proceedings were taken

4    before me at the time and place herein set forth; that

5    any witnesses in the foregoing proceedings, prior to

6    testifying, were duly sworn; that a record of the

7    proceedings was made by me using machine shorthand

8    which was thereafter transcribed under my direction;

9    that the foregoing transcript is a true record of the

10   testimony given.

11      Further, that if the foregoing pertains to

12   the original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review of

14   the transcript [ X ] was [   ] was not requested.

15      I further certify I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or party to this action.

18      IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20

21   Dated: _____ JUN 2 0 2008 _____

22

23                          _____

24                          PATRICIA Y. SCHULER
                            CSR No. 11949

25

**EXHIBIT 31**