1  Richard D. McCune, SB # 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, SB # 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA  92374
   Telephone:    (909) 557-1250
5  Facsimile:     (909) 557-1275

6  Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
   mbreit@wdklaw.com
7  WHATLEY DRAKE & KALLAS, LLC
   1540 Broadway, 37th Floor
8  New York, NY  10036
   Telephone:  (212) 447-7070
9  Facsimile: (212) 447-7077

10 Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
   and WILLIAM SMITH, on behalf of themselves and all others similarly situated,
11

12                          UNITED STATES DISTRICT COURT
13                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15
   VERONICA GUTIERREZ, ERIN WALKER and  )  Case No.:   C 07-05923 WHA (JCSx)
16 WILLIAM SMITH, as individuals, and on behalf )
   of all others similarly situated,            )        CLASS ACTION
17                                              )
                  Plaintiffs,                   )  MANUAL FILING NOTIFICATION
18                                              )
         v.                                     )  **EXHIBIT 19** TO DECLARATION OF
19                                              )  RICHARD D. McCUNE IN SUPPORT OF
   WELLS FARGO & COMPANY; WELLS                 )  PLAINTIFFS' REPLY TO OPPOSITION OF
20 FARGO BANK, N.A.; and DOES 1 through 125,    )  WELLS FARGO BANK. N.A. TO
                                                )  PLAINTIFFS' MOTION FOR CLASS
21                Defendants.                   )  CERTIFICATION
                                                )
22                                              )  DATE:  August 21, 2008
                                                )  TIME:   8:00 a.m.
23                                              )  Courtroom:  9
                                                )
24 _____)  Judge Assigned:  Hon. William H. Alsup

25                            **MANUAL FILING NOTIFICATION**

26        **EXHIBIT 19** TO THE DECLARATION OF RICHARD D. McCUNE
          IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION OF
27        WELLS FARGO N.A. TO PLAINTIFF'S MOTION FOR CLASS
          CERTIFICATION
28

---

-2-

1      This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For
3  information on retrieving this filing directly from the court, please see the court's main web site at
4  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
5      These documents were not e-filed for the following reasons:
6  **Exhibit 19:**
7      [X]    **Non Graphic/Text Computer File (audio, video, etc.) on CD or other media.**

9  DATED: August 7, 2008.                                                              McCUNE & WRIGHT, LLP

                                                                BY: _____
                                                                             Richard D. McCune
                                                                             Attorney for Plaintiffs