Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:     (909) 557-1250
Facsimile:      (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:   C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**MANUAL FILING NOTIFICATION**<br><br>**EXHIBITS 24, 27, 28 and 29 TO *SUBMITTED UNDER SEAL*: DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION OF WELLS FARGO BANK. N.A. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>DATE: August 21, 2008<br>TIME: 8:00 a.m.<br>Courtroom: 9<br><br>Judge Assigned:  Hon. William H. Alsup |

**MANUAL FILING NOTIFICATION**

**EXHIBITS 24, 27, 28 and 29 TO THE *SUBMITTED UNDER SEAL*: DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION OF WELLS FARGO N.A. TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

-1-

-2-

1  This filing is in paper or physical form only, and is being maintained in the case file in the
2  Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For
3  information on retrieving this filing directly from the court, please see the court's main web site at
4  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
5  These documents were not e-filed for the following reasons:
6  **Exhibits 24, 27, 28 and 29:**
7      [X]    **Items Submitted Under Seal.**
8
9  DATED: August 7, 2008.                                          McCUNE & WRIGHT, LLP
10
11                                                       BY: _____
12                                                       Richard D. McCune
                                                      Attorney for Plaintiffs