1   Richard D. McCune, SB # 132124
    rdm@mwtriallawyers.com
2   Jae (Eddie) K. Kim, SB # 236805
    jkk@mwtriallawyers.com
3   McCUNE & WRIGHT, LLP
    2068 Orange Tree Lane, Suite 216
4   Redlands, CA  92374
    Telephone:     (909) 557-1250
5   Facsimile:      (909) 557-1275

6   Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
    mbreit@wdklaw.com
7   WHATLEY DRAKE & KALLAS, LLC
    1540 Broadway, 37th Floor
8   New York, NY  10036
    Telephone: (212) 447-7070
9   Facsimile: (212) 447-7077

10  Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
    and WILLIAM SMITH, on behalf of themselves and all others similarly situated
11

12                       UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15  VERONICA GUTIERREZ, ERIN WALKER        ) Case No.:  C 07-05923 WHA (JCSx)
    and WILLIAM SMITH, as individuals, and on )
16  behalf of all others similarly situated,   )            CLASS ACTION
                                               )
17                     Plaintiffs,             ) **PLAINTIFFS' ADMINISTRATIVE REQUEST**
                                               ) **TO FILE PORTIONS OF PLAINTIFFS'**
18           v.                                ) **REPLY TO OPPOSITION OF WELLS FARGO BANK,**
                                               ) **N.A. TO PLAINTIFFS' MOTION FOR CLASS**
19  WELLS FARGO & COMPANY; WELLS              ) **CERTIFICATION UNDER SEAL;**
    FARGO BANK, N.A.; and DOES 1 through      ) **SUPPORTING DECLARATION OF RICHARD**
20  125,                                      ) **D. McCUNE; [PROPOSED] ORDER**
                                               )
21                     Defendants.            ) **DATE: August 21, 2008**
                                               ) **TIME:  8:00 a.m.**
22                                             ) **DEPT:  Courtroom 9, 19th Floor**
                                               )
23                                             ) Judge Assigned:  Hon. William H. Alsup
                                               ) Complaint Filed: November 21, 2007
24  _____ )

25          Pursuant to Civil L.R. 79-5, named Plaintiffs Veronica Gutierrez, Erin Walker, and William

26  Smith, on behalf of themselves and all others similarly situated, request the Court order that portions of

27  Plaintiffs' Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification

28  ("Reply"), and certain exhibits attached to the Declaration of Richard D. McCune in Support of

-1-

1  Plaintiffs' Reply to Opposition of Wells Fargo, N.A. to Plaintiffs' Motion for Class Certification

2  ("McCune Declaration") be filed under seal, based on this Administrative Request, the supporting

3  Declaration of Richard D. McCune In Support of Plaintiffs' Administrative Request to File Portions of

4  Plaintiffs' Reply to Opposition of Wells Fargo, N.A. to Plaintiffs' Motion for Class Certification Under

5  Seal ("McCune Admin. Decl."), and a [Proposed] Order, attached herewith.

6      Under Civil Local Rule 79-5, a document may only be filed under seal upon a showing of good

7  cause.

8      Certain portions of the Reply refer to or contain information that was designated as confidential

9  by Defendant Wells Fargo Bank, N.A., pursuant to the Stipulated Protective Order in this case.  *See*

10  *McCune Admin. Decl.* ¶ 2.  Plaintiffs are lodging herewith a redacted version of the Reply.  *See McCune*

11  *Admin. Decl.* ¶ 2.

12      Certain Exhibits (Exhibits 24, 27, 28 and 29) of the McCune Declaration refer to or contain

13  information that was designated as confidential by Defendant Wells Fargo Bank, N.A., pursuant to the

14  Stipulated Protective Order in this case.  *See McCune Admin. Decl.* ¶ 3.   For the exhibits that consist of

15  entirely confidential documents, good cause exists to seal those exhibits of the McCune Declaration.

16  *See McCune Admin. Decl.* ¶ 3.

17      Accordingly, Plaintiffs respectfully request the Court order that certain portions of the Reply and

18  certain exhibits of the McCune Declaration be filed under seal, as specified in the attached [Proposed]

19  Order.  Plaintiffs take no position at this time as to whether the information is entitled to remain sealed.

20

21  DATED:  August 7, 2008.                    McCUNE & WRIGHT, LLP

22

23                                      BY:  _____

24                                           Richard D. McCune
                                             Attorney for Plaintiffs
25

26

27

28

Plaintiffs' Administrative Request to File Portions of Plaintiffs' Reply to Opposition of Wells Fargo, N.A. to Plaintiffs'
Motion for Class Certification Under Seal
Case No.:  C 07-05923 WHA (JCSx)