1  Richard D. McCune, SB # 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, SB # 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA 92374
   Telephone:   (909) 557-1250
5  Facsimile:   (909) 557-1275

6  Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
   mbreit@wdklaw.com
7  WHATLEY DRAKE & KALLAS, LLC
   1540 Broadway, 37th Floor
8  New York, NY 10036
   Telephone: (212) 447-7070
9  Facsimile: (212) 447-7077

10 Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
   and WILLIAM SMITH, on behalf of themselves and all others similarly situated
11

12                  UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 VERONICA GUTIERREZ, ERIN WALKER  ) Case No.:  C 07-05923 WHA (JCSx)
   and WILLIAM SMITH, as individuals, and on )
16 behalf of all others similarly situated,   )      CLASS ACTION
                                              )
17                Plaintiffs,                 ) DECLARATION OF RICHARD D. McCUNE IN
                                              ) SUPPORT OF PLAINTIFFS'
18       v.                                   ) ADMINISTRATIVE REQUEST TO FILE
                                              ) PORTIONS OF PLAINTIFFS' REPLY TO
19 WELLS FARGO & COMPANY; WELLS              ) OPPOSITION OF WELLS FARGO BANK, N.A.
   FARGO BANK, N.A.; and DOES 1 through      ) TO PLAINTIFFS' MOTION FOR CLASS
20 125,                                       ) CERTIFICATION UNDER SEAL
                                              )
21                Defendants.                 ) DATE: August 21, 2008
                                              ) TIME: 8:00 a.m.
22                                            ) DEPT: Courtroom 9, 19th Floor
                                              )
23                                            ) Judge Assigned:  Hon. William H. Alsup
                                              ) Complaint Filed: November 21, 2007
24

25 I, RICHARD D. McCUNE, hereby declare the following:

26      1.    I am an attorney licensed to practice law before all of the courts of the State of California and

27            I am a partner of McCune & Wright, LLP, counsel of record for Plaintiffs. The following

28            facts are within my personal knowledge or based on records and files at my law firm, and, if

-1-
Declaration of Richard D. McCune in Support of Plaintiffs' Administrative Request
Case No.:  C 07-05923 WHA (JCSx)

1. called upon as a witness, I could and would testify competently thereto. I make this Declaration in support of Plaintiffs' Administrative Request to File Portions of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment Under Seal.

2. Portions of Plaintiffs' Reply to Opposition of Wells Fargo, N.A. to Plaintiffs' Motion for Class Certification and Declaration of Richard D. McCune in Support of Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification refer to or contain information that has been designated as confidential by Defendant Wells Fargo Bank, N.A., pursuant to the Stipulated Protective Order in this case. Plaintiffs have redacted those portions from the public version of the documents and will lodge herewith a redacted version of these documents with the Court.

3. Furthermore, **Exhibits 24, 27, 28 and 29** of the Declaration of Richard D. McCune in Support of Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification refer to or contain information that has been designated by Defendant as confidential pursuant to the Stipulated Protective Order in this case. Good cause exists to seal **Exhibits 24, 27, 28 and 29** of the said declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of August, 2008, in Redlands, California.

_____
Richard D. McCune