1  Richard D. McCune, SB # 132124
   rdm@mwtriallawyers.com
2  Jae (Eddie) K. Kim, SB # 236805
   jkk@mwtriallawyers.com
3  McCUNE & WRIGHT, LLP
   2068 Orange Tree Lane, Suite 216
4  Redlands, CA 92374
   Telephone:   (909) 557-1250
5  Facsimile:   (909) 557-1275

6  Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
   mbreit@wdklaw.com
7  WHATLEY DRAKE & KALLAS, LLC
   1540 Broadway, 37th Floor
8  New York, NY 10036
   Telephone: (212) 447-7070
9  Facsimile: (212) 447-7077

10 Attorneys for Plaintiffs VERONICA GUTIERREZ, ERIN WALKER
   and WILLIAM SMITH, on behalf of themselves and
11 all others similarly situated

12

13                    UNITED STATES DISTRICT COURT

14                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 VERONICA GUTIERREZ, ERIN WALKER   ) Case No.:  C 07-05923 WHA (JCSx)
   and WILLIAM SMITH, as individuals, and on )
17 behalf of all others similarly situated,  )          CLASS ACTION
                                     )
18              Plaintiffs,          ) [PROPOSED] ORDER GRANTING
                                     ) PLAINTIFFS' ADMINISTRATIVE REQUEST
19        v.                         ) TO FILE PORTIONS OF PLAINTIFFS'
                                     ) REPLY TO OPPOSITION OF WELLS FARGO
20 WELLS FARGO & COMPANY; WELLS      ) BANK, N.A. TO PLAINTIFFS' MOTION FOR
   FARGO BANK, N.A.; and DOES 1 through 125,) CLASS CERTIFICATION UNDER SEAL
21                                   )
                Defendants.          ) DATE: August 21, 2008
22                                   ) TIME: 8:00 a.m.
                                     ) DEPT: Courtroom 9, 19th Floor
23                                   )
                                     ) Judge Assigned:  Hon. William H. Alsup
24                                   ) Complaint Filed: November 21, 2007
                                     )
25

26        Named Plaintiffs, Veronica Gutierrez, Erin Walker, and William Smith, on behalf of themselves

27 and all others similarly situated, submitted under seal Plaintiffs' Reply to Opposition of Wells Fargo

28 Bank, N.A. to Plaintiffs' Motion for Class Certification and Declaration of Richard D. McCune in

-1-
[Proposed] Order Granting Plaintiffs' Administrative Request for File Portions of Plaintiffs' Reply to Defendant's Opposition
to Plaintiffs' Motion for Class Certification
Case No.:  C 07-05923 WHA (JCSx)

Support of Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification. In connection with these documents, Plaintiffs filed an Administrative Request to File Portions of Plaintiffs' Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification Under Seal, pursuant to Civil Local Rule 79-5(d), based on the fact that these documents refer to or contain information or Exhibits which Defendant Wells Fargo Bank, N.A. has designated as confidential, pursuant to the Stipulated Protective Order in this case. Pursuant to Rule 79-5(d), Plaintiffs lodged with the Court both redacted and un-redacted versions of the Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification, Declaration of Richard D. McCune, and supporting Exhibits.

Based on the Declaration of Richard D. McCune in Support of Plaintiffs' Administrative Request to File Portions of Plaintiffs' Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification Under Seal, the Court hereby orders that:

(1) the un-redacted version of the Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification, Declaration of Richard D. McCune, and supporting Exhibits 24, 27, 28 and 29 shall be filed under seal; and

(2) a redacted version of Plaintiffs' Opposition Reply to Opposition of Wells Fargo Bank, N.A. to Plaintiffs' Motion for Class Certification, Declaration of Richard D. McCune, and supporting Exhibits shall remain filed in the public record.

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Judge William H. Alsup
United States Judge

[Proposed] Order Granting Plaintiffs' Administrative Request for File Portions of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Class Certification
Case No.: C 07-05923 WHA (JCSx)