Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, New York  10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Attorneys for Plaintiffs VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and
all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**AFFIDAVIT OF SERVICE [PERSONAL DELIVERY]**<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed:  November 21, 2007 |

STATE OF CALIFORNIA
COUNTY OF SAN BERNARDINO

    I am employed in the County of San Bernardino, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2068 Orange Tree Lane, Suite 216, Redlands, California, 92374.

1     On **August 7, 2008,** I served the foregoing documents described below on the interested parties

2 through their respective attorneys of record in this action, by placing ☒ true copies of the following

3 documents in sealed envelopes:

4    **1.    8 ½ x 11 SEALED ENVELOPE MARKED "DOCUMENTS SUBMITTED UNDER
     SEAL" CONTAINING:  *SUBMITTED FOR FILING UNDER SEAL:*
5    PLAINTIFFS' REPLY TO OPPOSITION OF WELLS FARGO BANK, N.A. TO
     PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; *SUBMITTED FOR
6    FILING UNDER SEAL:* EXHIBITS 24, 27, 28 AND 29 TO THE DECLARATION
     OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS' REPLY TO
7    OPPOSITION OF WELLS FARGO, N.A. TO PLAINTIFFS' MOTION FOR
     CLASS CERTIFICATION;
8

9    **2.    *"REDACTED VERSION":* PLAINTIFFS' REPLY TO OPPOSITION OF WELLS
     FARGO, N.A. TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;**
10

11   **3.    *"PUBLIC VERSION":* DECLARATION OF RICHARD D. McCUNE IN
     SUPPORT OF PLAINTIFFS' PLAINTIFFS' REPLY TO OPPOSITION OF
12   WELLS FARGO BANK, N.A. TO PLAINTIFFS' MOTION FOR CLASS
     CERTIFICATION; EXHIBITS;**
13

14   **4.    EXHIBIT 19 MANUAL FILING NOTIFICATION**

15
     **5.    EXHIBIT 19 [DVD]**
16

17   **6.    EXHIBITS 24, 27, 28 AND 29 MANUAL FILING NOTIFICATION**

18   **7.    PLAINTIFFS' ADMINISTRATIVE REQUEST TO FILE PORTIONS OF
     PLAINTIFFS' REPLY TO OPPOSITION OF WELLS FARGO BANK, N.A. TO
19   PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND EXHIBITS 24, 27,
     28 AND 29 OF DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF
20   REPLY UNDER SEAL;**

21
     **8.    DECLARATION OF RICHARD D. McCUNE IN SUPPORT OF PLAINTIFFS'
22   ADMINISTRATIVE REQUEST**

23   **9.    [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE RELIEF**

24

25   **10.    RESPONSE TO OBJECTIONS OF DEFENDANT WELLS FARGO BANK, N.A.
     TO DECLARATION OF LEWIS MANDELL**
26

27

28

Affidavit of Service [Personal Delivery]
Case No.:  C 07-05923 WHA (JCSx)

Said envelope was addressed for delivery to:

**Sonya D. Winner, Esquire**              **Attorneys for Defendant, Wells Fargo Bank, N.A.**
**David M. Jolley, Esquire**
**Margaret G. May, Esquire**
**COVINGTON & BURLING, LLP**
**One Front Street**
**San Francisco, CA  94111**
**Telephone:  (415) 591-6000**
**Facsimile:  (415) 591-6091**

**METHOD OF SERVICE**:

[ X ]  **(BY PERSONAL DELIVERY)**    I caused such document to be personally delivered to the offices of the addressee above.


I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.  Executed on the above-referenced date at Redlands, California.


                                          Jae K. Kim

Affidavit of Service [Personal Delivery]
Case No.:  C 07-05923 WHA (JCSx)