1  Sonya D. Winner, SB # 200348
   David M. Jolley, SB # 191164
2  Margaret G. May, SB # 234910
   COVINGTON & BURLING LLP
3  One Front Street
   San Francisco, CA 94111
4  Telephone:  (415) 591-6000
   Facsimile:  (415) 591-6091
5  E-mail:  mmay@cov.com

6  Attorneys for Defendant
   WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>Defendants. | Civil Case No.:  CV-07-5923 WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Date:          August 21, 2008<br>Time:         8:00 a.m.<br>Courtroom:  9<br><br>Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of Plaintiffs' Reply in Support of Their Motion for Class Certification, and good cause appearing as described in the accompanying declaration of David M. Jolley, defendant's Administrative Request IS GRANTED.

The following portions of plaintiffs' Reply in support of their Motion for Class Certification shall be filed under seal:

1         (a).  Page 1, line 8 (estimated dollar amount);

2         (b).  Page 4, lines 12, 14 (estimated dollar amounts).

3     IT IS SO ORDERED.

5 DATED: August __, 2008          _____
                                                                      Hon. William H. Alsup