Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendants
WELLS FARGO BANK, N.A. and
WELLS FARGO & CO.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>            Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF (1) PLAINTIFFS' OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AND (2) EXHIBITS TO THE SUPPORTING DECLARATION OF RICHARD MCCUNE**<br><br>Date:        August 21, 2008<br>Time:       8:00 a.m.<br>Courtroom:  9<br><br>Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of (1) Plaintiffs' Opposition to Motion for Summary Judgment and (2) Exhibits to the Supporting Declaration of Richard McCune ("Administrative Request"), and a compelling reason appearing as described in the accompanying declaration of Margaret G. May, Defendant's Administrative Request IS GRANTED.

The following portions of the documents submitted by plaintiffs in connection with their Opposition to Motion for Summary Judgment shall be filed under seal:

**Opposition to Motion for Summary Judgment ("Summary Judgment Opposition"):**

      (a).  Page 3, line 8 (the dollar amount);

      (b).  Page 3, lines 13-15 (the percentages of customers);

**Declaration of Richard McCune ("McCune Declaration"):**

**Exhibit 1:**    (c).  Page 5, lines 10-11 (the actual numbers of customers);

      (d).  Page 6, lines 11-12 (the actual numbers of customers);

      (e).  Page 8, lines 26-27 (the actual numbers of customers);

      (f).  Page 10, lines 27-28 (the actual numbers of customers);

Plaintiffs shall prepare and file revised redacted public versions of the Summary Judgment Opposition and the McCune Declaration to conform with this order.  The complete unredacted versions of the Summary Judgment Opposition and the McCune Declaration that plaintiffs previously lodged shall be filed under seal.

IT IS SO ORDERED.

DATED: August __18__, 2008                   _____
                                              Hon. William H. Alsup