Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
Margaret G. May, SB # 234910
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: mmay@cov.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO BANK, N.A.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION**<br><br>Date: August 21, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9<br><br>Honorable William H. Alsup |

Upon consideration of Defendant Wells Fargo Bank, N.A.'s Administrative Request to File Under Seal Portions of Plaintiffs' Reply in Support of Their Motion for Class Certification, and good cause appearing as described in the accompanying declaration of David M. Jolley, defendant's Administrative Request IS GRANTED.

The following portions of plaintiffs' Reply in support of their Motion for Class Certification shall be filed under seal:

1           (a).  Page 1, line 8 (estimated dollar amount);

2           (b).  Page 4, lines 12, 14 (estimated dollar amounts).

3           IT IS SO ORDERED.

5 DATED: August 18, 2008     _____

6                                          Hon. William H. Alsup



[PROPOSED] ORDER GRANTING DEFENDANT WELLS FARGO'S ADMINISTRATIVE REQUEST     2
Civil Case No.:  CV-07-5923 WHA (JCSx)