## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August **21**, 20008

Case No.  C 07-05923 WHA

Title: VERONICA GUTIERREZ v. WELLS FARGO & CO

Plaintiff Attorneys: Richard McCune, Jr; Eddie Jae K. Kim

Defense Attorneys: David Jolley; Sonya Winner

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

### PROCEEDINGS

1)    Motion to Certify Class - HELD

2)    Dft's Motion for Summary Judgment - HELD


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Defendant shall file a letter brief re legislative rules by 4pm today.  Response shall be filed by 9am tomorrow.