IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | No. C 07-05923 WHA<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

The case management conference currently set for September 25 is hereby rescheduled to **SEPTEMBER 29 AT 2:00PM**.

**IT IS SO ORDERED.**

Dated: September 16, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE