IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., and DOES 1 through 125,

    Defendants.

No. C 07-05923 WHA

**ORDER REQUESTING RESPONSE FROM PLAINTIFFS**

    Plaintiffs are requested to submit a response to defendant's motion for clarification by today, **SEPTEMBER 23, 2008, AT 5PM**.

    **IT IS SO ORDERED.**

Dated: September 23, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE