IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A., and DOES 1 through 125,,<br><br>    Defendants.<br>                                                                        / | No. C 07-05923 WHA<br><br>**ORDER APPROVING JOINT DISSEMINATION PLAN** |

For the reasons set forth at the case management conference held on September 29, 2008, the joint dissemination plan for notice (Dkt. 114) is hereby **APPROVED**. The notice should employ plaintiffs' proposed language with respect to privacy.

**IT IS SO ORDERED.**

Dated: October 2, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE