Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNE & WRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone:   (909) 557-1250
Facsimile:   (909) 557-1275

Mitchell M. Breit, Esq. (Admitted *Pro Hac Vice*)
mbreit@wdklaw.com
WHATLEY DRAKE & KALLAS, LLC
1540 Broadway, 37th Floor
New York, NY 10036
Telephone: (212) 447-7070
Facsimile: (212) 447-7077

Brian J. Panish, Esq. SB # 116060
panish@psandb.com
Adam K. Shea, Esq. SB # 166800
shea@psandb.com
PANISH, SHEA & BOYLE
11111 Santa Monica Blvd., Suite 700
Los Angeles, CA 90025-3341
Telephone: (310) 477-1700
Facsimile: (310) 477-1699

Attorneys for Plaintiffs, VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, on behalf of themselves and all others similarly situated,

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.: C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**STIPULATION AND (PROPOSED) ORDER TO CHANGE THE OPT OUT DEADLINE IN THE CLASS NOTICE FROM MARCH 5, 2009 TO FEBRUARY 5, 2009**<br><br>Judge Assigned:  Hon. William H. Alsup<br>Complaint Filed: November 21, 2007 |

-1-

The class notice submitted to the Court and then approved by the Court contains a deadline for class member opt out of March 5, 2009. Plaintiffs request, and Wells Fargo does not oppose, changing that date in the notice to February 5, 2009.

Plaintiffs' position is that March 5, 2009 was originally selected as the deadline for the opt out based on an understanding that the notices were being sent as inserts to the January 2009 account statements. When Wells Fargo determined that they could get the notice out with the December 2008 statements, Plaintiffs inadvertently did not suggest or make the change to the deadline for opt out.

Plaintiffs believe that a February 5, 2009 deadline for notices received in December 2008 provides more than adequate time for class members to opt out of the class. Plaintiffs also believe it would be more efficient to process the opt out information further in advance of the trial for purposes of damage calculations by their experts.

It is therefore stipulated between the Parties, subject to Court order, that the deadline for opt out in the approved class notice be changed from March 5, 2009 to February 5, 2009. However, Wells Fargo's agreement to the stipulation is contingent upon receiving Court approval of the stipulation by 10:00 a.m. on Friday, October 24, 2008, as any changes to the text of the class notice after this time would disrupt the production schedule, such that the inserts would not be ready for distribution with the December 2008 account statements.

DATED: October 17, 2008.

McCUNE & WRIGHT, LLP

BY: _____
Richard D. McCune
Attorney for Plaintiffs

Dated: October 17, 2008

COVINGTON & BURLING LLP

BY: _____
David M. Jolley
Attorneys for Defendant

-2-
STIPULATION AND (PROPOSED) ORDER TO CHANGE THE OPT OUT DEADLINE IN THE CLASS NOTICE FROM MARCH 5, 2009 TO FEBRUARY 5, 2009
Case No.: C 07-05923 WHA (JCSx)

1 | **IT IS SO ORDERED.**

4 | DATED: October 20, 2008

Hon. William H. Alsup

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge William Alsup]*

STIPULATION AND (PROPOSED) ORDER TO CHANGE THE OPT OUT DEADLINE IN THE CLASS NOTICE FROM MARCH 5, 2009 TO FEBRUARY 5, 2009
Case No.: C 07-05923 WHA (JCSx)