IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | No. C 07-05923 WHA<br><br>**ORDER SETTING DISCOVERY HEARING** |

The Court is in receipt of defendant's letter of December 5, 2008, concerning a discovery dispute and **SETS** a hearing for **WEDNESDAY, DECEMBER 10, 2008, AT 2:00 P.M.** in Courtroom No. 9 at the federal courthouse.

**IT IS SO ORDERED.**

Dated: December 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE