IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA SANCHEZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO AND COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | No. C 07-05923 WHA<br><br>**NOTICE RE HEARING ISSUE** |

At the hearing on Wednesday, December 12, time will be limited. However, the Court would like to hear the details behind the statement by Mr. McCune that "it was not until Plaintiffs went through five layers of depositions that Wells Fargo conceded that they did in fact keep the relevant information," as well as the under-oath denials. Please bring deposition transcripts.

**IT IS SO ORDERED.**

Dated: December 9, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE