UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CLAUDIA SANCHEZ, et al.,

    Plaintiffs,

vs.                                                No. C 07-5923 WHA

WELLS FARGO AND COMPANY, et al.,

    Defendants.

                                                      /

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED:

      On January 27, 2009, the Honorable William Alsup directed that defendants' letter of January 26, 2009 be treated as a motion for disqualification and referred the motion to the Clerk for reassignment and disposition (document no. 166). Pursuant to Civil Local Rule 3-15, the motion is hereby referred to the Honorable Marilyn Hall Patel.

FOR THE EXECUTIVE COMMITTEE:

Dated: January 28, 2009



IAN S. KEYE
Chief Deputy Clerk

COPIES SENT TO PARTIES OF RECORD.