IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE MARCH 19 HEARING** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendants. / | |

At the March 19 hearing, counsel should be prepared to address the extent to which the Court was previously made aware that plaintiffs had not relied on the seven documents set forth in paragraph 27 of the first amended complaint. Counsel should bring to the hearing specific documents that addressed this issue and were filed in this matter.

**IT IS SO ORDERED.**

Dated: March 18, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE