**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **NOTICE RE APRIL 30 HEARING** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendants. | |

For the April 30 hearing, please be prepared to address the manner of payment of claims to the class members in the event that plaintiffs were to prevail at trial. Also, be prepared to address whether the jury should be asked to award a lump sum amount (subject to distribution) versus simply making a finding as to liability and, thereafter, an administrative process would be used to pay claims. Plaintiffs should be prepared to address whether plaintiffs' experts can break down their expert reports in such a manner as to fully disclose to the jury details of calculations involving gas transactions and other examples complained of by defendant. Put differently, if the motion is granted and the expert reports are excluded, can plaintiffs' experts revise their reports to frankly and accurately disclose the assumptions and categories lumped together in the current reports.

**IT IS SO ORDERED.**

Dated: April 23, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE