UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 30, 2009

Case No.  C07-05923 WHA

Title:  CLAUDIA SANCHEZ v. WELLS FARGO AND COMPANY

Plaintiff Attorney(s): Richard McCune

Defense Attorney(s): David Jolley; Sonya Winner; Margaret May

Deputy Clerk:  Dawn Toland                Court Reporter: Debra Pas

**PROCEEDINGS**

1)   Motion for Summary Judgment - Taken Under Submission

2)   Motion to Decertify Class - Taken Under Submission


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Trial

**ORDERED AFTER HEARING:**