IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **NOTICE OF PENDING DECISIONS** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendants. | |

The Court will try to finalize tomorrow (Tuesday) orders on all pending motions. It is highly likely that at least one of them will require counsel to respond within seven calendar days. Consequently, this notice is a "heads up" to please organize yourselves so that a response can be turned around in seven days. Given the trial date, we do not have the luxury for a more leisurely pace.

**IT IS SO ORDERED.**

Dated: May 4, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE