IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **ORDER APPROVING JOINT DISSEMINATION PLAN FOR THE NOTICE OF DECERTIFICATION** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendants. | |

The Court is in receipt of the joint dissemination plan for notice of decertification of the "including and deleting" class (Dkt. 250). The notice is hereby **APPROVED**.

**IT IS SO ORDERED.**

Dated: May 12, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE