IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, et al., | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO & COMPANY, et al., | |
| Defendants. | |

Pursuant to the parties' request, a case management conference is **SET** for **MAY 13, 2I009, AT 2:15 P.M.** in courtroom No. 9 at the federal courthouse, located at 450 Golden Gate Avenue, San Francisco.

**IT IS SO ORDERED.**

Dated: May 12, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE