**United States District Court**
For the Northern District of California

1
2
3
4
5
6                        IN THE UNITED STATES DISTRICT COURT

7                      FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9
10   VERONICA GUTIERREZ, *et al.*,                     No. C 07-05923 WHA

11            Plaintiffs,

12      v.                                             **NOTICE RE REQUEST
                                                       FOR SUMMARY OF**
13   WELLS FARGO & COMPANY, *et al.*,                  **SETTLEMENT AGREEMENT**

14            Defendant.
                                          /
15

16          Please submit a one-page summary of the terms of the settlement agreement that the

17   parties have reached in principle.  Please do this by **1 P.M. TODAY**.
18
19       **IT IS SO ORDERED.**
20
21   Dated:  May 13, 2009
22                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28