IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **ORDER VACATING PRE-TRIAL AND TRIAL DATES** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendant. | |

The June 1 pre-trial conference date and June 8 trial date are hereby **VACATED**. By **NOON ON WEDNESDAY, MAY 20, 2009**, counsel must submit a proposed schedule to accommodate the additional work described at today's hearing.

**IT IS SO ORDERED.**

Dated: May 13, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE