**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, *et al.*,                          No. C 07-05923 WHA

      Plaintiffs,

  v.                                                      **ORDER ACCEPTING
                                                        JOINT PROPOSED**
WELLS FARGO & COMPANY, *et al.*,                       **AMENDED SCHEDULE**

      Defendants.

                             /

      The Court is in receipt of the parties' joint statement on proposed amended schedule,

which was filed on May 20, 2009 as docket number 260.  The proposed amended schedule is

hereby **ACCEPTED**.

      **IT IS SO ORDERED.**

Dated:  May 20, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE