**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

October 20, 2009

US District Court
Southern District of Florida
Wilkie D. Ferguson, Jr.
United States Courthouse
400 North Miami Avenue, Room 8
Miami, FL 33128

RE: CV 08-05739 WHA  DONNA MCMILLIAN-v-WELLS FARGO BANK

Dear Clerk,

      Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

      ☐    Certified copy of docket entries.

      ☐    Certified copy of Transferral Order.

      ☐    Original case file documents.

      ☒    Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

      Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      *Susan Imbriani* (signature)

      by:  Susan Imbriani
      Case Systems Administrator

Enclosures
Copies to counsel of record