IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO AND COMPANY, WELLS FARGO BANK, N.A., and DOES1 through 125,<br><br>    Defendants.<br>_____/ | No. C 07-05923 WHA<br><br>**NOTICE RE TRIAL DATE** |

Putting aside the possibility of summary judgment, the Court may have to move the trial herein to April 26, 2010, and ask for counsel's input (by **NOON NEXT TUESDAY, MARCH 23**) before doing so.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE