IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*, | No. C 07-05923 WHA |
| Plaintiffs, | |
| v. | **ORDER REGARDING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION** |
| WELLS FARGO & COMPANY, *et al.*, | |
| Defendants. | |

The undersigned has received defendant's motion for leave to file a motion for reconsideration. Plaintiffs shall have until **NOON ON TUESDAY, MARCH 23, 2010** to file an opposition.

**IT IS SO ORDERED.**

Dated: March 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE