IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>　　　　　Defendants. | No. C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING SEQUENCING ORDER #1** |

With respect to "Sequencing Order #1" used in plaintiffs' revised damages study, plaintiffs shall bring to Wednesday's hearing whatever evidence (if any) they have to prove that it accurately represents the transaction posting algorithm used by Wells Fargo prior to when the accused "high-to-low" re-sequencing practice began.

**IT IS SO ORDERED.**

Dated: March 22, 2010.

　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE