IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., and DOES 1 through 125,<br><br>Defendants. | No. C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING PLAINTIFFS' REVISED DAMAGES STUDY** |

The undersigned has received plaintiffs' notice regarding delays associated with the additional damages study being conducted. Plaintiffs are reminded that the court-ordered "checks and ACH transactions first" scenario must be prioritized before the revised "low-to-high" scenario proposed by plaintiffs. Only the former scenario was ordered by the undersigned. Plaintiffs shall promptly inform the Court, no later than **3:00 P.M. ON FRIDAY, APRIL 2, 2010,** whether the "checks and ACH transactions first" damages study will be completed by April 12, 2010 (to provide defendants with ample time to review it).

**IT IS SO ORDERED.**

Dated: April 2, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE