**United States District Court**
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    VERONICA GUTIERREZ, ERIN                    No. C 07-05923 WHA
      WALKER, and WILLIAM SMITH, as
11    individuals and on behalf of all others     **CLASS ACTION**
      similarly situated,
12
                                                   **ORDER SETTING DATE**
13              Plaintiffs,                         **FOR CLOSING ARGUMENTS**

14        v.

15    WELLS FARGO & COMPANY,
      WELLS FARGO BANK, N.A., and
16    DOES 1 through 125,

17              Defendants.
                                              /
18

19        Closing arguments in this case will be heard **AT 9:00 A.M. ON FRIDAY, JULY 9, 2010.**

20    One hour will be allocated to each side for a total of two hours of closing arguments.  Specific

21    questions to counsel may be presented closer to the hearing date.

22

23        **IT IS SO ORDERED.**

24

25    Dated: June 21, 2010.

26                                                WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE
27

28