United States District Court

For the Northern District of California

1

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7

8         FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   VERONICA GUTIERREZ, ERIN              No. C 07-05923 WHA
     WALKER, and WILLIAM SMITH, as
11   individuals and on behalf of all others    **CLASS ACTION**
     similarly situated,
12
                                               **REQUEST FOR FURTHER**
13              Plaintiffs,                     **BRIEFING RE VALIDITY OF**
                                               **RELEASE IN *SMITH* CASE**
14      v.

15   WELLS FARGO & COMPANY,
     WELLS FARGO BANK, N.A., and
16   DOES 1 through 125,

17              Defendants.
                                          /
18

19       Although it may be unnecessary to reach this issue, the Court now invites both sides to

20   submit points and authorities on the question of the extent to which, if at all, the class action

21   release and judgment in *Smith v. Wells Fargo Bank, N.A.* (Case No. GIC 802664) bar any of the

22   claims asserted at trial.

23       In this connection, also please address whether this determination is for this Court to

24   make or for Judge Prager to have made.  Both sides may submit additional materials not

25   admitted at trial that may be subject to a request for judicial notice.  Argument must be limited

26   to ten pages, double-spaced.  Materials subject to a request for judicial notice must be kept to a

27   minimum and submitted via an accompanying declaration.

28

1   Responses must be filed **BY NOON ON MONDAY, JULY 26, 2010**.  Replies, limited to five

2   pages, double-spaced, must be filed **BY NOON ON WEDNESDAY, JULY 28.**

3

4   **IT IS SO ORDERED.**

5

6   Dated: July 20, 2010.

    WILLIAM ALSUP
7   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2