IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING "NOTICE" OF POTENTIAL JURISDICTIONAL DEFECT** |

A few weeks ago, Wells Fargo filed a "notice of potential jurisdictional defect" (Dkt. No. 465). Plaintiffs responded (Dkt. No. 471). Wells Fargo is **ORDERED** to file a statement as to whether or not it asserts that this Court has subject-matter jurisdiction. Please file this statement by **NOON ON MONDAY, AUGUST 9, 2010**. The bank must advise one way or the other and may not simply repeat its "notice" to the Court of a recent out-of-circuit decision.

**IT IS SO ORDERED.**

Dated: August 5, 2010.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE