IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | No. C 07-05923 WHA<br><br>**CLASS ACTION**<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO AMEND THE FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

With respect to the motion filed yesterday by defendant Wells Fargo Bank, N.A., plaintiffs shall file an opposition **BY NOON ON WEDNESDAY, OCTOBER 6, 2010**. Defendant shall file a reply **BY NOON ON FRIDAY, OCTOBER 8**. The matter will be resolved on the papers unless the undersigned judge determines that a hearing is necessary.

**IT IS SO ORDERED.**

Dated: October 1, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE