Richard M. Heimann (State Bar No. 063607)
E-mail: rheimann@lchb.com
Michael W. Sobol (State Bar No. 194857)
E-mail: msobol@lchb.com
Roger Heller (State Bar No. 215348)
E-mail: rheller@lchb.com
Mikaela Bernstein (State Bar No. 261301)
E-mail: mbernstein@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Richard D. McCune (State Bar No. 132124)
E-mail: rdm@mccunewright.com
Jae (Eddie) K. Kim (State Bar No. 236805)
E-mail: jkk@mccunewright.com
McCUNEWRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 07-05923-WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING CLASS COUNSELS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Courtroom:      9<br>Judge Assigned:   Hon. William H. Alsup |

These matters come before the Court upon Class Counsels' Motion for An Award of Attorneys' Fees and Costs. Upon consideration of the papers and arguments made by the parties, and good cause appearing, the Court hereby ORDERS as follows:

1. Class Counsels' Motion for an Award of Attorneys' Fees and Costs is GRANTED.

2. Class Counsel is entitled to an award of attorneys' fees and non-taxable expenses pursuant to the common fund doctrine. *See Serrano v. Priest*, 20 Cal. 3d 25, 35-38 (1977); *Boeing Co. v. Van Gemert*, 444 U.S. 472, 478 (1980) (the United States Supreme Court "has recognized consistently that a litigant or a lawyer who recovers a common fund . . . is entitled to a reasonable attorney's fee from the fund as a whole"); *Central R.R. & Banking Co. v. Pettus*, 113 U.S. 116 (1885); *Staton v. Boeing Co.*, 327 F.3d 938, 967 (9th Cir. 2003).

3. Class Counsel is further entitled to an award of attorneys' fees pursuant to Cal. Code Civ. P. § 1021.5 for the "significant benefit" they conferred on the Class and other California consumers through their efforts in this case. *See Graham v. DaimlerChrysler Corp.*, 34 Cal.4th 553, 578 & n.9 (2004); *Colgan v. Leatherman Tool Group, Inc.*, 135 Cal.App.4th 663, 702-703 (2006); *Beasley v. Wells Fargo Bank*, 235 Cal.App.3d 1407, 1418 (1991).

4. The Court finds that, for the monetary and non-monetary benefits achieved in this case, a total fee and cost award in an amount equal to 25% of the common restitution fund is reasonable. Class Counsel shall recover $_____ in attorneys' fees and non-taxable expenses from the common restitution fund, and $_____ in attorneys' fees from Wells Fargo directly pursuant to Cal. Code Civ. P. § 1021.5.

5. Finally, the Court finds that participation awards of $10,000 for each of the Class Representatives are appropriate to compensate them for their demonstrated commitment to this litigation and to the Class. Such awards shall be paid from the common restitution fund.

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　United States District Judge

900492.1