IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

    Defendant.
                               /

No. C 07-05923 WHA

**CLASS ACTION**

**ORDER DENYING REQUEST TO CONTINUE HEARING**

On November 8, 2010, class counsel filed a motion for an award of attorney's fees and costs, and defendant filed a motion for reimbursement of fees and expenses. Both motions were noticed to be heard on December 16, 2010. The parties now stipulate to continuing that hearing because class counsel are unavailable to attend the hearing due to a conflict in another matter.

Good cause not having been shown, this request is **DENIED**. Multiple counsel are involved on both sides of this case. Class counsel surely can spare one lawyer to argue these motions on the date it chose to notice. The hearing on both motions remains set for **8:00 A.M. ON DECEMBER 16, 2010**.

**IT IS SO ORDERED.**

Dated: December 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE