Richard M. Heimann (State Bar No. 063607)
E-mail: rheimann@lchb.com
Michael W. Sobol (State Bar No. 194857)
E-mail: msobol@lchb.com
Roger Heller (State Bar No. 215348)
E-mail: rheller@lchb.com
Mikaela Bernstein (State Bar No. 261301)
E-mail: mbernstein@lchb.com
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Richard D. McCune (State Bar No. 132124)
E-mail: rdm@mccunewright.com
Jae (Eddie) K. Kim (State Bar No. 236805)
E-mail: jkk@mccunewright.com
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California 92374
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiffs and the Class*

Sonya D. Winner (State Bar No. 200348)
E-mail: swinner@cov.com
David M. Jolley (State Bar No. 191164)
E-mail: djolley@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Emily Johnson Henn (State Bar No. 269482)
E-mail: ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

*Attorneys for Defendant*
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 07-05923-WHA (JCSx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE**<br><br>The Honorable William H. Alsup |

1         WHEREAS, on October 25, 2010, the Court issued its Order Regarding Joint
2    Recommendation on Post-Trial Issues and Proposed Judgment (Dkt. No. 497), in which the Court
3    instructed the parties to file their motions for attorneys' fees and non-cost expenses following
4    entry of judgment "within the time periods set forth in the Federal Rules of Civil Procedure and
5    any applicable Civil Local Rules";
6         WHEREAS, on November 8, 2010, Class Counsel filed their Motion for an Award
7    of Attorneys' Fees and Costs ("Motion for Attorneys' Fees and Costs") (Dkt. No. 509);
8         WHEREAS, on November 8, 2010, Defendant Wells Fargo Bank, N.A. ("Wells
9    Fargo") filed its Motion for Reimbursement of Incremental Fees and Expenses Recoverable
10   Pursuant to the Court's Orders of May 5 and 13, 2009 ("Motion for Reimbursement") (Dkt. No.
11   507);
12        WHEREAS, both Class Counsel's Motion for Attorneys' Fees and Costs and
13   Wells Fargo's Motion for Reimbursement have now been fully briefed, and are currently
14   scheduled to be heard by the Court on December 16, 2010 at 8:00 a.m.;
15        WHEREAS, due to a conflict in another matter, some Class Counsel are
16   unavailable to attend the hearing scheduled for December 16, 2010;
17        WHEREAS, on December 8, 2010, the parties filed a stipulation to continue the
18   hearing on Class Counsel's Motion for Attorneys' Fees and Costs and Wells Fargo's Motion for
19   Reimbursement until February 3, 2011 (Dkt. No. 539), which the Court denied by Order dated
20   December 10, 2010 (Dkt. No. 540);
21        WHEREAS, the Court's clerk subsequently indicated to Class Counsel that the
22   Court may continue the hearing date on the motions to a date earlier than February 3, 2011;
23        WHEREAS, pursuant to the Court's calendar guidelines, civil motions are heard
24   by the Court on Thursdays at 8:00 a.m.;
25        WHEREAS, counsel for the parties have met and conferred and determined that
26   they are available on Thursday, January 13, 2011 for a hearing on Class Counsel's Motion for
27   Attorneys' Fees and Costs and Wells Fargo's Motion for Reimbursement;
28        WHEREAS, in light of the foregoing, the parties have agreed to continue the

1  hearing date for both Class Counsel's Motion for Attorneys' Fees and Costs and Wells Fargo's
2  Motion for Reimbursement from December 16, 2010 until January 13, 2011;
3        WHEREAS, the time modification requested herein will not otherwise alter dates
4  or deadlines set by the Court;
5        WHEREAS, this Stipulation is made in good faith and not for the purpose of
6  delay,
7        IT IS HEREBY STIPULATED, by and between the parties, through their counsel
8  of record, that the hearing on Class Counsel's Motion for Attorneys' Fees and Costs and Wells
9  Fargo's Motion for Reimbursement shall be continued from December 16, 2010 until January 13,
10 2011 at 8:00 a.m.
11       IT IS SO STIPULATED.

Dated: December 13, 2010                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                        By:   /s/ Michael W. Sobol
                                              Michael W. Sobol

                                        Richard M. Heimann (State Bar No. 063607)
                                        Michael W. Sobol (State Bar No. 194857)
                                        Roger Heller (State Bar No. 215348)
                                        Mikaela Bernstein (State Bar No. 261301)
                                        275 Battery Street, 29th Floor
                                        San Francisco, CA  94111-3339
                                        Telephone:  (415) 956-1000
                                        Facsimile:  (415) 956-1008

                                        *Attorneys for Plaintiffs and the Class*

Dated:  December 13, 2010               COVINGTON & BURLING LLP

                                        By:   /s/ David M. Jolley
                                              David M. Jolley

                                        Sonya D. Winner (State Bar No. 200348)
                                        David M. Jolley (State Bar No. 191164)
                                        COVINGTON & BURLING LLP
                                        One Front Street
                                        San Francisco, CA  94111
                                        Telephone:  (415) 591-6000
                                        Facsimile:  (415) 591-6091

                                        *Attorneys for Defendant Wells Fargo Bank, N.A.*

1 | Pursuant to stipulation, IT IS SO ORDERED.

3 | Dated: December 14, 2010.

The Honorable William H. Alsup
United States District Judge

I, Michael W. Sobol, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, section X.B., I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

By: */s/ Michael W. Sobol*
Michael W. Sobol

904675.1