IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>                                             / | No. C 07-05923 WHA<br><br>**ORDER REQUESTING SUPPLEMENTAL SUBMISSIONS** |

Both class counsel and defendant Wells Fargo Bank, N.A. move for entitlement to recovery of fees and costs. Both motions have been fully briefed, and a hearing on these motions is scheduled for January 13, 2011.

Class counsel's motion goes beyond the entitlement issue and sets forth a lodestar figure. Class counsel are directed to file a sworn declaration stating how the lodestar is allocated between their two law firms. This declaration must be filed by **NOON ON JANUARY 12, 2011**.

Additionally, both sides are directed to file supplemental briefing on the question whether class members have a right to be heard regarding the amount of payment to which class counsel is entitled. These briefs may not exceed ten pages per side and must be filed by **NOON ON JANUARY 12, 2011.**

**IT IS SO ORDERED.**

Dated: January 10, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE