Richard M. Heimann (State Bar No. 063607)
*E-mail: rheimann@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*E-mail: msobol@lchb.com*
Roger Heller (State Bar No. 215348)
*E-mail: rheller@lchb.com*
Jordan Elias (State Bar No. 228731)
*E-mail: jelias@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Richard D. McCune (State Bar No. 132124)
*E-mail: rdm@mccunewright.com*
Jae (Eddie) K. Kim (State Bar No. 236805)
*E-mail: jkk@mccunewright.com*
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**REQUEST TO USE AUDIO-VISUAL EQUIPMENT AT JANUARY 13, 2011 MOTION HEARING**<br><br>**Date:  January 13, 2011**<br>**Time:  2:00 p.m.**<br>**Dept:  Courtroom 9**<br>**Honorable William H. Alsup** |

1 | Pursuant to General Order 58, Section IV.E.1, Class Counsel requests permission to use to bring and use the following audio-visual equipment in conjunction for the January 13, 2011 hearing on Class Counsels' and Wells Fargo Bank, N.A.'s attorney fee and cost motions.

    1. Personal Computers.

    2. Projector.

    3. Screen.

Said equipment will not be used to broadcast, televise, record, or photograph any courtroom proceedings.

DATED: January 11, 2011.                                                      MCCUNEWRIGHT LLP

                                                         BY:   */s/ Richard D. McCune*
                                                                        Richard D. McCune
                                                                        Attorney for Plaintiffs