Richard M. Heimann (State Bar No. 063607)
*E-mail: rheimann@lchb.com*
Michael W. Sobol (State Bar No. 194857)
*E-mail: msobol@lchb.com*
Roger Heller (State Bar No. 215348)
*E-mail: rheller@lchb.com*
Jordan Elias (State Bar No. 228731)
*E-mail: jelias@lchb.com*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Richard D. McCune (State Bar No. 132124)
*E-mail: rdm@mccunewright.com*
Jae (Eddie) K. Kim (State Bar No. 236805)
*E-mail: jkk@mccunewright.com*
MCCUNEWRIGHT LLP
2068 Orange Tree Lane, Suite 216
Redlands, California  92374
Telephone:  (909) 557-1250
Facsimile:  (909) 557-1275

Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>Defendants. | Case No.:  C 07-05923 WHA (JCSx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING CLASS COUNSEL'S REQUEST TO USE AUDIO-VISUAL EQUIPMENT AT JANUARY 13, 2011 MOTION HEARING**<br><br>**Date:  January 13, 2011**<br>**Time:  2:00 p.m.**<br>**Dept:  Courtroom 9**<br>**Honorable William H. Alsup** |

-1-

[Proposed] Order Granting Class Counsel's Request to Use Audio-Visual Equipment at January 13, 2011 Motion Hearing
Case No.:  C 07-05923 WHA (JCSx)

Pursuant to Class Counsel's request, it is ordered that Class Counsel shall be permitted to bring and use the following Audio-Visual Equipment during the January 13, 2011 hearing on Class Counsels' and Wells Fargo Bank, N.A.'s attorney fee and cost motions.

1. Personal Computers
2. Projector
3. Screen

**IT IS SO ORDERED.**

Date:   January ____, 2011.

_____
Hon. William H. Alsup