IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | No. C 07-05923 WHA<br><br>**NOTICE REGARDING ANONYMOUS SUBMISSION** |

On March 2, 2011, the chambers of the undersigned judge received an envelope bearing a return address of the San Francisco offices of Lieff, Cabraser, Heimann & Bernstein LLP. The envelope contained a handwritten note stating "Thought this might be of interest. Sincerely Anonymous" and a document appearing to be a portion of a deposition transcript. The deponent's name is Steven Gilbert, and the deposition apparently was taken at the San Francisco offices of the Lief, Cabraser firm on February 16, 2011. The transcript includes a caption referencing MDL No. 2036 and several related district court actions. Portions of the transcript are highlighted. This submission is a mystery.

Counsel are requested to view this submission in order to determine what it is and what should be done with it — for example, whether it should be filed on the docket. Each side shall send one attorney to chambers for this purpose at **NOON ON MARCH 4, 2011**. The undersigned judge will not be present for this session.

**IT IS SO ORDERED.**

Dated: March 3, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE