IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____ / | No. C 07-05923 WHA<br><br>**SECOND NOTICE REGARDING ANONYMOUS SUBMISSION** |

The Notice Regarding Anonymous Submission has been fully explained and nothing more need be done than to return the submission to Lieff Cabraser Heimann & Bernstein, who may pick up the submission from the Clerk's Office on the sixteenth floor at their convenience.

Dated: March 8, 2011.

                                WILLIAM ALSUP
                                UNITED STATES DISTRICT JUDGE