IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 07-05923 WHA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

The parties shall appear for a case management conference on **MARCH 7 AT 11:00 A.M.** The Court is inclined to allow full and complete briefing on the issues raised by the appeal and remand. The parties are encouraged to agree upon a briefing schedule prior to the case management conference.

**IT IS SO ORDERED.**

Dated: February 26, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE