1  Richard M. Heimann (State Bar No. 063607)
   E-mail: rheimann@lchb.com
2  Michael W. Sobol (State Bar No. 194857)
   E-mail: msobol@lchb.com
3  Roger Heller (State Bar No. 215348)
   E-mail: rheller@lchb.com
4  Jordan Elias (State Bar No. 228731)
   E-mail: jelias@lchb.com
5  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
6  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
7  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
8
   Richard D. McCune (State Bar No. 132124)
9  E-mail: rdm@mwtriallawyers.com
   Jae (Eddie) K. Kim (State Bar No. 236805)
10 E-mail: jkk@mwtriallawyers.com
   McCuneWright, LLP
11 2068 Orange Tree Lane, Suite 216
   Redlands, CA  92374
12 Telephone:  (909) 557-1250
   Facsimile:  (909) 557-1275
13
   *Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 07-05923-WHA (JCSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR JUDGMENT FOLLOWING REMAND**<br><br>The Honorable William H. Alsup<br><br>Date:        May 2, 2013<br>Time:       8:00 a.m.<br>Courtroom:  8, 19th Floor |

These matters come before the Court upon Plaintiffs' Motion for Judgment Following Remand.  Upon consideration of the papers and arguments made by the parties, and good cause appearing, the Court hereby ORDERS as follows:

1. Plaintiffs' Motion for Judgment Following Remand is GRANTED.
2. Judgment shall be re-entered, as to the "fraudulent" prong and False Advertising Law claims for which class-wide liability was affirmed by the Ninth Circuit, for restitution in the amount of $202,994,035.46.
3. Post-judgment interest shall accrue from the date of the entry of the original Judgment, *i.e.*, from October 25, 2010.
4. Wells Fargo is permanently enjoined from making fraudulent or misleading representations about its system of posting in the future.
5. Pre-judgment interest shall be awarded in an amount to be calculated.  Wells Fargo shall provide Plaintiffs' expert with access to the class-wide transactional data within 30 days of this Order for purposes of performing the calculations.  Plaintiffs shall thereafter submit a supporting brief showing the calculations for the class.
6. Judgment incorporating these Orders to follow

**IT IS SO ORDERED.**

Dated: _____

Hon. William H. Alsup
United States District Judge

1087136.1