Sonya D. Winner, SB # 200348
David M. Jolley, SB # 191164
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091
E-mail: djolley@cov.com

Emily Johnson Henn, SB # 269482
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
Telephone:    (650) 632-4700
Facsimile:    (650) 632-4800
E-mail: ehenn@cov.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VERONICA GUTIERREZ, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO & COMPANY, *et al.*,<br><br>　　　　　　　Defendants. | Civil Case No.: CV-07-5923 WHA (JCSx)<br><br>**DECLARATION OF DAVID M. JOLLEY IN SUPPORT OF OPPOSITION TO PLAINTIFFS' MOTION FOR JUDGMENT FOLLOWING REMAND** |

**DECLARATION OF DAVID M. JOLLEY**

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in this action. I am licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2. In early to mid February 2010, I telephoned plaintiffs' counsel multiple times, leaving a series of voicemail messages asking whether plaintiffs were still pursuing any relief based on a misrepresentation theory (as opposed to the claim that Wells Fargo's posting practice itself was unlawful). Wells Fargo was preparing its motion for summary judgment, and the bank needed to know whether plaintiffs were conceding that they had no evidence to support an award based on their misrepresentation-based claims, given that plaintiffs' damages report from their expert Arthur Olsen did not purport to provide a basis for any monetary award based on such misrepresentations. On February 17, 2010, I received a responsive email from plaintiffs' counsel Barry Himmelstein, which copied plaintiffs' counsel Richard Heimann, Michael Sobol, and Richard McCune, stating in relevant part: "We agree that Mr. Olsen has not attempted to quantify the amount of damages or restitution resulting from any classwide misrepresentation-based claims, and we do not intend to seek such damages at the upcoming trial." A true and correct copy of this email is attached hereto as **Exhibit 1**.

3. Attached as **Exhibit 2** is a true and correct copy of the portion of Wells Fargo's current Consumer Account Agreement containing its disclosure about posting order.

4. Attached as **Exhibit 3** is a true and correct copy of Trial Exhibit ("TX") No. 86 from the trial in this case.

5. Attached as **Exhibit 4** is a true and correct copy of Trial Exhibit No. 89 from the trial in this case.

6. Attached as **Exhibit 5** is a true and correct copy of Trial Exhibit No. 212K from the trial in this case.

7. Attached as **Exhibit 6** is a true and correct copy of Trial Exhibit No. 724 from the trial in this case.

1  8. Attached as **Exhibit 7** is a true and correct copy of Trial Exhibit No. 740
2  from the trial in this case.
3  9. Attached as **Exhibit 8** is a true and correct copy of Trial Exhibit No. 746
4  from the trial in this case.
5  10. Attached as **Exhibit 9** is a true and correct copy of excerpts from the
6  transcript of the trial testimony in this case.

I declare under the penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed in San Francisco, California on April 4, 2013.

       /s/David M. Jolley_____
       DAVID M. JOLLEY