| | |
|---|---|
| 1 | Sonya D. Winner (State Bar No. 200348)<br>E-mail: *swinner@cov.com* |
| 2 | David M. Jolley (State Bar No. 191164)<br>E-mail: *djolley@cov.com* |
| 3 | COVINGTON & BURLING LLP<br>One Front Street |
| 4 | San Francisco, CA 94111<br>Telephone: (415) 591-6000 |
| 5 | Facsimile: (415) 591-6091 |
| 6 | Emily Johnson Henn (State Bar No. 269482)<br>E-mail: *ehenn@cov.com* |
| 7 | COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700 |
| 8 | Redwood Shores, CA 94065<br>Telephone: (650) 632-4700 |
| 9 | Facsimile: (650) 632-4800 |
| 10 | *Attorneys for Defendant*<br>Wells Fargo Bank, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and DOES 1 through 125,<br><br>  Defendants. | Case No. C 07-05923-WHA<br><br>**CLASS ACTION**<br><br>**[~~DEFENDANT'S PROPOSED~~] FINAL JUDGMENT**<br><br>Judge Assigned: Hon. William H. Alsup |

Following remand from the Court of Appeals and an Order by this Court dated May 14, 2013 (Docket No. 586), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiffs and against defendant Wells Fargo Bank, N.A. for all claims on which plaintiffs prevailed and liability was established as set forth in the Court's Order dated May 14, 2013. For all other claims, judgment is entered in favor of Wells Fargo Bank, N.A., and against plaintiffs. Pursuant to this Judgment, the class shall receive relief as follows:

1. Members of the certified "Resequencing" class (as defined in the class certification order, Docket No. 98) shall recover from defendant Wells Fargo Bank, N.A. restitution in the amount of $202,994,035.46, for the period between November 15, 2004, through June 30, 2008, with the individual amount due to each class member (subject to possible reduction due to an award of attorney's fees and expenses subsequently ordered) as specified in the results of the "Scenario 2A" analysis of plaintiff's expert, Arthur Olsen, with distribution to be effected pursuant to further order of the Court. Post-judgment interest shall be paid on this award from October 25, 2010.

2. Classwide injunctive relief, with an Effective Date of July 15, 2013, is ordered as set forth in the Court's Order dated May 14, 2013 (Docket No. 586).

3. This document constitutes a judgment and separate document for purposes of Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED.**

Dated: August 2, 2013.

William Alsup
United States District Judge

- 1 -

[~~DEFENDANT'S PROPOSED~~] FINAL JUDGMENT
CASE NO. C 07-05923 WHA