IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

No. C 07-05923 WHA

Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

Defendant.

/

In October 2014, our court of appeals affirmed in part, vacated in part, and remanded. In December 2014, a motion to stay the mandate was denied. The formal mandate issued on January 7, 2015. The parties then filed a joint request for a case management conference (Dkt. No. 610). That request is **GRANTED**. A case management conference is hereby set for **JANUARY 29, 2015 AT 11:00 A.M.** A joint statement, appending any agreed-upon form of judgment, proposed injunction, proposed class notice, and proposed plan of distribution, is due by **JANUARY 22 AT NOON**. Please also state the ballpark amount of fees and expenses counsel expect to seek.

**IT IS SO ORDERED.**

Dated: January 9, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE