1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 07-05923-WHA<br><br>**CLASS ACTION**<br><br>[PROPOSED] **FINAL JUDGMENT RE INJUNCTIVE RELIEF**<br><br>Judge Assigned:   Hon. William H. Alsup |

| | |
|---|---|
| 1 | As directed by the Court of Appeals (Docket No. 609), the Court hereby **ORDERS** the following class-wide injunctive relief for the certified "Resequencing" class (as defined in the class certification order, Docket No. 98): Wells Fargo Bank, N.A. is permanently **ENJOINED** from making or disseminating, or permitting to be made or disseminated, any false or misleading representations relating to the posting order of debit-card purchases in its customer bank accounts. **FINAL JUDGMENT IS HEREBY ENTERED** in favor of Plaintiffs and against Defendant accordingly. |

This document constitutes a separate Judgment pursuant to Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED.**

Dated:  January 26, 2015.

Hon. William H. Alsup
United States District Judge

1214251.1

- 1 -

[PROPOSED] FINAL JUDGMENT RE
INJUNCTIVE RELIEF
CASE NO. C 07-05923 WHA