IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

        Plaintiffs,

  v.

WELLS FARGO BANK, N.A.,

        Defendant.

No. C 07-05923 WHA

**REQUEST FOR CLASS
ADMINISTRATOR APPLICATIONS**

All class administrator applications must be filed by **FEBRUARY 12, 2015 AT NOON**. All comments and objections must be filed by **FEBRUARY 16 AT NOON**.

      \*            \*            \*

The $203 million restitution award was affirmed. *Gutierrez v. Wells Fargo Bank, N.A.*, No. 13-16195, 2014 WL 5462407, at \*1 (9th Cir. Oct. 29, 2014). On the plan of distribution point, the August 2010 order stated (Dkt. No. 477 at 89–90):

> [Group 1] For accounts due restitution and still open at Wells Fargo, the bank shall simply post a credit to the accounts.
>
> [Group 2] For accounts that have been closed but whose owner still banks with Wells Fargo in any capacity, the bank shall credit one of the owner's active accounts.
>
> [Group 3] For class members no longer doing business with Wells Fargo and to whom restitution is owed, the bank shall provide class counsel with their last known U.S. mail address, last known email address, and last known telephone number.

In other words, Wells Fargo is responsible for crediting the amount due to class members in Groups 1 and 2, and the class administrator is responsible for distributing funds to class members in Group 3.

Specifically, the class administrator's responsibilities include:

1. Assisting with class notice;

2. Receiving and filing copies of comments and objections;

3. Verifying and updating Wells Fargo's records regarding class members, including using all reasonable efforts to find the current addresses for class members and searching the National Change of Address database;

4. Spot-checking Wells Fargo's credits made to class members in Groups 1 and 2 and spot-checking Wells Fargo's calculations (access to the class list will be provided in a clean room);

5. Administering funds for class members in Group 3;

6. Mailing checks to class members in Group 3, class counsel if fees and/or expenses are awarded, and class representatives if incentive payments are awarded;

7. Administering the disposal of any unclaimed funds; and

8. Filing sworn status declarations.

All class administrator applications must be filed by **FEBRUARY 12, 2015 AT NOON**.

Each application shall please include the following information:

i. Names of all individuals who would assist with class administration;

ii. Summary of the background, qualifications, and relevant experience of each individual;

iii. Proposed fee structure and an estimate of total fees (including a cap on fees);

iv. List of comparable work done in other cases (please include the name and telephone number for each presiding judge);

v. Disclosure of any criticism in a written order or brief by any named party, counsel, or judge of any class action work done regarding distributing class funds; and

vi. A timetable of how long it would take to complete this project.

All comments and objections must be filed by **FEBRUARY 16 AT NOON**.

Dated: January 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2