IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>  Defendant. | No. C 07-05923 WHA<br><br><br><br><br><br>**REQUEST RE APPLICATIONS** |

Counsel shall please use reasonable efforts to forward the request for class administrator applications to class administrators so that the maximum number of applications can be timely filed.

Dated: January 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE