IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**GUIDANCE RE CLASS ADMINISTRATOR APPLICATIONS**

    As stated in a prior request, all class administrator applications must be filed by **FEBRUARY 12 AT NOON**. The applications may be mailed to our courthouse with "Attention: Dawn Toland for Judge Alsup" listed on the envelope. The application should include on the first page the case caption, namely *Gutierrez v. Wells Fargo*, No. 07-5923 WHA.

Dated: February 4, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE