IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**NOTICE RE CLASS ADMINISTRATOR APPLICATIONS**

    Based on the estimate (and fee cap) provided and past experience in this district, the Court is tentatively inclined to select KCC on the supposition that a satisfactory contract can be entered into on behalf of the class. The Court, of course, will consider any timely-filed objection by the parties. Class counsel shall please work up a signed agreement and file a proposed order by **FEBRUARY 19 AT NOON**. That agreement must explain that half of the fees will be paid only after more than half of the work has been done and that the full amount will be paid only after all of the work has been done and a declaration so stating has been filed.

Dated: February 12, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE