IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**ORDER RE COMMENTS RE PROPOSED CLASS ADMINISTRATOR**

    The Court has read the parties' comments regarding the notice re class administrator applications (Dkt. Nos. 633–636). The Court is tentatively inclined to appoint KCC as the class administrator, subject to prompt clearance by Wells Fargo and an executed contract by class counsel. The parties and KCC shall please cooperate in good faith. All existing deadlines remain in place.

    **IT IS SO ORDERED.**

Dated: February 17, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE