IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____ / | No. C 07-05923 WHA<br><br>**ORDER RE CLASS COUNSEL'S PROPOSED ORDER (DKT. NO. 645)** |

Class counsel have filed a proposed order stating that they shall submit an agreement with KCC by February 27 at noon, and that Wells Fargo shall submit a status report regarding clearance by February 27 at noon. The proposed order is **APPROVED IN PART**.

Wells Fargo shall please file a status report regarding clearance by **FEBRUARY 27 AT NOON**. Class counsel shall please file an executed agreement with KCC and proposed order appointing a class administrator by **FEBRUARY 23 AT NOON**.

**IT IS SO ORDERED.**

Dated: February 19, 2015.

　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE