IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**ORDER APPOINTING KCC CLASS ACTION SERVICES LLC AS CLASS ADMINISTRATOR**

    A prior order called for class administrator applications (Dkt. No. 617). Seven applications were submitted. KCC Class Action Services LLC estimated that the cost for all work done would be $502,852, with a cap of $535,000 (Dkt. No. 535). A February 12 order stated that the Court was tentatively inclined to appoint KCC. Wells Fargo entered a provisional objection in light of its third-party risk management clearance procedure, but stated that it expected to complete the clearance process by March 6 (Dkt. No. 636).

    Class counsel have filed an executed KCC services agreement (Dkt. No. 648). The total estimated cost is $492,617, with a cap of $525,000. KCC understands that one-half of the fees would be paid only after more than one-half of the work had been performed. KCC has been cleared, according to Wells Fargo (Dkt. No. 650).

    Based on KCC's representations, this order hereby **APPOINTS KCC CLASS ACTION SERVICES LLC** as the **CLASS ADMINISTRATOR**. All existing deadlines remain in place (Dkt. Nos. 616, 647).

    **IT IS SO ORDERED.**

Dated: February 24, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE