1

2                     IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    VERONICA GUTIERREZ, ERIN WALKER
     and WILLIAM SMITH, as individuals and
6    on behalf of all others similarly situated,

7            Plaintiffs,                         No. C 07-05923 WHA

8        v.

9    WELLS FARGO BANK, N.A.,                     **ORDER RE PARAGRAPH 9 OF**
                                                 **JANUARY 30 ORDER**
10           Defendant.
                                            /
11

12           Paragraph 9 of the January 30 order required that Wells Fargo "provide a declaration

13   setting forth completely all time expended by it on same or on similar projects," if it contends that

14   any item or project was excessive (Dkt. No. 619).  This means that if Wells Fargo objects to any

15   line item for which class counsel seek fees, then Wells Fargo must supply the amount it spent on

16   that project or task.  The word "excessive" includes items that Wells Fargo believes are not

17   necessarily too much but also inappropriate, which really boils down to the same thing; namely, it

18   would be excessive for counsel to recover for that line item.  To the extent that Wells Fargo has

19   failed to comply with the January 30 order, the Court is inclined to accept at face value class

20   counsel's submission as to the dollar amount sought for recovery (without prejudice to any

21   reduction the Court makes on its own).  Nevertheless, this order gives Wells Fargo another

22   opportunity to comply with paragraph 9 of the January 30 order.  This must be done by

23   **MARCH 26 AT NOON**.  This should moot class counsel's pending letter (Dkt. No. 655) but this

24   order notes that this is not a discovery dispute.  This should have been set forth in a normal

25   motion, not as a three-page application.

26           **IT IS SO ORDERED.**

27

28   Dated:  March 23, 2015.
                                            _____
                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California