IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER
and WILLIAM SMITH, as individuals and
on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**ORDER DENYING SEALING MOTION (DKT. NO. 662)**

    There is a "strong presumption" in favor of access to court records. *Foltz v. State Farm Mutual Automobile Insurance Company*, 331 F.3d 1122, 1135 (9th Cir. 2003). When the "good cause" standard applies, there must be a "particularized showing" that specific harm or prejudice will result if the information is disclosed. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1179–80 (9th Cir. 2006). Here, no good cause has been shown to seal all of Exhibits A and B to the supplemental declaration of Sonya Winner (Dkt. No. 662). Accordingly, defendant's overbroad sealing motion is **DENIED**.

    **IT IS SO ORDERED.**

Dated: March 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE