United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant.<br>_____/ | No. C 07-05923 WHA<br><br>**REQUEST FOR RESPONSE** |

In connection with the pending motion for attorney's fees, expenses, and incentive awards, by **MAY 20 AT NOON**, Wells Fargo shall please file an estimate of the restitution amount to be credited to Wells Fargo accounts (Groups 1 and 2) versus the restitution amount to be paid via checks by the class administrator (Group 3). A reasonable estimate will suffice.

Dated: May 15, 2015.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE