FILED

OCT 30 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VERONICA GUTIERREZ and ERIN WALKER, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs - Appellants,<br><br>MCCUNEWRIGHT, LLP,<br><br>   Appellant,<br><br> v.<br><br>WELLS FARGO BANK, NA,<br><br>   Defendant - Appellee. | No. 15-16232<br><br>D.C. No. 3:07-cv-05923-WHA<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Appellants' motion under Federal Rule of Appellate Procedure 42(b) for voluntary dismissal is granted. A copy of this order sent to the district court shall act as and for the mandate of this court.

Appellants' counsel is reminded that all filings must be served on all parties and be accompanied by proof of service. See Fed. R. App. P. 25(b); 9th Cir. R.25-5.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF THE COURT

Samantha Miller
Deputy Clerk
Ninth Circuit Rule 27-7 and 27-10

SM/Pro Mo/10/26/2015