UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                             General Court Number
Clerk of Court                                                                                                      415-522-2000

November 2, 2015

CASE NUMBER:  07-cv-05923-WHA

CASE TITLE: Sanchez v. Wells Fargo & Company

USCA NUMBER:  15-16232

DATE MANDATE FILED:  11/02/2015

TO COUNSEL OF RECORD:

     The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Very truly yours,

Susan Y. Soong, Clerk

_____
by:  D Merry
Case Systems Administrator