UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. C 07-05923-WHA<br><br>[PROPOSED] **ORDER AUTHORIZING PLAN OF DISTRIBUTION TO PROCEED** |

As of April 4, 2016, the class restitution judgment and all orders of this Court are final and not subject to any further review or appeal. The parties have completed the steps directed by paragraphs 1 through 3 of this Court's July 22, 2015 Updated Scheduling Order re Distribution (Dkt. No. 688) ("Updated Scheduling Order"), and confirm that the distribution of the class restitution judgment is ready to occur. Finding that all conditions for the distribution of the class restitution judgment have been met, the Court hereby ORDERS as follows:

The Court authorizes and directs the plan of distribution for the class restitution judgment, as set forth in the Updated Scheduling Order (Dkt. 688, ¶ 4 et seq.), to proceed.

**IT IS SO ORDERED.**

DATED: May 10, 2016.

Hon. William Alsup
United States District Judge