IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. C 07-05923 WHA<br><br>**UPDATED SCHEDULING ORDER RE DISTRIBUTION** |

The Court has reviewed plaintiffs' status update regarding distribution and its unopposed request for an updated scheduling order (Dkt. No. 708). The schedule shall be updated as follows:

- By **NOVEMBER 4, 2016**, the class administrator shall file its declaration describing the efforts taken to distribute payment checks to the class members, and updating the Court on the negotiation and compensation rates, as set forth in the prior scheduling order (Dkt. No. 688 ¶ 7).

- By **NOVEMBER 11, 2016**, both sides shall make recommendations for how to handle the unclaimed amounts.

- The class administrator shall pay plaintiffs' counsel the second one-half of their attorney's fees award once the Court has approved a plan for the disposition of the unclaimed amount (*see* Dkt. No. 682 ¶ 5). Class counsel shall please file a subsequent proposed order following the Court's approval of that plan.

**IT IS SO ORDERED.**

Dated: November 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE