IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated, | |
| Plaintiffs, | No. C 07-05923 WHA |
| v. | |
| WELLS FARGO BANK, N.A., | **ORDER REQUESTING RESPONSE** |
| Defendant. | |

The Court has received a letter from a class member who has run into difficulty cashing her settlement check, inasmuch as it was made out to her and her then husband, from whom she is now divorced. The letter will be filed under seal for the Court's records, and the Clerk will **SERVE** the materials submitted by the class members on attorneys Richard Heimann and Sonya Winner. All other attorneys who have appeared in this action may obtain copies of the materials by contacting the Clerk's office. By **DECEMBER 22 AT NOON**, the parties shall please submit a joint statement advising the Court on how to proceed.

**IT IS SO ORDERED.**

Dated: December 2, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE