| | |
|---|---|
| Richard M. Heimann (State Bar No. 063607) <br> *E-mail:  rheimann@lchb.com* <br> Michael W. Sobol (State Bar No. 194857) <br> *E-mail:  msobol@lchb.com* <br> Roger Heller (State Bar No. 215348) <br> *E-mail:  rheller@lchb.com* <br> LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor <br> San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:  (415) 956-1008 <br><br> Richard D. McCune (State Bar No. 132124) <br> *rdm@mccunewright.com* <br> Jae (Eddie) K. Kim (State Bar No. 236805) <br> *jkk@mccunewright.com* <br> MCCUNEWRIGHT, LLP <br> 2068 Orange Tree Lane, Suite 216 <br> Redlands, CA 92374 <br> Telephone: (909) 557-1250 <br> Facsimile: (909) 557-1275 <br><br> *Class Counsel* | Sonya D. Winner (State Bar No. 200348) <br> *E-mail:  swinner@cov.com* <br> David M. Jolley (State Bar No. 191164) <br> *E-mail:  djolley@cov.com* <br> COVINGTON & BURLING LLP <br> One Front Street <br> San Francisco, CA  94111 <br> Telephone:  (415) 591-6000 <br> Facsimile:  (415) 591-6091 <br><br> Emily Johnson Henn (State Bar No. 269482) <br> *E-mail:  ehenn@cov.com* <br> COVINGTON & BURLING LLP <br> 333 Twin Dolphin Drive, Suite 700 <br> Redwood Shores, CA  94065 <br> Telephone:  (650) 632-4700 <br> Facsimile:  (650) 632-4800 <br><br> *Attorneys for Defendant* <br> Wells Fargo Bank, N.A. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER, and WILLIAM SMITH, as individuals and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> WELLS FARGO BANK, N.A., <br><br> Defendant. | Case No. C 07-05923-WHA (JCSx) <br><br> **JOINT STATEMENT AND [PROPOSED] ORDER RE DECEMBER 2, 2016 ORDER REQUESTING RESPONSE (Dkt. 712)** <br><br> Judge Assigned:   Hon. William Alsup |

Plaintiffs and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") respectfully submit the following joint statement in response to the Court's December 2, 2016 Order Requesting Response (Dkt. 712).

The parties have reviewed the materials submitted by the class member, R.E.[1]

R.E. is a class member in Group 3, *i.e.*, a former Wells Fargo customer with no currently active account at the bank. Accordingly, R.E. was sent, and she received, a check for her portion of the judgment. As R.E. has informed the Court, both her name and her now ex-husband's name appear on R.E.'s judgment check. However, Wells Fargo has confirmed that the account in question was held by R.E. in her individual capacity and that her ex-husband was only a "payable on death" beneficiary for the account, not a joint account holder. Apparently, the class administrator listed the ex-husband on the check with the prefix "POD," signifying that the name that follows is a "payable on death" beneficiary of the account.

Accordingly, because the judgment proceeds at issue belong to R.E. alone, the parties respectfully advise and recommend that the class administrator re-issue R.E.'s check individually in her current legal name,[2] without listing her ex-husband on the check. A proposed order to that effect is provided below.

Respectfully submitted,

Dated: December 7, 2016            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By:            /s/ *Michael W. Sobol*

Richard M. Heimann (State Bar No. 063607)
Michael W. Sobol (State Bar No. 194857)
Roger N. Heller (State Bar No. 215348)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

---

[1] The class member's full name is not used herein to protect her privacy.
[2] As indicated in the materials submitted by R.E., R.E.'s name changed following her divorce and remarraiage.

COVINGTON & BURLING LLP

By: ___/s/ *David M. Jolley*___

Sonya D. Winner (State Bar No. 200348)
E-mail: swinner@cov.com
David M. Jolley (State Bar No. 191164)
E-mail: djolley@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091

Emily Johnson Henn (State Bar No. 269482)
E-mail:  ehenn@cov.com
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA  94065
Telephone:  (650) 632-4700
Facsimile:  (650) 632-4800

*Attorneys for Defendant Wells Fargo Bank, N.A.*

## [PROPOSED] ORDER

Having reviewed the parties' joint statement in response to the Court's December 2, 2016 Order Requesting Response (Dkt. 712), and good cause appearing, the Court hereby ORDERS as follows:

1. The class administrator shall promptly re-issue class member R.E.'s judgment check individually in her current legal name, without listing her ex-husband on the check.

**IT IS SO ORDERED.**

Dated: December 7, 2016

_____
Hon. William Alsup
United States District Judge