IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

No. C 07-05923 WHA

**ORDER APPROVING PLAN FOR UNCLAIMED PROPERTY PROCESS**

The Court has reviewed the joint proposal of both sides regarding the as-yet unclaimed funds, which total approximately fifty million dollars. This order **APPROVES** the unclaimed property process (plaintiffs' Plan A), which defendant also prefers. It further approves the supplemental costs of administrating this procedure, including the proposed Internet notice campaign, totaling $542,183 in supplemental administrative costs (resulting in an *pro rata* reduction of 1% in funds available to the class members who have not claimed their funds yet).

Plaintiffs shall please submit a proposed order reflecting the approval of this plan.

**IT IS SO ORDERED.**

Dated: December 13, 2016.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE