UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GUTIERREZ, ERIN WALKER and WILLIAM SMITH, as individuals and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Civil Case No.:  CV-07-5923 WHA<br><br>[~~PROPOSED~~] ORDER APPROVING PAYMENT OF SECOND HALF OF ATTORNEYS' FEES |

By order dated May 21, 2015, the Court awarded Class Counsel Lieff Cabraser Heimann & Bernstein $16,262,985.75 in attorneys' fees, and awarded Class Counsel McCuneWright $2,263,471.50 in attorneys' fees. Dkt. 682. Pursuant to the Court's direction, one-half of each firm's attorneys' fees were paid when the judgment payments were distributed to the class members, and the second one-half of the attorneys' fees is being held by the Class Administrator. Dkt. 682, ¶ 16; Dkt. 708 at 2.

With respect to the second one-half of Class Counsel's attorneys' fees, the Court directed the Class Administrator to "pay plaintiffs' counsel the second one-half of their attorney's fees award once the Court has approved a plan for the disposition of the unclaimed amount," and directed Class Counsel to file a proposed order regarding same following the Court's approval of a plan. Dkt. 709.

On December 14, 2016, the Court approved a plan for the disposition of the unclaimed amounts in this case. Dkt. 716. Accordingly, good cause appearing, the Court hereby ORDERS as follows:

The Class Administrator is directed to pay Class Counsel the second one-half of their attorneys' fees, as follows: $8,131,492.87 to Lieff Cabraser Heimann & Bernstein, and $1,131,735.75 to McCuneWright.

**IT IS SO ORDERED.**

DATED: December 15, 2016.

                                          Hon. William Alsup
                                          United States District Judge

1332570.1